**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tel:  (503) 295-3085
Fax:  (503) 323-9105

    Special Assistant Attorneys General for Defendants
    Additional Counsel of Record Listed on Signature Page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WYATT B. and NOAH F. by their next friend Michelle McAllister; KYLIE R. and ALEC R. by their next friend Kathleen Megill Strek; UNIQUE L. by her next friend Annette Smith; SIMON S. by his next friend Paul Aubry; RUTH T. by her next friend Michelle Bartov; BERNARD C. by his next friend Ksen Murry; NAOMI B. by her next friend Kathleen Megill Strek; and NORMAN N. by his next friend Tracy Gregg, individually and on behalf of all others similarly situated,<br><br>                                            Plaintiffs,<br><br>    v.<br><br>KATE BROWN, Governor of Oregon in her official capacity; FARIBORZ PAKSERESHT, Director, Oregon Department of Human Services in his official capacity; REBECCA JONES GASTON, Director, Child Welfare in her official capacity; and OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>                                            Defendants. | No. 6:19-cv-00556-AA<br><br>**STIPULATED MOTION TO SUBSTITUTE PARTIES AND CHANGE CASE CAPTION**<br><br>**Fed. R. Civ. P. 25(d)** |

Page 1 –   STIPULATED MOTION TO SUBSTITUTE PARTIES AND CHANGE CASE CAPTION

## LOCAL RULE 7-1 CERTIFICATION

The parties have stipulated to this motion.

## MOTION

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the parties move this Court to substitute Rebecca Jones Gaston, Director of Child Welfare at the Oregon Department of Human Services, with her successor, Aprille Flint-Gerner, the Interim Director of Child Welfare at the Oregon Department of Human Services, and to amend the case caption accordingly. The parties also move this Court to substitute Kate Brown, Governor of Oregon, with her successor, Tina Kotek, Governor of Oregon, and to amend the case caption accordingly.

## ARGUMENT

Rule 25(d) of the Federal Rules of Civil Procedure states that a public officer sued in her official capacity who later "ceases to hold office" is automatically substituted with her successor. Aprille Flint-Gerner is the Interim Director of Child Welfare, replacing Director Rebecca Jones Gaston and Tina Kotek is the Governor of Oregon, replacing Governor Kate Brown. In light of these changes of position, Aprille Flint-Gerner is substituted for Rebecca Jones Gaston as a defendant in this action and Tina Kotek is substituted for Kate Brown as a defendant in this action.

///
///
///
///
///
///

**Page 2 –  STIPULATED MOTION TO SUBSTITUTE PARTIES AND CHANGE CASE CAPTION**

## CONCLUSION

The Court should grant this motion, substitute Aprille Flint-Gerner for Rebecca Jones Gaston and Tina Kotek for Kate Brown as named parties in this action, and amend the case caption accordingly.

DATED this 6th day of February, 2023.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | ELLEN ROSENBLUM<br>ATTORNEY GENERAL<br>FOR THE STATE OF OREGON |
| By: *s/ Marcia Robinson Lowry*<br>P. Andrew McStay, Jr., OSB #033997<br>andymcstay@dwt.com<br>William D. Miner, OSB #043636<br>billminer@dwt.com<br>Telephone: (503) 241-2300<br><br>A BETTER CHILDHOOD<br>Marcia Robinson Lowry (*pro hac vice*)<br>mlowry@abetterchildhood.org<br>Anastasia Benedetto (*pro hac vice*)<br>abenedetto@abetterchildhood.org<br>Aarti Iyer (*pro hac vice*)<br>aiyer@abetterchildhood.org<br>Telephone: (646) 795-4456<br><br>DISABILITY RIGHTS OREGON<br>Emily Cooper, OSB #182254<br>ecooper@droregon.org<br>Thomas Stenson, OSB #152894<br>tstenson@droregon.org<br>Telephone: (503) 243-2081<br><br>PAUL SOUTHWICK LAW LLC<br>Paul C. Southwick, OSB #095141<br>paul@paulsouthwick.com<br><br>*Attorneys for Plaintiffs* | By: *s/ Lauren F. Blaesing*<br>David B. Markowitz, OSB #742046<br>DavidMarkowitz@MarkowitzHerbold.com<br>Laura Salerno Owens, OSB #076230<br>LauraSalerno@MarkowitzHerbold.com<br>Harry B. Wilson, OSB #077214<br>HarryWilson@MarkowitzHerbold.com<br>Lauren F. Blaesing, OSB #113305<br>LaurenBlaesing@MarkowitzHerbold.com<br>Telephone: (503) 295-3085<br>*Special Assistant Attorneys General for Defendants*<br><br>Vivek A. Kothari, OSB #182089<br>VivekKothari@MarkowitzHerbold.com<br>*Of Attorneys for Defendants*<br><br>Carla A. Scott, OSB #054725<br>carla.a.scott@doj.state.or.us<br>Sheila H. Potter, OSB #993485<br>sheila.potter@doj.state.or.us<br>*Of Attorneys for Defendants* |

1387488

Page 3 –   STIPULATED MOTION TO SUBSTITUTE PARTIES AND CHANGE CASE CAPTION