**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Vivek A. Kothari, OSB #182089**
VivekKothari@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WYATT B. and NOAH F. by their next friend Michelle McAllister; KYLIE R. and ALEC R. by their next friend Kathleen Megill Strek; UNIQUE L. by her next friend Annette Smith; SIMON S. by his next friend Paul Aubry; RUTH T. by her next friend Michelle Bartov; BERNARD C. by his next friend Ksen Murry; NAOMI B. by her next friend Kathleen Megill Strek; and NORMAN N. by his next friend Tracy Gregg, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiffs,<br><br>        v.<br><br>TINA KOTEK, Governor of Oregon in her official capacity; FARIBORZ PAKSERESHT, Director, Oregon Department of Human Services in his official capacity; APRILLE FLINT-GERNER, Director, Child Welfare in her official capacity; and OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>                                        Defendants. | Case No. 6:19-cv-00556-AA<br><br>**DEFENDANTS' TRIAL EXHIBIT LIST** |

**Page 1 –    DEFENDANTS' TRIAL EXHIBIT LIST**

Defendants submit the following trial exhibits:

| No. | Description | Stip. | Obj. | Id. | Adm. |
|-----|-------------|-------|------|-----|------|
| 1001 | Oregon Child Welfare Vision for Transformation (2020) | | | | |
| 1002 | Oregon Child Welfare Vision for Transformation 2021 Update (July 2022) | | | | |
| 1003 | Oregon Child Welfare Vision for Transformation 2022 Update (Oct. 2023) | | | | |
| 1004 | ODHS Child Welfare 2023 Procedure Manual (rev. Aug. 23, 2023) | | | | |
| 1005 | Governor Brown's Executive Order 19-03, Establishing an Oversight Board to Address the Crisis in Oregon's Child Welfare System (Apr. 18, 2019) | | | | |
| 1006 | Governor Brown's Executive Order 19-08, Ensuring Equal Treatment Under Law to Oregon's LGBT+ Community (Oct. 25, 2019) | | | | |
| 1007 | Public Knowledge Report to Gov. Kate Brown (Sept. 13, 2016) | | | | |
| 1008 | Public Knowledge Assessment Findings Report (Dec. 15, 2023) | | | | |
| 1009 | 2018 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Mar.-Dec. 2018) | | | | |
| 1010 | 2019 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Dec. 2019) | | | | |
| 1011 | 2020 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Dec. 2020) | | | | |
| 1012 | 2021 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Dec. 2021) | | | | |
| 1013 | 2022 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Dec. 2022) | | | | |
| 1014 | 2023 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Dec. 2023) | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|---|---|---|---|---|---|
| **1015** | 2024 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Mar. 2024) | | | | |
| **1016** | 2018 Annual Progress & Service Report (Covering Activities July 1, 2016 - June 30, 2017) and Attachments 1-15 (Submitted June 2017) | | | | |
| **1017** | 2019 Annual Progress & Service Report (Covering Activities July 1, 2017 - June 30, 2018) and Attachments 1-18 (Submitted June 2018) | | | | |
| **1018** | 2020 Annual Progress & Service Report (Covering Activities July 1, 2018 - June 30, 2019) (Submitted June 2019) | | | | |
| **1019** | 2021 Annual Progress & Service Report and Attachments 1-41 (Submitted June 2020) | | | | |
| **1020** | 2022 Annual Progress & Service Report and Attachments 1-38 (Submitted June 2021, Resubmitted Aug. 2021) | | | | |
| **1021** | 2023 Annual Progress & Service Report and Attachments 1-43 (Submitted June 30, 2022) | | | | |
| **1022** | 2024 Annual Progress & Service Report and Attachments 1-46 (Submitted June 30, 2023) | | | | |
| **1023** | ODHS Child Welfare Caseload Ratio Standards (rev. 1/20/22) | | | | |
| **1024** | Selected 2022-2024 Dept. of Human Services, Child Welfare Caseload Dashboard Screenshots | | | | |
| **1025** | 2016-2022 Child Welfare Data Books (submitted 2017-2023) | | | | |
| **1026** | Secretary of State Audit, Report 2018-05, Foster Care in Oregon: Chronic management failures and high caseloads jeopardize the safety of some of the state's most vulnerable children (Jan. 2018) | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|---|---|---|---|---|---|
| 1027 | Secretary of State Audit, Report 2019-24, Recommendation Follow-Up Report: DHS Has Made Important Improvements, but Extensive Work Remains to Ensure Child Safety  (June 2019) | | | | |
| 1028 | Office of the Foster Care Ombuds, Fiscal Year 2021 (Nov. 16, 2021); 2023 Six Month Report (Jan. 2024) | | | | |
| 1029 | System of Care Advisory Council, System of Care Plan for Oregon, Two-Year Strategic Plans: 2022/2023 (Nov. 1, 2021) and 2022-2025 Update (Dec. 2023) | | | | |
| 1030 | System of Care Advisory Council Bylaws (adopted May 3, 2023) | | | | |
| 1031 | Recommendations from the Safety Workgroup, System of Care Advisory Council (May 2023) | | | | |
| 1032 | SANKOFA Brochure | | | | |
| 1033 | Continuum of Care - Overview of Services Offered Through Oregon State Agencies (Sept. 9, 2023) | | | | |
| 1034 | CPS Assessment Fidelity Review Statewide & Comparison Reports (May 2022) | | | | |
| 1035 | Practice Performance Reports, Oregon Continuous Quality Improvement (CQI) (2024) | | | | |
| 1036 | District 12 Child Welfare Continuous Quality Improvement (CQI) Action Plan (June 15 2023), Service Strategy Deck, and Delivery Data Report (SDDR) (2023) | | | | |
| 1037 | Midtown Child Welfare Continuous Quality Improvement (CQI) Action Plan (Sept. 28, 2023), Service Strategy Deck, and Delivery Data Report (SDDR) (2024) | | | | |
| 1038 | Oregon Dept. of Human Services, Child Welfare Certification Quality Assurance Process & File Prep (Apr. 2023) | | | | |
| 1039 | Oregon Dept. of Human Services, Child Welfare Permanency Quality Assurance Review Tool (Mar. 2024) | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|---|---|---|---|---|---|
| 1040 | Oregon Dept. of Human Services, Child Welfare Social Service Specialist 1 (SS1) 12-Month Training Plan (Sept. 2023) | | | | |
| 1041 | Oregon Dept. of Human Services, Child Welfare Social Service Specialist 1 (SS1) On-Ramp (Oct. 21, 2021) | | | | |
| 1042 | Oregon Dept. of Human Services, Child Welfare Course Summary, Applying the ADA to Your Work with Children and Families | | | | |
| 1043 | Portland State University Child Welfare Partnership Training Unit, Trauma-Informed Practice Strategies (TIPS) for Child Welfare Workers (Mar. 28-29, 2024) | | | | |
| 1044 | Oregon Dept. of Human Services, Child Welfare Resource Parent Training Menu (Mar. 15, 2024) | | | | |
| 1045 | Oregon Dept. of Human Services, Child Welfare Resource Parent Training Session 4, Trauma-Related Behaviors Facilitators Guide (Mar. 2023) | | | | |
| 1046 | Oregon Dept. of Human Services, Child Welfare Resource Parent Training Session 8, Creating a Stable, Nurturing, and Safe Home Environment Facilitators Guide (Mar. 2023) | | | | |
| 1047 | Oregon Dept. of Human Services, Child Welfare, Independent Living Program (ILP) Transition Readiness Discussion Guide, Youth Assessment Summary, Transition Plan, and ILP Service Planning Check List | | | | |
| 1048 | Oregon Dept. of Human Services, Child Welfare, Independent Living Program (ILP) Transition Flyers re Services and Resources (2022-2023) | | | | |
| 1049 | ODHS Child Welfare 2016 Procedure Manual | | | | |
| 1050 | U.S. Dept. of Health & Human Services, Admin. for Children & Families, Child & Family Services Reviews (CFSR) Fact Sheet (2015) | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|-----|-------------|-------|------|-----|------|
| **1051** | U.S. Dept. of Health & Human Services, Admin. for Children & Families, Child & Family Services Reviews (CFSR), Statewide Assessment Instrument (Mar. 25, 2016) | | | | |
| **1052** | U.S. Dept. of Health & Human Services, Admin. for Children & Families, Child & Family Services Reviews (CFSR), Oregon Final Report 2016 (Jan. 17, 2017) | | | | |
| **1053** | Oregon Dept. of Human Services, Child and Family Services Review Round 3 Program Improvement Plan (PIP) (re-submitted Aug. 30, 2018) | | | | |
| **1054** | Children's Bureau, Oregon Child and Family Services Review Round 3 Program Improvement Plan (PIP), 2018-2020 Progress Reports (Q1-Q8, Submitted 2018-2020) | | | | |
| **1055** | Oregon Dept. of Human Services, Oregon CFSR Round 3, Non-Overlapping Period (NOP) 2020 Reports (Q1-6, Submitted 2021-2022) | | | | |
| **1056** | Oregon Dept. of Human Services, Child Welfare, Child and Family Services Plan (CFSP) 2020-2024 and Attachments 1-22 (Submitted June 2019) | | | | |
| **1057** | U.S. Dept. of Health & Human Services, Admin. for Children & Families, Closeout Letter to Oregon Dept. of Human Services re Program Improvement Plan (PIP) (July 14, 2022) | | | | |
| **1058** | U.S. Dept. of Health & Human Services, Children's Bureau, General Findings from the Federal Child and Family Services Reviews Summary of the Results of the 2001 - 2004 Child and Family Services Reviews. Retrieved from https://www.acf.hhs.gov/sites/default/files/documents/cb/summary_of_the_results_of_the_2001_2004_cfsr.pdf | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|---|---|---|---|---|---|
| **1059** | U.S. Dept. of Health & Human Services, Children's Bureau, Child and Family Services Reviews (CFSR) Round 3 Statewide Data Indicators Workbook, May 2022. Retrieved from https://www.cfsrportal.acf.hhs.gov/resources/round-3-resources/cfsr-round-3-statewide-data-indicators/cfsr-round-3-statewide-data | | | | |
| **1060** | Plaintiffs' Amended Response and Objections to Defendants' Third Set of Interrogatories (Interrogatory #5), (Mar. 14, 2024) | | | | |
| **1061** | Child Welfare League of America, Child Welfare Consent Decrees: Analysis of Thirty-Five Court Actions from 1995 to 2005 (Oct. 2005) | | | | |
| **1062** | Child Welfare Information Gateway, Children's Bureau, State Statutes Current Through May 2022, Definitions of Child Abuse and Neglect (2022) | | | | |
| **1063** | Oregon Dept. of Human Services, Child Welfare, Oregon Foster Childrens Bill of Rights (July 2017) | | | | |
| **1064** | Effective Hotline Elements: Supporting accurate and reliable screening decisions, Casey Family Programs, Strategy Brief (Nov. 2017), available at https://www.casey.org/media/Effective-hotline-elements_strategy-brief.pdf. | | | | |
| **1065** | Oregon Child Abuse Hotline (ORCAH) Child Abuse Hotline Assignment and Workload Data (Apr. 2019) | | | | |
| **1066** | Oregon Child Abuse Hotline (ORCAH) C.A.R.E. Card, Introduction Discussion Materials, Alvarez & Marsal (Oct. 21, 2019) | | | | |
| **1067** | Oregon Child Abuse Hotline (ORCAH) Sample Screening Reports (Mar. 6, 2017 & Jan. 14, 2023) – contains confidential/AEO information | | | | |
| **1068** | ORCAH  Newsletter (Spring 2020) | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|---|---|---|---|---|---|
| 1069 | Child Welfare Updates & Oregon Child Abuse Hotline (ORCAH) (May 10, 2021) | | | | |
| 1070 | 2022-2023 Oregon Child Abuse Hotline (ORCAH) Annual Reports | | | | |
| 1071 | Oregon Child Abuse Hotline (ORCAH) Quarterly Report 2022, Third Quarter | | | | |
| 1072 | Oregon Child Abuse Hotline (ORCAH) Sample Screening Report Quality Assurance Tool (Jan. 2023 & Q2 2024) | | | | |
| 1073 | Oregon Child Abuse Hotline (ORCAH) Training Academy Outline (Oct. 2023) | | | | |
| 1074 | Oregon Dept. of Human Services, Oregon Child Abuse Hotline (ORCAH) SDM Screening and Response Time Assessment, Rule and Procedures Manuals (July 2022 & Feb. 2024) | | | | |
| 1075 | Oregon Dept. of Human Services, Oregon Child Abuse Hotline Continuous Quality Improvement (Jan. 16, 2020) | | | | |
| 1076 | Oregon Child Abuse Hotline (ORCAH) Presentation (Aug. 2, 2022) | | | | |
| 1077 | Oregon Child Abuse Hotline (ORCAH) Screening Program Presentation (Sept. 12, 2018) | | | | |
| 1078 | Curriculum Vitae of Uma Ahluwalia, MSW, MHA | | | | |
| 1079 | Curriculum Vitae of James Dimas | | | | |
| 1080 | Curriculum Vitae of Bowen McBeath | | | | |
| 1081 | Curriculum Vitae of Stacey Moss, JD, CWLS, PMP | | | | |
| 1082 | Curriculum Vitae of Cynthia Richter-Jackson, MSW | | | | |
| 1083 | Curriculum Vitae of Dr. Sarah Vinson, MD | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|---|---|---|---|---|---|
| **1084** | Excerpt of CFSR Round 3 Statewide Data Indicators Workbook, May 2022, with work product of Jim Dimas. Originally retrieved from https://www.cfsrportal.acf.hhs.gov/resources/round-3-resources/cfsr-round-3-statewide-data-indicators/cfsr-round-3-statewide-data | | | | |
| **1085** | Chart re Texas Third-Party Monitoring Fees Invoices | | | | |
| **1086** | Public Catalyst Invoices re Third-Party Monitoring in *M.D. v. Abbott, et al.,* USDC Case No. 2:11-cv-00084 (S.D. Tex.) (work performed July 2019 - Jan 2024) | | | | |
| **1087** | Declaration of Custodian of Records John Langford re Oklahoma Third-Party Neutral Monitoring Invoices (Apr. 11, 2024) | | | | |
| **1088** | Public Catalyst Invoices re Third-Party Neutral Monitoring in *D.G. v. Henry, et al.*, USDC Case No. 4:08-cv-00074-GKF-fhm (N.D. Okla.) (work performed July 2017 – Mar. 2024) | | | | |
| **1089** | Oregon Dept. of Human Services, Examples of Communicating Effectively (Individuals Who Are Blind; Individuals Who are Deaf or Hard of Hearing; People Who Have an Intellectual and Development Disabilities; People Who Have Substance Use Disorder or Alcohol Use Disorder) | | | | |
| **1090** | What is a Sensory Room? | | | | |
| **1091** | D10 Sensory Room Instructions/Ideas (Oct. 5, 2022) | | | | |
| **1092** | Oregon Dept. of Human Services, Child Welfare, Resource Parent Guide: Supporting Children & Youth with Disabilities (Mar. 7, 2024) | | | | |
| **1093** | Screenshots of Child Welfare Equity, Training and Workforce Development Sharepoint (15 images) | | | | |
| **1094** | Screenshots of Child Welfare Training Sharepoint (10 images) | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|---|---|---|---|---|---|
| 1095 | *CASA for Children, et al. v. State of Oregon, et al.*, United States District Court for the District of Oregon, Case No. 3:16-cv-018195-YY, Final Report of the Special Master (Feb. 29, 2024) and Revised Final Order (Mar. 14, 2024) | | | | |
| 1096 | Screenshots of Executive Dashboard, Smart Sheets Dashboard (21 images) | | | | |
| 1097 | Screenshots of Executive Dashboard, Respite Care Dashboard (5 images) | | | | |
| 1098 | Maltreatment in Foster Care by Year Comparison (Apr. 2024) | | | | |
| 1099 | Oregon Dept. of Human Services, Child Welfare, Behavioral Rehabilitation Services Referral (Mar. 7, 2019) – contains confidential/AEO information | | | | |
| 1100 | Shelter Order re Kylie & Alec – contains confidential/AEO information | | | | |
| 1101 | Email re A and K in the press? (Apr. 16, 2019) – contains confidential/AEO information | | | | |
| 1102 | Citizen Review Board (CRB) Findings and Recommendations re Kylie & Alec – contains confidential/AEO information | | | | |
| 1103 | Letter to Judge from Annette Smith re Response to Court's Criticism re Unique – contains confidential/AEO information | | | | |
| 1104 | Testimony of Annette Smith re SB 825 (Apr. 10, 2019) | | | | |
| 1105 | Review Judgment re Norman – contains confidential/AEO information | | | | |
| 1106 | Citizen Review Board (CRB) Findings and Recommendations re Norman – contains confidential/AEO information | | | | |
| 1107 | Review Judgment re Norman – contains confidential/AEO information | | | | |
| 1108 | Screenshots of Federal Performance Dashboard, retrieved from https://www.oregon.gov/odhs/data/pages/cw-dashboard-fpm.aspx | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|---|---|---|---|---|---|
| 1109 | Summary of 2017-Present Policy Option Package (POP) Legislative Asks from ODHS, Child Welfare | | | | |
| 1110 | Summary of 2017-Present Policy Option Package (POP) Legislative Asks from Oregon Health Authority (OHA) | | | | |
| 1111 | Collection of 2017-2019 Child Welfare Agency Budget Policy Option Package (POP) Budget Requests | | | | |
| 1112 | Collection of 2017-2019 Legislatively Adopted Child Welfare Agency Budget Policy Option Packages (POP) | | | | |
| 1113 | Collection of 2019-2021 Child Welfare Agency Budget Policy Option Package (POP) Budget Requests | | | | |
| 1114 | Collection of 2019-2021 Child Welfare Governor's Budget Policy Option Package (POP) Budget Requests | | | | |
| 1115 | Collection of 2019-2021 Legislatively Adopted Child Welfare Budget Policy Option Packages (POP) | | | | |
| 1116 | Collection of 2019-2021 Oregon Health Authority Agency Budget Policy Option Package (POP) Budget Requests | | | | |
| 1117 | Collection of 2019-2021 Oregon Health Authority Governor's Budget Policy Option Package (POP) Budget Requests | | | | |
| 1118 | Collection of 2019-2021 Legislatively Adopted Oregon Health Authority Budget Policy Option Packages (POP) | | | | |
| 1119 | Collection of 2021-2023 Child Welfare Agency Budget Policy Option Package (POP) Budget Requests | | | | |
| 1120 | Collection of 2021-2023 Child Welfare Governor's Budget Policy Option Package (POP) Budget Requests | | | | |
| 1121 | Collection of 2021-2023 Legislatively Adopted Child Welfare Budget Policy Option Packages (POP) | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|-----|-------------|-------|------|-----|------|
| 1122 | Collection of 2021-2023 Oregon Health Authority Agency Budget Policy Option Package (POP) Budget Requests | | | | |
| 1123 | Collection of 2021-2023 Oregon Health Authority Governor's Budget Policy Option Package (POP) Budget Requests | | | | |
| 1124 | Collection of 2021-2023 Legislatively Adopted Oregon Health Authority Budget Policy Option Packages (POP) | | | | |
| 1125 | Collection of 2023-2025 Child Welfare Agency Budget Policy Option Package (POP) Budget Requests | | | | |
| 1126 | Collection of 2023-2025 Child Welfare Governor's Budget Policy Option Package (POP) Budget Requests | | | | |
| 1127 | Collection of 2023-2025 Legislatively Adopted Child Welfare Budget Policy Option Packages (POP) | | | | |
| 1128 | Collection of 2023-2025 Oregon Health Authority Agency Budget Policy Option Package (POP) Budget Requests | | | | |
| 1129 | Collection of 2023-2025 Oregon Health Authority Governor's Budget Policy Option Package (POP) Budget Requests | | | | |
| 1130 | Collection of 2023-2025 Legislatively Adopted Oregon Health Authority Budget Policy Option Packages (POP) | | | | |
| 1131 | Comparing States' Statutes on Child Welfare Jurisdiction (Nov. 6, 2023) | | | | |
| 1132 | Screenshots of District 2 Caseload Reports & Trends Dashboards (14 images) | | | | |
| 1133 | Screenshots of Executive Dashboards (15 images) | | | | |
| 1134 | Oregon Dept. of Human Services, Child Welfare, Treatment Services Referral Form (Oct. 2021) | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|-----|-------------|-------|------|-----|------|
| 1135 | 2020-2024 Memoranda re Psychiatric Residential Treatment Services (PRTS) and Psychiatric Residential Treatment Facility (PRTF) Capacity (Jan. 7, 2020 - Jan. 11, 2024) | | | | |
| 1136 | Oregon Dept. of Human Services, Child Welfare, Treatment Services Capacity Tracking Charts (Feb. 2024) | | | | |
| 1137 | Oregon Dept. of Human Services, Child Welfare, Safe Sleep Checklist (Nap and Nighttime) (Jan. 2022) | | | | |
| 1138 | Oregon Dept. of Human Services, Child Welfare, Comprehensive Statewide Plan to Prevent Child Maltreatment Fatalities (Apr. 2023) | | | | |
| 1139 | Oregon Dept. of Human Services, Child Welfare, Youth Suicide Assessment in Various Environments (Mar. 25, 2024) | | | | |
| 1140 | Oregon Dept. of Human Services, Child Welfare, CIRT Process Map | | | | |
| 1141 | Oregon Dept. of Human Services, Child Fatality Prevention & Review Program, History of CIRT Assignments (Mar. 2024) | | | | |
| 1142 | Portland State University Oregon DHS QPR Suicide Prevention Training, Pre- and Post-Training Survey Data Report (July 1, 2020 through Dec. 31, 2023) (prepared Feb. 2024) | | | | |
| 1143 | Oregon CPS Assessment Review Outline (last modified Jan. 2024) | | | | |
| 1144 | 2022-2023 Child Welfare Family Preservation Accomplishments | | | | |
| 1145 | Leveraging Intensive Family Engagement (LIFE) Final Evaluation Report: Executive Summary (Mar. 2020) and Oregon's IV-E Waiver Demonstration Project, Final Evaluation Report (Mar. 2020) | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|---|---|---|---|---|---|
| 1146 | Oregon Dept. of Human Services, News Release, Oregon Selected by Doris Duke Foundation for Grant Funding Work (Mar. 11, 2024) | | | | |
| 1147 | Oregon Health Authority Memo to Oregon State Legislature re HB 3372 Health Assessment Metrics for Foster Children (Sept. 20, 2019) | | | | |
| 1148 | 2018-2022 Oregon Health Authority CCO Metrics Annual Performance Reports (July 2019 - Aug. 2023) | | | | |
| 1149 | 2022 CCO Performance Metrics Data Dashboard | | | | |
| 1150 | Oregon Health Authority, 2023 CCO Quality Incentive Program: Measure Summaries (Jan. 2023) | | | | |
| 1151 | 2024 Oregon Health Authority CCO Specifications for Measure re Timely Medical and Mental Health Assessments for Children in DHS Custody (Dec. 2023) | | | | |
| 1152 | Oregon Health Authority Coordinated Care Organization (CCO) 2.0 and DHS Service Areas Map (rev. 09/2020) | | | | |
| 1153 | Oregon Dept. of Human Services, Child Welfare, Intake Nursing Assessment Form (CF 0174) (rev. 2023.11.01) | | | | |
| 1154 | Oregon Dept. of Human Services, Blank CANS Worksheet Forms re 0-5 and 6-20 Years Old | | | | |
| 1155 | HCC Log Area 2 for Nov - Dec 2023 – contains confidential/AEO information | | | | |
| 1156 | HCC Log Area 6 for Nov - Dec 2023 – contains confidential/AEO information | | | | |
| 1157 | 2022-2024 HB 2333 Reports on Psychotropic Medication to Children in Foster Care  (July 2022 – Apr. 2024) | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|---|---|---|---|---|---|
| 1158 | U.S. Dept. of Health and Human Services, Administration for Children and Families, Children's Bureau, A National Look at the Use of Congregate Care in Child Welfare (May 13, 2015) | | | | |
| 1159 | Chart of Disability Diagnosis Counts, Sept. 2022 - Dec. 2023 | | | | |
| 1160 | System of Care Advisory Council Investment Update (Oct. 1, 2021) | | | | |
| 1161 | Reunification *Case Reading Data Matrix/Phase 2 of Reviews, Seven Parts Completed by Patricia Rideout, Sue Steib, and Reviewers, and Handwritten Notes – contains confidential/AEO information | | | | |
| 1162 | Case Review Instrument prepared by Patricia Rideout and Sue Steib | | | | |
| 1163 | List of Data Sources provided to Patricia Rideout and Sue Steib | | | | |
| 1164 | Invoices for Patricia Rideout (Jan. 2023 - Jan. 2024) | | | | |
| 1165 | Invoices for Sue Steib (Jan. 2023 - Jan. 2024) – contains confidential/AEO information | | | | |
| 1166 | Case Review Instruments Completed by Patricia Rideout, Sue Steib, and Reviewers, and Handwritten Notes – contains confidential/AEO information | | | | |
| 1167 | Screenshots of Family Preservation Dashboard | | | | |
| 1168 | Screenshots of Family Preservation Data Dashboard | | | | |
| 1169 | Group Placements Data - Oregon (Sept. 30, 2022) | | | | |
| 1170 | Congregate Care Trends - Oregon (Apr. 3, 2022) | | | | |
| 1171 | Chart Summarizing Child and Family Services Reviews (CFSR) Round 3 Final Reports for All 50 States | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|-----|-------------|-------|------|-----|------|
| 1172 | Child and Family Services Reviews (CFSR) Round 3 Final Reports for All 50 States | | | | |
| 1173 | Work Culture and How to Rise Up, Equity/Rise Curriculum for Managers and Supervisors | | | | |
| 1174 | Data Review of Disproportionality and Branch Trends in District 2 (2022) | | | | |
| 1175 | D2 Safety Sustainability 2024 (updated 2/27/2024) | | | | |
| 1176 | District 2 CW Dashboard Outcomes for February 2024 | | | | |
| 1177 | D2 Child Welfare 2023 Highlights Presentation | | | | |
| 1178 | KEEP Services in Oregon, Oregon Social Learning Center Developments, Inc. | | | | |
| 1179 | Public Knowledge® Child Welfare Experience and Qualifications, Prior Child Welfare Assessment Related Projects, Prior Projects Related to a Child Welfare Federal Class Action Lawsuit, Prior Child Welfare Projects in Oregon, and Child Welfare Experience Map | | | | |
| 1180 | DHS Child Welfare Workgroup Charter: CW Statewide CQI Workgroup (04/08/21) | | | | |
| 1181 | Child Welfare Continuous Quality Improvement (CQI) Workgroup: Recommendations for Statewide CQI Structure (Oct. 19, 2021) | | | | |
| 1182 | Oregon Child & Family Center for Excellence Welcome Presentation (last modified Mar. 2024) | | | | |
| 1183 | 2021 Resource Family Retention Recruitment Champion Team Reports (Mar. 2021 - Dec. 2021) | | | | |
| 1184 | 2022 Resource Family Retention Recruitment Champion Team Reports (Jan. 2022 - Sept. 2022) | | | | |
| 1185 | 2023 Resource Family Retention Recruitment Champion Team Reports (Jan. 2023 - Dec. 2023) | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|-----|-------------|-------|------|-----|------|
| 1186 | 2024 Resource Family Retention Recruitment Champion Team Reports (Jan. 2024) | | | | |
| 1187 | Dept. of Human Services, Oregon Child Welfare Racial Equity and Social Justice Workbook (Mar. 25, 2022) | | | | |
| 1188 | Email from Rebecca Jones Gaston to Aprille Flint-Gerner and Lacey Andresen re Gratitude to Team Polk (Aug. 5, 2022) | | | | |
| 1189 | Child Welfare Email re Update regarding D2 CPS Assessment Surge (Oct. 27, 2022) | | | | |
| 1190 | Dept. of Human Services, Demonstration Site Meeting Minutes (Jan. 10, 2023) | | | | |
| 1191 | Child Welfare District Listening Tour (Apr. 12, 2019) | | | | |
| 1192 | Dept. of Human Services Letter to Secretary of State Kip Memmott in Response to Final Draft Audit Report (Jan. 29, 2018) | | | | |
| 1193 | Oregon's Child, Youth & Family Continuum of Care (Mar. 6, 2018) | | | | |
| 1194 | Press Release, Oregon Department of Human Services Announces Plan to Serve Youth in Oregon (Apr. 10, 2019) | | | | |
| 1195 | Dept. of Human Services, Improving Child Welfare, Overview of Improvements (last updated Jan. 31, 2020) | | | | |
| 1196 | Dept. of Health & Human Services, Administration for Child and Families Letter to Rebecca Jones Gaston Approving PIP Extension (Aug. 31, 2020) | | | | |
| 1197 | Dept. of Human Services, Welcome Community Partners and External Stakeholders, Budget Briefing (Dec. 11, 2020) | | | | |
| 1198 | Dept. of Health & Human Services, Administration for Child and Families Letter to Rebecca Jones Gaston re Title IV-E Prevention Program 5-Year Plan (Apr. 1, 2021) | | | | |
| 1199 | Screenshots of BRS Dashboard | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|---|---|---|---|---|---|
| **1200** | Every Child 2017 Annual Report | | | | |
| **1201** | Every Child 2018 Bi-Annual Report & Annual Report | | | | |
| **1202** | Every Child 2019 Bi-Annual Report & Annual Report | | | | |
| **1203** | Every Child 2020 Bi-Annual Report & Annual Report | | | | |
| **1204** | Every Child 2021 Bi-Annual Report | | | | |
| **1205** | Every Child 2022 Mid-Year Report & Annual Report | | | | |
| **1206** | Every Child 2023 Mid-Year Report & Annual Report | | | | |
| **1207** | ODHS News Release re Every Child and DHS Launch My NeighbOR Emergency Response (Mar. 22, 2020) | | | | |
| **1208** | Dept. of Human Services, Child Welfare, Safety Program Spotlight (Mar. 2023) | | | | |
| **1209** | Child Specific Caregiver Supports Pilot Final Combined Data Report (May 1, 2022 - Sept. 30, 2023) | | | | |
| **1210** | 2023 Comagine Health Qualified Residential Treatment Program (QRTP) Independent Assessment and Behavioral Rehabilitation Services (BRS) Eligibility Quarterly & Annual Reports | | | | |
| **1211** | Email from Casey Family Programs Praising Gov. Kate Brown (Sept. 12, 2018) | | | | |
| **1212** | Governor's Children's Cabinet Meeting Packet (Sept. 29, 2021) | | | | |
| **1213** | Public Knowledge Supplemental Assessment of Services for Youth Aging Out of Foster Care (Mar. 1, 2024) | | | | |
| **1214** | Summary of Public Knowledge Question 1: Safety - Findings & Inquiry Protocols (PK Report 12/15/23) | | | | |
| **1215** | Summary of Public Knowledge Question 2: Agency Culture - Findings & Inquiry Protocols (PK Report 12/15/23) | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|---|---|---|---|---|---|
| **1216** | Summary of Public Knowledge Question 3: Data-Driven Decision Making - Findings & Inquiry Protocols (PK Report 12/15/23) | | | | |
| **1217** | Summary of Public Knowledge Question 4: Recruitment, Retention, and the Support of Resource Parents - Findings & Inquiry Protocols (PK Report 12/15/23) | | | | |
| **1218** | Summary of Public Knowledge Question 5: Permanence - Findings & Inquiry Protocols (PK Report 12/15/23) | | | | |
| **1219** | Summary of Public Knowledge Question 6: Permanency Planning - Findings & Inquiry Protocols (PK Report 12/15/23) | | | | |
| **1220** | Summary of Public Knowledge Question 7: Individual Assessments - Findings & Inquiry Protocols (PK Report 12/15/23) | | | | |
| **1221** | Summary of Public Knowledge Question 8: Service Provision - Findings & Inquiry Protocols (PK Report 12/15/23) | | | | |
| **1222** | Summary of Public Knowledge Question 9: Case Planning - Findings & Inquiry Protocols (PK Report 12/15/23) | | | | |
| **1223** | Summary of Public Knowledge Question 10: Preserving and Improving Connections Between Children and Their Families - Findings & Inquiry Protocols (PK Report 12/15/23) | | | | |
| **1224** | Summary of Public Knowledge Question 11: Staffing Resources - Findings & Inquiry Protocols (PK Report 12/15/23) | | | | |
| **1225** | Summary of Public Knowledge Question 12: Independent Living - Findings & Inquiry Protocols (PK Report 3/1/24) | | | | |
| **1226** | Moving from a Culture of Compliance and Risk-Avoidance to Continuous Quality Improvement (Nov. 2023) | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|---|---|---|---|---|---|
| **1227** | Transcript of Episode 12, Our Oregon DHS, COVID-19 Update (June 11, 2020), retrieved from https://sharedsystems.dhsoha.state.or.us/DHSForms/Served/DE%20COVID-19%20EP12.pdf. | | | | |
| **1228** | Dept. of Health and Human Services, Administration for Children & Families, Letter to Child Welfare Leaders re COVID-19 Guidance (Mar. 18, 2020) | | | | |
| **1229** | Certified Copy of Order re Naomi B. - contains confidential/AEO information | | | | |
| **1230** | Certified Copy of Order re Kylie R. - contains confidential/AEO information | | | | |
| **1231** | Certified Copy of Order re Alec R. - contains confidential/AEO information | | | | |
| **1232** | Certified Copy of Judgment re Norman N. - contains confidential/AEO information | | | | |
| **1233** | Certified Copy of Order and Judgment re Ruth T. - contains confidential/AEO information | | | | |
| **1234** | Certified Copy of Judgment re Wyatt B. - contains confidential/AEO information | | | | |
| **1235** | Certified Copy of Judgment re Noah F. - contains confidential/AEO information | | | | |
| **1236** | Certified Copy of Order and Judgment re Unique L. - contains confidential/AEO information | | | | |
| **1237** | Certified Copy of Orders, Motion, and Judgments re Simon S. - contains confidential/AEO information | | | | |
| **1238** | Certified Copy of Order re Bernard C. - contains confidential/AEO information | | | | |
| **1239** | Photographs | | | | |

DATED: April 12, 2024                    ELLEN ROSENBLUM
                                         ATTORNEY GENERAL
                                         FOR THE STATE OF OREGON


                                         *s/Lauren F. Blaesing*
                                         David B. Markowitz, OSB #742046
                                         DavidMarkowitz@MarkowitzHerbold.com
                                         Laura Salerno Owens, OSB #076230
                                         LauraSalerno@MarkowitzHerbold.com
                                         Harry B. Wilson, OSB #077214
                                         HarryWilson@MarkowitzHerbold.com
                                         Lauren F. Blaesing, OSB #113305
                                         LaurenBlaesing@MarkowitzHerbold.com
                                         Vivek A. Kothari, OSB #182089
                                         VivekKothari@MarkowitzHerbold.com
                                         *Special Assistant Attorneys General for Defendants*

                                         Adele J. Ridenour, OSB #061556
                                         AdeleRidenour@MarkowitzHerbold.com
                                         *Of Attorneys for Defendants*

                                         Carla A. Scott, OSB #054725
                                         carla.a.scott@doj.state.or.us
                                         Sheila H. Potter, OSB #993485
                                         sheila.potter@doj.state.or.us
                                         *Of Attorneys for Defendants*

2114062.1

**Page 21 –    DEFENDANTS' TRIAL EXHIBIT LIST**