**P. ANDREW McSTAY, JR.**, OSB 033997
andymcstay@dwt.com
**WILLIAM D. MINER**, OSB 043636
billminer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW Tenth Avenue, Suite 700
Portland, OR 97205
Tel: (503) 241-2300

**MARCIA ROBINSON LOWRY** (*pro hac vice*)
mlowry@abetterchildhood.org
**ANASTASIA BENEDETTO** (*pro hac vice*)
abenedetto@abetterchildhood.org
**LINDSAY GUS** (*pro hac vice*)
lgus@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

**EMILY COOPER**, OSB 182254
ecooper@droregon.org
**THOMAS STENSON**, OSB 152894
tstenson@droregon.org
**DISABILITY RIGHTS OREGON**
511 SW Tenth Avenue, Suite 200
Portland, OR 97205
Tel: (503) 243-2081

**STEVEN RIZZO**, OSB 840853
srizzo@rizzopc.com
**MARY D. SKJELSET**, OSB 075840
mskjelset@rizzopc.com
**RIZZO BOSWORTH ERAUT PC**
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

|  |  |
|---|---|
| WYATT B., *et al.,* | Case No. 6:19-cv-00556-AA |
| Plaintiffs, | **PLAINTIFFS' EXHIBIT LIST** |
| v. | |
| TINA KOTEK, *et al.*, | |
| Defendants. | |

Plaintiffs submit the following proposed exhibits for trial. Plaintiffs reserve the right to supplement and/or amend this list due to ongoing discovery efforts in this case, including but not limited to Defendants' production of documents pursuant to the Court's March 20, 2024 Order (ECF 343) and remaining expert depositions.

| Ex. | Description | Bates | Id. | Am. |
|---|---|---|---|---|
| 1 | 2/5/2024 Memorandum from Fariborz Pakseresht to Senate Human Services Committee re Responses to questions regarding Child Welfare contractors, temporary lodging and litigation | Wyatt_DHS_4671249 | | |
| 2 | Expert Report of Patricia Rideout and Dr. Sue Steib 11/30/2019 | | | |
| 3 | Amended Expert Report of Patricia Rideout and Dr. Sue Steib 2/2/2024 | | | |
| 4 | Expert Rebuttal Report of Patricia Rideout and Dr. Sue Steib 3/1/2024 | | | |
| 5 | Expert Report of Dr. Angelique Day 11/27/2019 | | | |
| 6 | Expert Report of Dr. Angelique Day 12/15/2023 | | | |
| 7 | Expert Report of Dr. Anne Farina 12/15/2023 | | | |
| 8 | Expert Rebuttal Report of Dr. Anne Farina 3/1/2024 | | | |
| 9 | Expert Rebuttal Report of Albyn Jones 3/1/2024 | | | |
| 10 | Expert Report of Alan M. Puckett 11/28/2019 | | | |

| 11 | Expert Report of Dr. Bianca Wilson 12/1/2019 | | | |
| 12 | Wyatt B. Complaint | Dkt. 1 | | |
| 13 | Plaintiffs' 15th RFP | | | |
| 14 | Plaintiffs' 16th RFP | | | |
| 15 | 12/7/2021 Email exchange re CANS information | | | |
| 16 | 12/8/2021 Email exchange re OR CANS information | | | |
| 17 | 12/8/2021 Email exchange re OR CANS information | | | |
| 18 | 12/9/2021 Email exchange re OR CANS Information | | | |
| 19 | Department of Administrative Services Insurance Fund Presentation 2/14/2024 | | | |
| 20 | 2023 Public Knowledge Report: Oregon Child Welfare Review Draft Assessment Findings Report 12/15/2024 | | | |
| 21 | Public Knowledge Focus Group Notes | Wyatt_PK0004085 | | |
| 22 | Stacey Moss 3/18/2024 Deposition Transcript att: Exs. 2 & 4 to Stacey Moss Deposition[1] | | | |
| 23 | Public Knowledge Interview Notes | Wyatt_PK0004086 | | |
| 24 | CFSR Self-Assessments - Statewide Chart | | | |
| 25 | D10 2018 CFSR Charts | Wyatt_DHS_2697816 | | |
| 26 | D10 2019 CFSR Charts | Wyatt_DHS_2699255 | | |
| 27 | D10 2020 CFSR Charts | Wyatt_DHS_2699632 | | |
| 28 | D10 2021 CFSR Charts | Wyatt_DHS_2709616 | | |
| 29 | D10 2022 CFSR Charts | Wyatt_DHS_2966390 | | |
| 30 | D10 2023 CFSR Charts | Wyatt_DHS_4675487 | | |
| 31 | Number of Children in Foster Care or being Served In Home on April 1, 2022 by Worker Assignment, Worker County, Worker Role, and Worker Type | Wyatt_DHS_2731325 | | |
| 2 | Number of Children in Foster Care or being Served In Home on Jan. 1, 2022 by Worker Assignment, Worker County, Worker Role, and Worker Type | Wyatt_DHS_2731231 | | |
| 33 | Number of Children in Foster Care or being Served In Home on April 1, 2021 | Wyatt_DHS_2731277 | | |

---

[1] Because the exhibits were numerous and sent electronically, the parties agreed on the record that the exhibits were part of the Moss deposition.

| | | | |
|---|---|---|---|
| | by Worker Assignment, Worker County, Worker Role, and Worker Type | | |
| 34 | Number of Children in Foster Care or being Served In Home on Jan 1., 2021 by Worker Assignment, Worker County, Worker Role, and Worker Type | Wyatt_DHS_2731301 | |
| 35 | 2018 Oregon Secretary of State Audit of ODHS | Wyatt_DHS_0059767 | |
| 36 | OR Secretary of State Audit of ODHS 2019: Recommendation Follow-up Report: DHS Has Made Important Improvements, but Extensive Work Remains to Ensure Child Safety | Wyatt_DHS_0061108 | |
| 37 | D1 Clatsop Debrief Summary Oct 2023 | Wyatt_DHS_4675967 | |
| 38 | D1 Columbia Debrief Summary Oct 2023 | Wyatt_DHS_4675956 | |
| 39 | D2 Alberta Debrief Summary Sep 2023 | Wyatt_DHS_4675879 | |
| 40 | D2 E Multnomah Debrief Summary Sep 2023 | Wyatt_DHS_4675861 | |
| 41 | D2 Gresham Debrief Summary Jan 2023 | Wyatt_DHS_4675342 | |
| 42 | D2 Midtown Debrief Summary Jan 2023 | Wyatt_DHS_4675349 | |
| 43 | D3 Marion Debrief Summary Apr 2023 | Wyatt_DHS_4675445 | |
| 44 | D3 Polk Debrief Summary Apr 2023 | Wyatt_DHS_4675472 | |
| 45 | D3 Yamhill Debrief Summary Apr 2023 | Wyatt_DHS_4675484 | |
| 46 | D4 Benton Debrief Summary Aug 2023 | Wyatt_DHS_4675758 | |
| 47 | D4 Lincoln Debrief Summary Aug 2023 | Wyatt_DHS_4675721 | |
| 48 | D4 Linn Debrief Summary Aug 2023 | Wyatt_DHS_4675737 | |
| 49 | D5 Lane Debrief Summary Feb-Mar 2023 | Wyatt_DHS_4675393 | |
| 50 | D6 Douglas Debrief Summary Jul2023 | Wyatt_DHS_4675666 | |
| 51 | D7 Coos-Curry Debrief Summary May 2023 | Wyatt_DHS_4675512 | |
| 52 | D8 Jackson Debrief Summary Jun 2023 | Wyatt_DHS_4675547 | |
| 53 | D8 Josephine Debrief Summary Jun 2023 | Wyatt_DHS_4675538 | |
| 54 | D9 Debrief Summary Nov 2023 | Wyatt_DHS_4676107 | |
| 55 | D10 Debrief Summary May 2023 | Wyatt_DHS_4675493 | |
| 56 | D10 Warm Springs Debrief Summary May 2023 | Wyatt_DHS_4675592 | |
| 7 | D11 Klamath Debrief Summary Aug 2023 | Wyatt_DHS_4675749 | |
| 58 | D12 Umatilla Debrief Summary Jul 2023 | Wyatt_DHS_4675624 | |

| 59 | D13 Baker Debrief Summary Jul 2023 | Wyatt_DHS_4675615 | | |
| 60 | D14 Debrief Summary Oct 2023 | Wyatt_DHS_4676118 | | |
| 61 | D15 Clackamas Debrief Summary Nov 2023 | Wyatt_DHS_4676092 | | |
| 62 | D16 Washington Debrief Summary Dec 2023 | Wyatt_DHS_4676253 | | |
| 63 | D2 Gresham Debrief Summary Jan 2022 | Wyatt_DHS_2722208 | | |
| 64 | D3 Polk Debrief Summary Apr 2022 | Wyatt_DHS_4674948 | | |
| 65 | Grand Ronde Debrief Summary Apr 2022 | Wyatt_DHS_4674967 | | |
| 66 | D7 Coos-Curry Debrief Summary May 2022 | Wyatt_DHS_4674993 | | |
| 67 | D10 Crook Debrief Summary May 2022 | Wyatt_DHS_4675009 | | |
| 68 | D8 Josephine Debrief Summary Jun 2022 | Wyatt_DHS_4675039 | | |
| 69 | D12 Umatilla Debrief Summary Jul 2022 | Wyatt_DHS_4675051 | | |
| 70 | D13 Baker Debrief Summary Jul 2022 | Wyatt_DHS_4675064 | | |
| 71 | D6 Douglas Debrief Summary Jul 2022 | Wyatt_DHS_4675083 | | |
| 72 | D11 Klamath Debrief Summary Aug 2022 | Wyatt_DHS_4675106 | | |
| 73 | D4 Benton Debrief Summary Aug 2022 | Wyatt_DHS_4675125 | | |
| 74 | D2 Alberta Debrief Summary Sep 2022 | Wyatt_DHS_4675151 | | |
| 75 | D2 E Multnomah Debrief Summary Sep 2022 | Wyatt_DHS_4675162 | | |
| 76 | D14 Grant Debrief Summary Oct 2022 | Wyatt_DHS_4675182 | | |
| 77 | D14 Malheur County Debrief Summary Oc. 2022 | Wyatt_DHS_2984149 | | |
| 78 | D9 Hood River Debrief Summary Nov 2022 | Wyatt_DHS_4675207 | | |
| 79 | D15 Clackamas Debrief Summary Nov 2022 | Wyatt_DHS_4675230 | | |
| 80 | D16 Washington Debrief Summary Dec 2022 | Wyatt_DHS_4675296 | | |
| 81 | D2 Midtown Debrief Summary Ja 2022 | Wyatt_DHS_4676565 | | |
| 82 | D5 Lane Debrief Summary Feb.-Mar2022 | Wyatt_DHS_4676578 | | |
| 83 | D8 Jackson Debrief Summary Jun 2022 | Wyatt_DHS_4676614 | | |
| 84 | D1 Clatsop Debrief Summary Oct 2022 | Wyatt_DHS_4676633 | | |
| 85 | D1 Clatsop & Tillamook Summary Oct 2022 | Wyatt_DHS_3070630 | | |
| 86 | 8/10/2018 Email from Rosa Klein to Kate Brown et al. | Wyatt_DHS_2677920 | | |
| 87 | Foster Care Recruitment & Retention | Wyatt_DHS_0700335 | | |
| 88 | 8/26/2019 Email from Fariborz | Wyatt_DHS_2269185 | | |

| | | | | |
|---|---|---|---|---|
| | Pakseresht to SEIU 503 | | | |
| 89 | Oregon Department of Human Services, Child Welfare Progress Report | Wyatt_DHS_0059477 | | |
| 90 | 6/28/2021 Email exchange between Megan Brazo-Erickson to RJG, Lacey Andresen, et al. | Wyatt_DHS_2921337 | | |
| 91 | 1/5/2022 Email exchange between April Munks and Lacey Andresen | Wyatt_DHS_2943220 | | |
| 92 | 1/26/2022 Email exchange between Timothy Gillette and Eric Moore, et al. | Wyatt_DHS_4418330 | | |
| 93 | 4/5/2022 Email exchange between Diepen-Hedyat Anandi and Tova Woyciechowicz | Wyatt_DHS_2958418 | | |
| 94 | 6/22/22 Email exchange between April Munks and Lacey Andresen, Aprille Flint-Gerner, et al. | Wyatt_DHS_2964709 | | |
| 95 | Oregon Caseload Ratio Standards Feb 3, 2022 | Wyatt_DHS_2745840 | | |
| 96 | 11/21/2022 Email exchange between Lacey Andresen, Amber McClelland, et al. | Wyatt_DHS_2983281 | | |
| 97 | June 19, 2019 Email exchange between Rosa Klein and Mary Moller, Berri Lesli, et al. | Wyatt_DHS_0774226 | | |
| 98 | 9/20/2019 Email exchange between Kim Lorz and Morton McKenzie, Lisa Lewis, et al. | Wyatt_DHS_2186384 | | |
| 99 | 8/23/2019 Email exchange between Fariborz Pakseresht and Liesl Wendt | Wyatt_DHS_0792852 | | |
| 100 | 2/12/2020 Email exchange between RJG, Jana Mclellan, Fariborz, Deena Loughary, Lacey Andresen, et al. | Wyatt_DHS_2799968 | | |
| 101 | 1/6/2022 Email exchange between Kevin Marks Hess and Kristin Khamnohack, Lacey Andresen, et al. | Wyatt_DHS_2944017 | | |
| 102 | 2/17/22 Email exchange between Lacey Andresen and April Munks, Rebecca Jones Gaston, et al. | Wyatt_DHS_2949984 | | |
| 103 | 2/14/22 Email exchange between April Munks and Cherly Baldomarolucas et al. | Wyatt_DHS_3958043 | | |
| 104 | 5/13/2022 Email exchange between Lacey Andresen, Timothy Gillette, RJG, Aprille Flint-Gerner, et al | Wyatt_DHS_3027680 | | |
| 105 | Email exchange between Lacey Andresen, RJG, April Munks, et al. | Wyatt_DHS_3027752 | | |

| 106 | Agency Budget Request Section 2 2023-2025 | Wyatt_DHS_2732398 | | |
| 107 | Email from Darin Mancuso to Fariborz Pakseresht, Deena Loughary, et al. | Wyatt_DHS_3236433 | | |
| 108 | Temporary Lodging Progress Report Jan 3, 2023 | Wyatt_DHS_2794338 | | |
| 109 | 1/4/2023 Email exchange between Fariborz Pakseresht, Lacey Andresen, et al. | Wyatt_DHS_2794337 | | |
| 110 | 1/13/2023 Email exchange between Laura Winchester and Susana Dietrich | Wyatt_DHS_3202356 | | |
| 111 | 1/4/2023 Email exchange between Darin Mancuso, Deena Loughary | Wyatt_DHS_3236412 | | |
| 112 | Percentage of adults receiving required monthly face-to-face visits | Wyatt_DHS_2723132 | | |
| 113 | Caseworker visits with adults | Wyatt_DHS_2758337 | | |
| 114 | ODHS CFSP 2020-2024 | | | |
| 115 | 3/29/2021 Email exchange between Lacey Andresen, Lee Brown, et al. | Wyatt_DHS_2903521 | | |
| 116 | 7/27/2021 Email exchange between Lacey Andresen, and field program managers | Wyatt_DHS_2924207 | | |
| 117 | 12/1/2021 Email exchange between Lacey Andresen and field program managers | Wyatt_DHS_2939270 | | |
| 118 | Number of initial Permanency Plans w/in 60 days of FC by entry month, trend data | Wyatt_DHS_2722468 | | |
| 119 | Number of initial Permanency Plans w/in 60 days of FC by entry month, trend data | Wyatt_DHS_2730545 | | |
| 120 | ODHS CW Progress Report Mar 2024 | | | |
| 121 | Invoices for Dynamic Life Planning Sessions | Wyatt_DHS_4674558; Wyatt_DHS_4674708 | | |
| 122 | 11/14/2023 Email exchange between Michelle Pfeiffer and Lacey Andresen et al. | Wyatt_DHS_4674721; Wyatt_DHS_4674731 | | |
| 123 | 12/5/2023 OPB Article | | | |
| 124 | 2/29/2024 OPB Article | | | |
| 125 | 3/1/2024 Email exchange between Michelle Pfeiffer and Senator Gelser et al. | Wyatt_DHS_4674585 | | |
| 126 | 3/1/2024 Email exchange between Michelle Pfeiffer and Senator Gelser et al. | Wyatt_DHS_4674727 | | |
| 127 | DHS Child Welfare After Action | | | |

| | | | | |
|---|---|---|---|---|
| | Report: A Review of Contracting with Dynamic Life | | | |
| 128 | Sensitive Issue Reports Compilation | | | |
| 129 | Summary of temporary lodging settlement agreement | Wyatt_DHS_0839005 | | |
| 130 | Slide deck from 8/15/2018 on temporary lodging and the settlement | Wyatt_DHS_0213355 | | |
| 131 | Datasheet Count of Children/Young Adults in Foster Care by Lifetime Temporary Lodging occasions through the end of the period | Wyatt_DHS_2758330 | | |
| 132 | Datasheet Children/Young Adults exiting from foster care during the reporting period by count of total occasions during the foster care episode | Wyatt_DHS_2758322 | | |
| 133 | Datasheet on days spent in temporary lodging for those in custody on 1/31/22 | Wyatt_DHS_4564509 | | |
| 134 | November 2022 Temporary Lodging report | Wyatt_DHS_2794350 | | |
| 135 | November/December 2022 Temporary Lodging Report | Wyatt_DHS_2794354 | | |
| 136 | Letter to Judge McShane re Temporary Lodging numbers | Wyatt_DHS_4482788 - Wyatt_DHS_4614779 | | |
| 137 | Temporary Lodging Report to McShane | Wyatt_DHS_4478984 | | |
| 138 | Temporary Lodging Report to McShane | Wyatt_DHS_2794216 | | |
| 139 | Temporary Lodging Report to McShane | Wyatt_DHS_2959125 | | |
| 140 | Temporary Lodging Report to McShane | Wyatt_DHS_3070607 | | |
| 141 | Temporary Lodging Report to McShane | Wyatt_DHS_4662788 | | |
| 142 | Temporary Lodging Report to McShane | Wyatt_DHS_4662518 | | |
| 143 | Special Master's Recommendations for Addressing Temporary Lodging | Wyatt_DHS_4671218 | | |
| 144 | 1/19/2018 Email exchange between Laurie Theororou, Nancy Allen, et al. | Wyatt_DHS_0361847 | | |
| 145 | 1/26/2018 Email exchange between Glenda Marshall, Nancy Allen, et al. | Wyatt_DHS_0363606 | | |
| 146 | ORRAI Capacity Needs Report | Wyatt_DHS_0132365 | | |
| 147 | Email exchange between Marty Herbert, Nancy Allen, et al. | Wyatt_DHS_1115309 | | |
| 148 | 7/26/2019 Email from Jake Sunderland to Jana Mclellan et al. | Wyatt_DHS_0502374 | | |
| 149 | 9/3/2019 Email from Katrina Husbands to Kimberly Young | Wyatt_DHS_2106959 | | |
| 150 | 9/23/2019 Email from Angela Leet to Sara Fox | Wyatt_DHS_2488463 | | |
| 151 | 11/1/2019 Email exchange with all staff | Wyatt_DHS_1159402 | | |

| 152 | 12/4/2019 Email exchange between Glenda Marshall, Angela Leet, et al. | Wyatt_DHS_0226697 | | |
| 153 | Secretary of State OHA Audit Mental Health Treatment | | | |
| 154 | Datasheet ODHS Certified Resource Homes on the first day of the quarter and those with no children placed with provider in the previous 6 months | Wyatt_DHS_3064029 | | |
| 155 | Datasheet ODHS Certified Homes on the first day of the period and those with no children placed in the home | Wyatt_DHS_3064030 | | |
| 156 | Datasheet CM.09 Placement in Same or Adjoining County-of those in care | Wyatt_DHS_4564372 | | |
| 157 | BRS Beds PowerPoint and datasheet | Wyatt_DHS_2964695; Wyatt_DHS_2964696 | | |
| 158 | 6/22/2022 Email exchange between Sarah Fox, Lacey Andresen, et al. | Wyatt_DHS_2964693 | | |
| 159 | Datasheet on capacity overrides | Wyatt_DHS_2722938 | | |
| 160 | Statewide Quarterly Data Report 2020-2022 | Wyatt_DHS_2723058 | | |
| 161 | All DHS certified providers open first day of month between 2021 and 2022 | Wyatt_DHS_2725350 | | |
| 162 | Placement map | Wyatt_DHS_2964698 | | |
| 163 | HB 2086 (2021) Report: Intensive Behavioral Health Treatment Services for Children and Adolescents: Capacity and Demand | Wyatt_DHS_2754777 | | |
| 164 | 7/15/2018 Email exchange between Marilyn Jones, Shannon Biteng, et al. | Wyatt_DHS_0260455 | | |
| 165 | 5/17/2019 Email exchange between Sarah Fox, Rosa Klein, et al. | Wyatt_DHS_0477192 | | |
| 166 | 6/12/2019 Email exchange between Senator Gelser, Rosa Klein, et al. | Wyatt_DHS_0485186 | | |
| 167 | 6/4/2019 Email from David Schmidt to Christy Sinatra | Wyatt_DHS_0884589 | | |
| 168 | 7/27/2022 Email exchange between Senator Gelser, Fariborz Pakseresht, et al. | Wyatt_DHS_4651986; Wyatt_DHS_4427612 | | |
| 169 | Datasheet on congregate care placements | Wyatt_DHS_4564517 | | |
| 170 | Datasheet on congregate care placements | Wyatt_DHS_4564518 | | |
| 171 | Datasheet Children in Foster Care on first day of quarter | Wyatt_DHS_4467888 | | |
| 172 | Datasheet on children entering care each year | Wyatt_DHS_2784630 | | |

| 173 | Datasheet on victims of Abuse while in foster care | Wyatt_DHS_2784632 | | |
| 174 | Datasheet on Children in Foster Care on first day of quarter | Wyatt_DHS_4467889 | | |
| 175 | 2021 CW Data Book | Wyatt_DHS_2733259 | | |
| 176 | ODHS data | Wyatt_DHS_2721498 | | |
| 177 | Oregon Data | Wyatt_ABC_004209 | | |
| 178 | CFSR Data Profile R3 August 2022 | Wyatt_DHS_2750400 | | |
| 179 | CFSR Data Profile R3 February 2022 | Wyatt_DHS_2745879 | | |
| 180 | 2023 Oregon Profile Casey Family | Wyatt_ABC_003599 | | |
| 181 | NYTD data snapshot Oregon 2016-2020 | Wyatt_DHS_2709583 | | |
| 182 | NYTD data snapshot Oregon 2017-2021 | | | |
| 183 | Email exchange between Lacey Andresen, Sherrelle Jackson, et al | Wyatt_DHS_2985918; Wyatt_DHS_2986212 | | |
| 184 | Spreadsheet with Interview Output | Wyatt_PK0004110 | | |
| 185 | Chaffee graduation rates | Wyatt_DHS_2709526 | | |
| 186 | 4/15/2021 Email exchange between Elisa Deserano, Lacey Andresen, et al. | Wyatt_DHS_2907461 | | |
| 187 | 2/7/2023 ACF letter | Wyatt_DHS_2758034 | | |
| 188 | Call data | Wyatt_DHS_2745876 | | |
| 189 | Call wait-time data | Wyatt_DHS_2745877 | | |
| 190 | Datasheet on founded CPS Assessments | Wyatt_DHS_2758319 | | |
| 191 | Data on overdue Assessments | Wyatt_DHS_2722939 | | |
| 192 | 2024 APSR | Wyatt_DHS_4467023 | | |
| 193 | May 2022 CPS Fidelity Statewide Report | Wyatt_DHS_4669518 | | |
| 194 | ODHS 2023-25 POP Child Safety | Wyatt_DHS_2757487 | | |
| 195 | Planning for Reunification and Meeting Expected Outcomes | Wyatt_DHS_0089091 | | |
| 196 | 7/12/2019 Email exchange between Tami Kane-Suleiman and Greg Westbrooks, et al. | Wyatt_DHS_2206539 | | |
| 197 | 8/27/2019 Email exchange between Sen Gelser, Remmal Nivens, et al. | Wyatt_DHS_2487323 | | |
| 198 | Oregon Child Integrated Dataset | Wyatt_DHS_2761868 | | |
| 199 | Email exchange between Rebecca Jones-Gaston, Fariborz, et al. | Wyatt_DHS_2761866 | | |
| 200 | 9/28/2021 Email exchange between Fariborz, Lacey Andresen, et al. | Wyatt_DHS_2932457 | | |
| 201 | 2/4/2022 Email exchange between Sen Gelser, Lacey Andresen, et al. | Wyatt_DHS_3224948 | | |
| 202 | CIRT datasheet | Wyatt_DHS_4564365 | | |
| 203 | CFSR 3 | Wyatt_DHS_2745843 | | |
| 204 | ODHS Child Welfare Dashboard | | | |
| 205 | Article: Oregon DHS report admits missteps in foster kid care, but | | | |

| | | | | |
|---|---|---|---|---|
| | lawmaker says that's not enough | | | |
| 206 | Service Delivery Data Report Midtown Child Welfare 2024 | Wyatt_DHS_4680072 | | |
| 207 | Absence of repeated maltreatment chart | Wyatt_DHS_2972576 - Wyatt_DHS_2972582 | | |
| 208 | 8/23/2022 Email exchange between Lacey Andresen, Cathy Iles, et al. | Wyatt_DHS_2972574 | | |
| 209 | Datasheet on foster care visits | Wyatt_DHS_2722934 | | |
| 210 | 10/31/2019 Email from David Schmidt to Jeff Pinelli et al | Wyatt_DHS_2302105 | | |
| 211 | Caseload optimization for improved child outcomes and workload equity | Wyatt_DHS_4413766 | | |
| 212 | 11/2/2021 Email exchange between Kody Cayson and Paul Bellatty et al | Wyatt_DHS_4413713 | | |
| 213 | Datasheet on discharges | Wyatt_DHS_2758323 | | |
| 214 | Datasheet on time in care | Wyatt_DHS_2758334 | | |
| 215 | OR CFSR Round 3 - PIP | Wyatt_DHS_2723163 | | |
| 216 | Chart on disparities in length of stay | Wyatt_DHS_2972580 | | |
| 217 | 8/23/2022 Email exchange between Cathy Iles, Alex Trotter et al. | Wyatt_DHS_2972574 | | |
| 218 | AFCARS Report Oregon FY 2022 | | | |
| 219 | AFCARS Report Oregon FY 2021 | Wyatt_ABC_003572 | | |
| 220 | Datasheet on length of stay | Wyatt_DHS_4467884 | | |
| 221 | 2020-2024 Child and Family Services Plan | | | |
| 222 | 2021 ODHS APSR | Wyatt_DHS_2690337 | | |
| 223 | 5/20/2020 Email exchange between Rosa Klein and Kate Brown et al. | Wyatt_DHS_2762002 | | |
| 224 | Chart on timely adoptions | Wyatt_DHS_2972578 | | |
| 225 | 11/2/2021 Email exchange between Kody Cayson and Paul Bellatty et al. | Wyatt_DHS_4413713 | | |
| 226 | Datasheet on adoption | Wyatt_DHS_4564370 | | |
| 227 | Adoption Datasheet | Wyatt_DHS_2758335 | | |
| 228 | Datasheet on trial home visits | Wyatt_DHS_2758336 | | |
| 229 | Chart on foster care population | Wyatt_DHS_0060317 | | |
| 230 | Chart on placement moves | Wyatt_DHS_2832829 | | |
| 231 | 7/31/2020 Email exchange between Josh Miller to Lacey Andresen et al. | Wyatt_DHS_2832826 | | |
| 232 | Datasheet on exits | Wyatt_DHS_2758321 | | |
| 233 | Datasheet on placements | Wyatt_DHS_2784631 | | |
| 234 | Oregon CFSR 4 Data Profile Children's Bureau | Wyatt_DHS_2750402 | | |
| 235 | Datasheet on placements | Wyatt_DHS_4564511 | | |
| 236 | 4/23/2018 Email exchange between Darin Mancuso and Bridget Byfield et | Wyatt_DHS_2604143 | | |

| | | | | |
|---|---|---|---|---|
| | al. | | | |
| 237 | Seiler Memo- Legislative Update Notes | Wyatt_DHS_0774399 | | |
| 238 | 2019 Joint Plan to Develop In-State Capacity and Minimize Out-of-state Placements of Children | Wyatt_DHS_0130798 | | |
| 239 | 8/2/2019 Email exchange between David Schmidt and Darin Mancuso et al | Wyatt_DHS_2300138 | | |
| 240 | ORRAI Child Welfare Research Agenda: Service Array Analysis Draft | Wyatt_DHS_0126721 | | |
| 241 | 12/28/2022 Letter from Rebecca Jones Gaston to Kate Brown | Wyatt_DHS_2794312 | | |
| 242 | CP3-Children's Public Private Partnership | Wyatt_DHS_2987073 | | |
| 243 | 1/18/2023 Email exchange between Tim Gillette to Lacey Andresen, Aprille Flint-Gerner et al. | Wyatt_DHS_2986994 | | |
| 244 | Greater Oregon Behavioral Health Inc. - Oregon Kinship Navigator | Wyatt_DHS_2987124 | | |
| 245 | 2020 Secretary of State Audit | Wyatt_DHS_2675792 | | |
| 246 | 1/11/2022 Email exchange between Deena Loughary, Sarah Greenwood et al | Wyatt_DHS_3236563 | | |
| 247 | 9/25/2019 Email exchange between Jake Sunderland and Sara Fox | Wyatt_DHS_2068395 | | |
| 248 | 6/14/2022 Email with Sarah Fox et al. | Wyatt_DHS_3182718 | | |
| 249 | 3/17/2022 Email with Sarah Fox et al. | Wyatt_DHS_3170539 | | |
| 250 | 6/23/2022 Email with Sarah Fox et al. | Wyatt_DHS_2964794 | | |
| 251 | 9/26/2022 Email with Sarah Fox et al. | Wyatt_DHS_4504093 | | |
| 252 | OTIS investigation of abuse | Wyatt_DHS_4503757 | | |
| 253 | OTIS investigation of abuse | Wyatt_DHS_4503998 | | |
| 254 | 9/21/2022 Email with Sarah Fox et al. | Wyatt_DHS_4503997 | | |
| 255 | 10/7/2022 Email with Burke Belit et al. | Wyatt_DHS_3068830 | | |
| 256 | 1/5/2022 Email with Burke Belit et al. | Wyatt_DHS_2943652 | | |
| 257 | 9/5/2022 Email with Fariborz Pakseresht et al. | Wyatt_DHS_2977731 | | |
| 258 | 2/21/2023 Email exchange between Nathan Webber, Gina Zintz et al. | Wyatt_DHS_4671362 | | |
| 259 | 10/10/2023 Email with Lori McClure et al. | Wyatt_DHS_4671357 | | |
| 260 | 7/20/2023 Email with Tom VanderVeen et al. | Wyatt_DHS_4671303 | | |
| 261 | 5/24/2022 Email exchange between Rose Cokelly, Katrina Husbands, et al. | Wyatt_DHS_4619873 | | |
| 262 | ORRAI Report | Wyatt_DHS_4483407 | | |
| 263 | Findings letter from USDHHS | Wyatt_DHS_4588511 | | |
| 264 | ORRAI Report Douglas County Achieving Permanency | Wyatt_DHS_2945779 | | |

| 265 | 5/22/2022 Email with Rebecca Jones Gaston et al | Wyatt_DHS_3028489 | | |
|---|---|---|---|---|
| 266 | CRB CAPTA report | Wyatt_DHS_2962366 | | |
| 267 | Datasheet on temporary lodging | Wyatt_DHS_3738109 | | |
| 268 | 3/22/2022 Email with Garth Taft et al. | Wyatt_DHS_3738108 | | |
| 269 | 9/14/2022 Email from Stacey Loboy to Sarah Fox et al. | Wyatt_DHS_4503751 | | |
| 270 | 9/16/2022 Email exchange betweenh Sara Fox, Billy Cordero, et al. | Wyatt_DHS_3192447 | | |
| 271 | Admission Denial Reasons | Wyatt_DHS_3194630 | | |
| 272 | BRS Program Review | Wyatt_DHS_3194633 | | |
| 273 | Datasheet on BRS Placements | Wyatt_DHS_3176415 | | |
| 274 | 1/1/2022 Email exchange between Fariborz Pakseresht, John Kitzhaber, et al. | Wyatt_DHS_4418775 | | |
| 275 | Dynamic Service Capacity | Wyatt_DHS_3191710 | | |
| 276 | 4/27/2021 Email exchange between Rebecca Jones Gaston, Sarah Fox, et al. | Wyatt_DHS_2909136 | | |
| 277 | DHS/OHA report Oregon's Child, Youth & Family Continuum of Care | Wyatt_DHS_1721029 | | |
| 278 | Oregon Council of Behavioral Health Statement and Recommendations | Wyatt_DHS_2778052 | | |
| 279 | Addressing the Current Crisis in the Children's Behavioral Health System | Wyatt_DHS_2777989 | | |
| 280 | Children's System Letter Response | Wyatt_DHS_2778734 | | |
| 281 | System of Care Plan for Oregon | Wyatt_DHS_2711579 | | |
| 282 | 2022 SOCAC Legislative Report | Wyatt_DHS_4564457 | | |
| 283 | 12/14/2018 Email exchange between Sarah Fox, Glenda Marshall, et al. | Wyatt_DHS_0646132 | | |
| 284 | 4/17/2017 Email exchange between Peter Rosenblatt, Glenda Marshall, et al. | Wyatt_DHS_0930124 | | |
| 285 | 1/30/2019 Email exchange between Darin Mancuso, Wendy Leedle, et al. | Wyatt_DHS_2277325 | | |
| 286 | Dynamic Service Capacity | Wyatt_DHS_3192450 | | |
| 287 | Datasheet on BRS capacity | Wyatt_DHS_2956575 | | |
| 288 | Datasheet on temporary lodging | Wyatt_DHS_2956577 | | |
| 289 | 2/2022 PRTF Memo | Wyatt_DHS_2956579 | | |
| 290 | 3/22/2022 Email exchange between Sarah Fox, Rebecca Jones Gaston et al | Wyatt_DHS_2956567 | | |
| 291 | 7/6/2022 Email exchange between Sarah Fox, Lacey Andresen, et al | Wyatt_DHS_2966312 | | |
| 292 | 6/22/2022 Email exchange between Rebecca Jones Gaston, Aprille Flint-Gerner, et al | Wyatt_DHS_3030037 | | |

| 293 | 10/12/2022 Email exchange between David Schmidt, Ahnjene Boleyn, et al | Wyatt_DHS_3195430 | | |
|---|---|---|---|---|
| 294 | 4/14/2022 Email exchange between Darin Mancuso, Sarah Fox, et al. | Wyatt_DHS_3173726 | | |
| 295 | Update on children's PRTF capacity | Wyatt_DHS_2986465 | | |
| 296 | 5/24/2022 Email exchange between Jacquelin Gravley, Nancy Allen, et al. | Wyatt_DHS_3180142 | | |
| 297 | 10/13/2022 Email exchange between Fariborz Pakseresht, Sarah Fox, et al. | Wyatt_DHS_3195525 | | |
| 298 | 6/2/2022 Email exchange between Nancy Allen, Angela Leet, et al. | Wyatt_DHS_3526077 | | |
| 299 | 8/19/2022 Email exchange between Jennifer Graffunder, Aprille Flint-Gerner, et al. | Wyatt_DHS_4334954 | | |
| 300 | 5/25/2022 Email exchange between Angela Leet, Liesl Wendt, et al. | Wyatt_DHS_4449738 | | |
| 301 | 6/3/2022 Email exchange between Angela Leet, Fariborz Pakseresht, et al. | Wyatt_DHS_4450044 | | |
| 302 | 6/3/2022 Email exchange between Angela Leet, Liesl Wendt, et al. | Wyatt_DHS_4450071 | | |
| 303 | Temporary Lodging Progress Report 10/2/2023 | Wyatt_DHS_4666002 | | |
| 304 | 2019 Joint Plan to Develop In-State Capacity and Minimize Out-of-state Placements of Children | Wyatt_DHS_3604112 | | |
| 305 | 11/21/2022 Email exchange between Sara Fox, Rebecca Jones Gaston | Wyatt_DHS_3198056 | | |
| 306 | 2/4/2020 Email exchange between Meghan Nielson, Nancy Allen, et al. | Wyatt_DHS_3348471 | | |
| 307 | State of Oregon v. Isaiah Webber, Motion to Modify Release Agreement, 23CR45572 (Marion Co. Ct. Nov. 8, 2023) | | | |
| 308 | State of Oregon v. Isaiah Webber, Information, 23CR45572 (Marion Co. Ct. Sept. 19, 2023) | | | |
| 309 | Univ. of Kansas ROM Child Welfare Data | | | |
| 310 | 2016 Public Knowledge Report | Wyatt_DHS_4648027 | | |
| 311 | Temporary Lodging Progress Report 2/1/2023 | Wyatt_DHS_4663079 | | |
| 312 | 2023-06-07 Child-Family BH OHA-SOCAC | Wyatt_DHS_4466731 | | |

| 313 | Temporary Lodging Presentation 9/18/2023 | Wyatt_DHS_4665951 | | |
|-----|------------------------------------------|-------------------|---|---|
| 314 | 6/15/2021 Email exchange between Simon Fulford, Lacey Andresen, et al. | Wyatt_DHS_3142392 | | |
| 315 | 1/19/2022 Email exchange between Lacey Andresen, Chere Lefore, et al. | Wyatt_DHS_2945164 | | |
| 316 | Comprehensive Statewide Plan to Prevent Child Maltreatment Fatalities April 2022 | Wyatt_DHS_2747069 | | |
| 317 | DHS Pilot - OHSU Collaboration to support high needs youth | Wyatt_DHS_3202010 | | |
| 318 | Temporary Lodging- Working Steering Committee 10/5/2022 | Wyatt_DHS_3852360 | | |
| 319 | 12/28/2022 Email exchange between Sherrelle Jackson, Stacey Mahler, et al. | Wyatt_DHS_2985870 | | |
| 320 | 12/30/2022 Email exchange between Sherrelle Jackson, Stacey Mahler, et al. | Wyatt_DHS_2985904 | | |
| 321 | Temporary Lodging - Working 2/28/2022 | Wyatt_DHS_3737165 | | |
| 322 | Holding Hope: Children's Behavioral Health in Oregon | | | |
| 323 | Compilation of Complaints against ODHS | | | |
| 324 | Statements from Juvenile Attorneys | | | |
| 325 | Withheld maltreatment records responsive to Plaintiffs' 15th RFP, 16th RFP and class representatives | | | |
| 326 | 2/28/2024 Stockdale Statement | | | |
| 327 | 2/28/2024 Shiprack Statement | | | |
| 328 | 2/28/2024 Ponting, Maupin Statements | | | |
| 329 | 2/28/2024 Montgomery Statement | | | |
| 330 | JM – Deposition of Dawn Hunter, 6.3.22 | | | |
| 331 | JM – Deposition of Dawn Hunter, 7.15.22 | | | |
| 332 | JM – Deposition of Dawn Hunter, 10.13.23 | | | |
| 333 | JM – Deposition of Desta Walsh | | | |
| 334 | JM – Deposition of Michelle Pfeiffer | | | |
| 335 | JM – Deposition of Melanie Parent | | | |
| 336 | JM – Deposition of Michael John Payne | | | |
| 337 | JM - Deposition of Lacey Andresen | | | |

| 338 | JM - Deposition of Stacey Ayers, 5/16/22 | | | |
| 339 | JM - Deposition of Stacey Ayers, 12/01/21 | | | |
| 340 | JM - Deposition of Billy Cordero | | | |
| 341 | JM - Deposition of Stacey Daeschner | | | |
| 342 | JM - Deposition of Kevin George | | | |
| 343 | JM Ex. 26: Miller Cert file (0015292-0016260) - deduped (Corrected) | | | |
| 344 | JM Ex. 28: OR-Kids Provider NOTES | | | |
| 345 | JM Ex. 32: Certification Emails | | | |
| 346 | JM Ex. 34: JM-PROD-0016452 (3.13.12 Screening Report) | | | |
| 347 | JM Ex. 36: JM Photos | | | |
| 348 | JM Ex. 37: CH - ORKids file (excerpt) | | | |
| 349 | JM Ex. 61: 2016 Final Report – Excerpts | | | |
| 350 | JM Ex. 66: OR SOS – Audit; DHS Responses 02.2020 | | | |
| 351 | JM Ex. 78: CPS – Assessment Summary 10.20.13 | | | |
| 352 | JM Ex. 81: LH – Case Review Addendum 01.08.14 | | | |
| 353 | JM Ex. 99: Email re Out of Home Investigation | | | |
| 354 | JM Ex. 100: DHS Victim Rights Notifications | | | |
| 355 | JM Ex. 110: AS, JM – Email Correspondence | | | |
| 356 | JM Ex. 118: AS, JM Email Correspondence | | | |
| 357 | JM Ex. 245: RL - Emails (All) | | | |
| 358 | JM Ex. 289: Parent – Org Charts | | | |
| 359 | JM Ex. 290: OR SOS DHS Audit 01.2018 | | | |
| 360 | JM Ex. 291: DHS Foster Care Audit Response 01.29.18 | | | |
| 361 | JM Ex. 292: OR SOS DHS Audit – 2019 | | | |

| 362 | JM Ex. 293: OR SOS - DHS OR Kids Audit – 02.2020 | | | |
| 363 | JM Ex. 294: OR SOS DHS Audit – 07.2020 | | | |
| 364 | JM Ex. 295: State Defs – Response to Plf's Rogs (2nd) 04.30.21 | | | |
| 365 | JM Ex. 296: SFR - Parent Final Report | | | |
| 366 | JM Ex. 297: SFR Edits Highlights & Review | | | |
| 367 | JM Ex. 298: SFR - Hurley Final Report | | | |
| 368 | JM Ex. 299: JM-PROD-0054934 - CH Case File | | | |
| 369 | JM Ex. 300: Parent – Additional Emails | | | |
| 370 | JM Ex. 341: Org Charts – Ayers | | | |
| 371 | JM Ex. 342: CIRT Chapter 413 Division 017 | | | |
| 372 | JM Ex. 343: Child Welfare Procedure Manual (excerpt) | | | |
| 373 | JM Ex. 344: DHS 30 Day CIRT (exhibit from Mooney) | | | |
| 374 | JM Ex. 345: Foster Care Safety Team Final Report 2010 | | | |
| 375 | JM Ex. 346: 2010.11.22 – Article | | | |
| 376 | JM Ex. 347: 2010.11.27 – Article | | | |
| 377 | JM Ex. 348: 2013.05.01 – Lopez email and Karly's Law Training | | | |
| 378 | JM Ex. 349: Ayers – Emails | | | |
| 379 | JM Ex. 350: JM Injury Timeline | | | |
| 380 | JM Ex. 351: 2013.12.13 – Interoffice Memo Hunter to Jolin | | | |
| 381 | JM Ex. 352: DAS – Response to Lathen TCN | | | |
| 382 | JM Ex. 353: 2017.09.07 - Article | | | |
| 383 | JM Ex. 356: SB 819 Clip 1 - Senate Comm. on Human Services - 03.13.2017 | | | |

| 384 | JM Ex. 357: SB 819 Clip 2 - Senate Comm. on Human Services - 03.13.2017 | | | |
|---|---|---|---|---|
| 385 | JM Ex. 358: SB 819 Clip 3 - Senate Comm. on Human Services - 03.13.2017 | | | |
| 386 | JM Ex. 359: SB 819 Clip 4 - Senate Comm. on Human Services - 03.13.2017 | | | |
| 387 | JM Ex. 371: 04.25.14 Email to George from Lopez | | | |
| 388 | JM Ex. 373: JM et al v Major et al - State Defs' PROD 38 Letter to Pltfs' Counsel | | | |
| 389 | JM Ex. 376: AG 27 - Pearson 05.28.14_Sensitive Issue Report | | | |
| 390 | JM Ex. 378: 285 - Wallins | | | |
| 391 | JM Ex. 379: 425 - Evans - 04.08.15 - Evans Emails | | | |
| 392 | JM Ex. 400: LH Exhibit 031 - 31 - CART Meeting (3.20.17) | | | |
| 393 | JM Ex. 402: 27 - Pearson 05.28.14_Sensitive Issue Report | | | |
| 394 | JM Ex. 419: 239 - Burnell 1.16.15 - Sensitive File Review 7.06.2011 | | | |
| 395 | JM Ex. 422: 273 - Hunter 2.10.15 - Mooney Foster Home Sensitive Case Staffing | | | |
| 396 | JM Ex. 423: 274 - Hunter 2.10.15 - Sensitive Case Staffing Notes | | | |
| 397 | JM Ex. 424: 275 - Hunter 2.10.15 - 7.27.11 Rene Duboise e-mail | | | |
| 398 | JM Ex. 429: 361 - Duboise 3.18.15 - Duboise Emails | | | |
| 399 | JM Ex. 430: 440 - Daeschner - 04.09.15 - Daeschner Emails | | | |
| 400 | JM Ex. 431: 451 - Faulkner - 10.22.15 | | | |
| 401 | JM Ex. 433: JM-PROD-0223463 | | | |
| 402 | JM Ex. 434: JM-PROD-0223599 | | | |

| 403 | JM Ex. 436: JM-PROD-0223608 | | | |
| 404 | JM Ex. 438: JM-PROD-0223664 | | | |
| 405 | JM Ex. 442: Prod 35 - Kwapisz - Hunter | | | |
| 406 | JM Ex. 445: 2018.05.11 - Changes for Oregon's struggling foster care system - oregonlive | | | |
| 407 | JM Ex. 446: 2019.11.30 - Foster care supervisor who drew criticism… - oregonlive | | | |
| 408 | JM Ex. 456: 371 - Kane Suleiman - 3.23.15 - Emails | | | |
| 409 | JM Ex. 457: 425 - Evans - 04.08.15 - Evans Emails | | | |
| 410 | JM Ex. 463: Videotaped Deposition of Dawn E. Hunter, 02.17.15 | | | |
| 411 | JM Ex. 464: Declaration of Paulo Jauregui | | | |
| 412 | JM Ex. 466: Declaration of Daniel Wren | | | |
| 413 | JM Ex. 467: Declaration of Anna Dennis, M.S., C.G.C. | | | |
| 414 | JM Ex. 468: Declaration of Ian G. Loewen-Thomas, M.D. | | | |
| 415 | JM Ex. 469: Declaration of Dr. Rose Eagle | | | |
| 416 | JM Ex. 470: Declaration of Tahra Sinks | | | |
| 417 | JM Ex. 471: Declaration of Gail Nosek | | | |
| 418 | JM Ex. 472: Declaration of Lindsay Soto | | | |
| 419 | JM Ex. 473: Declaration of Nina Joanne Hyndman, M.D. | | | |
| 420 | Child Abuse Prevention and Treatment Act (CAPTA) Citizen Review Panels (CRP) Report for the 2022-23 Fiscal Year | | | |
| 421 | 2021.01.26 BE Court Report | | | |
| 422 | 2022.07.21 BE Screening Report Memo | | | |
| 423 | 2023.11.13 Court Memo - SJ | | | |

| 424 | 2024.03.01 Preservation of Evidence LTR - SJ | | | |
|---|---|---|---|---|
| 425 | Child X - Dr. Edwinson 11.23.2024 eval | | | |
| 426 | CV - Roxanne Edwinson_March 2024 | | | |
| 427 | MindSights_Behavioral Health Liaison Proposal DRAFT | | | |
| 428 | RAPID Sampling Statistics Report 2023.12 | | | |
| 429 | Updated RAPID Program Overview_10.2023 | | | |
| 430 | 2021.01.28 emails re H.A | | | |
| 431 | Emails re Child X | | | |
| 432 | OPB - Oregon is Placing Foster Children in Short-term Rental Homes... - 11.20.2023 | | | |
| 433 | OPB - As Oregon Touts Yoga At Out-Of-State Facility for Foster Youth, Utah Cites Mistreatment - 05.16.2019 | | | |
| 434 | OPB - As Washington Pulls Foster Kids From Facility, Oregon Children Remain - 06.04.2019 | | | |
| 435 | OPB - Guns Drawn On Oregon Foster Care Children in Out-Of-State Facility in April - 05.07.2019 | | | |
| 436 | OPB - Oregon Foster Youth Assaulted In Out-Of-State Facility Testifies to Lawmakers - 02.05.2020 | | | |
| 437 | OPB - Utah Facility Housing Oregon Foster Youth To Close After Reports Of Abuse - 07.11.2019 | | | |
| 438 | Oregonian - Officials-Oregon foster child was assaulted at Utah program - 05.08.2019 | | | |
| 439 | Oregonian - Oregon officials say they were overly trusting... - 05.29.2019 | | | |
| 440 | Oregonian - Teens riot at Utah facility that houses... - 04.30.2019 | | | |
| 441 | 7/21/2019 Email exchange between Paul Bellatty, Richard Wexler, Fariborz Pakseresht, et al. | Wyatt_DHS_2259571 | | |

DATED this 12th day of April, 2024.

**DAVIS WRIGHT TREMAINE LLP**

By: _s/ P. Andrew McStay Jr._
P. Andrew McStay Jr., OSB 033997
andymcstay@dwt.com
William D. Miner, OSB 043636
billminer@dwt.com
560 SW Tenth Avenue, Suite 700
Portland, OR 97205
Tel: (503) 241-2300


**A BETTER CHILDHOOD**
Marcia Robinson Lowry (*pro hac vice*)
mlowry@abetterchildhood.org
Anastasia Benedetto (*pro hac vice*)
abenedetto@abetterchildhood.org
Lindsay Gus (*pro hac vice*)
lgus@abetterchildhood.org
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

**DISABILITY RIGHTS OREGON**
Emily Cooper, OSB 182254
ecooper@droregon.org
Thomas Stenson, OSB 152894
tstenson@droregon.org
511 SW Tenth Avenue, Suite 200
Portland, OR 97205
Tel: (503) 243-2081

**RIZZO BOSWORTH ERAUT PC**
Mary Skjelset, OSB 075840
mskjelset@rizzopc.com
Steven Rizzo, OSB 840853
srizzo@rizzopc.com
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819

*Attorneys for Plaintiffs*