**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Vivek A. Kothari, OSB #182089**
VivekKothari@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WYATT B. and NOAH F. by their next friend Michelle McAllister; KYLIE R. and ALEC R. by their next friend Kathleen Megill Strek; UNIQUE L. by her next friend Annette Smith; SIMON S. by his next friend Paul Aubry; RUTH T. by her next friend Michelle Bartov; BERNARD C. by his next friend Ksen Murry; NAOMI B. by her next friend Kathleen Megill Strek; and NORMAN N. by his next friend Tracy Gregg, individually and on behalf of all others similarly situated,<br><br>                                   Plaintiffs,<br><br>       v.<br><br>TINA KOTEK, Governor of Oregon in her official capacity; FARIBORZ PAKSERESHT, Director, Oregon Department of Human Services in his official capacity; APRILLE FLINT-GERNER, Director, Child Welfare in her official capacity; and OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>                                   Defendants. | Case No. 6:19-cv-00556-AA<br><br>**STIPULATED AMENDED CASE SCHEDULE** |

Page 1 –   STIPULATED AMENDED CASE SCHEDULE

The parties wish to make a slight adjustment to the current set of pretrial deadlines (Dkt. 356) as follows:

| Case Event | Current Deadline | Proposed Adjustment |
|---|---|---|
| File proposed witness statements (including a time estimate for each witness and a description of their testimony) | Friday, April 19, 2024 at 9:00 a.m. | No change |
| Parties to confer on order of trial witnesses | Monday, April 15, 2024 | Monday, April 22, 2024 |
| File proposed deposition designations (if any) | Monday, April 22, 2024 | No change |
| File objections and stipulations to exhibits and witness statements and motions in limine (if any) | Monday, April 22, 2024 | Thursday, April 25, 2024 |
| File Responses to *Daubert* motions (for experts other than Dr. Farina and Dr. Vinson) | Tuesday, April 23, 2024 | No change |
| File objections to deposition designations (if any) and counter-designations (if any), and submit hard copies of exhibits to the Court | Friday, April 26, 2024 | No change |
| File responses to exhibits and witness statement objections and responses to motions in limine | Friday, April 26, 2024 | Monday, April 29, 2024 |
| Pretrial Conference | Tuesday, April 30, 2024 at 10:00 a.m. | No change |
| File *Daubert* motions for Dr. Farina and Dr. Vinson | Wednesday, May 1, 2024 | No change |
| File Responses to *Daubert* motions for Dr. Farina and Dr. Vinson | Monday, May 13, 2024 | No change |

///

///

///

///

Page 2 –    STIPULATED AMENDED CASE SCHEDULE

DATED: April 16, 2024.

| A BETTER CHILDHOOD | ELLEN ROSENBLUM<br>ATTORNEY GENERAL<br>FOR THE STATE OF OREGON |
|---|---|
| By: *s/ Mary D. Skjelset*<br>Marcia Robinson Lowry (*admitted pro hac vice*)<br>mlowry@abetterchildhood.org<br>Anastasia Benedetto (*admitted pro hac vice*)<br>abenedetto@abetterchildhood.org<br>Lindsay Gus (*admitted pro hac vice*)<br>lgus@abetterchildhood.org<br><br>DAVIS WRIGHT TREMAINE LLP<br>P. Andrew McStay, Jr., OSB #033997<br>andymcstay@dwt.com<br>William D. Miner, OSB #043636<br>billminer@dwt.com<br><br>DISABILITY RIGHTS OREGON<br>Emily Cooper, OSB #182254<br>ecooper@droregon.org<br>Thomas Stenson, OSB #152894<br>tstenson@droregon.org<br><br>RIZZO BOSWORTH ERAUT PC<br>Steven V. Rizzo, OSB #840853<br>srizzo@rizzopc.com<br>Mary D. Skjelset, OSB #075840<br>mskjelset@rizzopc.com<br>   *Of Attorneys for Plaintiffs* | By: *s/ Lauren F. Blaesing*<br>David B. Markowitz, OSB #742046<br>DavidMarkowitz@MarkowitzHerbold.com<br>Laura Salerno Owens, OSB #076230<br>LauraSalerno@MarkowitzHerbold.com<br>Harry B. Wilson, OSB #077214<br>HarryWilson@MarkowitzHerbold.com<br>Lauren F. Blaesing, OSB #113305<br>LaurenBlaesing@MarkowitzHerbold.com<br>Vivek A. Kothari, OSB #182089<br>VivekKothari@MarkowitzHerbold.com<br>Tel: (503) 295-3085<br>   *Special Assistant Attorneys General for Defendants*<br><br>Adele J. Ridenour, OSB #061556<br>AdeleRidenour@MarkowitzHerbold.com<br>   *Of Attorneys for Defendants*<br><br>Carla A. Scott, OSB #054725<br>carla.a.scott@doj.state.or.us<br>Sheila H. Potter, OSB #993485<br>sheila.potter@doj.state.or.us<br>   *Of Attorneys for Defendants* |

## ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from plaintiffs' counsel signatories to this document.

Date:  April 16, 2024.    *s/ Lauren F. Blaesing*
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com

2129370.1

**Page 4 –    STIPULATED AMENDED CASE SCHEDULE**