**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Vivek A. Kothari, OSB #182089**
VivekKothari@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WYATT B. and NOAH F. by their next friend Michelle McAllister; KYLIE R. and ALEC R. by their next friend Kathleen Megill Strek; UNIQUE L. by her next friend Annette Smith; SIMON S. by his next friend Paul Aubry; RUTH T. by her next friend Michelle Bartov; BERNARD C. by his next friend Ksen Murry; NAOMI B. by her next friend Kathleen Megill Strek; and NORMAN N. by his next friend Tracy Gregg, individually and on behalf of all others similarly situated, | Case No. 6:19-cv-00556-AA  **STIPULATED AMENDED CASE SCHEDULE** |
| Plaintiffs, | |
| v. | |
| TINA KOTEK, Governor of Oregon in her official capacity; FARIBORZ PAKSERESHT, Director, Oregon Department of Human Services in his official capacity; APRILLE FLINT-GERNER, Director, Child Welfare in her official capacity; and OREGON DEPARTMENT OF HUMAN SERVICES, | |
| Defendants. | |

**Page 1 –    STIPULATED AMENDED CASE SCHEDULE**

The parties wish to make a slight adjustment to the current set of pretrial deadlines (Dkt. 356) as follows:

| Case Event | Current Deadline | Proposed Adjustment |
|---|---|---|
| File proposed witness statements (including a time estimate for each witness and a description of their testimony) | Friday, April 19, 2024 at 9:00 a.m. | Friday, April 19, 2024 by 11:59 p.m. |

DATED: April 18, 2024.

A BETTER CHILDHOOD

By:  *s/ P. Andrew McStay, Jr.*
Marcia Robinson Lowry (*admitted pro hac vice*)
mlowry@abetterchildhood.org
Anastasia Benedetto (*admitted pro hac vice*)
abenedetto@abetterchildhood.org
Lindsay Gus (*admitted pro hac vice*)
lgus@abetterchildhood.org

DAVIS WRIGHT TREMAINE LLP
P. Andrew McStay, Jr., OSB #033997
andymcstay@dwt.com
William D. Miner, OSB #043636
billminer@dwt.com

DISABILITY RIGHTS OREGON
Emily Cooper, OSB #182254
ecooper@droregon.org
Thomas Stenson, OSB #152894
tstenson@droregon.org

RIZZO BOSWORTH ERAUT PC
Steven V. Rizzo, OSB #840853
srizzo@rizzopc.com
Mary D. Skjelset, OSB #075840
mskjelset@rizzopc.com
    *Of Attorneys for Plaintiffs*

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By:  *s/ Lauren F. Blaesing*
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Vivek A. Kothari, OSB #182089
VivekKothari@MarkowitzHerbold.com
Tel: (503) 295-3085
    *Special Assistant Attorneys General for Defendants*

Adele J. Ridenour, OSB #061556
AdeleRidenour@MarkowitzHerbold.com
    *Of Attorneys for Defendants*

Carla A. Scott, OSB #054725
carla.a.scott@doj.state.or.us
Sheila H. Potter, OSB #993485
sheila.potter@doj.state.or.us
    *Of Attorneys for Defendants*

**ECF CERTIFICATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document from plaintiffs' counsel signatories to this document.

Date:  April 18, 2024.                   *s/ Lauren F. Blaesing*
                                         Lauren F. Blaesing, OSB #113305
                                         LaurenBlaesing@MarkowitzHerbold.com

2130872.1

**Page 3 –**     **STIPULATED AMENDED CASE SCHEDULE**