David L. Kramer, OSB 802904
E-mail: David@KramerLaw.us
David L. Kramer, P.C.
3265 Liberty Road South
Salem, OR 97302
Tel. 503.364.1117
Fax. 503.391.4269
  Attorney for Intervenor Steven J. Russell,
  Next Friend of Y.G.

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| WYATT B. and NOAH F., by their next friend Michelle McAllister; KYLIE R. and ALEC R. by their next friend, Kathleen Megill Strek; UNIQUE L. by her next friend, Annette Jaeger; SIMON S. by his next friend Paul Aubry; RUTH T. by her next friend Michelle Bartov; BERNARD C. by his next friend Ksen Murry; NAOMI B. by her next friend Kathleen Megill Strek; and NORMAN N. by his next friend Tracy Gregg, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>   vs.<br><br>TINA KOTEK, Governor of Oregon in her official capacity; FAIRBORZ PAKSERESHT, Director, Oregon Department of Human Services in his official capacity; APRILLE FLINT-GERNER, Director, Child Welfare in her official capacity; and OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>                    Defendants. | Civil No. 6:19-CV-00556-AA<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR STEVEN J. RUSSELL, NEXT FRIEND TO Y.G.** |

   DAVID L. KRAMER moves this Court for an Order allowing him to withdraw as

attorney of record for Steven J. Russell, Next Friend to Y.G., on the grounds and for the

reason

that the undersigned no longer represents Y.G. or his representative.

Page 1 -  MOTION BY COUNSEL FOR INTERVENOR TO WITHDRAW AS ATTORNEY OF RECORD

Y.G. is a putative member of the instant class and is currently an adult. He had filed a Motion to Intervene in the instant Matter for the limited purpose of modifying the Protective Order so Y.G. might obtain some of the discovery exchanged by the above-captioned parties and relevant to his claims. The Motion to Intervene was opposed by the Parties herein, and the Court denied the Motion on September 28, 2022.

Y.G. is pursuing his civil claims in another matter, *Y.G., et seq., vs. The State of Oregon, et al.;* USDC Case No. 3:19-cv-01870-AC. He is currently represented in that case by Mr. James Healy of the Gatti Law Firm.  Mr. Healy's contact information is:

>James M. Healy
>The Gatti Law Firm
>235 Front Street S.E., Suite 200
>Salem, OR  97301
>Telephone:  (503) 363-3443
>FAX No.:    (503) 371-2482
>Email:      jhealy@gattilaw.com

I have conferred with Mr. Healy, and he does not oppose this Motion.

DATED this 19th day of April, 2024.

>DAVID L. KRAMER, P.C.
>
>By: /s/ David L. Kramer
>    David L. Kramer, OSB No. 802904
>    3265 Liberty Road S.
>    Salem, OR 97302
>    Telephone: (503) 364-1117
>    FAX No.: (503) 391-4269
>    Email: David@KramerLaw.us

Page 2 -  MOTION BY COUNSEL FOR INTERVENOR TO WITHDRAW AS ATTORNEY OF RECORD