**P. ANDREW McSTAY, JR.**, OSB 033997
andymcstay@dwt.com
**WILLIAM D. MINER**, OSB 043636
billminer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW Tenth Avenue, Suite 700
Portland, OR 97205
Telephone: (503) 241-2300


**MARCIA ROBINSON LOWRY** (*pro hac vice*)
mlowry@abetterchildhood.org
**ANASTASIA BENEDETTO** (*pro hac vice*)
abenedetto@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

*Attorneys for Plaintiffs*
*Additional Counsel of Record Listed on*
*Signature Page*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| WYATT B., *et al.*,<br><br>                  Plaintiffs,<br><br>     v.<br><br>TINA KOTEK, *et al.*,<br><br>                  Defendants. | Case No. 6:19-cv-00556<br><br>**PLAINTIFFS' AMENDED EXHIBIT LIST** |

Plaintiffs submit the following proposed exhibits for trial:

| Ex. | Description | Bates | Id. | Am. |
|-----|-------------|-------|-----|-----|
| 1 | 2/5/2024 Memorandum from Fariborz Pakseresht to Senate Human Services Committee re Responses to questions regarding Child Welfare contractors, temporary lodging and litigation | Wyatt_DHS_4671249 | | |
| 2 | Expert Report of Patricia Rideout and Dr. Sue Steib 11/30/2019 | | | |
| 3 | Amended Expert Report of Patricia Rideout and Dr. Sue Steib 2/2/2024 | | | |
| 4 | Expert Rebuttal Report of Patricia Rideout and Dr. Sue Steib 3/1/2024 | | | |
| 5 | Expert Report of Dr. Angelique Day 11/27/2019 | | | |
| 6 | Expert Report of Dr. Angelique Day 12/15/2023 | | | |
| 7 | Expert Report of Dr. Anne Farina 12/15/2023 | | | |
| 8 | Expert Rebuttal Report of Dr. Anne Farina 3/1/2024 | | | |
| 9 | Expert Rebuttal Report of Albyn Jones 3/1/2024 | | | |
| 10 | Expert Report of Alan M. Puckett 11/28/2019 | | | |
| 11 | Expert Report of Dr. Bianca Wilson 12/1/2019 | | | |
| 12 | Wyatt B. Complaint | Dkt. 1 | | |
| 13 | Plaintiffs' 15th RFP | | | |
| 14 | Plaintiffs' 16th RFP | | | |
| 15 | 12/7/2021 Email exchange re CANS information | | | |
| 16 | 12/8/2021 Email exchange re OR CANS information | | | |
| 17 | 12/8/2021 Email exchange re OR CANS information | | | |
| 18 | 12/9/2021 Email exchange re OR CANS Information | | | |
| 19 | Department of Administrative Services Insurance Fund Presentation 2/14/2024 | | | |

4880-2115-8840v.2 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 20 | 2023 Public Knowledge Report: Oregon Child Welfare Review Draft Assessment Findings Report 12/15/2024 | | | |
| 21 | Public Knowledge Focus Group Notes | Wyatt_PK0004085 | | |
| 22 | Stacey Moss 3/18/2024 Deposition Transcript att: Exs. 2 & 4 to Stacey Moss Deposition[1] | | | |
| 23 | Public Knowledge Interview Notes | Wyatt_PK0004086 | | |
| 24 | CFSR Self-Assessments - Statewide Chart | | | |
| 25 | D10 2018 CFSR Charts | Wyatt_DHS_2697816 | | |
| 26 | D10 2019 CFSR Charts | Wyatt_DHS_2699255 | | |
| 27 | D10 2020 CFSR Charts | Wyatt_DHS_2699632 | | |
| 28 | D10 2021 CFSR Charts | Wyatt_DHS_2709616 | | |
| 29 | D10 2022 CFSR Charts | Wyatt_DHS_2966390 | | |
| 30 | D10 2023 CFSR Charts | Wyatt_DHS_4675487 | | |
| 31 | Number of Children in Foster Care or being Served In Home on April 1, 2022 by Worker Assignment, Worker County, Worker Role, and Worker Type | Wyatt_DHS_2731325 | | |
| 2 | Number of Children in Foster Care or being Served In Home on Jan. 1, 2022 by Worker Assignment, Worker County, Worker Role, and Worker Type | Wyatt_DHS_2731231 | | |
| 33 | Number of Children in Foster Care or being Served In Home on April 1, 2021 by Worker Assignment, Worker County, Worker Role, and Worker Type | Wyatt_DHS_2731277 | | |
| 34 | Number of Children in Foster Care or being Served In Home on Jan 1., 2021 by Worker Assignment, Worker County, Worker Role, and Worker Type | Wyatt_DHS_2731301 | | |
| 35 | 2018 Oregon Secretary of State Audit of ODHS | Wyatt_DHS_0059767 | | |
| 36 | OR Secretary of State Audit of ODHS 2019: Recommendation Follow-up Report: DHS Has Made Important Improvements, but Extensive Work Remains to Ensure Child Safety | Wyatt_DHS_0061108 | | |
| 37 | D1 Clatsop Debrief Summary Oct 2023 | Wyatt_DHS_4675967 | | |

[1] Because the exhibits were numerous and sent electronically, the parties agreed on the record that the exhibits were part of the Moss deposition.

4880-2115-8840v.2 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 38 | D1 Columbia Debrief Summary Oct 2023 | Wyatt_DHS_4675956 | | |
| 39 | D2 Alberta Debrief Summary Sep 2023 | Wyatt_DHS_4675879 | | |
| 40 | D2 E Multnomah Debrief Summary Sep 2023 | Wyatt_DHS_4675861 | | |
| 41 | D2 Gresham Debrief Summary Jan 2023 | Wyatt_DHS_4675342 | | |
| 42 | D2 Midtown Debrief Summary Jan 2023 | Wyatt_DHS_4675349 | | |
| 43 | D3 Marion Debrief Summary Apr 2023 | Wyatt_DHS_4675445 | | |
| 44 | D3 Polk Debrief Summary Apr 2023 | Wyatt_DHS_4675472 | | |
| 45 | D3 Yamhill Debrief Summary Apr 2023 | Wyatt_DHS_4675484 | | |
| 46 | D4 Benton Debrief Summary Aug 2023 | Wyatt_DHS_4675758 | | |
| 47 | D4 Lincoln Debrief Summary Aug 2023 | Wyatt_DHS_4675721 | | |
| 48 | D4 Linn Debrief Summary Aug 2023 | Wyatt_DHS_4675737 | | |
| 49 | D5 Lane Debrief Summary Feb-Mar 2023 | Wyatt_DHS_4675393 | | |
| 50 | D6 Douglas Debrief Summary Jul2023 | Wyatt_DHS_4675666 | | |
| 51 | D7 Coos-Curry Debrief Summary May 2023 | Wyatt_DHS_4675512 | | |
| 52 | D8 Jackson Debrief Summary Jun 2023 | Wyatt_DHS_4675547 | | |
| 53 | D8 Josephine Debrief Summary Jun 2023 | Wyatt_DHS_4675538 | | |
| 54 | D9 Debrief Summary Nov 2023 | Wyatt_DHS_4676107 | | |
| 55 | D10 Debrief Summary May 2023 | Wyatt_DHS_4675493 | | |
| 56 | D10 Warm Springs Debrief Summary May 2023 | Wyatt_DHS_4675592 | | |
| 7 | D11 Klamath Debrief Summary Aug 2023 | Wyatt_DHS_4675749 | | |
| 58 | D12 Umatilla Debrief Summary Jul 2023 | Wyatt_DHS_4675624 | | |
| 59 | D13 Baker Debrief Summary Jul 2023 | Wyatt_DHS_4675615 | | |
| 60 | D14 Debrief Summary Oct 2023 | Wyatt_DHS_4676118 | | |
| 61 | D15 Clackamas Debrief Summary Nov 2023 | Wyatt_DHS_4676092 | | |
| 62 | D16 Washington Debrief Summary Dec 2023 | Wyatt_DHS_4676253 | | |
| 63 | D2 Gresham Debrief Summary Jan 2022 | Wyatt_DHS_2722208 | | |
| 64 | D3 Polk Debrief Summary Apr 2022 | Wyatt_DHS_4674948 | | |
| 65 | Grand Ronde Debrief Summary Apr 2022 | Wyatt_DHS_4674967 | | |
| 66 | D7 Coos-Curry Debrief Summary May 2022 | Wyatt_DHS_4674993 | | |

Page 4 - PLAINTIFFS' AMENDED EXHIBIT LIST

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 67 | D10 Crook Debrief Summary May 2022 | Wyatt_DHS_4675009 | | |
| 68 | D8 Josephine Debrief Summary Jun 2022 | Wyatt_DHS_4675039 | | |
| 69 | D12 Umatilla Debrief Summary Jul 2022 | Wyatt_DHS_4675051 | | |
| 70 | D13 Baker Debrief Summary Jul 2022 | Wyatt_DHS_4675064 | | |
| 71 | D6 Douglas Debrief Summary Jul 2022 | Wyatt_DHS_4675083 | | |
| 72 | D11 Klamath Debrief Summary Aug 2022 | Wyatt_DHS_4675106 | | |
| 73 | D4 Benton Debrief Summary Aug 2022 | Wyatt_DHS_4675125 | | |
| 74 | D2 Alberta Debrief Summary Sep 2022 | Wyatt_DHS_4675151 | | |
| 75 | D2 E Multnomah Debrief Summary Sep 2022 | Wyatt_DHS_4675162 | | |
| 76 | D14 Grant Debrief Summary Oct 2022 | Wyatt_DHS_4675182 | | |
| 77 | D14 Malheur County Debrief Summary Oc. 2022 | Wyatt_DHS_2984149 | | |
| 78 | D9 Hood River Debrief Summary Nov 2022 | Wyatt_DHS_4675207 | | |
| 79 | D15 Clackamas Debrief Summary Nov 2022 | Wyatt_DHS_4675230 | | |
| 80 | D16 Washington Debrief Summary Dec 2022 | Wyatt_DHS_4675296 | | |
| 81 | D2 Midtown Debrief Summary Ja 2022 | Wyatt_DHS_4676565 | | |
| 82 | D5 Lane Debrief Summary Feb.-Mar2022 | Wyatt_DHS_4676578 | | |
| 83 | D8 Jackson Debrief Summary Jun 2022 | Wyatt_DHS_4676614 | | |
| 84 | D1 Clatsop Debrief Summary Oct 2022 | Wyatt_DHS_4676633 | | |
| 85 | D1 Clatsop & Tillamook Summary Oct 2022 | Wyatt_DHS_3070630 | | |
| 86 | 8/10/2018 Email from Rosa Klein to Kate Brown et al. | Wyatt_DHS_2677920 | | |
| 87 | Foster Care Recruitment & Retention | Wyatt_DHS_0700335 | | |
| 88 | 8/26/2019 Email from Fariborz Pakseresht to SEIU 503 | Wyatt_DHS_2269185 | | |
| 89 | Oregon Department of Human Services, Child Welfare Progress Report | Wyatt_DHS_0059477 | | |
| 90 | 6/28/2021 Email exchange between Megan Brazo-Erickson to RJG, Lacey Andresen, et al. | Wyatt_DHS_2921337 | | |
| 91 | 1/5/2022 Email exchange between April Munks and Lacey Andresen | Wyatt_DHS_2943220 | | |
| 92 | 1/26/2022 Email exchange between Timothy Gillette and Eric Moore, et al. | Wyatt_DHS_4418330 | | |
| 93 | 4/5/2022 Email exchange between | Wyatt_DHS_2958418 | | |

Page 5 - PLAINTIFFS' AMENDED EXHIBIT LIST

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | | |
|---|---|---|---|---|
| | Diepen-Hedyat Anandi and Tova Woyciechowicz | | | |
| 94 | 6/22/22 Email exchange between April Munks and Lacey Andresen, Aprille Flint-Gerner, et al. | Wyatt_DHS_2964709 | | |
| 95 | Oregon Caseload Ratio Standards Feb 3, 2022 | Wyatt_DHS_2745840 | | |
| 96 | 11/21/2022 Email exchange between Lacey Andresen, Amber McClelland, et al. | Wyatt_DHS_2983281 | | |
| 97 | June 19, 2019 Email exchange between Rosa Klein and Mary Moller, Berri Lesli, et al. | Wyatt_DHS_0774226 | | |
| 98 | 9/20/2019 Email exchange between Kim Lorz and Morton McKenzie, Lisa Lewis, et al. | Wyatt_DHS_2186384 | | |
| 99 | 8/23/2019 Email exchange between Fariborz Pakseresht and Liesl Wendt | Wyatt_DHS_0792852 | | |
| 100 | 2/12/2020 Email exchange between RJG, Jana Mclellan, Fariborz, Deena Loughary, Lacey Andresen, et al. | Wyatt_DHS_2799968 | | |
| 101 | 1/6/2022 Email exchange between Kevin Marks Hess and Kristin Khamnohack, Lacey Andresen, et al. | Wyatt_DHS_2944017 | | |
| 102 | 2/17/22 Email exchange between Lacey Andresen and April Munks, Rebecca Jones Gaston, et al. | Wyatt_DHS_2949984 | | |
| 103 | 2/14/22 Email exchange between April Munks and Cherly Baldomarolucas et al. | Wyatt_DHS_3958043 | | |
| 104 | 5/13/2022 Email exchange between Lacey Andresen, Timothy Gillette, RJG, Aprille Flint-Gerner, et al | Wyatt_DHS_3027680 | | |
| 105 | Email exchange between Lacey Andresen, RJG, April Munks, et al. | Wyatt_DHS_3027752 | | |
| 106 | Agency Budget Request Section 2 2023-2025 | Wyatt_DHS_2732398 | | |
| 107 | Email from Darin Mancuso to Fariborz Pakseresht, Deena Loughary, et al. | Wyatt_DHS_3236433 | | |
| 108 | Temporary Lodging Progress Report Jan 3, 2023 | Wyatt_DHS_2794338 | | |
| 109 | 1/4/2023 Email exchange between Fariborz Pakseresht, Lacey Andresen, et al. | Wyatt_DHS_2794337 | | |

4880-2115-8840v.2 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 110 | 1/13/2023 Email exchange between Laura Winchester and Susana Dietrich | Wyatt_DHS_3202356 | | |
| 111 | 1/4/2023 Email exchange between Darin Mancuso, Deena Loughary | Wyatt_DHS_3236412 | | |
| 112 | Percentage of adults receiving required monthly face-to-face visits | Wyatt_DHS_2723132 | | |
| 113 | Caseworker visits with adults | Wyatt_DHS_2758337 | | |
| 114 | ODHS CFSP 2020-2024 | | | |
| 115 | 3/29/2021 Email exchange between Lacey Andresen, Lee Brown, et al. | Wyatt_DHS_2903521 | | |
| 116 | 7/27/2021 Email exchange between Lacey Andresen, and field program managers | Wyatt_DHS_2924207 | | |
| 117 | 12/1/2021 Email exchange between Lacey Andresen and field program managers | Wyatt_DHS_2939270 | | |
| 118 | Number of initial Permanency Plans w/in 60 days of FC by entry month, trend data | Wyatt_DHS_2722468 | | |
| 119 | Number of initial Permanency Plans w/in 60 days of FC by entry month, trend data | Wyatt_DHS_2730545 | | |
| 120 | ODHS CW Progress Report Mar 2024 | | | |
| 121 | Invoices for Dynamic Life Planning Sessions | Wyatt_DHS_4674558; Wyatt_DHS_4674708 | | |
| 122 | 11/14/2023 Email exchange between Michelle Pfeiffer and Lacey Andresen et al. | Wyatt_DHS_4674721; Wyatt_DHS_4674731 | | |
| 123 | 12/5/2023 OPB Article | | | |
| 124 | 2/29/2024 OPB Article | | | |
| 125 | 3/1/2024 Email exchange between Michelle Pfeiffer and Senator Gelser et al. | Wyatt_DHS_4674585 | | |
| 126 | 3/1/2024 Email exchange between Michelle Pfeiffer and Senator Gelser et al. | Wyatt_DHS_4674727 | | |
| 127 | DHS Child Welfare After Action Report: A Review of Contracting with Dynamic Life | | | |
| 128 | Sensitive Issue Reports Compilation | | | |
| 129 | Summary of temporary lodging settlement agreement | Wyatt_DHS_0839005 | | |
| 130 | Slide deck from 8/15/2018 on temporary lodging and the settlement | Wyatt_DHS_0213355 | | |

Page 7 - PLAINTIFFS' AMENDED EXHIBIT LIST

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 131 | Datasheet Count of Children/Young Adults in Foster Care by Lifetime Temporary Lodging occasions through the end of the period | Wyatt_DHS_2758330 | | |
|---|---|---|---|---|
| 132 | Datasheet Children/Young Adults exiting from foster care during the reporting period by count of total occasions during the foster care episode | Wyatt_DHS_2758322 | | |
| 133 | Datasheet on days spent in temporary lodging for those in custody on 1/31/22 | Wyatt_DHS_4564509 | | |
| 134 | November 2022 Temporary Lodging report | Wyatt_DHS_2794350 | | |
| 135 | November/December 2022 Temporary Lodging Report | Wyatt_DHS_2794354 | | |
| 136 | Letter to Judge McShane re Temporary Lodging numbers | Wyatt_DHS_4482788 - Wyatt_DHS_4614779 | | |
| 137 | Temporary Lodging Report to McShane | Wyatt_DHS_4478984 | | |
| 138 | Temporary Lodging Report to McShane | Wyatt_DHS_2794216 | | |
| 139 | Temporary Lodging Report to McShane | Wyatt_DHS_2959125 | | |
| 140 | Temporary Lodging Report to McShane | Wyatt_DHS_3070607 | | |
| 141 | Temporary Lodging Report to McShane | Wyatt_DHS_4662788 | | |
| 142 | Temporary Lodging Report to McShane | Wyatt_DHS_4662518 | | |
| 143 | Special Master's Recommendations for Addressing Temporary Lodging | Wyatt_DHS_4671218 | | |
| 144 | 1/19/2018 Email exchange between Laurie Theororou, Nancy Allen, et al. | Wyatt_DHS_0361847 | | |
| 145 | 1/26/2018 Email exchange between Glenda Marshall, Nancy Allen, et al. | Wyatt_DHS_0363606 | | |
| 146 | ORRAI Capacity Needs Report | Wyatt_DHS_0132365 | | |
| 147 | Email exchange between Marty Herbert, Nancy Allen, et al. | Wyatt_DHS_1115309 | | |
| 148 | 7/26/2019 Email from Jake Sunderland to Jana Mclellan et al. | Wyatt_DHS_0502374 | | |
| 149 | 9/3/2019 Email from Katrina Husbands to Kimberly Young | Wyatt_DHS_2106959 | | |
| 150 | 9/23/2019 Email from Angela Leet to Sara Fox | Wyatt_DHS_2488463 | | |
| 151 | 11/1/2019 Email exchange with all staff | Wyatt_DHS_1159402 | | |
| 152 | 12/4/2019 Email exchange between Glenda Marshall, Angela Leet, et al. | Wyatt_DHS_0226697 | | |
| 153 | Secretary of State OHA Audit Mental Health Treatment | | | |
| 154 | Datasheet ODHS Certified Resource | Wyatt_DHS_3064029 | | |

Page 8 - PLAINTIFFS' AMENDED EXHIBIT LIST

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

|  | Homes on the first day of the quarter and those with no children placed with provider in the previous 6 months |  |  |  |
|---|---|---|---|---|
| 155 | Datasheet ODHS Certified Homes on the first day of the period and those with no children placed in the home | Wyatt_DHS_3064030 |  |  |
| 156 | Datasheet CM.09 Placement in Same or Adjoining County-of those in care | Wyatt_DHS_4564372 |  |  |
| 157 | BRS Beds PowerPoint and datasheet | Wyatt_DHS_2964695; Wyatt_DHS_2964696 |  |  |
| 158 | 6/22/2022 Email exchange between Sarah Fox, Lacey Andresen, et al. | Wyatt_DHS_2964693 |  |  |
| 159 | Datasheet on capacity overrides | Wyatt_DHS_2722938 |  |  |
| 160 | Statewide Quarterly Data Report 2020-2022 | Wyatt_DHS_2723058 |  |  |
| 161 | All DHS certified providers open first day of month between 2021 and 2022 | Wyatt_DHS_2725350 |  |  |
| 162 | Placement map | Wyatt_DHS_2964698 |  |  |
| 163 | HB 2086 (2021) Report: Intensive Behavioral Health Treatment Services for Children and Adolescents: Capacity and Demand | Wyatt_DHS_2754777 |  |  |
| 164 | 7/15/2018 Email exchange between Marilyn Jones, Shannon Biteng, et al. | Wyatt_DHS_0260455 |  |  |
| 165 | 5/17/2019 Email exchange between Sarah Fox, Rosa Klein, et al. | Wyatt_DHS_0477192 |  |  |
| 166 | 6/12/2019 Email exchange between Senator Gelser, Rosa Klein, et al. | Wyatt_DHS_0485186 |  |  |
| 167 | 6/4/2019 Email from David Schmidt to Christy Sinatra | Wyatt_DHS_0884589 |  |  |
| 168 | 7/27/2022 Email exchange between Senator Gelser, Fariborz Pakseresht, et al. | Wyatt_DHS_4651986; Wyatt_DHS_4427612 |  |  |
| 169 | Datasheet on congregate care placements | Wyatt_DHS_4564517 |  |  |
| 170 | Datasheet on congregate care placements | Wyatt_DHS_4564518 |  |  |
| 171 | Datasheet Children in Foster Care on first day of quarter | Wyatt_DHS_4467888 |  |  |
| 172 | Datasheet on children entering care each year | Wyatt_DHS_2784630 |  |  |
| 173 | Datasheet on victims of Abuse while in foster care | Wyatt_DHS_2784632 |  |  |
| 174 | Datasheet on Children in Foster Care on | Wyatt_DHS_4467889 |  |  |

Page 9 - PLAINTIFFS' AMENDED EXHIBIT LIST

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | | |
|---|---|---|---|---|
| | first day of quarter | | | |
| 175 | 2021 CW Data Book | Wyatt_DHS_2733259 | | |
| 176 | ODHS data | Wyatt_DHS_2721498 | | |
| 177 | Oregon Data | Wyatt_ABC_004209 | | |
| 178 | CFSR Data Profile R3 August 2022 | Wyatt_DHS_2750400 | | |
| 179 | CFSR Data Profile R3 February 2022 | Wyatt_DHS_2745879 | | |
| 180 | 2023 Oregon Profile Casey Family | Wyatt_ABC_003599 | | |
| 181 | NYTD data snapshot Oregon 2016-2020 | Wyatt_DHS_2709583 | | |
| 182 | NYTD data snapshot Oregon 2017-2021 | | | |
| 183 | Email exchange between Lacey Andresen, Sherrelle Jackson, et al | Wyatt_DHS_2985918; Wyatt_DHS_2986212 | | |
| 184 | Spreadsheet with Interview Output | Wyatt_PK0004110 | | |
| 185 | Chaffee graduation rates | Wyatt_DHS_2709526 | | |
| 186 | 4/15/2021 Email exchange between Elisa Deserano, Lacey Andresen, et al. | Wyatt_DHS_2907461 | | |
| 187 | 2/7/2023 ACF letter | Wyatt_DHS_2758034 | | |
| 188 | Call data | Wyatt_DHS_2745876 | | |
| 189 | Call wait-time data | Wyatt_DHS_2745877 | | |
| 190 | Datasheet on founded CPS Assessments | Wyatt_DHS_2758319 | | |
| 191 | Data on overdue Assessments | Wyatt_DHS_2722939 | | |
| 192 | 2024 APSR | Wyatt_DHS_4467023 | | |
| 193 | May 2022 CPS Fidelity Statewide Report | Wyatt_DHS_4669518 | | |
| 194 | ODHS 2023-25 POP Child Safety | Wyatt_DHS_2757487 | | |
| 195 | Planning for Reunification and Meeting Expected Outcomes | Wyatt_DHS_0089091 | | |
| 196 | 7/12/2019 Email exchange between Tami Kane-Suleiman and Greg Westbrooks, et al. | Wyatt_DHS_2206539 | | |
| 197 | 8/27/2019 Email exchange between Sen Gelser, Remmal Nivens, et al. | Wyatt_DHS_2487323 | | |
| 198 | Oregon Child Integrated Dataset | Wyatt_DHS_2761868 | | |
| 199 | Email exchange between Rebecca Jones-Gaston, Fariborz, et al. | Wyatt_DHS_2761866 | | |
| 200 | 9/28/2021 Email exchange between Fariborz, Lacey Andresen, et al. | Wyatt_DHS_2932457 | | |
| 201 | 2/4/2022 Email exchange between Sen Gelser, Lacey Andresen, et al. | Wyatt_DHS_3224948 | | |
| 202 | CIRT datasheet | Wyatt_DHS_4564365 | | |
| 203 | CFSR 3 | Wyatt_DHS_2745843 | | |
| 204 | ODHS Child Welfare Dashboard | | | |
| 205 | Article: Oregon DHS report admits missteps in foster kid care, but lawmaker says that's not enough | | | |

Page 10 - PLAINTIFFS' AMENDED EXHIBIT LIST

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 206 | Service Delivery Data Report Midtown Child Welfare 2024 | Wyatt_DHS_4680072 | | |
| 207 | Absence of repeated maltreatment chart | Wyatt_DHS_2972576 - Wyatt_DHS_2972582 | | |
| 208 | 8/23/2022 Email exchange between Lacey Andresen, Cathy Iles, et al. | Wyatt_DHS_2972574 | | |
| 209 | Datasheet on foster care visits | Wyatt_DHS_2722934 | | |
| 210 | 10/31/2019 Email from David Schmidt to Jeff Pinelli et al | Wyatt_DHS_2302105 | | |
| 211 | Caseload optimization for improved child outcomes and workload equity | Wyatt_DHS_4413766 | | |
| 212 | 11/2/2021 Email exchange between Kody Cayson and Paul Bellatty et al | Wyatt_DHS_4413713 | | |
| 213 | Datasheet on discharges | Wyatt_DHS_2758323 | | |
| 214 | Datasheet on time in care | Wyatt_DHS_2758334 | | |
| 215 | OR CFSR Round 3 - PIP | Wyatt_DHS_2723163 | | |
| 216 | Chart on disparities in length of stay | Wyatt_DHS_2972580 | | |
| 217 | 8/23/2022 Email exchange between Cathy Iles, Alex Trotter et al. | Wyatt_DHS_2972574 | | |
| 218 | AFCARS Report Oregon FY 2022 | | | |
| 219 | AFCARS Report Oregon FY 2021 | Wyatt_ABC_003572 | | |
| 220 | Datasheet on length of stay | Wyatt_DHS_4467884 | | |
| 221 | 2020-2024 Child and Family Services Plan | | | |
| 222 | 2021 ODHS APSR | Wyatt_DHS_2690337 | | |
| 223 | 5/20/2020 Email exchange between Rosa Klein and Kate Brown et al. | Wyatt_DHS_2762002 | | |
| 224 | Chart on timely adoptions | Wyatt_DHS_2972578 | | |
| 225 | 11/2/2021 Email exchange between Kody Cayson and Paul Bellatty et al. | Wyatt_DHS_4413713 | | |
| 226 | Datasheet on adoption | Wyatt_DHS_4564370 | | |
| 227 | Adoption Datasheet | Wyatt_DHS_2758335 | | |
| 228 | Datasheet on trial home visits | Wyatt_DHS_2758336 | | |
| 229 | Chart on foster care population | Wyatt_DHS_0060317 | | |
| 230 | Chart on placement moves | Wyatt_DHS_2832829 | | |
| 231 | 7/31/2020 Email exchange between Josh Miller to Lacey Andresen et al. | Wyatt_DHS_2832826 | | |
| 232 | Datasheet on exits | Wyatt_DHS_2758321 | | |
| 233 | Datasheet on placements | Wyatt_DHS_2784631 | | |
| 234 | Oregon CFSR 4 Data Profile Children's Bureau | Wyatt_DHS_2750402 | | |
| 235 | Datasheet on placements | Wyatt_DHS_4564511 | | |
| 236 | 4/23/2018 Email exchange between | Wyatt_DHS_2604143 | | |

4880-2115-8840v.2 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | Darin Mancuso and Bridget Byfield et al. | | | |
|---|---|---|---|---|
| 237 | Seiler Memo- Legislative Update Notes | Wyatt_DHS_0774399 | | |
| 238 | 2019 Joint Plan to Develop In-State Capacity and Minimize Out-of-state Placements of Children | Wyatt_DHS_0130798 | | |
| 239 | 8/2/2019 Email exchange between David Schmidt and Darin Mancuso et al | Wyatt_DHS_2300138 | | |
| 240 | ORRAI Child Welfare Research Agenda: Service Array Analysis Draft | Wyatt_DHS_0126721 | | |
| 241 | 12/28/2022 Letter from Rebecca Jones Gaston to Kate Brown | Wyatt_DHS_2794312 | | |
| 242 | CP3-Children's Public Private Partnership | Wyatt_DHS_2987073 | | |
| 243 | 1/18/2023 Email exchange between Tim Gillette to Lacey Andresen, Aprille Flint-Gerner et al. | Wyatt_DHS_2986994 | | |
| 244 | Greater Oregon Behavioral Health Inc. - Oregon Kinship Navigator | Wyatt_DHS_2987124 | | |
| 245 | 2020 Secretary of State Audit | Wyatt_DHS_2675792 | | |
| 246 | 1/11/2023 Email exchange between Deena Loughary, Sarah Greenwood et al | Wyatt_DHS_3236563 | | |
| 247 | 9/25/2019 Email exchange between Jake Sunderland and Sara Fox | Wyatt_DHS_2068395 | | |
| 248 | 6/14/2022 Email with Sarah Fox et al. | Wyatt_DHS_3182718 | | |
| 249 | 3/17/2022 Email with Sarah Fox et al. | Wyatt_DHS_3170539 | | |
| 250 | 6/23/2022 Email with Sarah Fox et al. | Wyatt_DHS_2964794 | | |
| 251 | 9/26/2022 Email with Sarah Fox et al. | Wyatt_DHS_4504093 | | |
| 252 | OTIS investigation of abuse | Wyatt_DHS_4503757 | | |
| 253 | OTIS investigation of abuse | Wyatt_DHS_4503998 | | |
| 254 | 9/21/2022 Email with Sarah Fox et al. | Wyatt_DHS_4503997 | | |
| 255 | 10/7/2022 Email with Burke Belit et al. | Wyatt_DHS_3068830 | | |
| 256 | 1/5/2022 Email with Burke Belit et al. | Wyatt_DHS_2943652 | | |
| 257 | 9/5/2022 Email with Fariborz Pakseresht et al. | Wyatt_DHS_2977731 | | |
| 258 | 2/21/2023 Email exchange between Nathan Webber, Gina Zintz et al. | Wyatt_DHS_4671362 | | |
| 259 | 10/10/2023 Email with Lori McClure et al. | Wyatt_DHS_4671357 | | |
| 260 | 7/20/2023 Email with Tom VanderVeen et al. | Wyatt_DHS_4671303 | | |
| 261 | 5/24/2022 Email exchange between Rose Cokelly, Katrina Husbands, et al. | Wyatt_DHS_4619873 | | |
| 262 | ORRAI Report | Wyatt_DHS_4483407 | | |

Page 12 - PLAINTIFFS' AMENDED EXHIBIT LIST

| 263 | Findings letter from USDHHS | Wyatt_DHS_4588511 | | |
|-----|------|------|---|---|
| 264 | ORRAI Report Douglas County Achieving Permanency | Wyatt_DHS_2945779 | | |
| 265 | 5/22/2022 Email with Rebecca Jones Gaston et al | Wyatt_DHS_3028489 | | |
| 266 | CRB CAPTA report | Wyatt_DHS_2962366 | | |
| 267 | Datasheet on temporary lodging | Wyatt_DHS_3738109 | | |
| 268 | 3/22/2022 Email with Garth Taft et al. | Wyatt_DHS_3738108 | | |
| 269 | 9/14/2022 Email from Stacey Loboy to Sarah Fox et al. | Wyatt_DHS_4503751 | | |
| 270 | 9/16/2022 Email exchange betweenh Sara Fox, Billy Cordero, et al. | Wyatt_DHS_3192447 | | |
| 271 | Admission Denial Reasons | Wyatt_DHS_3194630 | | |
| 272 | BRS Program Review | Wyatt_DHS_3194633 | | |
| 273 | Datasheet on BRS Placements | Wyatt_DHS_3176415 | | |
| 274 | 1/1/2022 Email exchange between Fariborz Pakseresht, John Kitzhaber, et al. | Wyatt_DHS_4418775 | | |
| 275 | Dynamic Service Capacity | Wyatt_DHS_3191710 | | |
| 276 | 4/27/2021 Email exchange between Rebecca Jones Gaston, Sarah Fox, et al. | Wyatt_DHS_2909136 | | |
| 277 | DHS/OHA report Oregon's Child, Youth & Family Continuum of Care | Wyatt_DHS_1721029 | | |
| 278 | Oregon Council of Behavioral Health Statement and Recommendations | Wyatt_DHS_2778052 | | |
| 279 | Addressing the Current Crisis in the Children's Behavioral Health System | Wyatt_DHS_2777989 | | |
| 280 | Children's System Letter Response | Wyatt_DHS_2778734 | | |
| 281 | System of Care Plan for Oregon | Wyatt_DHS_2711579 | | |
| 282 | 2022 SOCAC Legislative Report | Wyatt_DHS_4564457 | | |
| 283 | 12/14/2018 Email exchange between Sarah Fox, Glenda Marshall, et al. | Wyatt_DHS_0646132 | | |
| 284 | 4/17/2017 Email exchange between Peter Rosenblatt, Glenda Marshall, et al. | Wyatt_DHS_0930124 | | |
| 285 | 1/30/2019 Email exchange between Darin Mancuso, Wendy Leedle, et al. | Wyatt_DHS_2277325 | | |
| 286 | Dynamic Service Capacity | Wyatt_DHS_3192450 | | |
| 287 | Datasheet on BRS capacity | Wyatt_DHS_2956575 | | |
| 288 | Datasheet on temporary lodging | Wyatt_DHS_2956577 | | |
| 289 | 2/2022 PRTF Memo | Wyatt_DHS_2956579 | | |
| 290 | 3/22/2022 Email exchange between Sarah Fox, Rebecca Jones Gaston et al | Wyatt_DHS_2956567 | | |

Page 13 - PLAINTIFFS' AMENDED EXHIBIT LIST

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 291 | 7/6/2022 Email exchange between Sarah Fox, Lacey Andresen, et al | Wyatt_DHS_2966312 | | |
|---|---|---|---|---|
| 292 | 6/22/2022 Email exchange between Rebecca Jones Gaston, Aprille Flint-Gerner, et al | Wyatt_DHS_3030037 | | |
| 293 | 10/12/2022 Email exchange between David Schmidt, Ahnjene Boleyn, et al | Wyatt_DHS_3195430 | | |
| 294 | 4/14/2022 Email exchange between Darin Mancuso, Sarah Fox, et al. | Wyatt_DHS_3173726 | | |
| 295 | Update on children's PRTF capacity | Wyatt_DHS_2986465 | | |
| 296 | 5/24/2022 Email exchange between Jacquelin Gravley, Nancy Allen, et al. | Wyatt_DHS_3180142 | | |
| 297 | 10/13/2022 Email exchange between Fariborz Pakseresht, Sarah Fox, et al. | Wyatt_DHS_3195525 | | |
| 298 | 6/2/2022 Email exchange between Nancy Allen, Angela Leet, et al. | Wyatt_DHS_3526077 | | |
| 299 | 8/19/2022 Email exchange between Jennifer Graffunder, Aprille Flint-Gerner, et al. | Wyatt_DHS_4334954 | | |
| 300 | 5/25/2022 Email exchange between Angela Leet, Liesl Wendt, et al. | Wyatt_DHS_4449738 | | |
| 301 | 6/3/2022 Email exchange between Angela Leet, Fariborz Pakseresht, et al. | Wyatt_DHS_4450044 | | |
| 302 | 6/3/2022 Email exchange between Angela Leet, Liesl Wendt, et al. | Wyatt_DHS_4450071 | | |
| 303 | Temporary Lodging Progress Report 10/2/2023 | Wyatt_DHS_4666002 | | |
| 304 | 2019 Joint Plan to Develop In-State Capacity and Minimize Out-of-state Placements of Children | Wyatt_DHS_3604112 | | |
| 305 | 11/21/2022 Email exchange between Sara Fox, Rebecca Jones Gaston | Wyatt_DHS_3198056 | | |
| 306 | 2/4/2020 Email exchange between Meghan Nielson, Nancy Allen, et al. | Wyatt_DHS_3348471 | | |
| 307 | State of Oregon v. Isaiah Webber, Motion to Modify Release Agreement, 23CR45572 (Marion Co. Ct. Nov. 8, 2023) | | | |
| 308 | State of Oregon v. Isaiah Webber, Information, 23CR45572 (Marion Co. Ct. Sept. 19, 2023) | | | |

Page 14 - PLAINTIFFS' AMENDED EXHIBIT LIST

| 309 | Univ. of Kansas ROM Child Welfare Data | | | |
| --- | --- | --- | --- | --- |
| 310 | 2016 Public Knowledge Report | Wyatt_DHS_4648027 | | |
| 311 | Temporary Lodging Progress Report 2/1/2023 | Wyatt_DHS_4663079 | | |
| 312 | 2023-06-07 Child-Family BH OHA-SOCAC | Wyatt_DHS_4466731 | | |
| 313 | Temporary Lodging Presentation 9/18/2023 | Wyatt_DHS_4665951 | | |
| 314 | 6/15/2021 Email exchange between Simon Fulford, Lacey Andresen, et al. | Wyatt_DHS_3142392 | | |
| 315 | 1/19/2022 Email exchange between Lacey Andresen, Chere Lefore, et al. | Wyatt_DHS_2945164 | | |
| 316 | Comprehensive Statewide Plan to Prevent Child Maltreatment Fatalities April 2022 | Wyatt_DHS_2747069 | | |
| 317 | DHS Pilot - OHSU Collaboration to support high needs youth | Wyatt_DHS_3202010 | | |
| 318 | Temporary Lodging- Working Steering Committee 10/5/2022 | Wyatt_DHS_3852360 | | |
| 319 | 12/28/2022 Email exchange between Sherrelle Jackson, Stacey Mahler, et al. | Wyatt_DHS_2985870 | | |
| 320 | 12/30/2022 Email exchange between Sherrelle Jackson, Stacey Mahler, et al. | Wyatt_DHS_2985904 | | |
| 321 | Temporary Lodging - Working 2/28/2022 | Wyatt_DHS_3737165 | | |
| 322 | Holding Hope: Children's Behavioral Health in Oregon | | | |
| 323 | Compilation of Complaints against ODHS | | | |
| 324 | Statements from Juvenile Attorneys | | | |
| 325 | Withheld maltreatment records responsive to Plaintiffs' 15th RFP, 16th RFP and class representatives | | | |
| 326 | 2/28/2024 Stockdale Statement | | | |
| 327 | 2/28/2024 Shiprack Statement | | | |
| 328 | 2/28/2024 Ponting, Maupin Statements | | | |
| 329 | 2/28/2024 Montgomery Statement | | | |
| 330 | JM – Deposition of Dawn Hunter, 6.3.22 | | | |

4880-2115-8840v.2 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 331 | JM – Deposition of Dawn Hunter, 7.15.22 | | | |
|---|---|---|---|---|
| 332 | JM – Deposition of Dawn Hunter, 10.13.23 | | | |
| 333 | JM – Deposition of Desta Walsh | | | |
| 334 | JM – Deposition of Michelle Pfeiffer | | | |
| 335 | JM – Deposition of Melanie Parent | | | |
| 336 | JM – Deposition of Michael John Payne | | | |
| 337 | JM - Deposition of Lacey Andresen | | | |
| 338 | JM - Deposition of Stacey Ayers, 5/16/22 | | | |
| 339 | JM - Deposition of Stacey Ayers, 12/01/21 | | | |
| 340 | JM - Deposition of Billy Cordero | | | |
| 341 | JM - Deposition of Stacey Daeschner | | | |
| 342 | JM - Deposition of Kevin George | | | |
| 343 | JM Ex. 26: Miller Cert file (0015292-0016260) - deduped (Corrected) | | | |
| 344 | JM Ex. 28: OR-Kids Provider NOTES | | | |
| 345 | JM Ex. 32: Certification Emails | | | |
| 346 | JM Ex. 34: JM-PROD-0016452 (3.13.12 Screening Report) | | | |
| 347 | JM Ex. 36: JM Photos | | | |
| 348 | JM Ex. 37: CH - ORKids file (excerpt) | | | |
| 349 | JM Ex. 61: 2016 Final Report – Excerpts | | | |
| 350 | JM Ex. 66: OR SOS – Audit; DHS Responses 02.2020 | | | |
| 351 | JM Ex. 78: CPS – Assessment Summary 10.20.13 | | | |
| 352 | JM Ex. 81: LH – Case Review Addendum 01.08.14 | | | |
| 353 | JM Ex. 99: Email re Out of Home Investigation | | | |
| 354 | JM Ex. 100: DHS Victim Rights Notifications | | | |

Page 16 - PLAINTIFFS' AMENDED EXHIBIT LIST

| 355 | JM Ex. 110: AS, JM – Email Correspondence | | | |
|---|---|---|---|---|
| 356 | JM Ex. 118: AS, JM Email Correspondence | | | |
| 357 | JM Ex. 245: RL - Emails (All) | | | |
| 358 | JM Ex. 289: Parent – Org Charts | | | |
| 359 | JM Ex. 290: OR SOS DHS Audit 01.2018 | | | |
| 360 | JM Ex. 291: DHS Foster Care Audit Response 01.29.18 | | | |
| 361 | JM Ex. 292: OR SOS DHS Audit – 2019 | | | |
| 362 | JM Ex. 293: OR SOS - DHS OR Kids Audit – 02.2020 | | | |
| 363 | JM Ex. 294: OR SOS DHS Audit – 07.2020 | | | |
| 364 | JM Ex. 295: State Defs – Response to Plf's Rogs (2nd) 04.30.21 | | | |
| 365 | JM Ex. 296: SFR - Parent Final Report | | | |
| 366 | JM Ex. 297: SFR Edits Highlights & Review | | | |
| 367 | JM Ex. 298: SFR - Hurley Final Report | | | |
| 368 | JM Ex. 299: JM-PROD-0054934 - CH Case File | | | |
| 369 | JM Ex. 300: Parent – Additional Emails | | | |
| 370 | JM Ex. 341: Org Charts – Ayers | | | |
| 371 | JM Ex. 342: CIRT Chapter 413 Division 017 | | | |
| 372 | JM Ex. 343: Child Welfare Procedure Manual (excerpt) | | | |
| 373 | JM Ex. 344: DHS 30 Day CIRT (exhibit from Mooney) | | | |
| 374 | JM Ex. 345: Foster Care Safety Team Final Report 2010 | | | |
| 375 | JM Ex. 346: 2010.11.22 – Article | | | |
| 376 | JM Ex. 347: 2010.11.27 – Article | | | |

4880-2115-8840v.2 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 377 | JM Ex. 348: 2013.05.01 – Lopez email and Karly's Law Training | | | |
|-----|---------------------------------------------------------------|--|--|--|
| 378 | JM Ex. 349: Ayers – Emails | | | |
| 379 | JM Ex. 350: JM Injury Timeline | | | |
| 380 | JM Ex. 351: 2013.12.13 – Interoffice Memo Hunter to Jolin | | | |
| 381 | JM Ex. 352: DAS – Response to Lathen TCN | | | |
| 382 | JM Ex. 353: 2017.09.07 - Article | | | |
| 383 | JM Ex. 356: SB 819 Clip 1 - Senate Comm. on Human Services - 03.13.2017 | | | |
| 384 | JM Ex. 357: SB 819 Clip 2 - Senate Comm. on Human Services - 03.13.2017 | | | |
| 385 | JM Ex. 358: SB 819 Clip 3 - Senate Comm. on Human Services - 03.13.2017 | | | |
| 386 | JM Ex. 359: SB 819 Clip 4 - Senate Comm. on Human Services - 03.13.2017 | | | |
| 387 | JM Ex. 371: 04.25.14 Email to George from Lopez | | | |
| 388 | JM Ex. 373: JM et al v Major et al - State Defs' PROD 38 Letter to Pltfs' Counsel | | | |
| 389 | JM Ex. 376: AG 27 - Pearson 05.28.14_Sensitive Issue Report | | | |
| 390 | JM Ex. 378: 285 - Wallins | | | |
| 391 | JM Ex. 379: 425 - Evans - 04.08.15 - Evans Emails | | | |
| 392 | JM Ex. 400: LH Exhibit 031 - 31 - CART Meeting (3.20.17) | | | |
| 393 | JM Ex. 402: 27 - Pearson 05.28.14_Sensitive Issue Report | | | |
| 394 | JM Ex. 419: 239 - Burnell 1.16.15 - Sensitive File Review 7.06.2011 | | | |

4880-2115-8840v.2 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | | |
|---|---|---|---|---|
| 395 | JM Ex. 422: 273 - Hunter 2.10.15 - Mooney Foster Home Sensitive Case Staffing | | | |
| 396 | JM Ex. 423: 274 - Hunter 2.10.15 - Sensitive Case Staffing Notes | | | |
| 397 | JM Ex. 424: 275 - Hunter 2.10.15 - 7.27.11 Rene Duboise e-mail | | | |
| 398 | JM Ex. 429: 361 - Duboise 3.18.15 - Duboise Emails | | | |
| 399 | JM Ex. 430: 440 - Daeschner - 04.09.15 - Daeschner Emails | | | |
| 400 | JM Ex. 431: 451 - Faulkner - 10.22.15 | | | |
| 401 | JM Ex. 433: JM-PROD-0223463 | | | |
| 402 | JM Ex. 434: JM-PROD-0223599 | | | |
| 403 | JM Ex. 436: JM-PROD-0223608 | | | |
| 404 | JM Ex. 438: JM-PROD-0223664 | | | |
| 405 | JM Ex. 442: Prod 35 - Kwapisz - Hunter | | | |
| 406 | JM Ex. 445: 2018.05.11 - Changes for Oregon's struggling foster care system - oregonlive | | | |
| 407 | JM Ex. 446: 2019.11.30 - Foster care supervisor who drew criticism… - oregonlive | | | |
| 408 | JM Ex. 456: 371 - Kane Suleiman - 3.23.15 - Emails | | | |
| 409 | JM Ex. 457: 425 - Evans - 04.08.15 - Evans Emails | | | |
| 410 | JM Ex. 463: Videotaped Deposition of Dawn E. Hunter, 02.17.15 | | | |
| 411 | JM Ex. 464: Declaration of Paulo Jauregui | | | |
| 412 | JM Ex. 466: Declaration of Daniel Wren | | | |
| 413 | JM Ex. 467: Declaration of Anna Dennis, M.S., C.G.C. | | | |
| 414 | JM Ex. 468: Declaration of Ian G. Loewen-Thomas, M.D. | | | |

Page 19 - PLAINTIFFS' AMENDED EXHIBIT LIST

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | |
|---|---|---|---|
| 415 | JM Ex. 469: Declaration of Dr. Rose Eagle | | |
| 416 | JM Ex. 470: Declaration of Tahra Sinks | | |
| 417 | JM Ex. 471: Declaration of Gail Nosek | | |
| 418 | JM Ex. 472: Declaration of Lindsay Soto | | |
| 419 | JM Ex. 473: Declaration of Nina Joanne Hyndman, M.D. | | |
| 420 | Child Abuse Prevention and Treatment Act (CAPTA) Citizen Review Panels (CRP) Report for the 2022-23 Fiscal Year | | |
| 421 | 2021.01.26 BE Court Report | | |
| 422 | 2022.07.21 BE Screening Report Memo | | |
| 423 | 2023.11.13 Court Memo - SJ | | |
| 424 | 2024.03.01 Preservation of Evidence LTR - SJ | | |
| 425 | Child X - Dr. Edwinson 11.23.2024 eval | | |
| 426 | CV - Roxanne Edwinson_March 2024 | | |
| 427 | MindSights_Behavioral Health Liaison Proposal DRAFT | | |
| 428 | RAPID Sampling Statistics Report 2023.12 | | |
| 429 | Updated RAPID Program Overview_10.2023 | | |
| 430 | 2021.01.28 emails re H.A | | |
| 431 | Emails re Child X | | |
| 432 | OPB - Oregon is Placing Foster Children in Short-term Rental Homes... - 11.20.2023 | | |
| 433 | OPB - As Oregon Touts Yoga At Out-Of-State Facility for Foster Youth, Utah Cites Mistreatment - 05.16.2019 | | |
| 434 | OPB - As Washington Pulls Foster Kids From Facility, Oregon Children Remain - 06.04.2019 | | |

Page 20 - PLAINTIFFS' AMENDED EXHIBIT LIST

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | | |
|---|---|---|---|---|
| 435 | OPB - Guns Drawn On Oregon Foster Care Children in Out-Of-State Facility in April - 05.07.2019 | | | |
| 436 | OPB - Oregon Foster Youth Assaulted In Out-Of-State Facility Testifies to Lawmakers - 02.05.2020 | | | |
| 437 | OPB - Utah Facility Housing Oregon Foster Youth To Close After Reports Of Abuse - 07.11.2019 | | | |
| 438 | Oregonian - Officials-Oregon foster child was assaulted at Utah program - 05.08.2019 | | | |
| 439 | Oregonian - Oregon officials say they were overly trusting... - 05.29.2019 | | | |
| 440 | Oregonian - Teens riot at Utah facility that houses... - 04.30.2019 | | | |
| 441 | 7/21/2019 Email exchange between Paul Bellatty, Richard Wexler, Fariborz Pakseresht, et al. | Wyatt_DHS_2259571 | | |
| 442 | Youth Respite Policy Oregon | | | |
| 443 | Length of Stay Presentation | Wyatt_DHS_2937509 | | |
| 444 | POP 2023-25 | Wyatt_DHS_2961621 | | |
| 445 | 5/10/22 Email exchange between Glenda Marshall, Sara Fox et al | Wyatt_DHS_3177346 | | |
| 446 | 11/20/22 Email exchange between Donald Erickson, Liesl Wendt et al | Wyatt_DHS_4432567 | | |
| 447 | Service Delivery Report Lincoln County | | | |
| 448 | D15 Quality Improvement Meeting | Wyatt_DHS_4674444 | | |
| 449 | System of Care Advisory Council 2023 Data Report | | | |

Page 21 - PLAINTIFFS' AMENDED EXHIBIT LIST

4880-2115-8840v.2 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 450 | May 2022 District/Office Report | Wyatt_DHS_3234605 | | |
| 451 | 11/29/2022 Email exchange between Deena Loughary, Carolyn Nevins et al | Wyatt_DHS_3234815 | | |
| 452 | 12/2/2022 Email exchange between Rebecca Jones Gaston, Deena Loughary et al | Wyatt_DHS_3034737 | | |
| 453 | 1/18/2023 Email exchange between Kathy Steiner, Chandra Snyder et al | Wyatt_DHS_3236723 | | |
| 454 | 1/13/2023 Email exchange between Deena Loughary, Kailash Changer et al | Wyatt_DHS_3236650 | | |
| 455 | Professional Competency, Integrity and Justice in Social Work: A study of CPS Dispositions | Wyatt_DHS_3236652 | | |
| 456 | 12/13/2022 Email exchange between Elizabeth Alston and Deena Loughary | Wyatt_DHS_3631875 | | |
| 457 | Screening Report | Wyatt_DHS_2984290 | | |
| 458 | 12/12/2022 Email exchange between Kristen Khammohack, Deena Loughary et al | Wyatt_DHS_2984286 | | |
| 459 | 1/17/2023 Email exchange between Jessika Glassrock, Desiree Saucedo et al | Wyatt_DHS_3622893 | | |
| 460 | Meeting Title: 2023 OCWP Meeting January 10, 2023 | Wyatt_DHS_3622895 | | |
| 461 | Incident ages | | | |
| 462 | Number of incidents | | | |
| 463 | 11/21/2022 Email exchange between Sonya Buchholtz, Erin Anhoury et al | Wyatt_DHS_3631322 | | |

4880-2115-8840v.2 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 464 | Oregon Department of Human Services Child Welfare: Safety Program | Wyatt_DHS_3631324 | | |
|---|---|---|---|---|
| 465 | D2 CW Dashboard Outcomes February 2024 | Wyatt_DHS_4681652 | | |
| 466 | House Bill 2333 Report April 2023 | Wyatt_DHS_4680565 | | |
| 467 | House Bill 2333 Report April 2024 | Wyatt_DHS_4681412 | | |
| 468 | Length of Stay in Months March 2024 | Wyatt_DHS_4681301 | | |
| 469 | Maltreatment in Foster Care by Year Comparison | Wyatt_DHS_4681487 | | |
| 470 | Data Review of Disproportionality and Branch Trends D2 | Wyatt_DHS_4681590 | | |
| 471 | D12 Presentation | Wyatt_DHS_4680597 | | |
| 472 | DHS Child Welfare CPS Assessments Caseload Detail | | | |
| 473 | Child Welfare System of Care Dashboard | | | |
| 474 | SOC Barrier Form Tracking and Response | | | |
| 475 | Identifying Capacity Needs for Children within the Oregon Child Welfare System | Wyatt_DHS_1550419 | | |
| 476 | 1/6/2023 Email exchange between Sara Fox, Alex Salas et al | Wyatt_DHS_3201552 | | |
| 477 | CPS Assessment Load | Wyatt_DHS_2729186 | | |

Page 23 - PLAINTIFFS' AMENDED EXHIBIT LIST

| 478 | CPS Assessment Load | Wyatt_DHS_2729189 | | |
| --- | --- | --- | --- | --- |
| 479 | CPS Assessment Load | Wyatt_DHS_2729192 | | |
| 480 | CPS Assessment Load | Wyatt_DHS_2729195 | | |
| 481 | Child Welfare Questions for Key Informants | Wyatt_HMA_00000027 | | |
| 482 | Trial home visit datasheet | Wyatt_DHS_2758325 | | |
| 483 | Trial home visit reunification datasheet | Wyatt_DHS_2758326 | | |
| 484 | Child Welfare Division Progress Report April 2023 | | | |
| 485 | Trial home visit datasheet | Wyatt_DHS_2758327 | | |
| 486 | Trial reunification datasheet | Wyatt_DHS_2758333 | | |
| 487 | ODHS Child Welfare Caseload Ratio Standards | Wyatt_DHS_2716760 | | |
| 488 | May 2022 Statewide Report | Wyatt_DHS_3234651 | | |
| 489 | Oregon [Context Data] | | | |
| 490 | Executive Order 19-03 | Wyatt_DHS_0057587 | | |
| | *Plaintiffs reserve the right to further supplement their exhibit list with exhibits used in the Cynthia Richter Jackson, Bowen McBeath, and Sarah Vinson depositions. | | | |

4880-2115-8840v.2 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

DATED this 23rd day of April, 2024.

**DAVIS WRIGHT TREMAINE LLP**

By: *s/ P. Andrew McStay, Jr.*
P. Andrew McStay, Jr. OSB 033997
andymcstay@dwt.com
William D. Miner, OSB 043636
billminer@dwt.com
560 SW Tenth Avenue, Suite 700
Portland, OR 97205
Tel: (503) 241-2300

**A BETTER CHILDHOOD**
Marcia Robinson Lowry (*pro hac vice*)
mlowry@abetterchildhood.org
Anastasia Benedetto (*pro hac vice*)
abenedetto@abetterchildhood.org
Lindsay Gus (*pro hac vice*)
lgus@abetterchildhood.org
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

**DISABILITY RIGHTS OREGON**
Emily Cooper, OSB 182254
ecooper@droregon.org
Thomas Stenson, OSB 152894
tstenson@droregon.org
511 SW Tenth Avenue, Suite 200
Portland OR 97205
Tel: (503) 243-2081

**RIZZO BOSWORTH ERAUT, PC**
Steven Rizzo, OSB 840853
srizzo@rizzopc.com
Mary D. Skjelset, OSB 075840
mskjelset@rizzopc.com
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819

Attorneys for Plaintiffs

4880-2115-8840v.2 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax