**P. ANDREW McSTAY, JR.**, OSB 033997
andymcstay@dwt.com
**WILLIAM D. MINER**, OSB 043636
billminer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW Tenth Avenue, Suite 700
Portland, OR 97205
Telephone: (503) 241-2300

**MARCIA ROBINSON LOWRY** (*pro hac vice*)
mlowry@abetterchildhood.org
**ANASTASIA BENEDETTO** (*pro hac vice*)
abenedetto@abetterchildhood.org
**LINDSAY GUS** (*pro hac vice*)
lgus@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

*Attorneys for Plaintiffs*
*Additional Counsel of Record Listed on*
*Signature Page*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| WYATT B., *et al.,*<br><br>              Plaintiffs,<br><br>     v.<br><br>TINA KOTEK, *et al.*,<br><br>              Defendants. | Case No. 6:19-cv-00556<br><br>**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' TRIAL EXHIBITS** |

In accordance with the Court's Stipulated Amended Case Schedule, ECF 377, Plaintiffs submit the following objections to Defendants' proposed trial exhibits. Plaintiffs reserve all rights to object to Defendants' exhibits at trial pursuant to the Federal Rules of Evidence and depending on the purpose for which an exhibit is offered.

| No. | Description | Objections |
|---|---|---|
| **1001** | Oregon Child Welfare Vision for Transformation (2020) | |
| **1002** | Oregon Child Welfare Vision for Transformation 2021 Update (July 2022) | |
| **1003** | Oregon Child Welfare Vision for Transformation 2022 Update (Oct. 2023) | |
| **1004** | ODHS Child Welfare 2023 Procedure Manual (rev. Aug. 23, 2023) | |
| **1005** | Governor Brown's Executive Order 19-03, Establishing an Oversight Board to Address the Crisis in Oregon's Child Welfare System (Apr. 18, 2019) | |
| **1006** | Governor Brown's Executive Order 19-08, Ensuring Equal Treatment Under Law to Oregon's LGBT+ Community (Oct. 25, 2019) | |
| **1007** | Public Knowledge Report to Gov. Kate Brown (Sept. 13, 2016) | |
| **1008** | Public Knowledge Assessment Findings Report (Dec. 15, 2023) | |
| **1009** | 2018 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Mar.-Dec. 2018) | |
| **1010** | 2019 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Dec. 2019) | |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1011 | 2020 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Dec. 2020) | |
|------|------|------|
| 1012 | 2021 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Dec. 2021) | |
| 1013 | 2022 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Dec. 2022) | |
| 1014 | 2023 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Dec. 2023) | |
| 1015 | 2024 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Mar. 2024) | |
| 1016 | 2018 Annual Progress & Service Report (Covering Activities July 1, 2016 - June 30, 2017) and Attachments 1-15 (Submitted June 2017) | |
| 1017 | 2019 Annual Progress & Service Report (Covering Activities July 1, 2017 - June 30, 2018) and Attachments 1-18 (Submitted June 2018) | |
| 1018 | 2020 Annual Progress & Service Report (Covering Activities July 1, 2018 - June 30, 2019) (Submitted June 2019) | |
| 1019 | 2021 Annual Progress & Service Report and Attachments 1-41 (Submitted June 2020) | |
| 1020 | 2022 Annual Progress & Service Report and Attachments 1-38 (Submitted June 2021, Resubmitted Aug. 2021) | |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1021 | 2023 Annual Progress & Service Report and Attachments 1-43 (Submitted June 30, 2022) | |
| 1022 | 2024 Annual Progress & Service Report and Attachments 1-46 (Submitted June 30, 2023) | |
| 1023 | ODHS Child Welfare Caseload Ratio Standards (rev. 1/20/22) | |
| 1024 | Selected 2022-2024 Dept. of Human Services, Child Welfare Caseload Dashboard Screenshots | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |
| 1025 | 2016-2022 Child Welfare Data Books (submitted 2017-2023) | |
| 1026 | Secretary of State Audit, Report 2018-05, Foster Care in Oregon: Chronic management failures and high caseloads jeopardize the safety of some of the state's most vulnerable children (Jan. 2018) | |
| 1027 | Secretary of State Audit, Report 2019-24, Recommendation Follow-Up Report: DHS Has Made Important Improvements, but Extensive Work Remains to Ensure Child Safety  (June 2019) | |
| 1028 | Office of the Foster Care Ombuds, Fiscal Year 2021 (Nov. 16, 2021); 2023 Six Month Report (Jan. 2024) | |
| 1029 | System of Care Advisory Council, System of Care Plan for Oregon, Two-Year Strategic Plans: 2022/2023 (Nov. 1, 2021) and 2022-2025 Update (Dec. 2023) | |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1030 | System of Care Advisory Council Bylaws (adopted May 3, 2023) | • Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402)<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)<br>• Lack of foundation. |
|---|---|---|
| 1031 | Recommendations from the Safety Workgroup, System of Care Advisory Council (May 2023) | |
| 1032 | SANKOFA Brochure | • Lack of foundation.<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues and misleading the trier of fact. (FRE 403) Authentication. The exhibit has not been properly authenticated. (FRE 901); Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106) |
| 1033 | Continuum of Care - Overview of Services Offered Through Oregon State Agencies (Sept. 9, 2023) | • Lack of Foundation. Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues. (FRE 403) |
| 1034 | CPS Assessment Fidelity Review Statewide & Comparison Reports (May 2022) | |
| 1035 | Practice Performance Reports, Oregon Continuous Quality Improvement (CQI) (2024) | |
| 1036 | District 12 Child Welfare Continuous Quality Improvement (CQI) Action Plan (June 15 2023), Service Strategy Deck, and Delivery Data Report (SDDR) (2023) | |
| 1037 | Midtown Child Welfare Continuous Quality Improvement (CQI) Action Plan (Sept. 28, 2023), Service Strategy Deck, and Delivery Data Report (SDDR) (2024) | |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1038 | Oregon Dept. of Human Services, Child Welfare Certification Quality Assurance Process & File Prep (Apr. 2023) | • Lack of foundation.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues and misleading the trier of fact. (FRE 403)<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106) |
| --- | --- | --- |
| 1039 | Oregon Dept. of Human Services, Child Welfare Permanency Quality Assurance Review Tool (Mar. 2024) | • Lack of foundation.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues. (FRE 403)<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106) |
| 1040 | Oregon Dept. of Human Services, Child Welfare Social Service Specialist 1 (SS1) 12-Month Training Plan (Sept. 2023) | |
| 1041 | Oregon Dept. of Human Services, Child Welfare Social Service Specialist 1 (SS1) On-Ramp (Oct. 21, 2021) | |
| 1042 | Oregon Dept. of Human Services, Child Welfare Course Summary, Applying the ADA to Your Work with Children and Families | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of Foundation. |
| 1043 | Portland State University Child Welfare Partnership Training Unit, Trauma-Informed Practice Strategies (TIPS) for Child Welfare Workers (Mar. 28-29, 2024) | |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1044 | Oregon Dept. of Human Services, Child Welfare Resource Parent Training Menu (Mar. 15, 2024) | • Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of Foundation. |
|---|---|---|
| 1045 | Oregon Dept. of Human Services, Child Welfare Resource Parent Training Session 4, Trauma-Related Behaviors Facilitators Guide (Mar. 2023) | |
| 1046 | Oregon Dept. of Human Services, Child Welfare Resource Parent Training Session 8, Creating a Stable, Nurturing, and Safe Home Environment Facilitators Guide (Mar. 2023) | |
| 1047 | Oregon Dept. of Human Services, Child Welfare, Independent Living Program (ILP) Transition Readiness Discussion Guide, Youth Assessment Summary, Transition Plan, and ILP Service Planning Check List | |
| 1048 | Oregon Dept. of Human Services, Child Welfare, Independent Living Program (ILP) Transition Flyers re Services and Resources (2022-2023) | |
| 1049 | ODHS Child Welfare 2016 Procedure Manual | • Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402)<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues and misleading the trier of fact. (FRE 403)<br>• Hearsay. The exhibit contains an out-of-court statement offered into evidence to prove the truth of the matter asserted and is not subject to any hearsay exception. (FRE 801 and 802). |
| 1050 | U.S. Dept. of Health & Human Services, Admin. for Children & Families, Child & Family Services Reviews (CFSR) Fact Sheet (2015) | • Untimely. The exhibit was not produced during discovery. |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1051 | U.S. Dept. of Health & Human Services, Admin. for Children & Families, Child & Family Services Reviews (CFSR), Statewide Assessment Instrument (Mar. 25, 2016) | |
|------|---|---|
| 1052 | U.S. Dept. of Health & Human Services, Admin. for Children & Families, Child & Family Services Reviews (CFSR), Oregon Final Report 2016 (Jan. 17, 2017) | |
| 1053 | Oregon Dept. of Human Services, Child and Family Services Review Round 3 Program Improvement Plan (PIP) (re-submitted Aug. 30, 2018) | |
| 1054 | Children's Bureau, Oregon Child and Family Services Review Round 3 Program Improvement Plan (PIP), 2018-2020 Progress Reports (Q1-Q8, Submitted 2018-2020) | |
| 1055 | Oregon Dept. of Human Services, Oregon CFSR Round 3, Non-Overlapping Period (NOP) 2020 Reports (Q1-6, Submitted 2021-2022) | |
| 1056 | Oregon Dept. of Human Services, Child Welfare, Child and Family Services Plan (CFSP) 2020-2024 and Attachments 1-22 (Submitted June 2019) | |
| 1057 | U.S. Dept. of Health & Human Services, Admin. for Children & Families, Closeout Letter to Oregon Dept. of Human Services re Program Improvement Plan (PIP) (July 14, 2022) | |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main ⋅ (503) 778-5299 fax

| 1058 | U.S. Dept. of Health & Human Services, Children's Bureau, General Findings from the Federal Child and Family Services Reviews Summary of the Results of the 2001 - 2004 Child and Family Services Reviews. Retrieved from https://www.acf.hhs.gov/sites/default/files/d ocuments/cb/summary_of_the _results_of_th e_2001_2004_cfsr.pdf | |
|---|---|---|
| 1059 | U.S. Dept. of Health & Human Services, Children's Bureau, Child and Family Services Reviews (CFSR) Round 3 Statewide Data Indicators Workbook, May 2022. Retrieved from https://www.cfsrportal.acf.hhs. gov/resource s/round-3-resources/cfsr-round-3-statewide- data-indicators/cfsr-round-3-statewide-data | |
| 1060 | Plaintiffs' Amended Response and Objections to Defendants' Third Set of Interrogatories (Interrogatory #5), (Mar. 14, 2024) | |
| 1061 | Child Welfare League of America, Child Welfare Consent Decrees: Analysis of Thirty-Five Court Actions from 1995 to 2005 (Oct. 2005) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of Foundation.<br>• Lay opinion or legal conclusion. The exhibit contains an impermissible opinion by a lay witness that is not helpful to determining a fact in issue, and is not based on scientific, technical, or other specialized knowledge. (FRE 701; *see also* FRCP 26)<br>• Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402) |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1062 | Child Welfare Information Gateway, Children's Bureau, State Statutes Current Through May 2022, Definitions of Child Abuse and Neglect (2022) | • Untimely. The exhibit was not produced during discovery.<br>• Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402) |
|---|---|---|
| 1063 | Oregon Dept. of Human Services, Child Welfare, Oregon Foster Childrens Bill of Rights (July 2017) | |
| 1064 | Effective Hotline Elements: Supporting accurate and reliable screening decisions, Casey Family Programs, Strategy Brief (Nov. 2017), available at https://www.casey.org/media/ Effective- hotline-elements_strategy-brief.pdf. | • Untimely. The exhibit was not produced during discovery.<br>• Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402) |
| 1065 | Oregon Child Abuse Hotline (ORCAH) Child Abuse Hotline Assignment and Workload Data (Apr. 2019) | |
| 1066 | Oregon Child Abuse Hotline (ORCAH) C.A.R.E. Card, Introduction Discussion Materials, Alvarez & Marsal (Oct. 21, 2019) | |
| 1067 | Oregon Child Abuse Hotline (ORCAH) Sample Screening Reports (Mar. 6, 2017 & Jan. 14, 2023) – contains confidential/AEO information | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106) |
| 1068 | ORCAH Newsletter (Spring 2020) | • Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402)<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues and misleading the trier of fact. (FRE 403) |
| 1069 | Child Welfare Updates & Oregon Child Abuse Hotline (ORCAH) (May 10, 2021) | |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1070 | 2022-2023 Oregon Child Abuse Hotline (ORCAH) Annual Reports | |
|------|------|------|
| 1071 | Oregon Child Abuse Hotline (ORCAH) Quarterly Report 2022, Third Quarter | |
| 1072 | Oregon Child Abuse Hotline (ORCAH) Sample Screening Report Quality Assurance Tool (Jan. 2023 & Q2 2024) | • Lack of foundation.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106) |
| 1073 | Oregon Child Abuse Hotline (ORCAH) Training Academy Outline (Oct. 2023) | • Lack of foundation.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901) |
| 1074 | Oregon Dept. of Human Services, Oregon Child Abuse Hotline (ORCAH) SDM Screening and Response Time Assessment, Rule and Procedures Manuals (July 2022 & Feb. 2024) | |
| 1075 | Oregon Dept. of Human Services, Oregon Child Abuse Hotline Continuous Quality Improvement (Jan. 16, 2020) | |
| 1076 | Oregon Child Abuse Hotline (ORCAH) Presentation (Aug. 2, 2022) | |
| 1077 | Oregon Child Abuse Hotline (ORCAH) Screening Program Presentation (Sept. 12, 2018) | |
| 1078 | Curriculum Vitae of Uma Ahluwalia, MSW, MHA | |
| 1079 | Curriculum Vitae of James Dimas | |
| 1080 | Curriculum Vitae of Bowen McBeath | |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1081 | Curriculum Vitae of Stacey Moss, JD, CWLS, PMP | |
|---|---|---|
| 1082 | Curriculum Vitae of Cynthia Richter- Jackson, MSW | |
| 1083 | Curriculum Vitae of Dr. Sarah Vinson, MD | |
| 1084 | Excerpt of CFSR Round 3 Statewide Data Indicators Workbook, May 2022, with work product of Jim Dimas. Originally retrieved from https://www.cfsrportal.acf.hhs.gov/resource s/round-3-resources/cfsr-round-3-statewide- data-indicators/cfsr-round-3-statewide-data | |
| 1085 | Chart re Texas Third-Party Monitoring Fees Invoices | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation.<br>• Hearsay. The exhibit contains an out-of-court statement offered into evidence to prove the truth of the matter asserted and is not subject to any hearsay exception. (FRE 801 and 802)<br>• Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402)<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues and misleading the trier of fact. (FRE 403) |
| 1086 | Public Catalyst Invoices re Third-Party Monitoring in *M.D. v. Abbott, et al.,* USDC Case No. 2:11-cv-00084 (S.D. Tex.) (work performed July 2019 - Jan 2024) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation.<br>• Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402)<br>• Hearsay. The exhibit contains an out-of-court statement offered into evidence to prove the |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | |
|---|---|---|
| | | truth of the matter asserted and is not subject to any hearsay exception. (FRE 801 and 802)<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues, misleading the trier of fact, and causing undue delay. (FRE 403) |
| 1087 | Declaration of Custodian of Records John Langford re Oklahoma Third-Party Neutral Monitoring Invoices (Apr. 11, 2024) | • Untimely. The exhibit was not produced during discovery.<br>• Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402) |
| 1088 | Public Catalyst Invoices re Third-Party Neutral Monitoring in *D.G. v. Henry, et al.*, USDC Case No. 4:08-cv-00074-GKF-fhm (N.D. Okla.) (work performed July 2017 – Mar. 2024) | • Untimely. The exhibit was not produced during discovery; Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of Foundation; Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402)<br>• Hearsay. The exhibit contains an out-of-court statement offered into evidence to prove the truth of the matter asserted and is not subject to any hearsay exception. (FRE 801 and 802)<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues, misleading the trier of fact, and causing undue delay. (FRE 403) |
| 1089 | Oregon Dept. of Human Services, Examples of Communicating Effectively (Individuals Who Are Blind; Individuals Who are Deaf or Hard of Hearing; People Who Have an Intellectual and Development Disabilities; People Who Have Substance Use Disorder or Alcohol Use Disorder) | • Lack of Foundation.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901) |
| 1090 | What is a Sensory Room? | • Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402) |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1091 | D10 Sensory Room Instructions/Ideas (Oct. 5, 2022) | • Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402) |
|------|------|------|
| 1092 | Oregon Dept. of Human Services, Child Welfare, Resource Parent Guide: Supporting Children & Youth with Disabilities (Mar. 7, 2024) | • Lack of Foundation.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901) |
| 1093 | Screenshots of Child Welfare Equity, Training and Workforce Development Sharepoint (15 images) | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with Plaintiffs. |
| 1094 | Screenshots of Child Welfare Training Sharepoint (10 images) | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with Plaintiffs. |
| 1095 | *CASA for Children, et al. v. State of Oregon, et al.*, United States District Court for the District of Oregon, Case No. 3:16-cv- 018195-YY, Final Report of the Special Master (Feb. 29, 2024) and Revised Final Order (Mar. 14, 2024) | |
| 1096 | Screenshots of Executive Dashboard, Smart Sheets Dashboard (21 images) | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |
| 1097 | Screenshots of Executive Dashboard, Respite Care Dashboard (5 images) | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106) |

4890-6052-6265v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | |
|---|---|---|
| | | • Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with Plaintiffs. |
| **1098** | Maltreatment in Foster Care by Year Comparison (Apr. 2024) | • Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of Foundation. |
| **1099** | Oregon Dept. of Human Services, Child Welfare, Behavioral Rehabilitation Services Referral (Mar. 7, 2019) – contains confidential/AEO information | |
| **1100** | Shelter Order re Kylie & Alec – contains confidential/AEO information | |
| **1101** | Email re A and K in the press? (Apr. 16, 2019) – contains confidential/AEO information | |
| **1102** | Citizen Review Board (CRB) Findings and Recommendations re Kylie & Alec – contains confidential/AEO information | |
| **1103** | Letter to Judge from Annette Smith re Response to Court's Criticism re Unique – contains confidential/AEO information | |
| **1104** | Testimony of Annette Smith re SB 825 (Apr. 10, 2019) | |
| **1105** | Review Judgment re Norman – contains confidential/AEO information | |
| **1106** | Citizen Review Board (CRB) Findings and Recommendations re Norman – contains confidential/AEO information | |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1107 | Review Judgment re Norman <span style="color:red">– contains confidential/AEO information</span> | |
|------|--------------------------------------------------------------------|---|
| 1108 | Screenshots of Federal Performance Dashboard, retrieved from https://www.oregon.gov/odhs/data/ pages/cw -dashboard-fpm.aspx | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with Plaintiffs. |
| 1109 | Summary of 2017-Present Policy Option Package (POP) Legislative Asks from ODHS, Child Welfare | • Lack of foundation.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Confusing, misleading, prejudicial. The exhibit was not produced during discovery.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106) |
| 1110 | Summary of 2017-Present Policy Option Package (POP) Legislative Asks from Oregon Health Authority (OHA) | • Lack of Foundation; Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Untimely. The exhibit was not produced during discovery.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106) |
| 1111 | Collection of 2017-2019 Child Welfare Agency Budget Policy Option Package (POP) Budget Requests | • Untimely. The exhibit was not produced during discovery. |
| 1112 | Collection of 2017-2019 Legislatively Adopted Child Welfare Agency Budget Policy Option Packages (POP) | • Untimely. The exhibit was not produced during discovery. |
| 1113 | Collection of 2019-2021 Child Welfare Agency Budget Policy Option Package (POP) Budget Requests | • Untimely. The exhibit was not produced during discovery. |
| 1114 | Collection of 2019-2021 Child Welfare Governor's Budget Policy Option Package (POP) Budget Requests | • Untimely. The exhibit was not produced during discovery. |

4890-6052-6265v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1115 | Collection of 2019-2021 Legislatively Adopted Child Welfare Budget Policy Option Packages (POP) | • Untimely. The exhibit was not produced during discovery. |
|---|---|---|
| 1116 | Collection of 2019-2021 Oregon Health Authority Agency Budget Policy Option Package (POP) Budget Requests | • Untimely. The exhibit was not produced during discovery. |
| 1117 | Collection of 2019-2021 Oregon Health Authority Governor's Budget Policy Option Package (POP) Budget Requests | • Untimely. The exhibit was not produced during discovery. |
| 1118 | Collection of 2019-2021 Legislatively Adopted Oregon Health Authority Budget Policy Option Packages (POP) | • Untimely. The exhibit was not produced during discovery. |
| 1119 | Collection of 2021-2023 Child Welfare Agency Budget Policy Option Package (POP) Budget Requests | • Untimely. The exhibit was not produced during discovery. |
| 1120 | Collection of 2021-2023 Child Welfare Governor's Budget Policy Option Package (POP) Budget Requests | • Untimely. The exhibit was not produced during discovery. |
| 1121 | Collection of 2021-2023 Legislatively Adopted Child Welfare Budget Policy Option Packages (POP) | • Untimely. The exhibit was not produced during discovery. |
| 1122 | Collection of 2021-2023 Oregon Health Authority Agency Budget Policy Option Package (POP) Budget Requests | |
| 1123 | Collection of 2021-2023 Oregon Health Authority Governor's Budget Policy Option Package (POP) Budget Requests | |
| 1124 | Collection of 2021-2023 Legislatively Adopted Oregon Health Authority Budget Policy Option Packages (POP) | |

4890-6052-6265v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1125 | Collection of 2023-2025 Child Welfare Agency Budget Policy Option Package (POP) Budget Requests | |
|------|--------------------------------------------------------------------------------------------------|--|
| 1126 | Collection of 2023-2025 Child Welfare Governor's Budget Policy Option Package (POP) Budget Requests | |
| 1127 | Collection of 2023-2025 Legislatively Adopted Child Welfare Budget Policy Option Packages (POP) | |
| 1128 | Collection of 2023-2025 Oregon Health Authority Agency Budget Policy Option Package (POP) Budget Requests | |
| 1129 | Collection of 2023-2025 Oregon Health Authority Governor's Budget Policy Option Package (POP) Budget Requests | |
| 1130 | Collection of 2023-2025 Legislatively Adopted Oregon Health Authority Budget Policy Option Packages (POP) | |
| 1131 | Comparing States' Statutes on Child Welfare Jurisdiction (Nov. 6, 2023) | • Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation.<br>• Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402) |
| 1132 | Screenshots of District 2 Caseload Reports & Trends Dashboards (14 images) | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation.<br>• Improper AEO designation.<br>• Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with Plaintiffs. |

4890-6052-6265v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1133 | Screenshots of Executive Dashboards (15 images) | <ul><li>Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)</li><li>Authentication. The exhibit has not been properly authenticated. (FRE 901)</li><li>Lack of Foundation.</li><li>Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with Plaintiffs.</li></ul> |
|---|---|---|
| 1134 | Oregon Dept. of Human Services, Child Welfare, Treatment Services Referral Form (Oct. 2021) | |
| 1135 | 2020-2024 Memoranda re Psychiatric Residential Treatment Services (PRTS) and Psychiatric Residential Treatment Facility (PRTF) Capacity (Jan. 7, 2020 - Jan. 11, 2024) | <ul><li>Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues and misleading the trier of fact. (FRE 403)</li><li>Hearsay. The exhibit contains an out-of-court statement offered into evidence to prove the truth of the matter asserted and is not subject to any hearsay exception. (FRE 801 and 802)</li><li>Lack of foundation.</li><li>Authentication. The exhibit has not been properly authenticated. (FRE 901)</li></ul> |
| 1136 | Oregon Dept. of Human Services, Child Welfare, Treatment Services Capacity Tracking Charts (Feb. 2024) | <ul><li>Lack of foundation.</li><li>Authentication. The exhibit has not been properly authenticated. (FRE 901)</li></ul> |
| 1137 | Oregon Dept. of Human Services, Child Welfare, Safe Sleep Checklist (Nap and Nighttime) (Jan. 2022) | |
| 1138 | Oregon Dept. of Human Services, Child Welfare, Comprehensive Statewide Plan to Prevent Child Maltreatment Fatalities (Apr. 2023) | |
| 1139 | Oregon Dept. of Human Services, Child Welfare, Youth Suicide Assessment in Various Environments (Mar. 25, 2024) | |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main ᐧ (503) 778-5299 fax

| 1140 | Oregon Dept. of Human Services, Child Welfare, CIRT Process Map | |
|------|------------------------------------------------------------------|--|
| 1141 | Oregon Dept. of Human Services, Child Fatality Prevention & Review Program, History of CIRT Assignments (Mar. 2024) | |
| 1142 | Portland State University Oregon DHS QPR Suicide Prevention Training, Pre- and Post- Training Survey Data Report (July 1, 2020 through Dec. 31, 2023) (prepared Feb. 2024) | |
| 1143 | Oregon CPS Assessment Review Outline (last modified Jan. 2024) | • Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |
| 1144 | 2022-2023 Child Welfare Family Preservation Accomplishments | |
| 1145 | Leveraging Intensive Family Engagement (LIFE) Final Evaluation Report: Executive Summary (Mar. 2020) and Oregon's IV-E Waiver Demonstration Project, Final Evaluation Report (Mar. 2020) | |
| 1146 | Oregon Dept. of Human Services, News Release, Oregon Selected by Doris Duke Foundation for Grant Funding Work (Mar. 11, 2024) | |
| 1147 | Oregon Health Authority Memo to Oregon State Legislature re HB 3372 Health Assessment Metrics for Foster Children (Sept. 20, 2019) | |
| 1148 | 2018-2022 Oregon Health Authority CCO Metrics Annual Performance Reports (July 2019 - Aug. 2023) | |

4890-6052-6265v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1149 | 2022 CCO Performance Metrics Data Dashboard | |
|------|---------------------------------------------|---|
| 1150 | Oregon Health Authority, 2023 CCO Quality Incentive Program: Measure Summaries (Jan. 2023) | |
| 1151 | 2024 Oregon Health Authority CCO Specifications for Measure re Timely Medical and Mental Health Assessments for Children in DHS Custody (Dec. 2023) | |
| 1152 | Oregon Health Authority Coordinated Care Organization (CCO) 2.0 and DHS Service Areas Map (rev. 09/2020) | |
| 1153 | Oregon Dept. of Human Services, Child Welfare, Intake Nursing Assessment Form (CF 0174) (rev. 2023.11.01) | |
| 1154 | Oregon Dept. of Human Services, Blank CANS Worksheet Forms re 0-5 and 6-20 Years Old | |
| 1155 | HCC Log Area 2 for Nov - Dec 2023 – contains confidential/AEO information | • Lack of Foundation.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901) |
| 1156 | HCC Log Area 6 for Nov - Dec 2023 – contains confidential/AEO information | • Lack of Foundation<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901) |
| 1157 | 2022-2024 HB 2333 Reports on Psychotropic Medication to Children in Foster Care  (July 2022 – Apr. 2024) | • Mislabeled. |
| 1158 | U.S. Dept. of Health and Human Services, Administration for Children and Families, Children's Bureau, A National Look at the Use of Congregate Care in Child Welfare (May 13, 2015) | • Untimely. The exhibit was not produced during discovery.<br>• Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402) |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1159 | Chart of Disability Diagnosis Counts, Sept. 2022 - Dec. 2023 | • Lack of Foundation.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901) |
|------|------|------|
| 1160 | System of Care Advisory Council Investment Update (Oct. 1, 2021) | |
| 1161 | Reunification *Case Reading Data Matrix/Phase 2 of Reviews, Seven Parts Completed by Patricia Rideout, Sue Steib, and Reviewers, and Handwritten Notes – contains confidential/AEO information | • Plaintiffs object to the characterization of this exhibit as inaccurate and misleading. |
| 1162 | Case Review Instrument prepared by Patricia Rideout and Sue Steib | |
| 1163 | List of Data Sources provided to Patricia Rideout and Sue Steib | |
| 1164 | Invoices for Patricia Rideout (Jan. 2023 - Jan. 2024) | |
| 1165 | Invoices for Sue Steib (Jan. 2023 - Jan. 2024) – contains confidential/AEO information | |
| 1166 | Case Review Instruments Completed by Patricia Rideout, Sue Steib, and Reviewers, and Handwritten Notes – contains confidential/AEO information | |
| 1167 | Screenshots of Family Preservation Dashboard | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with Plaintiffs. |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1168 | Screenshots of Family Preservation Data Dashboard | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with Plaintiffs. |
|------|---------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1169 | Group Placements Data - Oregon (Sept. 30, 2022) | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |
| 1170 | Congregate Care Trends - Oregon (Apr. 3, 2022) | |
| 1171 | Chart Summarizing Child and Family Services Reviews (CFSR) Round 3 Final Reports for All 50 States | • Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced during discovery. |
| 1172 | Child and Family Services Reviews (CFSR) Round 3 Final Reports for All 50 States | • Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402)<br>• Undue delay. The exhibit's probative value is substantially outweighed by a danger of undue delay. (FRE 403) |
| 1173 | Work Culture and How to Rise Up, Equity/Rise Curriculum for Managers and Supervisors | • Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402) |
| 1174 | Data Review of Disproportionality and Branch Trends in District 2 (2022) | • Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |
| 1175 | D2 Safety Sustainability 2024 (updated 2/27/2024) | |
| 1176 | District 2 CW Dashboard Outcomes for February 2024 | • Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1177 | D2 Child Welfare 2023 Highlights Presentation | |
| 1178 | KEEP Services in Oregon, Oregon Social Learning Center Developments, Inc. | • Mislabeled. |
| 1179 | Public Knowledge® Child Welfare Experience and Qualifications, Prior Child Welfare Assessment Related Projects, Prior Projects Related to a Child Welfare Federal Class Action Lawsuit, Prior Child Welfare Projects in Oregon, and Child Welfare Experience Map | • Untimely. The exhibit was not produced during discovery. |
| 1180 | DHS Child Welfare Workgroup Charter: CW Statewide CQI Workgroup (04/08/21) | |
| 1181 | Child Welfare Continuous Quality Improvement (CQI) Workgroup: Recommendations for Statewide CQI Structure (Oct. 19, 2021) | • Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402) |
| 1182 | Oregon Child & Family Center for Excellence Welcome Presentation (last modified Mar. 2024) | • Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402) |
| 1183 | 2021 Resource Family Retention Recruitment Champion Team Reports (Mar. 2021 - Dec. 2021) | |
| 1184 | 2022 Resource Family Retention Recruitment Champion Team Reports (Jan. 2022 - Sept. 2022) | |
| 1185 | 2023 Resource Family Retention Recruitment Champion Team Reports (Jan. 2023 - Dec. 2023) | |
| 1186 | 2024 Resource Family Retention Recruitment Champion Team Reports (Jan. 2024) | |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1187 | Dept. of Human Services, Oregon Child Welfare Racial Equity and Social Justice Workbook (Mar. 25, 2022) | • Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402) |
|---|---|---|
| 1188 | Email from Rebecca Jones Gaston to Aprille Flint-Gerner and Lacey Andresen re Gratitude to Team Polk (Aug. 5, 2022) | • Hearsay. The exhibit contains an out-of-court statement offered into evidence to prove the truth of the matter asserted and is not subject to any hearsay exception. (FRE 801 and 802)<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901) |
| 1189 | Child Welfare Email re Update regarding D2 CPS Assessment Surge (Oct. 27, 2022) | • Hearsay. The exhibit contains an out-of-court statement offered into evidence to prove the truth of the matter asserted and is not subject to any hearsay exception. (FRE 801 and 802)<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901) |
| 1190 | Dept. of Human Services, Demonstration Site Meeting Minutes (Jan. 10, 2023) | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)<br>• Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402) |
| 1191 | Child Welfare District Listening Tour (Apr. 12, 2019) | |
| 1192 | Dept. of Human Services Letter to Secretary of State Kip Memmott in Response to Final Draft Audit Report (Jan. 29, 2018) | |
| 1193 | Oregon's Child, Youth & Family Continuum of Care (Mar. 6, 2018) | |
| 1194 | Press Release, Oregon Department of Human Services Announces Plan to Serve Youth in Oregon (Apr. 10, 2019) | |
| 1195 | Dept. of Human Services, Improving Child Welfare, Overview of Improvements (last updated Jan. 31, 2020) | • Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation.<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues and misleading the trier of fact. (FRE 403) |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1196 | Dept. of Health & Human Services, Administration for Child and Families Letter to Rebecca Jones Gaston Approving PIP Extension (Aug. 31, 2020) | |
|------|------|------|
| 1197 | Dept. of Human Services, Welcome Community Partners and External Stakeholders, Budget Briefing (Dec. 11, 2020) | |
| 1198 | Dept. of Health & Human Services, Administration for Child and Families Letter to Rebecca Jones Gaston re Title IV- E Prevention Program 5-Year Plan (Apr. 1, 2021) | |
| 1199 | Screenshots of BRS Dashboard | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with Plaintiffs. |
| 1200 | Every Child 2017 Annual Report | |
| 1201 | Every Child 2018 Bi-Annual Report & Annual Report | • Authentication. The exhibit has not been properly authenticated and is a draft. (FRE 901)<br>• Lack of foundation. |
| 1202 | Every Child 2019 Bi-Annual Report & Annual Report | |
| 1203 | Every Child 2020 Bi-Annual Report & Annual Report | |
| 1204 | Every Child 2021 Bi-Annual Report | |

4890-6052-6265v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1205 | Every Child 2022 Mid-Year Report & Annual Report | |
| --- | --- | --- |
| 1206 | Every Child 2023 Mid-Year Report & Annual Report | |
| 1207 | ODHS News Release re Every Child and DHS Launch My NeighbOR Emergency Response (Mar. 22, 2020) | |
| 1208 | Dept. of Human Services, Child Welfare, Safety Program Spotlight (Mar. 2023) | • Mislabeled.<br>• Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402) |
| 1209 | Child Specific Caregiver Supports Pilot Final Combined Data Report (May 1, 2022 - Sept. 30, 2023) | • Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |
| 1210 | 2023 Comagine Health Qualified Residential Treatment Program (QRTP) Independent Assessment and Behavioral Rehabilitation Services (BRS) Eligibility Quarterly & Annual Reports | |
| 1211 | Email from Casey Family Programs Praising Gov. Kate Brown (Sept. 12, 2018) | • Hearsay. The exhibit contains an out-of-court statement offered into evidence to prove the truth of the matter asserted and is not subject to any hearsay exception. (FRE 801 and 802)<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901) |
| 1212 | Governor's Children's Cabinet Meeting Packet (Sept. 29, 2021) | • Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |
| 1213 | Public Knowledge Supplemental Assessment of Services for Youth Aging Out of Foster Care (Mar. 1, 2024) | • Plaintiffs' objections are contained in their motion to exclude Defendants' expert. *See* ECF 360. |
| 1214 | Summary of Public Knowledge Question 1: Safety - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |

4890-6052-6265v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1215 | Summary of Public Knowledge Question 2: Agency Culture - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of Foundation. |
|------|---|---|
| 1216 | Summary of Public Knowledge Question 3: Data-Driven Decision Making - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901).<br>• Lack of foundation. |
| 1217 | Summary of Public Knowledge Question 4: Recruitment, Retention, and the Support of Resource Parents - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |
| 1218 | Summary of Public Knowledge Question 5: Permanence - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |
| 1219 | Summary of Public Knowledge Question 6: Permanency Planning - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of Foundation. |
| 1220 | Summary of Public Knowledge Question 7: Individual Assessments - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |
| 1221 | Summary of Public Knowledge Question 8: Service Provision - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1222 | Summary of Public Knowledge Question 9: Case Planning - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |
|---|---|---|
| 1223 | Summary of Public Knowledge Question 10: Preserving and Improving Connections Between Children and Their Families - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |
| 1224 | Summary of Public Knowledge Question 11: Staffing Resources - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |
| 1225 | Summary of Public Knowledge Question 12: Independent Living - Findings & Inquiry Protocols (PK Report 3/1/24) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation. |
| 1226 | Moving from a Culture of Compliance and Risk-Avoidance to Continuous Quality Improvement (Nov. 2023) | • Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of Foundation. |
| 1227 | Transcript of Episode 12, Our Oregon DHS, COVID-19 Update (June 11, 2020), retrieved from https://sharedsystems.dhsoha.state.or.us/DHSForms/Served/DE%20COVID- 19%20EP12.pdf. | • Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402) |
| 1228 | Dept. of Health and Human Services, Administration for Children & Families, Letter to Child Welfare Leaders re COVID- 19 Guidance (Mar. 18, 2020) | |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1229 | Certified Copy of Order re Naomi B. - contains confidential/AEO information | |
|---|---|---|
| 1230 | Certified Copy of Order re Kylie R. - contains confidential/AEO information | |
| 1231 | Certified Copy of Order re Alec R. - contains confidential/AEO information | |
| 1232 | Certified Copy of Judgment re Norman N. - contains confidential/AEO information | |
| 1233 | Certified Copy of Order and Judgment re Ruth T. - contains confidential/AEO information | |
| 1234 | Certified Copy of Judgment re Wyatt B. - contains confidential/AEO information | |
| 1235 | Certified Copy of Judgment re Noah F. - contains confidential/AEO information | |
| 1236 | Certified Copy of Order and Judgment re Unique L. - contains confidential/AEO information | |
| 1237 | Certified Copy of Orders, Motion, and Judgments re Simon S. - contains confidential/AEO information | |
| 1238 | Certified Copy of Order re Bernard C. - contains confidential/AEO information | |
| 1239 | Photographs | • Relevance. The exhibit is not probative of the claims or defenses at issue. (FRE 401, 402)<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced during discovery. |

Page 30 – PLAINTIFFS' OBJECTIONS TO DEFENDANTS' TRIAL EXHIBITS
4890-6052-6265v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

DATED this 25th day of April, 2024

**DAVIS WRIGHT TREMAINE LLP**

By: *s/ P. Andrew McStay Jr.*
P. Andrew McStay Jr., OSB 033997
andymcstay@dwt.com
William D. Miner, OSB 043636
billminer@dwt.com
560 SW 10th Avenue, Suite 700
Portland, OR 97201
Tel: (503) 241-2300

**A BETTER CHILDHOOD**

Marcia Robinson Lowry (*pro hac vice*)
mlowry@abetterchildhood.org
Anastasia Benedetto (*pro hac vice*)
abenedetto@abetterchildhood.org
Lindsay Gus (*pro hac vice*)
lgus@abetterchildhood.org
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

**DISABILITY RIGHTS OREGON**

Emily Cooper, OSB 182254
ecooper@droregon.org
Thomas Stenson, OSB 152894
tstenson@droregon.org
511 SW 10th Avenue, Suite 200
Portland, OR 97205
Tel: (503) 243-2081

**RIZZO BOSWORTH ERAUT PC**
Steven Rizzo, OSB 840853
srizzo@rizzopc.com
Mary Skjelset, OSB 075840
mskjelset@rizzopc.com
1300 SW 6th Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819

*Attorneys for Plaintiffs*

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax