**P. ANDREW McSTAY, JR.**, OSB 033997
andymcstay@dwt.com
**WILLIAM D. MINER**, OSB 043636
billminer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Telephone: (503) 241-2300

**MARCIA ROBINSON LOWRY** (*pro hac vice*)
mlowry@abetterchildhood.org
**ANASTASIA BENEDETTO** (*pro hac vice*)
abenedetto@abetterchildhood.org
**LINDSAY GUS** (*pro hac vice*)
lgus@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

*Attorneys for Plaintiffs*
*Additional Counsel of Record Listed on*
*Signature Page*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| WYATT B., *et al.*,<br><br>              Plaintiffs,<br><br>    v.<br><br>TINA KOTEK, *et al.*,<br><br>              Defendants. | Case No. 6:19-cv-00556<br><br>**PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE DEFENDANTS FROM OBTAINING AND USING CONFIDENTIAL CHILD WELFARE RECORDS**<br><br>**Oral Argument Requested** |

Page 1 - PLAINTIFFS' MOTION IN LIMINE – CONFIDENTIAL CHILD WELFARE RECORDS
4879 9963 2057v.2

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

**LR 7-1 Certification**

Plaintiffs conferred with defendants by telephone on April 25, 2024; Defendants oppose this motion.

**MOTION**

In their case-in-chief, Plaintiffs intend to call two former foster youths, K.H. and S.S., to testify. *See* ECF No. 385 at 18-19, 32-34. As further explained in Plaintiffs' Witness Statements, K.H. and S.S. will testify about their experiences in the Oregon Department of Human Service's custody, which include frequent placement moves, insufficient services, and aging out of foster care without having been connected to a permanent family, among others. *See id.*

Plaintiffs move to preclude Defendants from obtaining K.H. and S.S.'s child welfare and juvenile court records and files, including their supplemental confidential files, for any purpose, and from obtaining or utilizing information derived from such records absent express permission from the Court. In testifying, K.H. and S.S. do not waive the privilege and confidentiality of these records, which are firmly protected from use at trial pursuant to Oregon law. *See* ORS 409.225(1); *see also State v. Wixom*, 275 Or. App. 824, 833 (Or. Ct. App. 2015) ("Generally, all DHS records pertaining to an individual, family, or other recipient of DHS services are confidential pursuant to ORS 409.225(1).").

ORS 409.225(1) provides in relevant part:

> In the interest of family privacy and for the protection of children, families and other recipients of services, the Department of Human Services may not disclose or use the contents of any child welfare records, files, papers or communications that contain any information about an individual child, family or other recipient of services for purposes other than those directly connected with the administration of child welfare laws or unless required or authorized by ORS 419A.255 or 419B.035. The records, files, papers and communications are confidential and are not available for public inspection.

Page 2 - PLAINTIFFS' MOTION IN LIMINE – CONFIDENTIAL CHILD WELFARE RECORDS

4879 9963 2057v.2

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

Defendants' use of K.H. and S.S.'s child welfare records at trial for cross-examination or otherwise is not "directly connected with the administration of child welfare laws" and is neither required nor authorized under ORS 419A.255 or 419B.035.

ORS 419A.255 lists the entities and individuals that may inspect and receive these records and for what purpose and does not encompass Defendants' purported inspection or use of the records for any purpose at trial. *See* ORS 419A.255(1)(b), (2)(b). The statute further provides in relevant part:

> [N]o information appearing in the record of the case or in the supplemental confidential file may be disclosed to any person not described in subsections (1)(b) and (2)(b) of this section, respectively, without the consent of the court, except for purposes of evaluating the child, ward, youth or adjudicated youth's eligibility for special education as provided in ORS chapter 343, and no such information may be used in evidence in any proceeding to establish criminal or civil liability against the child, ward, youth or adjudicated youth, whether such proceeding occurs after the child, ward, youth or adjudicated youth has reached 18 years of age or otherwise . . . .

ORS 419A.225(3). The legislature has thus determined that the confidentiality of these records is paramount to a party's need to cross-examine or otherwise use the records in a civil or criminal proceeding against the subject child, even if the child is now an adult. It follows, therefore, that any interest Defendants have in using K.H. and S.S.'s records in a civil proceeding in which their liability is not at issue pales in comparison to the need to preserve the records' confidentiality and K.H. and S.S.'s privacy. *See also Dep't of Human Servs. v. E.J. (In re S.J.)*, 316 Or. App. 537, 550 (Or. Ct. App. 2021) (concluding "DHS cannot defeat the privilege [in ORS 419A.255] because the particular report or other material relating to the ward originated from its own files that it still possesses").

ORS 419B.035 also does not authorize Defendants to use K.H. and S.S.'s child welfare records or information derived therefrom at trial. The statute provides that the Department of

Page 3 - PLAINTIFFS' MOTION IN LIMINE – CONFIDENTIAL CHILD WELFARE RECORDS

4879 9963 2057v.2

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

Human Services shall make the records available to specified individuals and entities for specific purposes, none of which apply in this instance. *See* ORS 419B.035(1). It further states that the department may make the records available:

> to any person, administrative hearings officer, court, agency, organization or other entity when the department determines that such disclosure is necessary to administer its child welfare services and is in the best interests of the affected child, or that such disclosure is necessary to investigate, prevent or treat child abuse and neglect, to protect children from abuse and neglect or for research when the Director of Human Services gives prior written approval.

ORS 419B.035(3). None of these rationales apply in this instance. Moreover, disclosure and use of these records would serve to embarrass, harass, and intimidate the children to whom they pertain, in direct contravention of the statute's overarching focus on the best interests of the child.

Neither Plaintiffs nor their counsel have or could legally access K.H. or S.S.'s records without express authorization. Defendants should be precluded from doing the same. Moreover, the Court should deny any such request for access as contrary to the best interests of the children whom Oregon confidentiality laws seek to protect, overly prejudicial to Plaintiffs' case, and designed to embarrass, harass, and intimidate K.H. and S.S.

Accordingly, Plaintiffs respectfully move to preclude Defendants from obtaining K.H. and S.S.'s child welfare and juvenile court records and files, including their supplemental confidential files, for any purpose, and from obtaining or utilizing information derived therefrom absent express permission from the Court.

/ / /

/ / /

Page 4 - PLAINTIFFS' MOTION IN LIMINE – CONFIDENTIAL CHILD WELFARE RECORDS

4879 9963 2057v.2

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

DATED this 25th day of April, 2024.

**DAVIS WRIGHT TREMAINE LLP**

By: *s/ P. Andrew McStay, Jr.*
P. Andrew McStay, Jr. OSB 033997
andymcstay@dwt.com
William D. Miner, OSB 043636
billminer@dwt.com
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Tel: (503) 241-2300

**A BETTER CHILDHOOD**
Marcia Robinson Lowry (*pro hac vice*)
mlowry@abetterchildhood.org
Anastasia Benedetto (*pro hac vice*)
abenedetto@abetterchildhood.org
Lindsay Gus (*pro hac vice*)
lgus@abetterchildhood.org
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

**DISABILITY RIGHTS OREGON**
Emily Cooper, OSB 182254
ecooper@droregon.org
Thomas Stenson, OSB 152894
tstenson@droregon.org
511 SW 10th Avenue, Suite 200
Portland OR 97205
Tel: (503) 243-2081

**RIZZO BOSWORTH ERAUT PC**
Steven Rizzo, OSB 840853
srizzo@rizzopc.com
Mary D. Skjelset, OSB 075840
mskjelset@rizzopc.com
1300 SW 6th Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819

Attorneys for Plaintiffs

Page 5 - PLAINTIFFS' MOTION IN LIMINE – CONFIDENTIAL CHILD WELFARE RECORDS

4879 9963 2057v.2

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax