**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Vivek A. Kothari, OSB #182089**
VivekKothari@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WYATT B. and NOAH F. by their next friend Michelle McAllister; KYLIE R. and ALEC R. by their next friend Kathleen Megill Strek; UNIQUE L. by her next friend Annette Smith; SIMON S. by his next friend Paul Aubry; RUTH T. by her next friend Michelle Bartov; BERNARD C. by his next friend Ksen Murry; NAOMI B. by her next friend Kathleen Megill Strek; and NORMAN N. by his next friend Tracy Gregg, individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>    v.<br><br>TINA KOTEK, Governor of Oregon in her official capacity; FARIBORZ PAKSERESHT, Director, Oregon Department of Human Services in his official capacity; APRILLE FLINT-GERNER, Director, Child Welfare in her official capacity; and OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>                          Defendants. | Case No. 6:19-cv-00556-AA<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBIT LIST** |

Defendants respectfully object to the following exhibits offered by plaintiffs.  These objections incorporate defendants motions *in limine*, which are filed concurrently with this pleading.  Plaintiffs filed an amended exhibit list on April 23, 2024 which included Exhibits 442–490, which had not been previously disclosed.  (*See* Dkt. 403.)  Plaintiffs also reserved the right to further supplement their exhibit list following certain expert depositions.  (*Id.*)  Plaintiffs also produced several exhibits on the day of this filing.  Defendants will provide responsive objections to these newly disclosed exhibits after plaintiffs are done supplementing their exhibit lists.  Furthermore, as the parties continue to make their pre-trial filings, defendants reserve the right to supplement these objections as necessary.

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| 1 | 2/5/2024 Memorandum from Fariborz Pakseresht to Senate Human Services Committee re Responses to questions regarding Child Welfare contractors, temporary lodging and litigation | Wyatt_DHS_4 671249 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 2 | Expert Report of Patricia Rideout and Dr. Sue Steib 11/30/2019 | | | Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III.A. |
| 3 | Amended Expert Report of Patricia Rideout and Dr. Sue Steib 2/2/2024 | | | Inadmissible for the reasons explained in Defendants' Daubert |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
|  |  |  |  | motion.<br>Hearsay. FRE 802. |
| 4 | Expert Rebuttal Report of Patricia Rideout and Dr. Sue Steib 3/1/2024 |  |  | Inadmissible for the reasons explained in Defendants' Daubert motion.<br>Hearsay. FRE 802. |
| 5 | Expert Report of Dr. Angelique Day 11/27/2019 |  |  | Hearsay. FRE 802.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.D. |
| 6 | Expert Report of Dr. Angelique Day 12/15/2023 |  |  | Hearsay. FRE 802.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.D. |
| 7 | Expert Report of Dr. Anne Farina 12/15/2023 |  |  | Hearsay. FRE 802. |
| 8 | Expert Rebuttal Report of Dr. Anne Farina 3/1/2024 |  |  | Hearsay. FRE 802. |
| 9 | Expert Rebuttal Report of Albyn Jones 3/1/2024 |  |  | Inadmissible for the reasons explained in Defendants' Daubert motion.<br>Hearsay. FRE 802. |
| 10 | Expert Report of Alan M. Puckett 11/28/2019 |  |  | Hearsay. FRE 802. |
| 11 | Expert Report of Dr. Bianca Wilson 12/1/2019 |  |  | Hearsay. FRE 802. |
| 12 | Wyatt B. Complaint | Dkt.1 |  | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. |
| 13 | Plaintiffs' 15th RFP |  |  | Not relevant because it does not tend to make any fact of consequence |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III.A. |
| 14 | Plaintiffs' 16th RFP | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A., III.A. |
| 15 | 12/7/2021 Email exchange re CANS information | | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 16 | 12/8/2021 Email exchange re OR CANS information | | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 17 | 12/8/2021 Email exchange re OR CANS information | | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 18 | 12/9/2021 Email exchange re OR CANS Information | | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 19 | Department of Administrative Services Insurance Fund Presentation 2/14/2024 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion VII. |
| 20 | 2023 Public Knowledge Report: Oregon Child | | Stipulated | No objection. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | Welfare Review Draft Assessment Findings Report 12/15/2024 | | | |
| 21 | Public Knowledge Focus Group Notes | Wyatt_PK0004 085 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |
| 22 | Stacey Moss 3/18/2024 Deposition Transcript att: Exs. 2 & 4 to Stacey Moss Deposition | | | Deposition transcript: Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Improper impeachment. FRE 602. - Ex. 2 to the transcript: Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Improper impeachment. FRE 602. - Ex. 4 to the transcript: Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine. Authenticity. FRE 901. |
| 23 | Public Knowledge Interview Notes | Wyatt_PK0004 086 | | Probative value substantially outweighed by danger |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |
| 24 | CFSR Self-Assessments - Statewide Chart | | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Inadmissible because contents summarized do not meet the requirements for a summary exhibit. FRE 1006. Authenticity. FRE 901. |
| 25 | D10 2018 CFSR Charts | Wyatt_DHS_2 697816 | Stipulated | No objection. |
| 26 | D10 2019 CFSR Charts | Wyatt_DHS_2 699255 | Stipulated | No objection. |
| 27 | D10 2020 CFSR Charts | Wyatt_DHS_2 699632 | Stipulated | No objection. |
| 28 | D10 2021 CFSR Charts | Wyatt_DHS_2 709616 | Stipulated | No objection. |
| 29 | D10 2022 CFSR Charts | Wyatt_DHS_2 966390 | Stipulated | No objection. |
| 30 | D10 2023 CFSR Charts | Wyatt_DHS_4 675487 | Stipulated | No objection. |
| 31 | Number of Children in Foster Care or being Served In Home on April 1, 2022 by Worker Assignment, Worker County, Worker Role, and Worker Type | Wyatt_DHS_2 731325 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |
| 32 | Number of Children in Foster Care or being Served In Home on Jan. 1, 2022 by Worker Assignment, Worker | Wyatt_DHS_2 731231 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | County, Worker Role, and Worker Type | | | issues. FRE 403. Hearsay. FRE 802. |
| 33 | Number of Children in Foster Care or being Served In Home on April 1, 2021 by Worker Assignment, Worker County, Worker Role, and Worker Type | Wyatt_DHS_2 731277 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |
| 34 | Number of Children in Foster Care or being Served In Home on Jan 1., 2021 by Worker Assignment, Worker County, Worker Role, and Worker Type | Wyatt_DHS_2 731301 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |
| 35 | 2018 Oregon Secretary of State Audit of ODHS | Wyatt_DHS_0 059767 | Stipulated | No objection. |
| 36 | OR Secretary of State Audit of ODHS 2019: Recommendation Follow-up Report: DHS Has Made Important Improvements, but Extensive Work Remains to Ensure Child Safety | Wyatt_DHS_0 061108 | Stipulated | No objection. |
| 37 | D1 Clatsop Debrief Summary Oct 2023 | Wyatt_DHS_4 675967 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 38 | D1 Columbia Debrief Summary Oct 2023 | Wyatt_DHS_4 675956 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Original writing is required to prove contents. FRE 1002. |
| 39 | D2 Alberta Debrief Summary Sep 2023 | Wyatt_DHS_4 675879 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 40 | D2 E Multnomah Debrief Summary Sep 2023 | Wyatt_DHS_4 675861 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 41 | D2 Gresham Debrief Summary Jan 2023 | Wyatt_DHS_4 675342 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 42 | D2 Midtown Debrief Summary Jan 2023 | Wyatt_DHS_4 675349 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Original writing is required to prove contents. FRE 1002. |
| 43 | D3 Marion Debrief Summary Apr 2023 | Wyatt_DHS_4 675445 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 44 | D3 Polk Debrief Summary Apr 2023 | Wyatt_DHS_4 675472 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 45 | D3 Yamhill Debrief Summary Apr 2023 | Wyatt_DHS_4 675484 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 46 | D4 Benton Debrief Summary Aug 2023 | Wyatt_DHS_4 675758 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Original writing is required to prove contents. FRE 1002. |
| 47 | D4 Lincoln Debrief Summary Aug 2023 | Wyatt_DHS_4 675721 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 48 | D4 Linn Debrief Summary Aug 2023 | Wyatt_DHS_4 675737 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 49 | D5 Lane Debrief Summary Feb-Mar 2023 | Wyatt_DHS_4 675393 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 50 | D6 Douglas Debrief Summary Jul2023 | Wyatt_DHS_4 675666 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
|  |  |  |  | Original writing is required to prove contents. FRE 1002. |
| 51 | D7 Coos-Curry Debrief Summary May 2023 | Wyatt_DHS_4 675512 |  | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 52 | D8 Jackson Debrief Summary Jun 2023 | Wyatt_DHS_4 675547 |  | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 53 | D8 Josephine Debrief Summary Jun 2023 | Wyatt_DHS_4 675538 |  | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 54 | D9 Debrief Summary Nov 2023 | Wyatt_DHS_4 676107 |  | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Original writing is required to prove contents. FRE 1002. |
| 55 | D10 Debrief Summary May 2023 | Wyatt_DHS_4 675493 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 56 | D10 Warm Springs Debrief Summary May 2023 | Wyatt_DHS_4 675592 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 57 | D11 Klamath Debrief Summary Aug 2023 | Wyatt_DHS_4 675749 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 58 | D12 Umatilla Debrief Summary Jul 2023 | Wyatt_DHS_4 675624 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Original writing is required to prove contents. FRE 1002. |
| 59 | D13 Baker Debrief Summary Jul 2023 | Wyatt_DHS_4 675615 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 60 | D14 Debrief Summary Oct 2023 | Wyatt_DHS_4 676118 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 61 | D15 Clackamas Debrief Summary Nov 2023 | Wyatt_DHS_4 676092 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues.  FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 62 | D16 Washington Debrief Summary Dec 2023 | Wyatt_DHS_4 676253 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Original writing is required to prove contents. FRE 1002. |
| 63 | D2 Gresham Debrief Summary Jan 2022 | Wyatt_DHS_2 722208 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 64 | D3 Polk Debrief Summary Apr 2022 | Wyatt_DHS_4 674948 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 65 | Grand Ronde Debrief Summary Apr 2022 | Wyatt_DHS_4 674967 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 66 | D7 Coos-Curry Debrief Summary May 2022 | Wyatt_DHS_4 674993 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Original writing is required to prove contents. FRE 1002. |
| 67 | D10 Crook Debrief Summary May 2022 | Wyatt_DHS_4 675009 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 68 | D8 Josephine Debrief Summary Jun 2022 | Wyatt_DHS_4 675039 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 69 | D12 Umatilla Debrief Summary Jul 2022 | Wyatt_DHS_4 675051 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 70 | D13 Baker Debrief Summary Jul 2022 | Wyatt_DHS_4 675064 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Original writing is required to prove contents. FRE 1002. |
| 71 | D6 Douglas Debrief Summary Jul 2022 | Wyatt_DHS_4 675083 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 72 | D11 Klamath Debrief Summary Aug 2022 | Wyatt_DHS_4 675106 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 73 | D4 Benton Debrief Summary Aug 2022 | Wyatt_DHS_4 675125 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 74 | D2 Alberta Debrief Summary Sep 2022 | Wyatt_DHS_4 675151 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Original writing is required to prove contents. FRE 1002. |
| 75 | D2 E Multnomah Debrief Summary Sep 2022 | Wyatt_DHS_4 675162 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 76 | D14 Grant Debrief Summary Oct 2022 | Wyatt_DHS_4 675182 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 77 | D14 Malheur County Debrief Summary Oc. 2022 | Wyatt_DHS_2 984149 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 78 | D9 Hood River Debrief Summary Nov 2022 | Wyatt_DHS_4 675207 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Original writing is required to prove contents. FRE 1002. |
| 79 | D15 Clackamas Debrief Summary Nov 2022 | Wyatt_DHS_4 675230 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Original writing is required to prove contents. FRE 1002. |
| 80 | D16 Washington Debrief Summary Dec 2022 | Wyatt_DHS_4 675296 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues.  FRE 403. Hearsay. FRE 802. Original writing is required to prove contents.  FRE 1002. |
| 81 | D2 Midtown Debrief Summary Ja 2022 | Wyatt_DHS_4 676565 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues.  FRE 403. Hearsay.  FRE 802. Original writing is required to prove contents.  FRE 1002. |
| 82 | D5 Lane Debrief Summary Feb.-Mar2022 | Wyatt_DHS_4 676578 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues.  FRE 403. Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Original writing is required to prove contents.  FRE 1002. |
| 83 | D8 Jackson Debrief Summary Jun 2022 | Wyatt_DHS_4 676614 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues.  FRE 403. Hearsay. FRE 802. Original writing is required to prove contents.  FRE 1002. |
| 84 | D1 Clatsop Debrief Summary Oct 2022 | Wyatt_DHS_4 676633 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues.  FRE 403. Hearsay. FRE 802. Original writing is required to prove contents.  FRE 1002. |
| 85 | D1 Clatsop & Tillamook Summary Oct 2022 | Wyatt_DHS_3 070630 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues.  FRE 403. Hearsay. FRE 802. Original writing is required to prove contents.  FRE 1002. |
| 86 | 8/10/2018 Email from Rosa Klein to Kate Brown et al. | Wyatt_DHS_2 677920 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | probable. FRE 401. Hearsay. FRE 802. |
| 87 | Foster Care Recruitment & Retention | Wyatt_DHS_0 700335 | Stipulated | No objection |
| 88 | 8/26/2019 Email from Fariborz Pakseresht to SEIU 503 | Wyatt_DHS_2 269185 | | Hearsay. FRE 802. |
| 89 | Oregon Department of Human Services, Child Welfare Progress Report | Wyatt_DHS_0 059477 | Stipulated | No objection |
| 90 | 6/28/2021 Email exchange between Megan Brazo-Erickson to RJG, Lacey Andresen, et al. | Wyatt_DHS_2 921337 | | Hearsay. FRE 802. Best evidence rule. FRE 1002. |
| 91 | 1/5/2022 Email exchange between April Munks and Lacey Andresen | Wyatt_DHS_2 943220 | | Hearsay. FRE 802. |
| 92 | 1/26/2022 Email exchange between Timothy Gillette and Eric Moore, et al. | Wyatt_DHS_4 418330 | | Hearsay. FRE 802. |
| 93 | 4/5/2022 Email exchange between Diepen-Hedyat Anandi and Tova Woyciechowicz | Wyatt_DHS_2 958418 | | Hearsay. FRE 802. |
| 94 | 6/22/22 Email exchange between April Munks and Lacey Andresen, Aprille Flint-Gerner, et al. | Wyatt_DHS_2 964709 | | Hearsay. FRE 802. |
| 95 | Oregon Caseload Ratio Standards Feb 3, 2022 | Wyatt_DHS_2 745840 | Stipulated | No objection |
| 96 | 11/21/2022 Email exchange between Lacey Andresen, Amber McClelland, et al. | Wyatt_DHS_2 983281 | | Hearsay. FRE 802. |
| 97 | June 19, 2019 Email exchange between Rosa Klein and Mary Moller, Berri Lesli, et al. | Wyatt_DHS_0 774226 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Undisclosed expert |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | testimony. FRE 702. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.B. |
| 98 | 9/20/2019 Email exchange between Kim Lorz and Morton McKenzie, Lisa Lewis, et al. | Wyatt_DHS_2186384 | | Hearsay. FRE 802. |
| 99 | 8/23/2019 Email exchange between Fariborz Pakseresht and Liesl Wendt | Wyatt_DHS_0792852 | | Hearsay. FRE 802. Best evidence rule. FRE 1002. |
| 100 | 2/12/2020 Email exchange between RJG, Jana Mclellan, Fariborz, Deena Loughary, Lacey Andresen, et al. | Wyatt_DHS_2799968 | | Hearsay. FRE 802. |
| 101 | 1/6/2022 Email exchange between Kevin Marks Hess and Kristin Khamnohack, Lacey Andresen, et al. | Wyatt_DHS_2944017 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Hearsay. FRE 802. |
| 102 | 2/17/22 Email exchange between Lacey Andresen and April Munks, Rebecca Jones Gaston, et al. | Wyatt_DHS_2949984 | | Hearsay. FRE 802. |
| 103 | 2/14/22 Email exchange between April Munks and Cherly Baldomarolucas et al. | Wyatt_DHS_3958043 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Hearsay. FRE 802. |
| 104 | 5/13/2022 Email exchange between Lacey Andresen, Timothy Gillette, RJG, Aprille Flint-Gerner, et al | Wyatt_DHS_3027680 | | Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 105 | Email exchange between Lacey Andresen, RJG, April Munks, et al. | Wyatt_DHS_3 027752 | | Hearsay. FRE 802. |
| 106 | Agency Budget Request Section 2 2023- 2025 | Wyatt_DHS_2 732398 | Stipulated | No objection |
| 107 | Email from Darin Mancuso to Fariborz Pakseresht, Deena Loughary, et al. | Wyatt_DHS_3 236433 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion II. |
| 108 | Temporary Lodging Progress Report Jan 3, 2023 | Wyatt_DHS_2 794338 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 109 | 1/4/2023 Email exchange between Fariborz Pakseresht, Lacey Andresen, et al. | Wyatt_DHS_2 794337 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 110 | 1/13/2023 Email exchange between Laura Winchester and Susana Dietrich | Wyatt_DHS_3 202356 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 111 | 1/4/2023 Email exchange between Darin Mancuso, Deena Loughary | Wyatt_DHS_3 236412 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion 1.A. |
| 112 | Percentage of adults receiving required monthly face-to-face visits | Wyatt_DHS_2 723132 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |
| 113 | Caseworker visits with adults | Wyatt_DHS_2 758337 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |
| 114 | ODHS CFSP 2020-2024 | | Stipulated | No objection |
| 115 | 3/29/2021 Email exchange between Lacey Andresen, Lee Brown, et al. | Wyatt_DHS_2 903521 | | Hearsay. FRE 802. Best evidence rule. FRE 1002. |
| 116 | 7/27/2021 Email exchange between Lacey Andresen, and field program managers | Wyatt_DHS_2 924207 | | Hearsay. FRE 802. Best evidence rule. FRE 1002. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 117 | 12/1/2021 Email exchange between Lacey Andresen and field program managers | Wyatt_DHS_2 939270 | | Hearsay. FRE 802. Best evidence rule. FRE 1002. |
| 118 | Number of initial Permanency Plans w/in 60 days of FC by entry month, trend data | Wyatt_DHS_2 722468 | Stipulated | No objection |
| 119 | Number of initial Permanency Plans w/in 60 days of FC by entry month, trend data | Wyatt_DHS_2 730545 | Stipulated | No objection |
| 120 | ODHS CW Progress Report Mar 2024 | | Stipulated | No objection |
| 121 | Invoices for Dynamic Life Planning Sessions | Wyatt_DHS_4 674558; Wyatt_DHS_4 674708 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |
| 122 | 11/14/2023 Email exchange between Michelle Pfeiffer and Lacey Andresen et al. | Wyatt_DHS_4 674721; Wyatt_DHS_4 674731 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. |
| 123 | 12/5/2023 OPB Article | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |
| 124 | 2/29/2024 OPB Article | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 125 | 3/1/2024 Email exchange between Michelle Pfeiffer and Senator Gelser et al. | Wyatt_DHS_4 674585 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. |
| 126 | 3/1/2024 Email exchange between Michelle Pfeiffer and Senator Gelser et al. | Wyatt_DHS_4 674727 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. |
| 127 | DHS Child Welfare After Action Report: A Review of Contracting with Dynamic Life | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 128 | Sensitive Issue Reports Compilation | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion II. |
| 129 | Summary of temporary lodging settlement agreement | Wyatt_DHS_0 839005 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Prohibited use of settlement agreement. FRE 408. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 130 | Slide deck from 8/15/2018 on temporary lodging and the settlement | Wyatt_DHS_0213355 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Prohibited use of settlement agreement. FRE 408. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V |
| 131 | Datasheet Count of Children/Young Adults in Foster Care by Lifetime Temporary Lodging occasions through the end of the period | Wyatt_DHS_2758330 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 132 | Datasheet Children/Young Adults exiting from foster care during the reporting period by count of total occasions during the foster care episode | Wyatt_DHS_2 758322 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions 1.A., 1.B, I.C., and V . |
| 133 | Datasheet on days spent in temporary lodging for those in custody on 1/31/22 | Wyatt_DHS_4 564509 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| 134 | November 2022 Temporary Lodging report | Wyatt_DHS_2 794350 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 135 | November/December 2022 Temporary Lodging Report | Wyatt_DHS_2 794354 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 136 | Letter to Judge McShane re Temporary Lodging numbers | Wyatt_DHS_44 82788- Wyatt_DHS_4 614779 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 137 | Temporary Lodging Report to McShane | Wyatt_DHS_4 478984 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. |

**Page 28 –    DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBIT LIST**

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 138 | Temporary Lodging Report to McShane | Wyatt_DHS_2 794216 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 139 | Temporary Lodging Report to McShane | Wyatt_DHS_2 959125 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 140 | Temporary Lodging Report to McShane | Wyatt_DHS_3 070607 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 141 | Temporary Lodging Report to McShane | Wyatt_DHS_4 662788 | | Not relevant because it does not tend to make any fact of consequence |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 142 | Temporary Lodging Report to McShane | Wyatt_DHS_4 662518 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802.1 Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 143 | Special Master's Recommendations for Addressing Temporary Lodging | Wyatt_DHS_4 671218 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 144 | 1/19/2018 Email exchange between Laurie Theororou, Nancy Allen, et al. | Wyatt_DHS_0 361847 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| 145 | 1/26/2018 Email exchange between Glenda Marshall, Nancy Allen, et al. | Wyatt_DHS_0 363606 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A, |
| 146 | ORRAI Capacity Needs Report | Wyatt_DHS_0 132365 | Stipulated | No objection |
| 147 | Email exchange between Marty Herbert, Nancy Allen, et al. | Wyatt_DHS_1 115309 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A, |
| 148 | 7/26/2019 Email from Jake Sunderland to Jana Mclellan et al. | Wyatt_DHS_0 502374 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A, |
| 149 | 9/3/2019 Email from Katrina Husbands to Kimberly Young | Wyatt_DHS_2 106959 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Limine, including Motion I.A. |
| 150 | 9/23/2019 Email from Angela Leet to Sara Fox | Wyatt_DHS_2 488463 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 151 | 11/1/2019 Email exchange with all staff | Wyatt_DHS_1 159402 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 152 | 12/4/2019 Email exchange between Glenda Marshall, Angela Leet, et al. | Wyatt_DHS_0 226697 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 153 | Secretary of State OHA Audit Mental Health Treatment | | | Hearsay. FRE 802. |
| 154 | Datasheet ODHS Certified Resource Homes on the first day of the quarter and those with no children placed | Wyatt_DHS_3 064029 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | with provider in the previous 6 months | | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A. and V. |
| 155 | Datasheet ODHS Certified Homes on the first day of the period and those with no children placed in the home | Wyatt_DHS_3 064030 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A. and V. |
| 156 | Datasheet CM.09 Placement in Same or Adjoining County-of those in care | Wyatt_DHS_4 564372 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Limine, including Motion I.A. |
| 157 | BRS Beds PowerPoint and datasheet | Wyatt_DHS_2 964695; Wyatt_DHS_2 964696 | Stipulated | No objection |
| 158 | 6/22/2022 Email exchange between Sarah Fox, Lacey Andresen, et al. | Wyatt_DHS_2 964693 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 159 | Datasheet on capacity overrides | Wyatt_DHS_2 722938 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 160 | Statewide Quarterly Data Report 20202022 | Wyatt_DHS_2 723058 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 161 | All DHS certified providers open first day of month between 2021 and 2022 | Wyatt_DHS_2 725350 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 162 | Placement map | Wyatt_DHS_2 964698 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 163 | HB 2086 (2021) Report: Intensive Behavioral Health Treatment Services for Children and Adolescents: Capacity and Demand | Wyatt_DHS_2 754777 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Defendants' Motions in Limine, including Motion I.A. |
| 164 | 7/15/2018 Email exchange between Marilyn Jones, Shannon Biteng, et al. | Wyatt_DHS_0 260455 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A. and I.C. |
| 165 | 5/17/2019 Email exchange between Sarah Fox, Rosa Klein, et al. | Wyatt_DHS_0 477192 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A and VIII. |
| 166 | 6/12/2019 Email exchange between Senator Gelser, Rosa Klein, et al. | Wyatt_DHS_0 485186 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A and VIII. |
| 167 | 6/4/2019 Email from David Schmidt to Christy Sinatra | Wyatt_DHS_0 884589 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Defendants' Motions in Limine, including Motion I.A. |
| 168 | 7/27/2022 Email exchange between Senator Gelser, Fariborz Pakseresht, et al. | Wyatt_DHS_4 651986; Wyatt_DHS_4 427612 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A. and VIII. |
| 169 | Datasheet on congregate care placements | Wyatt_DHS_4 564517 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 170 | Datasheet on congregate care placements | Wyatt_DHS_4 564518 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 171 | Datasheet Children in Foster Care on first day of quarter | Wyatt_DHS_4 467888 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A, and V. |
| 172 | Datasheet on children entering care each year | Wyatt_DHS_2 784630 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 173 | Datasheet on victims of Abuse while in foster care | Wyatt_DHS_2 784632 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions 1.A., II, III.A., and V. |
| 174 | Datasheet on Children in Foster Care on first day of quarter | Wyatt_DHS_4 467889 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A . |
| 175 | 2021 CW Data Book | Wyatt_DHS_2 733259 | Stipulated | No objection |
| 176 | ODHS data | Wyatt_DHS_2 721498 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Best evidence rule. FRE 1002. |
| 177 | Oregon Data | Wyatt_ABC_0 04209 | Stipulated | No objection |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| 178 | CFSR Data Profile R3 August 2022 | Wyatt_DHS_2 750400 | Stipulated | No objection |
| 179 | CFSR Data Profile R3 February 2022 | Wyatt_DHS_2 745879 | Stipulated | No objection |
| 180 | 2023 Oregon Profile Casey Family | Wyatt_ABC_0 03599 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.D. |
| 181 | NYTD data snapshot Oregon 2016-2020 | Wyatt_DHS_2 709583 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.D. |
| 182 | NYTD data snapshot Oregon 2017-2021 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.D. |
| 183 | Email exchange between Lacey | Wyatt_DHS_2 985918; | | Not relevant because it does not tend to make any fact of consequence |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | Andresen, Sherrelle Jackson, et al | Wyatt_DHS_2 986212 | | more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.D. and V. |
| 184 | Spreadsheet with Interview Output | Wyatt_PK0004 110 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |
| 185 | Chaffee graduation rates | Wyatt_DHS_2 709526 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.D. |
| 186 | 4/15/2021 Email exchange between Elisa Deserano, Lacey Andresen, et al. | Wyatt_DHS_2 907461 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.D. |
| 187 | 2/7/2023 ACF letter | Wyatt_DHS_2 758034 | | Not relevant because it does not tend to make any fact of consequence more probable or less |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 187. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.D. |
| 188 | Call data | Wyatt_DHS_2 745876 | | Hearsay. FRE 802. |
| 189 | Call wait-time data | Wyatt_DHS_2 745877 | | Hearsay. FRE 802. |
| 190 | Datasheet on founded CPS Assessments | Wyatt_DHS_2 758319 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |
| 191 | Data on overdue Assessments | Wyatt_DHS_2 722939 | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 192 | 2024 APSR | Wyatt_DHS_4 467023 | Stipulated | No objection |
| 193 | May 2022 CPS Fidelity Statewide Report | Wyatt_DHS_4 669518 | Stipulated | No objection |
| 194 | ODHS 2023-25 POP Child Safety | Wyatt_DHS_2 757487 | Stipulated | No objection |
| 195 | Planning for Reunification and Meeting Expected Outcomes | Wyatt_DHS_0 089091 | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 196 | 7/12/2019 Email exchange between Tami Kane-Suleiman and Greg Westbrooks, et al. | Wyatt_DHS_2 206539 | | Hearsay. FRE 802. |
| 197 | 8/27/2019 Email exchange between Sen Gelser, Remmal Nivens, et al. | Wyatt_DHS_2 487323 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A. and VIII. |
| 198 | Oregon Child Integrated Dataset | Wyatt_DHS_2 761868 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Best evidence rule. FRE 1002. |
| 199 | Email exchange between Rebecca Jones-Gaston, Fariborz, et al. | Wyatt_DHS_2 761866 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Hearsay. FRE 802. |
| 200 | 9/28/2021 Email exchange between Fariborz, Lacey Andresen, et al. | Wyatt_DHS_2 932457 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions II and III.A. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 201 | 2/4/2022 Email exchange between Sen Gelser, Lacey Andresen, et al. | Wyatt_DHS_3 224948 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Hearsay. FRE 802. |
| 202 | CIRT datasheet | Wyatt_DHS_4 564365 | Stipulated | No objection |
| 203 | CFSR 3 | Wyatt_DHS_2 745843 | Stipulated | No objection |
| 204 | ODHS Child Welfare Dashboard | | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. |
| 205 | Article: Oregon DHS report admits missteps in foster kid care, but lawmaker says that's not enough | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |
| 206 | Service Delivery Data Report Midtown Child Welfare 2024 | Wyatt_DHS_4 680072 | Stipulated | No objection |
| 207 | Absence of repeated maltreatment chart | Wyatt_DHS_29 72576-Wyatt_DHS_2 972582 | | Best evidence rule. FRE 1002. |
| 208 | 8/23/2022 Email exchange between Lacey Andresen, Cathy Iles, et al. | Wyatt_DHS_2 972574 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Hearsay. FRE 802. |
| 209 | Datasheet on foster care visits | Wyatt_DHS_2 722934 | | Hearsay. FRE 802. |
| 210 | 10/31/2019 Email from David Schmidt to Jeff Pinelli et al | Wyatt_DHS_2 302105 | | Hearsay. FRE 802. |
| 211 | Caseload optimization for improved child | Wyatt_DHS_4 413766 | Stipulated | No objection |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | outcomes and workload equity | | | |
| 212 | 11/2/2021 Email exchange between Kody Cayson and Paul Bellatty et al | Wyatt_DHS_4 413713 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Hearsay. FRE 802. |
| 213 | Datasheet on discharges | Wyatt_DHS_2 758323 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.B. |
| 214 | Datasheet on time in care | Wyatt_DHS_2 758334 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.B. |
| 215 | OR CFSR Round 3 - PIP | Wyatt_DHS_2 723163 | Stipulated | No objection |

**Page 45 –    DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBIT LIST**

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 216 | Chart on disparities in length of stay | Wyatt_DHS_2972580 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Best evidence rule. FRE 1002. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.B. |
| 217 | 8/23/2022 Email exchange between Cathy Iles, Alex Trotter et al. | Wyatt_DHS_2972574 | | Plaintiffs have represented that Ex. 217 is a duplicate of Ex. 208. Defendants incorporate the objection to Ex. 208 here and reserve the right to supplement this objection. |
| 218 | AFCARS Report Oregon FY 2022 | | Stipulated | No objection |
| 219 | AFCARS Report Oregon FY 2021 | Wyatt_ABC_003572 | Stipulated | No objection |
| 220 | Datasheet on length of stay | Wyatt_DHS_4467884 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.B. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| 221 | 2020-2024 Child and Family Services Plan | | | Plaintiffs have represented that Ex. 221 is a duplicate of Ex. 114. Defendants incorporate the objection to Ex. 114 here and reserve the right to supplement this objection. |
| 222 | 2021 ODHS APSR | Wyatt_DHS_2 690337 | Stipulated | No objection |
| 223 | 5/20/2020 Email exchange between Rosa Klein and Kate Brown et al. | Wyatt_DHS_2 762002 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Best evidence rule. FRE 1002. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 224 | Chart on timely adoptions | Wyatt_DHS_2 972578 | | Best evidence rule. FRE 1002. |
| 225 | 11/2/2021 Email exchange between Kody Cayson and Paul Bellatty et al. | Wyatt_DHS_4 413713 | | Plaintiffs have represented that Ex. 225 is a duplicate of Ex. 212. Defendants incorporate the objection to Ex. 212 here and reserve the right to supplement this objection. |
| 226 | Datasheet on adoption | Wyatt_DHS_4 564370 | | Not relevant because it does not tend to make any fact of consequence |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |
| 227 | Adoption Datasheet | Wyatt_DHS_2 758335 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |
| 228 | Datasheet on trial home visits | Wyatt_DHS_2 758336 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion II. |
| 229 | Chart on foster care population | Wyatt_DHS_0 060317 | | Hearsay. FRE 802. |
| 230 | Chart on placement moves | Wyatt_DHS_2 832829 | | Inadmissible for the reasons explained in Defendants' Motions in |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Limine, including Motion I.C. |
| 231 | 7/31/2020 Email exchange between Josh Miller to Lacey Andresen et al. | Wyatt_DHS_2 832826 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.C. |
| 232 | Datasheet on exits | Wyatt_DHS_2 758321 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.C. |
| 233 | Datasheet on placements | Wyatt_DHS_2 784631 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Defendants' Motions in Limine, including Motions I.B. and I.C. |
| 234 | Oregon CFSR 4 Data Profile Children's Bureau | Wyatt_DHS_2 750402 | Stipulated | No objection |
| 235 | Datasheet on placements | Wyatt_DHS_4 564511 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.C. |
| 236 | 4/23/2018 Email exchange between Darin Mancuso and Bridget Byfield et al. | Wyatt_DHS_2 604143 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 237 | Seiler Memo- Legislative Update Notes | Wyatt_DHS_0 774399 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 238 | 2019 Joint Plan to Develop In-State Capacity and Minimize Out-of-state Placements of Children | Wyatt_DHS_0 130798 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 239 | 8/2/2019 Email exchange between David Schmidt and Darin Mancuso et al | Wyatt_DHS_2 300138 | | Hearsay. FRE 802. |
| 240 | ORRAI Child Welfare Research Agenda: Service Array Analysis Draft | Wyatt_DHS_0 126721 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Best evidence rule. FRE 1002. Inadmissible for the reasons explained in Defendants' Motions in Limine., including Motion I.A. |
| 241 | 12/28/2022 Letter from Rebecca Jones Gaston to Kate Brown | Wyatt_DHS_2 794312 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Defendants' Motions in Limine, including Motion I.A. |
| 242 | CP3-Children's Public Private Partnership | Wyatt_DHS_2 987073 | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 243 | 1/18/2023 Email exchange between Tim Gillette to Lacey Andresen, Aprille Flint-Gerner et al. | Wyatt_DHS_2 986994 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Hearsay. FRE 802. |
| 244 | Greater Oregon Behavioral Health Inc. – Oregon Kinship Navigator | Wyatt_DHS_2 987124 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |
| 245 | 2020 Secretary of State Audit | Wyatt_DHS_2 675792 | Stipulated | No objection |
| 246 | 1/11/2023 Email exchange between Deena Loughary, Sarah Greenwood et al | Wyatt_DHS_3 236563 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions II and III.A. |
| 247 | 9/25/2019 Email exchange between Jake Sunderland and Sara Fox | Wyatt_DHS_2 068395 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Limine, including Motion I.A. |
| 248 | 6/14/2022 Email with Sarah Fox et al. | Wyatt_DHS_3 182718 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 249 | 3/17/2022 Email with Sarah Fox et al. | Wyatt_DHS_3 170539 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 250 | 6/23/2022 Email with Sarah Fox et al. | Wyatt_DHS_2 964794 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 251 | 9/26/2022 Email with Sarah Fox et al. | Wyatt_DHS_4 504093 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. |
| 252 | OTIS investigation of abuse | Wyatt_DHS_4 503757 | | Not relevant because it does not tend to make |

**Page 53 –    DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBIT LIST**

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. |
| 253 | OTIS investigation of abuse | Wyatt_DHS_4 503998 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. |
| 254 | 9/21/2022 Email with Sarah Fox et al. | Wyatt_DHS_4 503997 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. |
| 255 | 10/7/2022 Email with Burke Belit et al. | Wyatt_DHS_3 068830 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 256 | 1/5/2022 Email with Burke Belit et al. | Wyatt_DHS_2 943652 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A, V, and VIII. |
| 257 | 9/5/2022 Email with Fariborz Pakseresht et al. | Wyatt_DHS_2 977731 | | Not relevant because it does not tend to make any fact of consequence more probable or less |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |
| 258 | 2/21/2023 Email exchange between Nathan Webber, Gina Zintz et al. | Wyatt_DHS_4 671362 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. |
| 259 | 10/10/2023 Email with Lori McClure et al. | Wyatt_DHS_4 671357 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. |
| 260 | 7/20/2023 Email with Tom VanderVeen et al. | Wyatt_DHS_4 671303 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. |
| 261 | 5/24/2022 Email exchange between Rose Cokelly, Katrina Husbands, et al. | Wyatt_DHS_4 619873 | | Not relevant because it does not tend to make any fact of consequence more probable or less |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. |
| 262 | ORRAI Report | Wyatt_DHS_4 483407 | Stipulated | No objection |
| 263 | Findings letter from USDHHS | Wyatt_DHS_4 588511 | Stipulated | No objection |
| 264 | ORRAI Report Douglas County Achieving Permanency | Wyatt_DHS_2 945779 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A., II, and III.A. |
| 265 | 5/22/2022 Email with Rebecca Jones Gaston et al | Wyatt_DHS_3 028489 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.C. |
| 266 | CRB CAPTA report | Wyatt_DHS_2 962366 | Stipulated | No Objection |
| 267 | Datasheet on temporary lodging | Wyatt_DHS_3 738109 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 268 | 3/22/2022 Email with Garth Taft et al. | Wyatt_DHS_3 738108 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 269 | 9/14/2022 Email from Stacey Loboy to Sarah Fox et al. | Wyatt_DHS_4 503751 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. and V. |
| 270 | 9/16/2022 Email exchange betweenh Sara Fox, Billy Cordero, et al. | Wyatt_DHS_3 192447 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Hearsay. FRE 802. Inadmissible for the |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 271 | Admission Denial Reasons | Wyatt_DHS_3 194630 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 272 | BRS Program Review | Wyatt_DHS_3 194633 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Moiton I.A. |
| 273 | Datasheet on BRS Placements | Wyatt_DHS_3 176415 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 274 | 1/1/2022 Email exchange between Fariborz Pakseresht, John Kitzhaber, et al. | Wyatt_DHS_4 418775 | | Only part of the whole document has been offered. The rest of the document should be |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | included. FRE 106. Undisclosed expert testimony. FRE 702. Hearsay. FRE 802. |
| 275 | Dynamic Service Capacity | Wyatt_DHS_3 191710 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 276 | 4/27/2021 Email exchange between Rebecca Jones Gaston, Sarah Fox, et al. | Wyatt_DHS_2 909136 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 277 | DHS/OHA report Oregon's Child, Youth & Family Continuum of Care | Wyatt_DHS_1 721029 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 278 | Oregon Council of Behavioral Health Statement and Recommendations | Wyatt_DHS_2 778052 | | Inadmissible under FRE 702. Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 279 | Addressing the Current Crisis in the Children's Behavioral Health System | Wyatt_DHS_2 777989 | | Inadmissible under FRE 702. Hearsay. FRE 802. |
| 280 | Children's System Letter Response | Wyatt_DHS_2 778734 | Stipulated | No Objection |
| 281 | System of Care Plan for Oregon | Wyatt_DHS_2 711579 | Stipulated | No Objection |
| 282 | 2022 SOCAC Legislative Report | Wyatt_DHS_4 564457 | | Inadmissible under FRE 702. Hearsay. FRE 802. |
| 283 | 12/14/2018 Email exchange between Sarah Fox, Glenda Marshall, et al. | Wyatt_DHS_0 646132 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 284 | 4/17/2017 Email exchange between Peter Rosenblatt, Glenda Marshall, et al. | Wyatt_DHS_0 930124 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Limine, including Motion I.A. |
| 285 | 1/30/2019 Email exchange between Darin Mancuso, Wendy Leedle, et al. | Wyatt_DHS_2 277325 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 286 | Dynamic Service Capacity | Wyatt_DHS_3 192450 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 287 | Datasheet on BRS capacity | Wyatt_DHS_2 956575 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| 288 | Datasheet on temporary lodging | Wyatt_DHS_2 956577 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 289 | 2/2022 PRTF Memo | Wyatt_DHS_2 956579 | Stipulated | No objection |
| 290 | 3/22/2022 Email exchange between Sarah Fox, Rebecca Jones Gaston et al | Wyatt_DHS_2 956567 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 291 | 7/6/2022 Email exchange between Sarah Fox, Lacey Andresen, et al | Wyatt_DHS_2 966312 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Limine, including Motion I.A. |
| 292 | 6/22/2022 Email exchange between Rebecca Jones Gaston, Aprille Flint-Gerner, et al | Wyatt_DHS_3 030037 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 293 | 10/12/2022 Email exchange between David Schmidt, Ahnjene Boleyn, et al | Wyatt_DHS_3 195430 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 294 | 4/14/2022 Email exchange between Darin Mancuso, Sarah Fox, et al. | Wyatt_DHS_3 173726 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A. and I.C. |
| 295 | Update on children's PRTF capacity | Wyatt_DHS_2 986465 | Stipulated | No objection |
| 296 | 5/24/2022 Email exchange between Jacquelin Gravley, Nancy Allen, et al. | Wyatt_DHS_3 180142 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 297 | 10/13/2022 Email exchange between Fariborz Pakseresht, Sarah Fox, et al. | Wyatt_DHS_3 195525 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 298 | 6/2/2022 Email exchange between Nancy Allen, Angela Leet, et al. | Wyatt_DHS_3 526077 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 299 | 8/19/2022 Email exchange between Jennifer Graffunder, Aprille Flint-Gerner, et al. | Wyatt_DHS_4 334954 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A and V. |
| 300 | 5/25/2022 Email exchange between Angela Leet, Liesl Wendt, et al. | Wyatt_DHS_4 449738 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 301 | 6/3/2022 Email exchange between Angela Leet, Fariborz Pakseresht, et al. | Wyatt_DHS_4 450044 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 302 | 6/3/2022 Email exchange between Angela Leet, Liesl Wendt, et al. | Wyatt_DHS_4 450071 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.  Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 303 | Temporary Lodging Progress Report 10/2/2023 | Wyatt_DHS_4 666002 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 304 | 2019 Joint Plan to Develop In-State Capacity and Minimize Out-of-state Placements of Children | Wyatt_DHS_3 604112 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 305 | 11/21/2022 Email exchange between Sara Fox, Rebecca Jones Gaston | Wyatt_DHS_3 198056 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 306 | 2/4/2020 Email exchange between Meghan Nielson, Nancy Allen, et al. | Wyatt_DHS_3 348471 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 307 | State of Oregon v. Isaiah Webber, Motion to Modify Release Agreement, 23CR45572 (Marion Co. Ct. Nov. 8, 2023) | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion IV. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 308 | State of Oregon v. Isaiah Webber, Information, 23CR45572 (Marion Co. Ct. Sept. 19, 2023) | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion IV. |
| 309 | Univ. of Kansas ROM Child Welfare Data | | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. |
| 310 | 2016 Public Knowledge Report | Wyatt_DHS_4 64802.7 | Stipulated | No objection |
| 311 | Temporary Lodging Progress Report 2/1/2023 | Wyatt_DHS_4 663079 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 312 | 2023-06-07 Child-Family BH OHA- SOCAC | Wyatt_DHS_4 466731 | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 313 | Temporary Lodging Presentation 9/18/2023 | Wyatt_DHS_4 665951 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 314 | 6/15/2021 Email exchange between | Wyatt_DHS_3 142392 | | Not relevant because it does not tend to make |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | Simon Fulford, Lacey Andresen, et al. | | | any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 315 | 1/19/2022 Email exchange between Lacey Andresen, Chere Lefore, et al. | Wyatt_DHS_2 945164 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 316 | Comprehensive Statewide Plan to Prevent Child Maltreatment Fatalities April 2022 | Wyatt_DHS_2 747069 | Stipulated | No objection |
| 317 | DHS Pilot – OHSU Collaboration to support high needs youth | Wyatt_DHS_3 202010 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. |
| 318 | Temporary Lodging-Working Steering Committee 10/5/2022 | Wyatt_DHS_3 852360 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 319 | 12/28/2022 Email exchange between Sherrelle Jackson, Stacey Mahler, et al. | Wyatt_DHS_2 985870 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.D. and V. |
| 320 | 12/30/2022 Email exchange between Sherrelle Jackson, Stacey Mahler, et al. | Wyatt_DHS_2 985904 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.D. and V. |
| 321 | Temporary Lodging – Working 2/28/2022 | Wyatt_DHS_3 737165 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. |
| 322 | Holding Hope: Children's Behavioral Health in Oregon | | | Hearsay. FRE 802. Authenticity. FRE 901. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 323 | Compilation of Complaints against ODHS | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues.  FRE 403. Prohibited use of evidence of prior act. FRE 404(b). Hearsay. FRE 802. Authenticity. FRE 901 Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion IV. |
| 324 | Statements from Juvenile Attorneys | | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. |
| 325 | Withheld maltreatment records responsive to Plaintiffs' 15th RFP, 16th RFP and class representatives | | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. |
| 326 | 2/28/2024 Stockdale Statement | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.C., and V. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 327 | 2/28/2024 Shiprack Statement | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.C. and V. |
| 328 | 2/28/2024 Ponting, Maupin Statements | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.C. and V. |
| 329 | 2/28/2024 Montgomery Statement | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.C. and V. |
| 330 | JM – Deposition of Dawn Hunter, 6.3.22 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 331 | JM – Deposition of Dawn Hunter, 7.15.22 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 332 | JM – Deposition of Dawn Hunter, 10.13.23 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 333 | JM – Deposition of Desta Walsh | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 334 | JM – Deposition of Michelle Pfeiffer | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 335 | JM – Deposition of Melanie Parent | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 336 | JM – Deposition of Michael John Payne | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 337 | JM - Deposition of Lacey Andresen | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 338 | JM - Deposition of Stacey Ayers, 5/16/22 | | | Not relevant because it does not tend to make any fact of consequence |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 339 | JM - Deposition of Stacey Ayers, 12/01/21 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 340 | JM - Deposition of Billy Cordero | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 341 | JM - Deposition of Stacey Daeschner | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 342 | JM - Deposition of Kevin George | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 343 | JM Ex. 26: Miller Cert file (00152920016260) - deduped (Corrected) | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 344 | JM Ex. 28: OR-Kids Provider NOTES | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 345 | JM Ex. 32: Certification Emails | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Limine, including Motion III B., III.C, IV. |
| 346 | JM Ex. 34: JM-PROD-0016452 (3.13.12 Screening Report) | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 347 | JM Ex. 36: JM Photos | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 348 | JM Ex. 37: CH - ORKids file (excerpt) | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 349 | JM Ex. 61: 2016 Final Report – Excerpts | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 350 | JM Ex. 66: OR SOS – Audit; DHS Responses 02.2020 | | Stipulated | No objection |
| 351 | JM Ex. 78: CPS – Assessment Summary 10.20.13 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Limine, including Motion III B., III.C, IV. |
| 352 | JM Ex. 81: LH – Case Review Addendum 01.08.14 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 353 | JM Ex. 99: Email re Out of Home Investigation | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 354 | JM Ex. 100: DHS Victim Rights Notifications | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 355 | JM Ex. 110: AS, JM – Email Correspondence | | | Plaintiffs have represented that Ex. 355 is a duplicate of Ex. 356. Defendants incorporate the objection to Ex. 356 here and reserve the right to supplement this objection. |
| 356 | JM Ex. 118: AS, JM Email Correspondence | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 357 | JM Ex. 245: RL - Emails (All) | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 358 | JM Ex. 289: Parent – Org Charts | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 359 | JM Ex. 290: OR SOS DHS Audit 01.2018 | | Stipulated | No objection |
| 360 | JM Ex. 291: DHS Foster Care Audit Response 01.29.18 | | Stipulated | No objection |
| 361 | JM Ex. 292: OR SOS DHS Audit – 2019 | | Stipulated | No objection |
| 362 | JM Ex. 293: OR SOS - DHS OR Kids Audit – 02.2020 | | Stipulated | No objection |
| 363 | JM Ex. 294: OR SOS DHS Audit – 07.2020 | | Stipulated | No objection |
| 364 | JM Ex. 295: State Defs – Response to Plf's Rogs (2nd) 04.30.21 | | | Not relevant because it does not tend to make any fact of consequence more probable or less |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 365 | JM Ex. 296: SFR - Parent Final Report | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 366 | JM Ex. 297: SFR Edits Highlights & Review | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 367 | JM Ex. 298: SFR - Hurley Final Report | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 368 | JM Ex. 299: JM-PROD-0054934 - CH Case File | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 369 | JM Ex. 300: Parent – Additional Emails | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 370 | JM Ex. 341: Org Charts – Ayers | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. |
| 371 | JM Ex. 342: CIRT Chapter 413 Division 017 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 372 | JM Ex. 343: Child Welfare Procedure Manual (excerpt) | | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. |
| 373 | JM Ex. 344: DHS 30 Day CIRT (exhibit from Mooney) | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 374 | JM Ex. 345: Foster Care Safety Team Final Report 2010 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Authenticity. FRE 901. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 375 | JM Ex. 346: 2010.11.22 – Article | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 376 | JM Ex. 347: 2010.11.27 – Article | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 377 | JM Ex. 348: 2013.05.01 – Lopez email and Karly's Law Training | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 378 | JM Ex. 349: Ayers – Emails | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
|     |             |       |              | Limine, including Motion III B., III.C, IV. |
| 379 | JM Ex. 350: JM Injury Timeline | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 380 | JM Ex. 351: 2013.12.13 – Interoffice Memo Hunter to Jolin | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 381 | JM Ex. 352: DAS – Response to Lathen TCN | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine , including Motion III B., III.C, IV. |
| 382 | JM Ex. 353: 2017.09.07 - Article | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. |
| 383 | JM Ex. 356: SB 819 Clip 1 - Senate Comm. on Human Services - 03.13.2017 | | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Authenticity. FRE 901. Hearsay. FRE 802. Inadmissible for the |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 384 | JM Ex. 357: SB 819 Clip 2 - Senate Comm. on Human Services - 03.13.2017 | | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Authenticity. FRE 901. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 385 | JM Ex. 358: SB 819 Clip 3 - Senate Comm. on Human Services - 03.13.2017 | | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Authenticity. FRE 901. Hearsay. FRE 802. Inadmissible for the |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 386 | JM Ex. 359: SB 819 Clip 4 - Senate Comm. on Human Services - 03.13.2017 | | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Authenticity. FRE 901. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 387 | JM Ex. 371: 04.25.14 Email to George from Lopez | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 388 | JM Ex. 373: JM et al v Major et al - State Defs' PROD 38 Letter to Pltfs' Counsel | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine , including Motion III B., III.C, IV. |
| 389 | JM Ex. 376: AG 27 - Pearson 05.28.14_Sensitive Issue Report | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 390 | JM Ex. 378: 285 - Wallins | | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 391 | JM Ex. 379: 425 - Evans - 04.08.15 - Evans Emails | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine , including Motion III B., III.C, IV. |
| 392 | JM Ex. 400: LH Exhibit 031 - 31 - CART Meeting (3.20.17) | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 393 | JM Ex. 402: 27 - Pearson 05.28.14_Sensitive Issue Report | | | Not relevant because it does not tend to make any fact of consequence |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 394 | JM Ex. 419: 239 - Burnell 1.16.15 - Sensitive File Review 7.06.2011 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 395 | JM Ex. 422: 273 - Hunter 2.10.15 - Mooney Foster Home Sensitive Case Staffing | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 396 | JM Ex. 423: 274 - Hunter 2.10.15 - Sensitive Case Staffing Notes | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 397 | JM Ex. 424: 275 - Hunter 2.10.15 - 7.27.11 Rene Duboise e-mail | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 398 | JM Ex. 429: 361 - Duboise 3.18.15 - Duboise Emails | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 399 | JM Ex. 430: 440 - Daeschner - 04.09.15 - Daeschner Emails | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 400 | JM Ex. 431: 451 - Faulkner - 10.22.15 | | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 401 | JM Ex. 433: JM-PROD-0223463 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 402 | JM Ex. 434: JM-PROD-0223599 | | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 403 | JM Ex. 436: JM-PROD-0223608 | | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Authenticity. FRE 901. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 404 | JM Ex. 438: JM-PROD-0223664 | | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 405 | JM Ex. 442: Prod 35 - Kwapisz - Hunter | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. |
| 406 | JM Ex. 445: 2018.05.11 - Changes for Oregon's struggling foster care system - oregonlive | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible for the |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
|     |             |       |              | reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. |
| 407 | JM Ex. 446: 2019.11.30 - Foster care supervisor who drew criticism... - oregonlive |       |              | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. |
| 408 | JM Ex. 456: 371 - Kane Suleiman - 3.23.15 - Emails |       |              | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. |
| 409 | JM Ex. 457: 425 - Evans - 04.08.15 - Evans Emails |       |              | Not relevant because it does not tend to make any fact of consequence more probable or less |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. |
| 410 | JM Ex. 463: Videotaped Deposition of Dawn E. Hunter, 02.17.15 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. |
| 411 | JM Ex. 464: Declaration of Paulo Jauregui | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. |
| 412 | JM Ex. 466: Declaration of Daniel Wren | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. |
| 413 | JM Ex. 467: Declaration of Anna Dennis, M.S., C.G.C. | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. |
| 414 | JM Ex. 468: Declaration of Ian G. Loewen-Thomas, M.D. | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially |

**Page 101    DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBIT LIST**
–

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. |
| 415 | JM Ex. 469: Declaration of Dr. Rose Eagle | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. |
| 416 | JM Ex. 470: Declaration of Tahra Sinks | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| 417 | JM Ex. 471: Declaration of Gail Nosek | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. |
| 418 | JM Ex. 472: Declaration of Lindsay Soto | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. |
| 419 | JM Ex. 473: Declaration of Nina Joanne Hyndman, M.D. | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. |
| 420 | Child Abuse Prevention and Treatment Act (CAPTA) Citizen Review Panels (CRP) Report for the 2022-23 Fiscal Year | | | Inadmissible under FRE 702. Hearsay. FRE 802. |
| 421 | 2021.01.26 BE Court Report | | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. |
| 422 | 2022.07.21 BE Screening Report Memo | | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. |
| 423 | 2023.11.13 Court Memo - SJ | | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. |
| 424 | 2024.03.01 Preservation of Evidence LTR - SJ | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III.B and IV. |
| 425 | Child X - Dr. Edwinson 11.23.2024 eval | | | This document has not been provided to defendants. Defendants |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | reserve the right to object if it is provided. |
| 426 | CV - Roxanne Edwinson_March 2024 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible under FRE 702. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B. and IV. |
| 427 | MindSights_Behavioral Health Liaison Proposal DRAFT | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Best evidence rule. FRE 1002. |
| 428 | RAPID Sampling Statistics Report 2023.12 | | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |
| 429 | Updated RAPID Program Overview_10.2023 | | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |
| 430 | 2021.01.28 emails re H.A | | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. |
| 431 | Emails re Child X | | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. |
| 432 | OPB - Oregon is Placing Foster Children in Short-term Rental Homes... - 11.20.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |
| 433 | OPB - As Oregon Touts Yoga At Out-Of-State Facility for Foster Youth, Utah Cites Mistreatment - 05.16.2019 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |
| 434 | OPB - As Washington Pulls Foster Kids From Facility, Oregon Children Remain - 06.04.2019 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |
| 435 | OPB - Guns Drawn On Oregon Foster Care Children in Out-Of-State Facility in April - 05.07.2019 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |

**Page 106    DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBIT LIST**

–

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 436 | OPB - Oregon Foster Youth Assaulted In Out-Of-State Facility Testifies to Lawmakers - 02.05.2020 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |
| 437 | OPB - Utah Facility Housing Oregon Foster Youth To Close After Reports Of Abuse - 07.11.2019 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |
| 438 | Oregonian - Officials-Oregon foster child was assaulted at Utah program - 05.08.2019 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |
| 439 | Oregonian - Oregon officials say they were overly trusting... - 05.29.2019 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |
| 440 | Oregonian - Teens riot at Utah facility that houses... - 04.30.2019 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |
| 441 | 7/21/2019 Email exchange between Paul Bellatty, Richard Wexler, Fariborz Pakseresht, et al. | Wyatt_DHS_2 259571 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | more probable or less probable. FRE 401. Hearsay. FRE 802. |

DATED: April 25, 2024          ELLEN ROSENBLUM ATTORNEY GENERAL
                              FOR THE STATE OF OREGON


*s/ Vivek A. Kothari*
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Vivek A. Kothari, OSB #182089
VivekKothari@MarkowitzHerbold.com
*Special Assistant Attorneys General for Defendants*

Adele J. Ridenour, OSB #061556
AdeleRidenour@MarkowitzHerbold.com
*Of Attorneys for Defendants*

Carla A. Scott, OSB #054725
carla.a.scott@doj.state.or.us
Sheila H. Potter, OSB #993485
sheila.potter@doj.state.or.us
*Of Attorneys for Defendants*

2129848.7