**P. ANDREW McSTAY, JR.**, OSB 033997
andymcstay@dwt.com
**WILLIAM D. MINER**, OSB 043636
billminer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW Tenth Avenue, Suite 700
Portland, OR 97205
Telephone: (503) 241-2300

**MARCIA ROBINSON LOWRY** (*pro hac vice*)
mlowry@abetterchildhood.org
**ANASTASIA BENEDETTO** (*pro hac vice*)
abenedetto@abetterchildhood.org
**LINDSAY GUS** (*pro hac vice*)
lgus@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

*Attorneys for Plaintiffs*
*Additional Counsel of Record Listed on*
*Signature Page*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| WYATT B., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TINA KOTEK, *et al.*,<br><br>　　　　　Defendants. | Case No. 6:19-cv-00556<br><br>PLAINTIFFS' OBJECTIONS TO DEFENDANTS' WITNESS STATEMENTS |

Page 1 - PLAINTIFFS' OBJECTIONS TO DEFENDANTS' WITNESS STATEMENTS

4882-8596-1657v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

Pursuant to the Court's April 19, 2024 Minute Order (ECF 382) adopting the Stipulated Amended Case Schedule (ECF 377), Plaintiffs hereby object to the following witness statements for trial.

## I.  GENERAL OBJECTIONS

**A.  Plaintiffs Reserve the Right to Raise Objections in Court, Based on Individual Questions and Answers**

Plaintiffs cannot, in every instance, determine the nature, circumstances, and basis for testimony. Generally, Plaintiffs reserve the right to object at trial on the basis of any permissible grounds for objection. Plaintiffs cannot determine from the brief descriptors, for example, whether the witness has personal knowledge of the matter discussed, or whether the witness would seek to present an expert opinion rather than a lay opinion.

**B.  Plaintiffs Reserve the Right to Object to and Move to Strike Testimony from Witnesses Who Previously Expressed Inability to Answer at Deposition**

Plaintiffs would also note that, as presented, the witness statements indicate that some witnesses, who repeatedly stated at a deposition that they were unable to speak in generalities about conditions or circumstances within the foster care system, now appear prepared to testify in generalities about that same system at trial. Plaintiffs reserve the right to move to strike testimony from witnesses, where the witness had previously expressed an inability to testify on that topic in deposition, including where the witness had expressed an inability to speak in the abstract.

**C.  Plaintiffs Reserve the Right to Supplement Their Trial Exhibits with Appropriate Documents to Impeach Witnesses**

Defendants have introduced a 265-page summary of witness statements, broaching a wide variety of topics and introducing dozens of fact witnesses. Many of the issues raised by Defendants in their proposed witness statements can be impeached with relevant documents. Plaintiffs will appropriately supplement their trial exhibits with exhibits.

Page 2 – PLAINTIFFS' OBJECTIONS TO DEFENDANTS' WITNESS STATEMENTS
4882-8596-1657v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

## II. SPECIFIC OBJECTIONS

| WITNESS: LACEY ANDRESEN | |
|---|---|
| Page | Objections |
| 20, intends to testify about what the court appointed special master in the "AR" case said | Hearsay |
| 24-25 intends to testify about how plaintiffs' desired relief of imposing a rigid set of metrics, along with a court-appointed monitor, will stymie "the real progress" Child Welfare has made. | speculation, lack of personal knowledge, expert opinion as to effects of relief |

| WITNESS: LISA BENDER | |
|---|---|
| Page | Objections |
| 52 - "court monitor is not necessary" | expert opinion, legal conclusion |

| WITNESS: RACHEL CURRANS-HENRY | |
|---|---|
| Page | Objections |
| 58-61 – repeatedly attempts to testify about what Governor Kotek thinks | personal knowledge, hearsay, speculation |
| 63 – cannot testify to what Governor Kotek "will do" in the future | speculation, lack of personal knowledge |

| WITNESS: APRILLE FLINT-GERNER | |
|---|---|
| Page | Objections |
| 72-74 – regarding effects on "Vision for Transformation" | Unnoticed expert testimony about the likely effects of Vision for Transformation, general testimony about implementation science. |
| 83 – testimony about what the division of Child Welfare "will continue" to do | Relevance, speculation, lack of personal knowledge |
| 89-93 impact of injunction, "rigid inflexible metrics," testimony about what has happened in other states, etc. | Relevance, expert opinion, speculation, lack of personal knowledge |

Page 3 - PLAINTIFFS' OBJECTIONS TO DEFENDANTS' WITNESS STATEMENTS

4882-8596-1657v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| WITNESS: DR. AJIT JETMALANI | |
|---|---|
| Page | Objections |
| 123-124 – testimony regarding Child Welfare challenges brought on by years of decline in medical services and Legislature's failure to adequately fund and support the operations of Child Welfare | Lack of personal knowledge; speculation |
| 128-129– External barriers to the work of Child Welfare | Expert witness testimony |
| 129 Testimony relating to "deliberate indifference" | Expert witness testimony, ultimate question/legal conclusion |

| WITNESS: TAMI J. KANE- SULEIMAN | |
|---|---|
| Page | Objections |
| 143 – finds no direct correlation between child fatalities and overdue CPS assessment | Expert opinion |

| WITNESS: FARIBORZ PAKSERESHT | |
|---|---|
| Page | Objections |
| 215-216 continued expert opinion on remedial measures in litigation | Expert opinion |

| WITNESS: ANNA WILLIAMS | |
|---|---|
| Page | Objections |
| Page 259 – discussion of the effects of SB 710 | Lack of personal knowledge, speculation |
| Page 259-260 – impact of Oregon's Medicaid funding structure | Lack of personal knowledge, speculation |

| EXPERT WITNESS: UMA AHLUWALIA | |
|---|---|
| Page | Objections |
| N/A | The objections that are outlined in Plaintiffs' Motion to Exclude, ECF 362 |

Page 4 - PLAINTIFFS' OBJECTIONS TO DEFENDANTS' WITNESS STATEMENTS

4882-8596-1657v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| EXPERT WITNESS: JIM DIMAS | |
|---|---|
| Page | Objections |
| N/A | The objections that are outlined in Plaintiffs' Motion to Exclude, ECF 362 |

| EXPERT WITNESS: DR. BOWEN McBEATH | |
|---|---|
| Page | Objections |
| N/A | Reserving objections on a to-be-filed Motion to Exclude |

| EXPERT WITNESS: STACEY MOSS | |
|---|---|
| Page | Objections |
| N/A | The objections that are contained in Plaintiffs' Motion to Exclude, ECF 360 |

| WITNESS: DR. SARAH VINSON | |
|---|---|
| Page | Objections |
| N/A | Reserving objections on a to-be-filed Motion to Exclude |

| WITNESS: DR. CYNTHIA RICHTER-JONES | |
|---|---|
| Page | Objections |
| N/A | Reserving objections on a to-be-filed Motion to Exclude |

DATED this 25th day of April, 2024.

**DAVIS WRIGHT TREMAINE LLP**

By: *s/ P. Andrew McStay, Jr.*
P. Andrew McStay, Jr. OSB 033997
andymcstay@dwt.com
William D. Miner, OSB 043636
billminer@dwt.com
560 SW Tenth Avenue, Suite 700
Portland, OR 97205
Tel: (503) 241-2300

Page 5 - PLAINTIFFS' OBJECTIONS TO DEFENDANTS' WITNESS STATEMENTS

4882-8596-1657v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

**A BETTER CHILDHOOD**
Marcia Robinson Lowry (*pro hac vice*)
mlowry@abetterchildhood.org
Anastasia Benedetto (*pro hac vice*)
abenedetto@abetterchildhood.org
Lindsay Gus (*pro hac vice*)
lgus@abetterchildhood.org
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

**DISABILITY RIGHTS OREGON**
Emily Cooper, OSB 182254
ecooper@droregon.org
Thomas Stenson, OSB 152894
tstenson@droregon.org
511 SW Tenth Avenue, Suite 200
Portland OR 97205
Tel: (503) 243-2081

**RIZZO BOSWORTH ERAUT PC**
Steven Rizzo, OSB 840853
srizzo@rizzopc.com
Mary D. Skjelset, OSB 075840
mskjelset@rizzopc.com
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819

Attorneys for Plaintiffs

Page 6 - PLAINTIFFS' OBJECTIONS TO DEFENDANTS' WITNESS STATEMENTS

4882-8596-1657v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax