**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Vivek A. Kothari, OSB #182089**
VivekKothari@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WYATT B. and NOAH F. by their next friend Michelle McAllister; KYLIE R. and ALEC R. by their next friend Kathleen Megill Strek; UNIQUE L. by her next friend Annette Smith; SIMON S. by his next friend Paul Aubry; RUTH T. by her next friend Michelle Bartov; BERNARD C. by his next friend Ksen Murry; NAOMI B. by her next friend Kathleen Megill Strek; and NORMAN N. by his next friend Tracy Gregg, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br> v.<br><br>TINA KOTEK, Governor of Oregon in her official capacity; FARIBORZ PAKSERESHT, Director, Oregon Department of Human Services in his official capacity; APRILLE FLINT-GERNER, Director, Child Welfare in her official capacity; and OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>         Defendants. | Case No. 6:19-cv-00556-AA<br><br>**DEFENDANTS' COUNTER-DESIGNATIONS** |

Page 1 –     DEFENDANTS' COUNTER-DESIGNATIONS

## INTRODUCTION

Pursuant to the Court's April 19, 2024 Minute Order (ECF 382) adopting the Stipulated Amended Case Schedule (ECF 377), defendants hereby provide the following counter-designations, to be considered in conjunction with defendants' objections to plaintiffs' deposition designations (ECF 427), filed concurrently.  Defendants hereby incorporate their general and specific objections to plaintiffs' deposition designations, as detailed in ECF 427.  Defendants further offer counter-designations as described below, in light of any evidentiary rulings by the Court on these or other objections, or for purposes of rebuttal.

## COUNTER-DESIGNATIONS

| Witness | Designation |
|---|---|
| Nancy Allen (August 29, 2023) | 27:24-28:3, 29:1:4, 37:6-9, 45:9-13, 49:19-23, 52:14-53:2, 90:9-91:24 |
| Lacey Andresen (June 15, 2023) | 15:14-25, 21:21-22:25, 37:22-24, 43:2-9, 92:5-93:23, 94:25, 103:6-9, 103:16-104:4, 107:12-23, 108:23-25, 117:24-120:17, 142:16-143:25, 144:8-21, 153:19-154:5, |
| Uma Ahluwalia (March 19, 2024) | 11:3-12:3, 21:11-3, 25:7-22, 31:23-32:14, 52:24-53:4, 57:20-21, 59:10-21. 60:14-18, 60:23 |
| Stacey Ayers (December 1, 2021) | 42:1, 53:16-17, 64:8-9, 78:22-25, 87:1-3, 94:2-10, 94:21-25, 95:1-24, 114:22-24,  217:13-25, 218:1-5 |
| Stacey Ayers (May 16, 2022) | 19:4-23:2, 25:14-23, 26:2-16, 50:3-15, 60:5-13, 62:11-63:11 |
| Jim Dimas (March 13, 2024) | 88:22-89:13, 114:1-11, 118:5-119:17, 127:21-128:2, 152:1-155:1, 157:11-158:25, 184:19-185:1, 53:25, 103:24-104:3, 124:13-16, |
| Aprille Flint-Gerner (September 12, 2023) | 50:9-21, 54:20-23, 56:4-8, 60:3-61:1, 64:6-17, 75:14-20, 76:4-8 |

| Witness | Designation |
|---|---|
| Sara Fox (September 14, 2023) | 21:24-22:17, 23:17-24:2, 25:16-25, 26:5-10, 29:13-17, 31:18-32:8, 35:24, 36:8-10, 36:19-20, 41:3-42:1, 42:12-14, 43:1-3, 42:23-25, 44:7-8, 45:1, 51:7-10, 51:20-52:8, 58:17-20, 64:6-7, 64:11-12, 64:17-21, 70:3-4, 70:24-71:2, 71:11-23, 77:23-14, 81:15-16, 82:1-5, 83:8-12, 98:1,  100:23-101:2, 107:20-112:3, 112:5-25, 113:16-114:12, 116:10-11, 116:13-16, 118:1-5, 117:18-25, 127:3-8, 127:13, 150:12-24, 152:16-19, 152:21-25, 153:22-25, 190:22-191:21, 194:1-4. 207:13-208:2. 209:7-210:6, 214:8-25, 216:15-217:1, 230:5-231:1, 239:5-6 |
| Kevin George (December 10, 2020) | 68:4, 68:22-23, 190:21-191:16, 191:18-24 |
| Rebecca Jones Gaston (March 15, 2022) | |
| Rebecca Jones Gaston (June 28, 2022) | |
| Kim Keller (September 13, 2023) | 21:25-23:03, 51:05-51:25, 119:10-120:5, 123:02-124:10, 26:14-27:04, 120:12-23, 81:9-83:17 |
| Deena Loughary (September 11, 2023) | 20:07-14, 25:14, 25:25, 26:09-12 , 26:17-23, 26:25–28:11, 28:15-1, 29:18-30:09, 30:14-18, 30:20-24 , 31:19-21, 33:10-40:19, 34:06-35:08 , 35:17-23, 37:20-25, 39:19-40:19, 42:05-15, 46:02-46:22, 47:13-25, 50:19-52:12, 54:23-55:02, 64:08-64:18, 65:02-05., 67:06-67:25, 68:3, 73:02-74:01, 78:01–79:01, 80:06 – 80:18, 108:19-25, 109:15-23, 115:07-12, 120:18-121:22, 134:20, 153:12-154:04, 182:01-04, 21:02-11 |
| Glenda Marshall (September 7, 2023) | 18:1-22, 24:23-25:22, 45:22-23, 66:15-67:8, 91:15-92:1, 99:12-17, 178:23-179:14 |
| Bowen McBeath (April 19, 2024) | Transcript not yet available |
| Stacey Moss (March 18, 2024) | 34:21-35:13, 35:20-25, 37:13-38:3, 39:4-9, 40:1-40:11, 42:15-20, 160:18-161:22, 162:1-5, 163:16-164:10, 164:15-20 |
| Cynthia Richter-Jackson (March 29, 2024) | Transcript not yet available |

Page 3 –    DEFENDANTS' COUNTER-DESIGNATIONS

| Witness | Designation |
|---|---|
| Peter Rosenblatt (December 17, 2020) | 50:12-20, 51:4-9, 52:14-21,111:23-114:8 ,134:21-136:25, 138:18-139:8, 140:13-15, 140:18-141:5, 172:3-173:13 |
| Sarah Vinson (April 25, 2024) | Transcript not yet available |
| Desta Walsh (February 26, 2021) | 23:21-24, 33:1-20, 40:4-43:4, 99:5-25, 113:22-116:5 |

DATED: April 26, 2024.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

s/Laura Salerno Owens
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Vivek A. Kothari, OSB #182089
VivekKothari@MarkowitzHerbold.com
*Special Assistant Attorneys General for Defendants*

Adele J. Ridenour, OSB #061556
AdeleRidenour@MarkowitzHerbold.com
*Of Attorneys for Defendants*

Carla A. Scott, OSB #054725
carla.a.scott@doj.state.or.us
Sheila H. Potter, OSB #993485
sheila.potter@doj.state.or.us
*Of Attorneys for Defendants*

2135537.1