**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Vivek A. Kothari, OSB #182089**
VivekKothari@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WYATT B. and NOAH F. by their next friend Michelle McAllister; KYLIE R. and ALEC R. by their next friend Kathleen Megill Strek; UNIQUE L. by her next friend Annette Smith; SIMON S. by his next friend Paul Aubry; RUTH T. by her next friend Michelle Bartov; BERNARD C. by his next friend Ksen Murry; NAOMI B. by her next friend Kathleen Megill Strek; and NORMAN N. by his next friend Tracy Gregg, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>TINA KOTEK, Governor of Oregon in her official capacity; FARIBORZ PAKSERESHT, Director, Oregon Department of Human Services in his official capacity; APRILLE FLINT-GERNER, Director, Child Welfare in her official capacity; and OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>       Defendants. | Case No. 6:19-cv-00556-AA<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' TRIAL EXHIBIT LIST** |

**Page 1 – DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' TRIAL EXHIBIT LIST**

Defendants submit the following responses to plaintiffs' objections to defendants' trial exhibits:

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| 1001 | Oregon Child Welfare Vision for Transformation (2020) | | |
| 1002 | Oregon Child Welfare Vision for Transformation 2021 Update (July 2022) | | |
| 1003 | Oregon Child Welfare Vision for Transformation 2022 Update (Oct. 2023) | | |
| 1004 | ODHS Child Welfare 2023 Procedure Manual (rev. Aug. 23, 2023) | | |
| 1005 | Governor Brown's Executive Order 19-03, Establishing an Oversight Board to Address the Crisis in Oregon's Child Welfare System (Apr. 18, 2019) | | |
| 1006 | Governor Brown's Executive Order 19-08, Ensuring Equal Treatment Under Law to Oregon's LGBT+ Community (Oct. 25, 2019) | | |
| 1007 | Public Knowledge Report to Gov. Kate Brown (Sept. 13, 2016) | | |
| 1008 | Public Knowledge Assessment Findings Report (Dec. 15, 2023) | | |
| 1009 | 2018 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Mar.-Dec. 2018) | | |
| 1010 | 2019 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Dec. 2019) | | |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| **1011** | 2020 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Dec. 2020) | | |
| **1012** | 2021 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Dec. 2021) | | |
| **1013** | 2022 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Dec. 2022) | | |
| **1014** | 2023 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Dec. 2023) | | |
| **1015** | 2024 Oregon Department of Human Services Child Welfare Monthly Progress Reports (Jan.-Mar. 2024) | | |
| **1016** | 2018 Annual Progress & Service Report (Covering Activities July 1, 2016 - June 30, 2017) and Attachments 1-15 (Submitted June 2017) | | |
| **1017** | 2019 Annual Progress & Service Report (Covering Activities July 1, 2017 - June 30, 2018) and Attachments 1-18 (Submitted June 2018) | | |
| **1018** | 2020 Annual Progress & Service Report (Covering Activities July 1, 2018 - June 30, 2019) (Submitted June 2019) | | |
| **1019** | 2021 Annual Progress & Service Report and Attachments 1-41 (Submitted June 2020) | | |
| **1020** | 2022 Annual Progress & Service Report and | | |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | Attachments 1-38 (Submitted June 2021, Resubmitted Aug. 2021) | | |
| 1021 | 2023 Annual Progress & Service Report and Attachments 1-43 (Submitted June 30, 2022) | | |
| 1022 | 2024 Annual Progress & Service Report and Attachments 1-46 (Submitted June 30, 2023) | | |
| 1023 | ODHS Child Welfare Caseload Ratio Standards (rev. 1/20/22) | | |
| 1024 | Selected 2022-2024 Dept. of Human Services, Child Welfare Caseload Dashboard Screenshots | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation. | • The relevant portion is complete. Nothing additional is needed. If plaintiffs wish to introduce different or additional parts of the document, they can raise the objection during trial.<br>• The exhibit is self-authenticating. FRE 902(5), (11), (13). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |
| 1025 | 2016-2022 Child Welfare Data Books (submitted 2017-2023) | | |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| **1026** | Secretary of State Audit, Report 2018-05, Foster Care in Oregon: Chronic management failures and high caseloads jeopardize the safety of some of the state's most vulnerable children (Jan. 2018) | | |
| **1027** | Secretary of State Audit, Report 2019-24, Recommendation Follow-Up Report: DHS Has Made Important Improvements, but Extensive Work Remains to Ensure Child Safety  (June 2019) | | |
| **1028** | Office of the Foster Care Ombuds, Fiscal Year 2021 (Nov. 16, 2021); 2023 Six Month Report (Jan. 2024) | | |
| **1029** | System of Care Advisory Council, System of Care Plan for Oregon, Two-Year Strategic Plans: 2022/2023 (Nov. 1, 2021) and 2022-2025 Update (Dec. 2023) | | |
| **1030** | System of Care Advisory Council Bylaws (adopted May 3, 2023) | • Relevance.  The exhibit is not probative of the claims or defenses at issue.  FRE 401, 402.<br>• Incomplete.  The exhibit is misleading because it is incomplete and taken out of context.  FRE 106.<br>• Lack of foundation. | • This exhibit is relevant to plaintiffs' claims regarding healthcare needs and services of plaintiffs, particularly plaintiffs' substantive due process claim. Relevance will be established at trial.<br>• The relevant portion is complete.  Nothing additional is needed. If plaintiffs wish to introduce different or additional parts of the document, they can |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|-----|-------------|------------------------|----------------------|
| | | | raise the objection during trial.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |
| **1031** | Recommendations from the Safety Workgroup, System of Care Advisory Council (May 2023) | | |
| **1032** | SANKOFA Brochure | • Lack of foundation.<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues and misleading the trier of fact. FRE 403.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106. | • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• The FRE 403 objection offers no explanation. The exhibit is not confusing, misleading, or prejudicial; it is straightforward and easy to understand.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The relevant portion is complete. Nothing additional is needed. |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
|  |  |  |  |
| **1033** | Continuum of Care - Overview of Services Offered Through Oregon State Agencies (Sept. 9, 2023) | • Lack of Foundation. Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues. FRE 403. | • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The FRE 403 objection offers no explanation. The exhibit is not confusing, misleading, or prejudicial; it is straightforward and easy to understand. A factual summary description of the services published by a state agency is not confusing, misleading, or prejudicial. |
| **1034** | CPS Assessment Fidelity Review Statewide & Comparison Reports (May 2022) |  |  |
| **1035** | Practice Performance Reports, Oregon Continuous Quality Improvement (CQI) (2024) |  |  |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| **1036** | District 12 Child Welfare Continuous Quality Improvement (CQI) Action Plan (June 15 2023), Service Strategy Deck, and Delivery Data Report (SDDR) (2023) | | |
| **1037** | Midtown Child Welfare Continuous Quality Improvement (CQI) Action Plan (Sept. 28, 2023), Service Strategy Deck, and Delivery Data Report (SDDR) (2024) | | |
| **1038** | Oregon Dept. of Human Services, Child Welfare Certification Quality Assurance Process & File Prep (Apr. 2023) | • Lack of foundation.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues and misleading the trier of fact. FRE 403.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106. | • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The FRE 403 objection offers no explanation. The exhibit is not confusing, misleading, or prejudicial; it is straightforward and easy to understand..<br>• The relevant portion is complete. Nothing additional is needed. If plaintiffs wish to introduce more of the |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | | exhibit, that will be raised at trial. |
| 1039 | Oregon Dept. of Human Services, Child Welfare Permanency Quality Assurance Review Tool (Mar. 2024) | • Lack of foundation.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues. FRE 403.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106. | • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The FRE 403 objection offers no explanation. The exhibit is not confusing, misleading, or prejudicial; it is straightforward and easy to understand..<br>• The relevant portion is complete. Nothing additional is needed. If plaintiffs wish to introduce more of the exhibit, that will be raised at trial. |
| 1040 | Oregon Dept. of Human Services, Child Welfare Social Service Specialist 1 (SS1) 12-Month Training Plan (Sept. 2023) | | |
| 1041 | Oregon Dept. of Human Services, Child Welfare Social | | |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | Service Specialist 1 (SS1) On-Ramp (Oct. 21, 2021) | | |
| 1042 | Oregon Dept. of Human Services, Child Welfare Course Summary, Applying the ADA to Your Work with Children and Families | | |
| 1043 | Portland State University Child Welfare Partnership Training Unit, Trauma-Informed Practice Strategies (TIPS) for Child Welfare Workers (Mar. 28-29, 2024) | | |
| 1044 | Oregon Dept. of Human Services, Child Welfare Resource Parent Training Menu (Mar. 15, 2024) | | |
| 1045 | Oregon Dept. of Human Services, Child Welfare Resource Parent Training Session 4, Trauma-Related Behaviors Facilitators Guide (Mar. 2023) | | |
| 1046 | Oregon Dept. of Human Services, Child Welfare Resource Parent Training Session 8, Creating a Stable, Nurturing, and Safe Home Environment Facilitators Guide (Mar. 2023) | | |
| 1047 | Oregon Dept. of Human Services, Child Welfare, Independent Living Program (ILP) Transition Readiness Discussion Guide, Youth Assessment Summary, Transition Plan, and ILP Service Planning Check List | | |
| 1048 | Oregon Dept. of Human Services, Child Welfare, Independent Living Program (ILP) Transition Flyers re | | |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | Services and Resources (2022-2023) | | |
| 1049 | ODHS Child Welfare 2016 Procedure Manual | • Relevance.  The exhibit is not probative of the claims or defenses at issue.  FRE 401, 402.<br>• Confusing, misleading, prejudicial.  The exhibit's probative value is substantially outweighed by a danger of confusing the issues and misleading the trier of fact.  FRE 403.<br>• Hearsay.  The exhibit contains an out-of-court statement offered into evidence to prove the truth of the matter asserted and is not subject to any hearsay exception.  FRE 801, 802. | • The exhibit is relevant to plaintiffs' substantive due process claim: It represents defendants' policies and practices, which are the heart of plaintiffs' case; the exhibit shows how defendants' policies and practices have evolved.<br>• The exhibit is not confusing, misleading, or prejudicial, and the basis of the objection is unintelligible; the exhibit is straightforward and easy to understand.<br>• This exhibit does not contain hearsay as it is not offered for the truth of the matters asserted.  Further, this objection is premature.  Even if it were hearsay, it is admissible under FRE 807. |
| 1050 | U.S. Dept. of Health & Human Services, Admin. for Children & Families, Child & Family Services Reviews (CFSR) Fact Sheet (2015) | • Untimely.  The exhibit was not produced during discovery. | • No rule requires that parties produce everything in discovery that they will use as exhibits.  In any event, this is a non-party document publicly available at https://www.acf.hhs.gov/sites/default/files/ |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | | documents/cb/cfsr_ge neral_factsheet.pdf. |
| 1051 | U.S. Dept. of Health & Human Services, Admin. for Children & Families, Child & Family Services Reviews (CFSR), Statewide Assessment Instrument (Mar. 25, 2016) | | |
| 1052 | U.S. Dept. of Health & Human Services, Admin. for Children & Families, Child & Family Services Reviews (CFSR), Oregon Final Report 2016 (Jan. 17, 2017) | | |
| 1053 | Oregon Dept. of Human Services, Child and Family Services Review Round 3 Program Improvement Plan (PIP) (re-submitted Aug. 30, 2018) | | |
| 1054 | Children's Bureau, Oregon Child and Family Services Review Round 3 Program Improvement Plan (PIP), 2018-2020 Progress Reports (Q1-Q8, Submitted 2018-2020) | | |
| 1055 | Oregon Dept. of Human Services, Oregon CFSR Round 3, Non-Overlapping Period (NOP) 2020 Reports (Q1-6, Submitted 2021-2022) | | |
| 1056 | Oregon Dept. of Human Services, Child Welfare, Child and Family Services Plan (CFSP) 2020-2024 and Attachments 1-22 (Submitted June 2019) | | |
| 1057 | U.S. Dept. of Health & Human Services, Admin. for Children & Families, Closeout Letter to Oregon Dept. of Human Services re Program | | |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|-----|-------------|------------------------|----------------------|
| | Improvement Plan (PIP) (July 14, 2022) | | |
| 1058 | U.S. Dept. of Health & Human Services, Children's Bureau, General Findings from the Federal Child and Family Services Reviews Summary of the Results of the 2001 - 2004 Child and Family Services Reviews. Retrieved from https://www.acf.hhs.gov/sites/default/files/documents/cb/summary_of_the_results_of_the_2001_2004_cfsr.pdf | | |
| 1059 | U.S. Dept. of Health & Human Services, Children's Bureau, Child and Family Services Reviews (CFSR) Round 3 Statewide Data Indicators Workbook, May 2022. Retrieved from https://www.cfsrportal.acf.hhs.gov/resources/round-3-resources/cfsr-round-3-statewide-data-indicators/cfsr-round-3-statewide-data | | |
| 1060 | Plaintiffs' Amended Response and Objections to Defendants' Third Set of Interrogatories (Interrogatory #5), (Mar. 14, 2024) | | |
| 1061 | Child Welfare League of America, Child Welfare Consent Decrees: Analysis of Thirty-Five Court Actions from 1995 to 2005 (Oct. 2005) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation.<br>• Lay opinion or legal conclusion. The exhibit contains an impermissible opinion | • No rule requires that parties produce everything in discovery that they will use as exhibits. In any event, this is a non-party document publicly available at https://citeseerx.ist.psu.edu/document?repid=rep1&type=pdf&doi=f4c037679162bc3 |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|-----|-------------|------------------------|----------------------|
| | | by a lay witness that is not helpful to determining a fact in issue, and is not based on scientific, technical, or other specialized knowledge.  FRE 701; see also FRCP 26.<br>• Relevance.  The exhibit is not probative of the claims or defenses at issue.  FRE 401, 402. | 8d7a0cb2cf0d4764751887be6.<br>• The exhibit is self-authenticating.  FRE 902(6).  The objection is premature as the document will be authenticated by evidence and witnesses at trial.  FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if plaintiffs can explain the objection.<br>• The exhibit is not lay opinion; the expert witness will explain the exhibit.  FRE 703.<br>• The exhibit is relevant to plaintiffs' requested relief. |
| 1062 | Child Welfare Information Gateway, Children's Bureau, State Statutes Current Through May 2022, Definitions of Child Abuse and Neglect (2022) | • Untimely.  The exhibit was not produced during discovery.<br>• Relevance.  The exhibit is not probative of the claims or defenses at issue.  FRE 401, 402. | • No rule requires that parties produce everything in discovery that they will use as exhibits.  In any event, this is a non-party document publicly available at https://www.childwelfare.gov/resources/definitions-child-abuse-and-neglect-oregon/#:~:text=The%20term%20'abuse'%20includes%20negligent,or%20welfare%20of%20the%20child |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|-----|-------------|------------------------|----------------------|
| | | | • The exhibit is relevant to plaintiffs' claims regarding alleged abuse and neglect of plaintiffs and statistics about the same. |
| 1063 | Oregon Dept. of Human Services, Child Welfare, Oregon Foster Childrens Bill of Rights (July 2017) | | |
| 1064 | Effective Hotline Elements: Supporting accurate and reliable screening decisions, Casey Family Programs, Strategy Brief (Nov. 2017), available at https://www.casey.org/media/Effective-hotline-elements_strategy-brief.pdf. | • Untimely.  The exhibit was not produced during discovery.<br>• Relevance.  The exhibit is not probative of the claims or defenses at issue.  FRE 401, 402. | • No rule requires that parties produce everything in discovery that they will use as exhibits. In any event, this is a non-party document publicly available at https://www.casey.org/media/Effective-hotline-elements_strategy-brief.pdf.<br>• The exhibit is relevant to plaintiffs' claims regarding alleged abuse and neglect of children in out-of-home care and defendants' response to the same. |
| 1065 | Oregon Child Abuse Hotline (ORCAH) Child Abuse Hotline Assignment and Workload Data (Apr. 2019) | | |
| 1066 | Oregon Child Abuse Hotline (ORCAH) C.A.R.E. Card, Introduction Discussion Materials, Alvarez & Marsal (Oct. 21, 2019) | | |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| **1067** | Oregon Child Abuse Hotline (ORCAH) Sample Screening Reports (Mar. 6, 2017 & Jan. 14, 2023) <span style="color:red">– contains confidential/AEO information</span> | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106. | • The relevant portion is complete. Nothing additional is needed. If plaintiffs wish to introduce more of the exhibit, that will be raised at trial. |
| **1068** | ORCAH Newsletter (Spring 2020) | • Relevance. The exhibit is not probative of the claims or defenses at issue. FRE 401, 402.<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues and misleading the trier of fact. FRE 403. | • The exhibit is relevant to plaintiffs' claims regarding alleged abuse and neglect of children in out-of-home care and defendants' response to the same.<br>• The exhibit is not confusing, misleading, or prejudicial, thus the objection is unintelligible; the exhibit, a state published newsletter, is straightforward and easy to understand. |
| **1069** | Child Welfare Updates & Oregon Child Abuse Hotline (ORCAH) (May 10, 2021) | | |
| **1070** | 2022-2023 Oregon Child Abuse Hotline (ORCAH) Annual Reports | | |
| **1071** | Oregon Child Abuse Hotline (ORCAH) Quarterly Report 2022, Third Quarter | | |
| **1072** | Oregon Child Abuse Hotline (ORCAH) Sample Screening Report Quality Assurance Tool (Jan. 2023 & Q2 2024) | • Lack of foundation.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Incomplete. The exhibit is misleading because it is incomplete | • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|-----|-------------|------------------------|----------------------|
| | | and taken out of context. FRE 106. | • The exhibit is self-authenticating. FRE 902(5), (6). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The relevant portion is complete. Nothing additional is needed. If plaintiffs wish to introduce more of the exhibit, that will be raised at trial. |
| 1073 | Oregon Child Abuse Hotline (ORCAH) Training Academy Outline (Oct. 2023) | • Lack of foundation.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901. | • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901. |
| 1074 | Oregon Dept. of Human Services, Oregon Child Abuse Hotline (ORCAH) SDM Screening and Response Time Assessment, Rule and Procedures Manuals (July 2022 & Feb. 2024) | | |
| 1075 | Oregon Dept. of Human Services, Oregon Child Abuse | | |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | Hotline Continuous Quality Improvement (Jan. 16, 2020) | | |
| 1076 | Oregon Child Abuse Hotline (ORCAH) Presentation (Aug. 2, 2022) | | |
| 1077 | Oregon Child Abuse Hotline (ORCAH) Screening Program Presentation (Sept. 12, 2018) | | |
| 1078 | Curriculum Vitae of Uma Ahluwalia, MSW, MHA | | |
| 1079 | Curriculum Vitae of James Dimas | | |
| 1080 | Curriculum Vitae of Bowen McBeath | | |
| 1081 | Curriculum Vitae of Stacey Moss, JD, CWLS, PMP | | |
| 1082 | Curriculum Vitae of Cynthia Richter-Jackson, MSW | | |
| 1083 | Curriculum Vitae of Dr. Sarah Vinson, MD | | |
| 1084 | Excerpt of CFSR Round 3 Statewide Data Indicators Workbook, May 2022, with work product of Jim Dimas. Originally retrieved from https://www.cfsrportal.acf.hhs.gov/resources/round-3-resources/cfsr-round-3-statewide-data-indicators/cfsr-round-3-statewide-data | | |
| 1085 | Chart re Texas Third-Party Monitoring Fees Invoices | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation.<br>• Hearsay. The exhibit contains an out-of-court statement offered | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The exhibit is self-authenticating. FRE 902(4). The objection is premature as the |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|-----|-------------|------------------------|----------------------|
| | | into evidence to prove the truth of the matter asserted and is not subject to any hearsay exception.  FRE 801, 802.<br>• Relevance.  The exhibit is not probative of the claims or defenses at issue.  FRE 401, 402.<br>• Confusing, misleading, prejudicial.  The exhibit's probative value is substantially outweighed by a danger of confusing the issues and misleading the trier of fact. (FRE 403. | document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if plaintiffs can explain the objection. The exhibit is admissible under FRE 1006, with the original document at Ex. 1086.<br>•<br>• The exhibit is admissible under FRE 803(6), FRE 803(8), FRE 807, and FRE 703.<br>• The exhibit is relevant to the relief requested by plaintiffs.<br>• The exhibit is not confusing, misleading, or prejudicial; as a chart of invoices, the exhibit is straightforward and easy to understand. |
| 1086 | Public Catalyst Invoices re Third-Party Monitoring in *M.D. v. Abbott, et al.,* USDC Case No. 2:11-cv-00084 (S.D. Tex.) (work performed July 2019 – Jan 2024) | • Untimely.  The exhibit was not produced during discovery.<br>• Authentication.  The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The exhibit is self-authenticating.  FRE |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | • Relevance. The exhibit is not probative of the claims or defenses at issue. FRE 401, 402.<br>• Hearsay. The exhibit contains an out-of-court statement offered into evidence to prove the truth of the matter asserted and is not subject to any hearsay exception. FRE 801, 802.<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues, misleading the trier of fact, and causing undue delay. FRE 403. | 902(4). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• The exhibit is relevant to the relief requested by plaintiffs.<br>• The exhibit is admissible under FRE 803(6), FRE 803(8), FRE 807, and FRE 703.<br>• The exhibit is not confusing, misleading, or prejudicial as it is clearly straightforward invoices; the exhibit is straightforward and easy to understand. |
| 1087 | Declaration of Custodian of Records John Langford re Oklahoma Third-Party Neutral Monitoring Invoices (Apr. 11, 2024) | • Untimely. The exhibit was not produced during discovery.<br>• Relevance. The exhibit is not probative of the claims or defenses at issue. FRE 401, 402. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The exhibit is relevant to authenticate Ex. 1088. See *United* |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | | *States v. Kahre*, 610 F. Supp. 2d 1261 (D. Nev. 2009). |
| **1088** | Public Catalyst Invoices re Third-Party Neutral Monitoring in *D.G. v. Henry, et al.*, USDC Case No. 4:08-cv-00074-GKF-fhm (N.D. Okla.) (work performed July 2017 – Mar. 2024) | • Untimely.  The exhibit was not produced during discovery.<br>• Authentication.  The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation.<br>• Relevance.  The exhibit is not probative of the claims or defenses at issue.  FRE 401, 402.<br>• Hearsay.  The exhibit contains an out-of-court statement offered into evidence to prove the truth of the matter asserted and is not subject to any hearsay exception.  FRE 801, 802.<br>• Confusing, misleading, prejudicial.  The exhibit's probative value is substantially outweighed by a danger of confusing the issues, misleading the trier of fact, and causing undue delay.  FRE 403. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The exhibit is self-authenticating.  FRE 902(4) and FRE 902(11).  The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if plaintiffs can explain the objection.<br>• The exhibit is relevant to the relief requested by plaintiffs.<br>• The exhibit is admissible under FRE 803(6), FRE 807, and FRE 703.<br>• The exhibit is not confusing, misleading, or prejudicial and the objection has no intelligible basis; the exhibit is |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | | straightforward and easy to understand. |
| 1089 | Oregon Dept. of Human Services, Examples of Communicating Effectively (Individuals Who Are Blind; Individuals Who are Deaf or Hard of Hearing; People Who Have an Intellectual and Development Disabilities; People Who Have Substance Use Disorder or Alcohol Use Disorder) | • Lack of foundation.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901. | • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901. |
| 1090 | What is a Sensory Room? | • Relevance. The exhibit is not probative of the claims or defenses at issue. FRE 401, 402. | • The exhibit is relevant to responding to plaintiffs' claims about alleged abuse and neglect. |
| 1091 | D10 Sensory Room Instructions/Ideas (Oct. 5, 2022) | • Relevance. The exhibit is not probative of the claims or defenses at issue. FRE 401, 402. | • The exhibit is relevant to responding to plaintiffs' claims about alleged abuse and neglect. |
| 1092 | Oregon Dept. of Human Services, Child Welfare, Resource Parent Guide: Supporting Children & Youth with Disabilities (Mar. 7, 2024) | • Lack of foundation.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901. | • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | | • The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901. |
| **1093** | Screenshots of Child Welfare Equity, Training and Workforce Development Sharepoint (15 images) | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with plaintiffs. | • The relevant portion is complete. Nothing additional is needed. If plaintiffs wish to introduce more of the exhibit, that will be raised at trial.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list. |
| **1094** | Screenshots of Child Welfare Training Sharepoint (10 images) | • Incomplete. The exhibit is misleading because it is incomplete | • The relevant portion is complete. Nothing additional is needed. |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|-----|-------------|------------------------|----------------------|
| | | and taken out of context. FRE 106.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with plaintiffs. | If plaintiffs wish to introduce more of the exhibit, that will be raised at trial.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list. |
| 1095 | *CASA for Children, et al. v. State of Oregon, et al.*, United States District Court for the District of Oregon, Case No. 3:16-cv-018195-YY, Final Report of the Special Master (Feb. 29, 2024) and Revised Final Order (Mar. 14, 2024) | | |
| 1096 | Screenshots of Executive Dashboard, Smart Sheets Dashboard (21 images) | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106.<br>• Authentication. The exhibit has not been | • The relevant portion is complete. Nothing additional is needed. If plaintiffs wish to introduce more of the exhibit, that will be raised at trial. |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | properly authenticated. FRE 901.<br>• Lack of foundation. | • The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |
| 1097 | Screenshots of Executive Dashboard, Respite Care Dashboard (5 images) | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with plaintiffs. | • The relevant portion is complete. Nothing additional is needed. If plaintiffs wish to introduce more of the exhibit, that will be raised at trial.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list. |
| 1098 | Maltreatment in Foster Care by Year Comparison (Apr. 2024) | • Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation. | • The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |
| 1099 | Oregon Dept. of Human Services, Child Welfare, Behavioral Rehabilitation Services Referral (Mar. 7, 2019) – contains confidential/AEO information | | |
| 1100 | Shelter Order re Kylie & Alec – contains confidential/AEO information | | |
| 1101 | Email re A and K in the press? (Apr. 16, 2019) – contains confidential/AEO information | | |
| 1102 | Citizen Review Board (CRB) Findings and Recommendations re Kylie & Alec – contains confidential/AEO information | | |
| 1103 | Letter to Judge from Annette Smith re Response to Court's | | |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | Criticism re Unique  – contains confidential/AEO information | | |
| 1104 | Testimony of Annette Smith re SB 825 (Apr. 10, 2019) | | |
| 1105 | Review Judgment re Norman – contains confidential/AEO information | | |
| 1106 | Citizen Review Board (CRB) Findings and Recommendations re Norman – contains confidential/AEO information | | |
| 1107 | Review Judgment re Norman – contains confidential/AEO information | | |
| 1108 | Screenshots of Federal Performance Dashboard, retrieved from https://www.oregon.gov/odhs/data/pages/cw-dashboard-fpm.aspx | • Incomplete.  The exhibit is misleading because it is incomplete and taken out of context.  FRE 106.<br>• Authentication.  The exhibit has not been properly authenticated.  FRE 901.<br>• Lack of foundation.<br>• Untimely.  The exhibit was not produced during discovery nor was the underlying dashboard shared with plaintiffs. | • The relevant portion is complete.  Nothing additional is needed.  If plaintiffs wish to introduce more of the exhibit, that will be raised at trial.<br>• The exhibit is self-authenticating.  FRE 902(5).  The objection is premature as the document will be authenticated by evidence and witnesses at trial.  FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if plaintiffs can explain the objection.<br>• No rule of evidence requires that parties produce everything in |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | | discovery that is included on the exhibit list. In any event, this is publicly available at [https://www.oregon.gov/odhs/data/pages/cw-dashboard-fpm.aspx](https://www.oregon.gov/odhs/data/pages/cw-dashboard-fpm.aspx). |
| **1109** | Summary of 2017-Present Policy Option Package (POP) Legislative Asks from ODHS, Child Welfare | • Lack of foundation.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Confusing, misleading, prejudicial. The exhibit was not produced during discovery.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106. | • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. The exhibit is admissible under FRE 1006, with original documents at Exs. 1111-1130.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The exhibit is not confusing, misleading, or prejudicial, and thus the objection is unintelligible; the exhibit is straightforward and easy to understand. |
| **1110** | Summary of 2017-Present Policy Option Package (POP) | • Lack of foundation.<br>• Authentication. The exhibit has not been | • The foundation objection is unexplained and |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | Legislative Asks from Oregon Health Authority (OHA) | properly authenticated. FRE 901.<br>• Untimely. The exhibit was not produced during discovery.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106. | unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. The exhibit is admissible under FRE 1006, with original documents at Exs. 1111-1130.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The relevant portion is complete. Nothing additional is needed. If plaintiffs wish to introduce more of the exhibit, that will be raised at trial. |
| 1111 | Collection of 2017-2019 Child Welfare Agency Budget Policy Option Package (POP) Budget Requests | • Untimely. The exhibit was not produced during discovery. | • No rule requires that parties produce everything in discovery that they will use as exhibits; this is public information. |
| 1112 | Collection of 2017-2019 Legislatively Adopted Child Welfare Agency Budget Policy Option Packages (POP) | • Untimely. The exhibit was not produced during discovery. | • No rule requires that parties produce everything in discovery that they |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|-----|-------------|------------------------|----------------------|
| | | | will use as exhibits; this is public information. |
| **1113** | Collection of 2019-2021 Child Welfare Agency Budget Policy Option Package (POP) Budget Requests | • Untimely.  The exhibit was not produced during discovery. | • No rule requires that parties produce everything in discovery that they will use as exhibits; this is public information. |
| **1114** | Collection of 2019-2021 Child Welfare Governor's Budget Policy Option Package (POP) Budget Requests | • Untimely.  The exhibit was not produced during discovery. | • No rule requires that parties produce everything in discovery that they will use as exhibits; this is public information. |
| **1115** | Collection of 2019-2021 Legislatively Adopted Child Welfare Budget Policy Option Packages (POP) | • Untimely.  The exhibit was not produced during discovery. | • No rule requires that parties produce everything in discovery that they will use as exhibits; this is public information. |
| **1116** | Collection of 2019-2021 Oregon Health Authority Agency Budget Policy Option Package (POP) Budget Requests | • Untimely.  The exhibit was not produced during discovery. | • No rule requires that parties produce everything in discovery that they will use as exhibits; this is public information. |
| **1117** | Collection of 2019-2021 Oregon Health Authority Governor's Budget Policy Option Package (POP) Budget Requests | • Untimely.  The exhibit was not produced during discovery. | • No rule requires that parties produce everything in discovery that they will use as exhibits; this is public information. |
| **1118** | Collection of 2019-2021 Legislatively Adopted Oregon Health Authority Budget Policy Option Packages (POP) | • Untimely.  The exhibit was not produced during discovery. | • No rule requires that parties produce everything in discovery that they will use as exhibits; |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | | this is public information. |
| 1119 | Collection of 2021-2023 Child Welfare Agency Budget Policy Option Package (POP) Budget Requests | • Untimely. The exhibit was not produced during discovery. | • No rule requires that parties produce everything in discovery that they will use as exhibits; this is public information. |
| 1120 | Collection of 2021-2023 Child Welfare Governor's Budget Policy Option Package (POP) Budget Requests | • Untimely. The exhibit was not produced during discovery. | • No rule requires that parties produce everything in discovery that they will use as exhibits; this is public information. |
| 1121 | Collection of 2021-2023 Legislatively Adopted Child Welfare Budget Policy Option Packages (POP) | • Untimely. The exhibit was not produced during discovery. | • No rule requires that parties produce everything in discovery that they will use as exhibits; this is public information. |
| 1122 | Collection of 2021-2023 Oregon Health Authority Agency Budget Policy Option Package (POP) Budget Requests | | |
| 1123 | Collection of 2021-2023 Oregon Health Authority Governor's Budget Policy Option Package (POP) Budget Requests | | |
| 1124 | Collection of 2021-2023 Legislatively Adopted Oregon Health Authority Budget Policy Option Packages (POP) | | |
| 1125 | Collection of 2023-2025 Child Welfare Agency Budget Policy Option Package (POP) Budget Requests | | |
| 1126 | Collection of 2023-2025 Child Welfare Governor's Budget | | |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | Policy Option Package (POP) Budget Requests | | |
| 1127 | Collection of 2023-2025 Legislatively Adopted Child Welfare Budget Policy Option Packages (POP) | | |
| 1128 | Collection of 2023-2025 Oregon Health Authority Agency Budget Policy Option Package (POP) Budget Requests | | |
| 1129 | Collection of 2023-2025 Oregon Health Authority Governor's Budget Policy Option Package (POP) Budget Requests | | |
| 1130 | Collection of 2023-2025 Legislatively Adopted Oregon Health Authority Budget Policy Option Packages (POP) | | |
| 1131 | Comparing States' Statutes on Child Welfare Jurisdiction (Nov. 6, 2023) | • Authentication.  The exhibit has not been properly authenticated.  FRE 901.<br>• Lack of foundation.<br>• Relevance.  The exhibit is not probative of the claims or defenses at issue.  FRE 401, 402. | • The exhibit is self-authenticating.  FRE 902(5), (6).  The objection is premature as the document will be authenticated by evidence and witnesses at trial.  FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if plaintiffs can explain the objection.<br>• The exhibit is relevant to show how Oregon's policies and practices, and their results, can be |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | | compared and measured to other child welfare systems. |
| **1132** | Screenshots of District 2 Caseload Reports & Trends Dashboards (14 images) | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation.<br>• Improper AEO designation.<br>• Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with plaintiffs. | • The relevant portion is complete. Nothing additional is needed. If plaintiffs wish to introduce more of the exhibit, that will be raised at trial.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• AEO designations are addressed via the protective order, not exhibit objections.<br>• No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list. |
| **1133** | Screenshots of Executive Dashboards (15 images) | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106. | • The relevant portion is complete. Nothing additional is needed. If plaintiffs wish to introduce more of the |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | • Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with plaintiffs. | exhibit, that will be raised at trial.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list. |
| 1134 | Oregon Dept. of Human Services, Child Welfare, Treatment Services Referral Form (Oct. 2021) | | |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| **1135** | 2020-2024 Memoranda re Psychiatric Residential Treatment Services (PRTS) and Psychiatric Residential Treatment Facility (PRTF) Capacity (Jan. 7, 2020 – Jan. 11, 2024) | • Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues and misleading the trier of fact. FRE 403.<br>• Hearsay. The exhibit contains an out-of-court statement offered into evidence to prove the truth of the matter asserted and is not subject to any hearsay exception. FRE 801, 802.<br>• Lack of foundation.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901. | • The FRE 403 objection has no explanation. The exhibit is not confusing, misleading, or prejudicial; it is a memo to the Governor and easy to understand.<br>• The exhibit is admissible under FRE 803(6),(8), and 807.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901. |
| **1136** | Oregon Dept. of Human Services, Child Welfare, Treatment Services Capacity Tracking Charts (Feb. 2024) | • Lack of foundation.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901. | • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | | premature as the document will be authenticated by evidence and witnesses at trial. FRE 901. |
| 1137 | Oregon Dept. of Human Services, Child Welfare, Safe Sleep Checklist (Nap and Nighttime) (Jan. 2022) | | |
| 1138 | Oregon Dept. of Human Services, Child Welfare, Comprehensive Statewide Plan to Prevent Child Maltreatment Fatalities (Apr. 2023) | | |
| 1139 | Oregon Dept. of Human Services, Child Welfare, Youth Suicide Assessment in Various Environments (Mar. 25, 2024) | | |
| 1140 | Oregon Dept. of Human Services, Child Welfare, CIRT Process Map | | |
| 1141 | Oregon Dept. of Human Services, Child Fatality Prevention & Review Program, History of CIRT Assignments (Mar. 2024) | | |
| 1142 | Portland State University Oregon DHS QPR Suicide Prevention Training, Pre- and Post-Training Survey Data Report (July 1, 2020 through Dec. 31, 2023) (prepared Feb. 2024) | | |
| 1143 | Oregon CPS Assessment Review Outline (last modified Jan. 2024) | • Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation. | • The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | | witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |
| 1144 | 2022-2023 Child Welfare Family Preservation Accomplishments | | |
| 1145 | Leveraging Intensive Family Engagement (LIFE) Final Evaluation Report: Executive Summary (Mar. 2020) and Oregon's IV-E Waiver Demonstration Project, Final Evaluation Report (Mar. 2020) | | |
| 1146 | Oregon Dept. of Human Services, News Release, Oregon Selected by Doris Duke Foundation for Grant Funding Work (Mar. 11, 2024) | | |
| 1147 | Oregon Health Authority Memo to Oregon State Legislature re HB 3372 Health Assessment Metrics for Foster Children (Sept. 20, 2019) | | |
| 1148 | 2018-2022 Oregon Health Authority CCO Metrics Annual Performance Reports (July 2019 - Aug. 2023) | | |
| 1149 | 2022 CCO Performance Metrics Data Dashboard | | |
| 1150 | Oregon Health Authority, 2023 CCO Quality Incentive Program: Measure Summaries (Jan. 2023) | | |
| 1151 | 2024 Oregon Health Authority CCO Specifications for | | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' TRIAL EXHIBIT LIST**

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | Measure re Timely Medical and Mental Health Assessments for Children in DHS Custody (Dec. 2023) | | |
| 1152 | Oregon Health Authority Coordinated Care Organization (CCO) 2.0 and DHS Service Areas Map (rev. 09/2020) | | |
| 1153 | Oregon Dept. of Human Services, Child Welfare, Intake Nursing Assessment Form (CF 0174) (rev. 2023.11.01) | | |
| 1154 | Oregon Dept. of Human Services, Blank CANS Worksheet Forms re 0-5 and 6-20 Years Old | | |
| 1155 | HCC Log Area 2 for Nov - Dec 2023 – contains confidential/AEO information | • Lack of foundation.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901. | • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901. |
| 1156 | HCC Log Area 6 for Nov - Dec 2023 – contains confidential/AEO information | • Lack of foundation.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901. | • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|-----|-------------|------------------------|----------------------|
| | | | • The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901. |
| 1157 | 2022-2024 HB 2333 Reports on Psychotropic Medication to Children in Foster Care  (July 2022 – Apr. 2024) | • Mislabeled. | • A replacement will be provided. |
| 1158 | U.S. Dept. of Health and Human Services, Administration for Children and Families, Children's Bureau, A National Look at the Use of Congregate Care in Child Welfare (May 13, 2015) | • Untimely.  The exhibit was not produced during discovery.<br>• Relevance.  The exhibit is not probative of the claims or defenses at issue.  FRE 401, 402. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.  In any event, this is a non-party document publicly available at https://www.acf.hhs.gov/sites/default/files/documents/cb/cbcongregatecare_brief.pdf .<br>• The exhibit is relevant to plaintiffs' claims, particularly substantive due process and allegations related to abuse in congregate care. |
| 1159 | Chart of Disability Diagnosis Counts, Sept. 2022 - Dec. 2023 | • Lack of foundation.<br>• Authentication.  The exhibit has not been properly authenticated. FRE 901. | • The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if plaintiffs can explain the objection. |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' TRIAL EXHIBIT LIST**

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|-----|-------------|------------------------|----------------------|
| | | | • The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901. |
| 1160 | System of Care Advisory Council Investment Update (Oct. 1, 2021) | | |
| 1161 | Reunification *Case Reading Data Matrix/Phase 2 of Reviews, Seven Parts Completed by Patricia Rideout, Sue Steib, and Reviewers, and Handwritten Notes – contains confidential/AEO information | • Plaintiffs object to the characterization of this exhibit as inaccurate and misleading. | • This is not an objection to the admission of the exhibit. |
| 1162 | Case Review Instrument prepared by Patricia Rideout and Sue Steib | | |
| 1163 | List of Data Sources provided to Patricia Rideout and Sue Steib | | |
| 1164 | Invoices for Patricia Rideout (Jan. 2023 - Jan. 2024) | | |
| 1165 | Invoices for Sue Steib (Jan. 2023 - Jan. 2024) – contains confidential/AEO information | | |
| 1166 | Case Review Instruments Completed by Patricia Rideout, Sue Steib, and Reviewers, and Handwritten Notes – contains confidential/AEO information | | |
| 1167 | Screenshots of Family Preservation Dashboard | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106. | • The relevant portion is complete. Nothing additional is needed. If plaintiffs wish to introduce more of the |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | • Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with plaintiffs. | exhibit, that will be raised at trial.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list. |
| 1168 | Screenshots of Family Preservation Data Dashboard | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with plaintiffs. | • The relevant portion is complete. Nothing additional is needed. If plaintiffs wish to introduce more of the exhibit, that will be raised at trial.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901. |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | | • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list. |
| 1169 | Group Placements Data - Oregon (Sept. 30, 2022) | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation. | • The relevant portion is complete. Nothing additional is needed. If plaintiffs wish to introduce more of the exhibit, that will be raised at trial.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |
| 1170 | Congregate Care Trends - Oregon (Apr. 3, 2022) | | |
| 1171 | Chart Summarizing Child and Family Services Reviews | • Authentication. The exhibit has not been | • The exhibit is self-authenticating. FRE 902(5). The |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | (CFSR) Round 3 Final Reports for All 50 States | properly authenticated. FRE 901.<br>• Lack of foundation.<br>• Untimely.  The exhibit was not produced during discovery. | objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if plaintiffs can explain the objection. The exhibit is admissible under FRE 1006, with original document at Ex. 1172.<br>• No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.  In any event, this is a non-party document publicly available at https://www.acf.hhs.gov/cb/monitoring/child-family-services-reviews/round3. |
| 1172 | Child and Family Services Reviews (CFSR) Round 3 Final Reports for All 50 States | • Relevance.  The exhibit is not probative of the claims or defenses at issue.  FRE 401, 402.<br>• Undue delay.  The exhibit's probative value is substantially outweighed by a danger of undue delay.  FRE 403. | • The exhibit is central plaintiffs' substantive due process claim and Adoption Assistance and Child Welfare Act claim; it contains important information about many of plaintiffs' allegations; plaintiffs |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | | make allegations about CFSR findings.<br>• There is no danger of undue delay; this is a bench trial and the Court can understand important and detailed information. |
| 1173 | Work Culture and How to Rise Up, Equity/Rise Curriculum for Managers and Supervisors | • Relevance. The exhibit is not probative of the claims or defenses at issue. FRE 401, 402. | • This exhibit is relevant to rebutting plaintiffs' allegations about defendants' workforce and its care for children. |
| 1174 | Data Review of Disproportionality and Branch Trends in District 2 (2022) | • Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation. | • The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |
| 1175 | D2 Safety Sustainability 2024 (updated 2/27/2024) | | |
| 1176 | District 2 CW Dashboard Outcomes for February 2024 | • Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation. | • The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901. |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | | • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |
| 1177 | D2 Child Welfare 2023 Highlights Presentation | | |
| 1178 | KEEP Services in Oregon, Oregon Social Learning Center Developments, Inc. | • Mislabeled. | • A replacement will be provided. |
| 1179 | Public Knowledge® Child Welfare Experience and Qualifications, Prior Child Welfare Assessment Related Projects, Prior Projects Related to a Child Welfare Federal Class Action Lawsuit, Prior Child Welfare Projects in Oregon, and Child Welfare Experience Map | • Untimely. The exhibit was not produced during discovery. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list. |
| 1180 | DHS Child Welfare Workgroup Charter: CW Statewide CQI Workgroup (04/08/21) | | |
| 1181 | Child Welfare Continuous Quality Improvement (CQI) Workgroup: Recommendations for Statewide CQI Structure (Oct. 19, 2021) | • Relevance. The exhibit is not probative of the claims or defenses at issue. FRE 401, 402. | • The exhibit is relevant to rebutting plaintiffs' allegations that defendants are allowing children to be harmed. |
| 1182 | Oregon Child & Family Center for Excellence Welcome Presentation (last modified Mar. 2024) | • Relevance. The exhibit is not probative of the claims or defenses at issue. FRE 401, 402. | • The exhibit is relevant to rebutting plaintiffs' allegations that defendants are allowing children to be harmed. |
| 1183 | 2021 Resource Family Retention Recruitment | | |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | Champion Team Reports (Mar. 2021 - Dec. 2021) | | |
| 1184 | 2022 Resource Family Retention Recruitment Champion Team Reports (Jan. 2022 - Sept. 2022) | | |
| 1185 | 2023 Resource Family Retention Recruitment Champion Team Reports (Jan. 2023 - Dec. 2023) | | |
| 1186 | 2024 Resource Family Retention Recruitment Champion Team Reports (Jan. 2024) | | |
| 1187 | Dept. of Human Services, Oregon Child Welfare Racial Equity and Social Justice Workbook (Mar. 25, 2022) | • Relevance. The exhibit is not probative of the claims or defenses at issue. FRE 401, 402. | • This exhibit is relevant to rebutting plaintiffs' allegations that defendants are allowing children to be harmed. |
| 1188 | Email from Rebecca Jones Gaston to Aprille Flint-Gerner and Lacey Andresen re Gratitude to Team Polk (Aug. 5, 2022) | • Hearsay. The exhibit contains an out-of-court statement offered into evidence to prove the truth of the matter asserted and is not subject to any hearsay exception. FRE 801, 802.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901. | • The exhibit is admissible under FRE 803(6) and 807.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901. |
| 1189 | Child Welfare Email re Update regarding D2 CPS Assessment Surge (Oct. 27, 2022) | • Hearsay. The exhibit contains an out-of-court statement offered into evidence to prove the truth of the matter asserted and is not subject to any hearsay exception. FRE 801, 802. | • The exhibit is admissible under FRE 803(6) and 807.<br>• The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | • Authentication. The exhibit has not been properly authenticated. (FRE 901) | evidence and witnesses at trial. FRE 901. |
| 1190 | Dept. of Human Services, Demonstration Site Meeting Minutes (Jan. 10, 2023) | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106.<br>• Relevance. The exhibit is not probative of the claims or defenses at issue. FRE 401, 402. | • The relevant portion is complete. Nothing additional is needed. If plaintiffs wish to introduce more of the exhibit, that will be raised at trial.<br>• The exhibit is relevant to rebutting plaintiffs' allegations that defendants are allowing children to be harmed. |
| 1191 | Child Welfare District Listening Tour (Apr. 12, 2019) | | |
| 1192 | Dept. of Human Services Letter to Secretary of State Kip Memmott in Response to Final Draft Audit Report (Jan. 29, 2018) | | |
| 1193 | Oregon's Child, Youth & Family Continuum of Care (Mar. 6, 2018) | | |
| 1194 | Press Release, Oregon Department of Human Services Announces Plan to Serve Youth in Oregon (Apr. 10, 2019) | | |
| 1195 | Dept. of Human Services, Improving Child Welfare, Overview of Improvements (last updated Jan. 31, 2020) | • Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation.<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues | • The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901. |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|-----|-------------|------------------------|----------------------|
| | | and misleading the trier of fact. FRE 403. | • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection.<br>• The FRE 403 objection has no explanation. The exhibit is not confusing, misleading, or prejudicial as it provides a summary of Child Welfare improvements; it is straightforward and easy to understand. |
| 1196 | Dept. of Health & Human Services, Administration for Child and Families Letter to Rebecca Jones Gaston Approving PIP Extension (Aug. 31, 2020) | | |
| 1197 | Dept. of Human Services, Welcome Community Partners and External Stakeholders, Budget Briefing (Dec. 11, 2020) | | |
| 1198 | Dept. of Health & Human Services, Administration for Child and Families Letter to Rebecca Jones Gaston re Title IV-E Prevention Program 5-Year Plan (Apr. 1, 2021) | | |
| 1199 | Screenshots of BRS Dashboard | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. FRE 106. | • The relevant portion is complete. Nothing additional is needed. If plaintiffs wish to introduce more of the |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | • Authentication. The exhibit has not been properly authenticated. FRE 901. <br> • Lack of foundation. <br> • Untimely. The exhibit was not produced during discovery nor was the underlying dashboard shared with plaintiffs. | exhibit, that will be raised at trial. <br> • The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901. <br> • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. <br> • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list. |
| 1200 | Every Child 2017 Annual Report | | |
| 1201 | Every Child 2018 Bi-Annual Report & Annual Report | • Authentication. The exhibit has not been properly authenticated and is a draft. FRE 901. <br> • Lack of foundation. | • The exhibit is self-authenticating. FRE 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901. <br> • The foundation objection is unexplained and unintelligible in this context. Defendants will respond if |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | | | plaintiffs can explain the objection. |
| 1202 | Every Child 2019 Bi-Annual Report & Annual Report | | |
| 1203 | Every Child 2020 Bi-Annual Report & Annual Report | | |
| 1204 | Every Child 2021 Bi-Annual Report | | |
| 1205 | Every Child 2022 Mid-Year Report & Annual Report | | |
| 1206 | Every Child 2023 Mid-Year Report & Annual Report | | |
| 1207 | ODHS News Release re Every Child and DHS Launch My NeighbOR Emergency Response (Mar. 22, 2020) | | |
| 1208 | Dept. of Human Services, Child Welfare, Safety Program Spotlight (Mar. 2023) | • Mislabeled.<br>• Relevance.  The exhibit is not probative of the claims or defenses at issue.  FRE 401, 402. | • A replacement will be provided.<br>• The exhibit is relevant to rebutting plaintiffs' allegations that defendants are allowing children to be harmed. |
| 1209 | Child Specific Caregiver Supports Pilot Final Combined Data Report (May 1, 2022 - Sept. 30, 2023) | • Authentication.  The exhibit has not been properly authenticated.  FRE 901.<br>• Lack of foundation. | • The exhibit is self-authenticating.  FRE 902(5).  The objection is premature as the document will be authenticated by evidence and witnesses at trial.  FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if plaintiffs can explain the objection. |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| **1210** | 2023 Comagine Health Qualified Residential Treatment Program (QRTP) Independent Assessment and Behavioral Rehabilitation Services (BRS) Eligibility Quarterly & Annual Reports | | |
| **1211** | Email from Casey Family Programs Praising Gov. Kate Brown (Sept. 12, 2018) | • Hearsay.  The exhibit contains an out-of-court statement offered into evidence to prove the truth of the matter asserted and is not subject to any hearsay exception.  FRE 801, 802.<br>• Authentication.  The exhibit has not been properly authenticated.  FRE 901. | • The exhibit is admissible under FRE 803(1),(2),(3) and 807.<br>• The objection is premature as the document will be authenticated by evidence and witnesses at trial.  FRE 901. |
| **1212** | Governor's Children's Cabinet Meeting Packet (Sept. 29, 2021) | • Authentication.  The exhibit has not been properly authenticated.  FRE 901.<br>• Lack of foundation. | • The exhibit is self-authenticating.  FRE 902(5).  The objection is premature as the document will be authenticated by evidence and witnesses at trial.  FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if plaintiffs can explain the objection. |
| **1213** | Public Knowledge Supplemental Assessment of Services for Youth Aging Out of Foster Care (Mar. 1, 2024) | • Plaintiffs' objections are contained in their motion to exclude Defendants' expert.  *See* Dkt. 360. | • Defendants' responses to plaintiffs' objections are contained in their response to plaintiffs' |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|-----|-------------|------------------------|----------------------|
| | | | motion to exclude defendants' expert. |
| **1214** | Summary of Public Knowledge Question 1: Safety - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely.  The exhibit was not produced during discovery.<br>• Authentication.  The exhibit has not been properly authenticated. FRE 901,<br>• Lack of foundation. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if plaintiffs can explain the objection. |
| **1215** | Summary of Public Knowledge Question 2: Agency Culture - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely.  The exhibit was not produced during discovery.<br>• Authentication.  The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|-----|-------------|------------------------|---------------------|
| | | | plaintiffs can explain the objection. |
| **1216** | Summary of Public Knowledge Question 3: Data-Driven Decision Making - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely.  The exhibit was not produced during discovery.<br>• Authentication.  The exhibit has not been properly authenticated.  FRE 901.<br>• Lack of foundation. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The objection is premature as the document will be authenticated by evidence and witnesses at trial.  FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if plaintiffs can explain the objection. |
| **1217** | Summary of Public Knowledge Question 4: Recruitment, Retention, and the Support of Resource Parents - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely.  The exhibit was not produced during discovery.<br>• Authentication.  The exhibit has not been properly authenticated.  FRE 901.<br>• Lack of foundation. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The objection is premature as the document will be authenticated by evidence and witnesses at trial.  FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if plaintiffs can explain the objection. |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' TRIAL EXHIBIT LIST**

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| 1218 | Summary of Public Knowledge Question 5: Permanence - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely.  The exhibit was not produced during discovery.<br>• Authentication.  The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if plaintiffs can explain the objection. |
| 1219 | Summary of Public Knowledge Question 6: Permanency Planning - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely.  The exhibit was not produced during discovery.<br>• Authentication.  The exhibit has not been properly authenticated. FRE 901.<br>• Lack of Foundation. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if plaintiffs can explain the objection. |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| **1220** | Summary of Public Knowledge Question 7: Individual Assessments - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |
| **1221** | Summary of Public Knowledge Question 8: Service Provision - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| **1222** | Summary of Public Knowledge Question 9: Case Planning - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |
| **1223** | Summary of Public Knowledge Question 10: Preserving and Improving Connections Between Children and Their Families - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely. The exhibit was not produced during discovery.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| **1224** | Summary of Public Knowledge Question 11: Staffing Resources - Findings & Inquiry Protocols (PK Report 12/15/23) | • Untimely.  The exhibit was not produced during discovery.<br>• Authentication.  The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if plaintiffs can explain the objection. |
| **1225** | Summary of Public Knowledge Question 12: Independent Living - Findings & Inquiry Protocols (PK Report 3/1/24) | • Untimely.  The exhibit was not produced during discovery.<br>• Authentication.  The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation. | • No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list.<br>• The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context.  Defendants will respond if plaintiffs can explain the objection. |
| **1226** | Moving from a Culture of Compliance and Risk- | • Authentication.  The exhibit has not been | • The exhibit is self-authenticating.  FRE |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' TRIAL EXHIBIT LIST**

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| | Avoidance to Continuous Quality Improvement (Nov. 2023) | properly authenticated. FRE 901.<br>• Lack of Foundation. | 902(5). The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if plaintiffs can explain the objection. |
| 1227 | Transcript of Episode 12, Our Oregon DHS, COVID-19 Update (June 11, 2020), retrieved from https://sharedsystems.dhsoha.state.or.us/DHSForms/Served/DE%20COVID-19%20EP12.pdf. | • Relevance. The exhibit is not probative of the claims or defenses at issue. FRE 401, 402. | • The exhibit is relevant to plaintiffs' claims and defendants' defenses regarding the ability of defendants to care for children in their care. |
| 1228 | Dept. of Health and Human Services, Administration for Children & Families, Letter to Child Welfare Leaders re COVID-19 Guidance (Mar. 18, 2020) | | |
| 1229 | Certified Copy of Order re Naomi B. - contains confidential/AEO information | | |
| 1230 | Certified Copy of Order re Kylie R. - contains confidential/AEO information | | |
| 1231 | Certified Copy of Order re Alec R. - contains confidential/AEO information | | |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|---|---|---|---|
| **1232** | Certified Copy of Judgment re Norman N. - contains confidential/AEO information | | |
| **1233** | Certified Copy of Order and Judgment re Ruth T. - contains confidential/AEO information | | |
| **1234** | Certified Copy of Judgment re Wyatt B. - contains confidential/AEO information | | |
| **1235** | Certified Copy of Judgment re Noah F. - contains confidential/AEO information | | |
| **1236** | Certified Copy of Order and Judgment re Unique L. - contains confidential/AEO information | | |
| **1237** | Certified Copy of Orders, Motion, and Judgments re Simon S. - contains confidential/AEO information | | |
| **1238** | Certified Copy of Order re Bernard C. - contains confidential/AEO information | | |
| **1239** | Photographs - contains confidential/AEO information | • Relevance. The exhibit is not probative of the claims or defenses at issue. FRE 401, 402.<br>• Authentication. The exhibit has not been properly authenticated. FRE 901.<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced during discovery. | • The exhibit is relevant to rebut claims about the conditions of children in defendants' care.<br>• The objection is premature as the document will be authenticated by evidence and witnesses at trial. FRE 901.<br>• The foundation objection is unexplained and unintelligible in this context. Defendants will respond if |

| No. | Description | Plaintiffs' Objections | Defendants' Response |
|-----|-------------|------------------------|----------------------|
|     |             |                        | plaintiffs can explain the objection.<br>• No rule of evidence requires that parties produce everything in discovery that is included on the exhibit list. |

DATED: April 29, 2024

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON


*s/ Harry B. Wilson*
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Vivek A. Kothari, OSB #182089
VivekKothari@MarkowitzHerbold.com
*Special Assistant Attorneys General for Defendants*

Adele J. Ridenour, OSB #061556
AdeleRidenour@MarkowitzHerbold.com
*Of Attorneys for Defendants*

Carla A. Scott, OSB #054725
carla.a.scott@doj.state.or.us
Sheila H. Potter, OSB #993485
sheila.potter@doj.state.or.us
*Of Attorneys for Defendants*

2136411.6