**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Vivek A. Kothari, OSB #182089**
VivekKothari@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WYATT B. and NOAH F. by their next friend Michelle McAllister; KYLIE R. and ALEC R. by their next friend Kathleen Megill Strek; UNIQUE L. by her next friend Annette Smith; SIMON S. by his next friend Paul Aubry; RUTH T. by her next friend Michelle Bartov; BERNARD C. by his next friend Ksen Murry; NAOMI B. by her next friend Kathleen Megill Strek; and NORMAN N. by his next friend Tracy Gregg, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TINA KOTEK, Governor of Oregon in her official capacity; FARIBORZ PAKSERESHT, Director, Oregon Department of Human Services in his official capacity; APRILLE FLINT-GERNER, Director, Child Welfare in her official capacity; and OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>Defendants. | Case No. 6:19-cv-00556-AA<br><br>**DEFENDANTS' SUPPLEMENTAL TRIAL EXHIBIT LIST** |

Page 1 –   DEFENDANTS' SUPPLEMENTAL TRIAL EXHIBIT LIST

Defendants submit the following supplemental trial exhibits.  In addition, defendants reserve the right to introduce for impeachment additional exhibits not referenced below and reserve Exhibit Nos. 1253-1400 for such purpose.

| No. | Description | Stip. | Obj. | Id. | Adm. |
|---|---|---|---|---|---|
| 1240 | Public Knowledge Raw Survey Data – contains confidential information | | | | |
| 1241 | Public Knowledge Assessment Methodology and Protocols for Oregon Child Welfare Review (Sep. 17, 2021) | | | | |
| 1242 | Continuum of Care Beyond Foster Care (Dec. 2018) | | | | |
| 1243 | Oregon DHS Office of Child Welfare Programs, Action Request Transmittal, Documenting Disability and Reasonable Modification Information (Nov. 1, 2021) | | | | |
| 1244 | Oregon DHS Child Welfare Division, Fact Sheet, Updates to Screening Practice related to ORCAH and OTIS (10/1/20) | | | | |
| 1245 | Oregon Screening Report, Assessment, and Foster Care Data re Reports of Abuse and Children Entering Foster Care – April 2019 to March 2024 | | | | |
| 1246 | Third Party and OTIS Guide Table of Contents | | | | |
| 1247 | U.S. Dept. of Health and Human Services, U.S. Dept. of Justice, Protecting the Rights of Parents and Prospective Parents with Disabilities: Technical Assistance for State and Local Child Welfare Agencies and Courts under Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act, retrieved from https://www.hhs.gov/sites/default/files/disability.pdf. | | | | |
| 1248 | Voluntary Resolution Agreement between U.S. Dept. of Health and Human Services Office for Civil Rights and Oregon Dept. of Human Services (Nov. 2019) | | | | |
| 1249 | KEEP Young Adult Qualitative Interviews | | | | |

| No. | Description | Stip. | Obj. | Id. | Adm. |
|---|---|---|---|---|---|
| 1250 | Oregon DHS Office of Developmental Disability Services, Request for Eligibility Determination (11/2015) | | | | |
| 1251 | Health Care Profile re A.R. – contains confidential/AEO information | | | | |
| 1252 | Health Care Profile re B.P.Z. – contains confidential/AEO information | | | | |
| 1253 | Health Care Profile re V.C. – contains confidential/AEO information | | | | |
| 1254 | Health Care Profile re G.J. – contains confidential/AEO information | | | | |
| 1255 | Health Care Profile re K.H. – contains confidential/AEO information | | | | |
| 1256 | Medical Evaluation re K.H. – contains confidential/AEO information | | | | |
| 1257 | Personal Care Services History re K.H. – contains confidential/AEO information | | | | |
| 1258 | Placement History re K.H. – contains confidential/AEO information | | | | |
| 1259 | Health Care Profile re L.C. – contains confidential/AEO information | | | | |
| 1260 | Placement History re L.C. – contains confidential/AEO information | | | | |
| 1261 | Health Care Profile re T.O. – contains confidential/AEO information | | | | |
| 1262 | Health Care Profile re I.M. – contains confidential/AEO information | | | | |

DATED: April 29, 2024

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

*/s/ Adele J. Ridenour*
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Vivek A. Kothari, OSB #182089
VivekKothari@MarkowitzHerbold.com
*Special Assistant Attorneys General for Defendants*

Adele J. Ridenour, OSB #061556
AdeleRidenour@MarkowitzHerbold.com
*Of Attorneys for Defendants*

Carla A. Scott, OSB #054725
carla.a.scott@doj.state.or.us
Sheila H. Potter, OSB #993485
sheila.potter@doj.state.or.us
*Of Attorneys for Defendants*

2136930

**Page 4 –**     DEFENDANTS' SUPPLEMENTAL TRIAL EXHIBIT LIST