**P. ANDREW McSTAY, JR.**, OSB 033997
andymcstay@dwt.com
**WILLIAM D. MINER**, OSB 043636
billminer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Telephone: (503) 241-2300

**MARCIA ROBINSON LOWRY** (*pro hac vice*)
mlowry@abetterchildhood.org
**ANASTASIA BENEDETTO** (*pro hac vice*)
abenedetto@abetterchildhood.org
**LINDSAY GUS** (*pro hac vice*)
lgus@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

*Attorneys for Plaintiffs*
*Additional Counsel of Record Listed on*
*Signature Page*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| WYATT B., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TINA KOTEK, *et al.*,<br><br>　　　　　Defendants. | Case No. 6:19-cv-00556<br><br>**PLAINTIFFS' REBUTTAL EXHIBIT LIST** |

Page 1 – PLAINTIFFS' REBUTTAL EXHIBIT LIST

Plaintiffs submit the following rebuttal exhibit list for trial. Plaintiffs reserve all rights to submit additional rebuttal exhibits based on updated pretrial submissions and testimony elicited at trial.

| Rebuttal Exhibit No. | Description | Bates |
|---|---|---|
| 491 | April 15, 2024 Order, *M.D. bnf Stukenberg et al. v. Abbott et al.*, U.S. District Court, S.D. Tex., Case No. 2:11-CV-00084, ECF 1560. | |
| 492 | Exit Plan and Agreement, Charlie and Nadine H. et al. v. Murphy et al., U.S. District Court, D.N.J., Case No. 2:99-cv-03678, ECF 373. | |
| 493 | Co-Neutral 19th Commentary, *D.G. v. Yarborough* | |
| 494 | Foster Care Report for Youth | Wyatt_DHS_0627487 |
| 495 | DHS Administrator Emails re Capacity Oct. 22 | Wyatt_DHS_3852344 |
| 496 | DHS Administrator Emails re Capacity Mar. 22 | Wyatt_DHS_3170639 |
| 497 | Emailed complaint re timely hearing notice, Jul. 22 | Wyatt_DHS_4107541 |
| 498 | DHS emails re lack of placements, TL usage | Wyatt_DHS_3516726 |
| 499 | DHS emails re TL of youth, lack of resources | Wyatt_DHS_3825250 |
| 500 | DHS emails re youth boarded in ED | Wyatt_DHS_3823869 |
| 501 | DHS emails re youth living in tent | Wyatt_DHS_4644326 |
| 502 | Feb 2023 CW Presentation | Wyatt_DHS_4663113 |
| 503 | PK report draft presentation 2016 | Wyatt_DHS_2990666 |
| 504 | Emails between DHS and Casey | Wyatt_DHS_2988008 |
| 505 | DHS emails 12.9.22 | Wyatt_DHS_2984236 |
| 506 | Email to DHS about ADA training feedback | Wyatt_DHS_4328022 |
| 507 | DHS report disability outcomes | Wyatt_DHS_3207294 |
| 508 | DHS emails re lack of placements | Wyatt_DHS_3162940 |
| 509 | DHS emails re ADA coordinator position | Wyatt_DHS_3005085 |
| 510 | DHS email re complaints on LGBTQ issues | Wyatt_DHS_2983397 |
| 511 | Discussion from March 2022 process for VRA | Wyatt_DHS_2954908 |
| 512 | DHS email re disability data process | Wyatt_DHS_2937090 |
| 513 | Dec 2022 mtg notes | Wyatt_DHS_3200812 |
| 514 | 2021 emails re crises in cw | Wyatt_DHS_4411821 |
| 515 | ACF, US DHHS, Child Maltreatment 2022 report | Online link |
| 516 | 4.22 report on family retention | Wyatt_DHS_4662276 |
| 517 | SOCAC minutes, Dec. 2023 | Wyatt_DHS_4670687 |
| 518 | Foster family retention report Feb 2024 | Wyatt_DHS_4676312 |
| 519 | Emails among DHS staff re BH services | Wyatt_DHS_4432567 |

Page 2 – PLAINTIFFS' REBUTTAL EXHIBIT LIST

4882-0981-5226v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | |
|---|---|---|
| 520 | OAR 413, Div. 17 – CIRT and Discretionary Reviews - 2019 | |
| 521 | OAR 413, Div. 17 – CIRT and Discretionary Reviews - 2024 | |
| 522 | Oregon SB 832 – Enrolled; 2019 Regular Session | |
| 523 | Oregon SB 942 – Enrolled; 2017 Regular Session | |
| 524 | "After Almost a Decade, DHS Adopts Rules Mandated by Law." Salem Statesman Journal; 02.26.2017 | |
| 525 | "44 Children Left in Harm's Way..." Salem Stateman Journal; 03.24.2017 | |
| 526 | "Oregon Child Welfare Agency to Change Fatality Review…" Salem Stateman Journal; 09.30.2019 | |
| 527 | "Buried: The State Hides How Children Die on Oregon's Watch…;" The Oregonian; 11.25.2018 | |
| 528 | "Lawmakers to Question State Officials, Mull Stricter Rules…;" The Oregonian; 11.26.2018 | |
| 529 | "Oregon's DHS Director Didn't See Major…;" OPB; 03.20.2017 | |
| 530 | Witness registration re SB832; Senate Human Services Committee; 03.26.2019 | |
| 531 | Witness registration re SB942; Senate Human Services Committee; 03.27.2017 | |
| 532 | Info. Meeting; House Committee on Early Childhood and Human Services; 02.28.2024 | |
| 533 | Statement of Kim Montgomery to House Committee on Early Childhood and Human Services; 02.28.2024 | |

| | | |
|---|---|---|
| 534 | Oregon HB 2804 – Enrolled; 2023 Regular Session | |
| 535 | Hearing re HB 2804; House Committee on Early Childhood and Human Services; 02.15.2023 | |
| 536 | Witness registration re HB 2804; House Committee on Early Childhood and Human Services; 02.15.2023 | |
| 537 | Statement of Anthony Castaneda [SEIU Local 503] to House Committee on Early Childhood and Human Services; 02.15.2023 | |
| 538 | Statement of SEIU Local 503 to House Committee on Early Childhood and Human Services; 02.15.2023 | |
| 539 | Oregon SB 548 – Enrolled; 2023 Regular Session | |
| 540 | Hearing re SB 548; Senate Committee on Human Services; 02.22.2023 | |
| 541 | Witness registration re SB 548; Senate Committee on Human Services; 02.22.2023 | |
| 542 | Witness registration re SB 548A; Senate Committee on Human Services; 04.24.2023 | |
| 543 | Statement of Bryan Alford to Senate Committee on Human Services; 02.22.2023 | |
| 544 | Statement of Wendy Bender to Senate Committee on | |

Page 3 – PLAINTIFFS' REBUTTAL EXHIBIT LIST

4882-0981-5226v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | |
|---|---|---|
| | Human Services; 02.22.2023 | |
| 545 | Statement of Marcy Bretz to Senate Committee on Human Services; 02.22.2023 | |
| 546 | Statement of Jhana Brown to Senate Committee on Human Services; 02.22.2023 | |
| 547 | Statement of Cindy Cosenzo to Senate Committee on Human Services; 02.22.2023 | |
| 548 | Statement of Kittee Custer to Senate Committee on Human Services; 02.22.2023 | |
| 549 | Statement of Heidi Evans to Senate Committee on Human Services; 02.22.2023 | |
| 550 | Statement of Sophie Fashana to Senate Committee on Human Services; 02.22.2023 | |
| 551 | Statement of Beth Fitzpatrick to Senate Committee on Human Services; 02.22.2023 | |
| 552 | Statement of Mercury Foix to Senate Committee on Human Services; 02.22.2023 | |
| 553 | Statement of Ian Ford to Senate Committee on Human Services; 02.22.2023 | |
| 554 | Statement of Rebecca Gundle to Senate Committee on Human Services; 02.22.2023 | |
| 555 | Statement of Amanda Holguin to Senate Committee on Human Services; 02.22.2023 | |
| 556 | Statement of Cheyenne Jones to Senate Committee on Human Services; 02.22.2023 | |
| 557 | Statement of Jennifer Kinzey to Senate Committee on Human Services; 02.22.2023 | |
| 558 | Statement of Linda Martensen to Senate Committee on Human Services; 02.22.2023 | |
| 559 | Statement of Allison Montelongo to Senate Committee on Human Services; 02.22.2023 | |
| 560 | Statement of Meghan Newton to Senate Committee on Human Services; 02.22.2023 | |
| 561 | Statement of Bryan Oakley to Senate Committee on Human Services; 02.22.2023 | |
| 562 | Statement of Dr. Michelle Pliske to Senate Committee on Human Services; 02.22.2023 | |
| 563 | Statement of Sherri Sacconaghi to Senate Committee on Human Services; 02.22.2023 | |
| 564 | Statement of Anna Schmidt to Senate Committee on Human Services; 02.22.2023 | |
| 565 | Statement of Leah Smith to Senate Committee on Human Services; 02.22.2023 | |
| 566 | Statement of Michael Steffany to Senate Committee on Human Services; 02.22.2023 | |

Page 4 – PLAINTIFFS' REBUTTAL EXHIBIT LIST

4882-0981-5226v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | |
|---|---|---|
| 567 | Statement of Seema Steffany to Senate Committee on Human Services; 02.22.2023 | |
| 568 | Statement of Victoria Wolff to Senate Committee on Human Services; 02.22.2023 | |
| 569 | Hearing re DAS insurance fund to Joint Subcommittee on General Government; 02.14.2024 | |
| 570 | Presentation re DAS insurance fund to Joint Subcommittee on General Government; 02.14.2024 | |
| 571 | Press conference re 2018 Oregon SOS Audit; 01.31.2018 | |
| 572 | OAR 413-015-0608 – 0608 re CPS, Out of Home Care Assessments; 2017 | |
| 573 | OAR 413-015-0604 re CPS, Out of Home Care Assessments; 2024 | |
| 574 | OAR 413-015-0606 re CPS, Out of Home Care Assessments; 2024 | |
| 575 | OAR 413-015-0608 re CPS, Out of Home Care Assessments; 2024 | |
| 576 | KATU: "DHS: Long Child Abuse Hotline Wait Times…;" 05.04.2019 | |
| 577 | KATU: "DHS Blames Low Funding…;" 04.25.2019 | |
| 578 | KGW: "Mandatory Reporters Frustrated…;" 01.01.2022 | |
| 579 | Oregon Capital Chronicle: "Callers Face Long Waits…;" 02.02.2022 | |
| 580 | Statesman Journal: "Oregon Child Abuse Hotline Launch Marred…;" 04.25.2019 | |
| 581 | 02.28.2024 testimony of Alyssa Shiprack to OR House Early Childhood and Human Services Committee. | |
| 582 | 02.28.2024 testimony of Jamie Stockdale to House Early Childhood and Human Services Committee. | |
| 583 | DHS-DL contract [submitted to Senate Human Services Committee] | |
| 584 | DHS/ Pakseresht 02.05.2024 memo to Senate Human Services Committee re CW contractors; TL and litigation | |
| 585 | Gelser 02.06.2023 memorandum; submitted to Senate Human Services Committee re "Gaps in safety and accountability for kids [in TL/ TLP]." | |
| 586 | Hearing; update on TL to House Interim Committee on Early Childhood and Human Services; 01.10.2024 | |
| 587 | Presentation; DHS update on TL to House Interim Committee on Early Childhood and Human Services; 01.10.2024 | |

Page 5 – PLAINTIFFS' REBUTTAL EXHIBIT LIST

| 588 | Hearing; re TL to House Interim Committee on Early Childhood and Human Services; 09.27.2023 | |
| 589 | Presentation; DHS update on TL to House Interim Committee on Early Childhood and Human Services; 09.27.2023 | |
| 590 | Hearing; Gelser testimony re SB1521 to House Committee on Early Childhood and Human Services; 02.26.2024 | |
| 591 | Hearing; DHS testimony re preventing TL to Joint Committee on Ways and Means; 02.12.2024 | |
| 592 | Presentation; DHS presentation on preventing TL to Joint Committee on Ways and Means; 02.12.2024 | |
| 593 | Hearing; re SB1521 to Senate Committee on Human Services; 02.07.2024 | |
| 594 | Hearing; re SB1521 to Senate Committee on Human Services; 02.12.2024 | |
| 595 | DHS Memo to Senate Committee on Human Services; 02.09.2024 | |
| 596 | DHS Memo to Senate Committee on Human Services; 02.14.2024 | |
| 597 | Statement of Wendy Simer re SB1521 to Senate Committee on Human Services; 02.22.2023 | |

DATED this 29th day of April, 2024.

**DAVIS WRIGHT TREMAINE LLP**

By: *s/ P. Andrew McStay, Jr.*
P. Andrew McStay, Jr. OSB 033997
andymcstay@dwt.com
William D. Miner, OSB 043636
billminer@dwt.com
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Tel: (503) 241-2300

**A BETTER CHILDHOOD**
Marcia Robinson Lowry (*pro hac vice*)
mlowry@abetterchildhood.org
Anastasia Benedetto (*pro hac vice*)
abenedetto@abetterchildhood.org
Lindsay Gus (*pro hac vice*)
lgus@abetterchildhood.org
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

Page 6 – PLAINTIFFS' REBUTTAL EXHIBIT LIST

4882-0981-5226v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

**DISABILITY RIGHTS OREGON**
Emily Cooper, OSB 182254
ecooper@droregon.org
Thomas Stenson, OSB 152894
tstenson@droregon.org
511 SW 10th Avenue, Suite 200
Portland OR 97205
Tel: (503) 243-2081

**RIZZO BOSWORTH ERAUT PC**
Steven Rizzo, OSB 840853
srizzo@rizzopc.com
Mary D. Skjelset, OSB 075840
mskjelset@rizzopc.com
1300 SW 6th Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819

Attorneys for Plaintiffs

Page 7 – PLAINTIFFS' REBUTTAL EXHIBIT LIST

4882-0981-5226v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax