**P. ANDREW McSTAY, JR.**, OSB 033997
andymcstay@dwt.com
**WILLIAM D. MINER**, OSB 043636
billminer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Telephone: (503) 241-2300

**MARCIA ROBINSON LOWRY** (*pro hac vice*)
mlowry@abetterchildhood.org
**ANASTASIA BENEDETTO** (*pro hac vice*)
abenedetto@abetterchildhood.org
**LINDSAY GUS** (*pro hac vice*)
lgus@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

*Attorneys for Plaintiffs*
*Additional Counsel of Record Listed on*
*Signature Page*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| WYATT B., *et al.*,<br><br>                   Plaintiffs,<br><br>    v.<br><br>TINA KOTEK, *et al.*,<br><br>                   Defendants. | Case No. 6:19-cv-00556<br><br>**PLAINTIFFS' REBUTTAL WITNESS LIST** |

Page 1 – PLAINTIFFS' REBUTTAL WITNESS LIST

4861-7701-9578v.1 0201450-000001     DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

Plaintiffs intend to call the following witnesses as rebuttal witnesses for a total of up to 3 hours. Plaintiffs reserve the right to call witnesses on Plaintiffs' original and supplemental witness lists (ECF 385 and 413) for the rebuttal portion of its case, together with impeachment witnesses.

1. **Name and Title:** Maggie Carlson, Attorney, Youth Rights & Justice

    a. **Time Estimate:** 1 hour

    b. **Brief Description of Testimony:** Ms. Carlson will testify to rebut statements made by defendants' lay witnesses regarding placement capacity and stability for children in ODHS custody, with a particular emphasis on the emergence and ongoing use of "temporary lodging" for foster children, how it uniquely impacts children with disabilities and high needs, and the rates and general experiences of children subject to the practice.

2. **Name and Title:** Lisa Kay Williams, Supervising Attorney, Youth Rights & Justice

    a. **Time Estimate:** 1 hour

    b. **Brief Description of Testimony:** Ms. Lisa Kay Williams will testify to rebut statements made by defendants' lay witnesses regarding the discovery process in juvenile court cases and ODHS's practices regarding provision of information and documents relating to reports of abuse to children's attorneys.

3. **Name and Title:** Alisha Overstreet, family representative on the System of Care Advisory Council, M.S. Forensic Psychology.

    a. **Time Estimate:** 1 hour

    b. **Brief Description of Testimony:** Ms. Overstreet will testify to rebut statements made by defendants' lay witnesses regarding the System of Care Advisory Council.

Page 2 – PLAINTIFFS' REBUTTAL WITNESS LIST

DATED this 29th day of April, 2024.

**DAVIS WRIGHT TREMAINE LLP**

By: *s/ P. Andrew McStay, Jr.*
P. Andrew McStay, Jr. OSB 033997
andymcstay@dwt.com
William D. Miner, OSB 043636
billminer@dwt.com
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Tel: (503) 241-2300

**A BETTER CHILDHOOD**

Marcia Robinson Lowry (*pro hac vice*)
mlowry@abetterchildhood.org
Anastasia Benedetto (*pro hac vice*)
abenedetto@abetterchildhood.org
Lindsay Gus (*pro hac vice*)
lgus@abetterchildhood.org
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

**DISABILITY RIGHTS OREGON**

Emily Cooper, OSB 182254
ecooper@droregon.org
Thomas Stenson, OSB 152894
tstenson@droregon.org
511 SW 10th Avenue, Suite 200
Portland OR 97205
Tel: (503) 243-2081

**RIZZO BOSWORTH ERAUT PC**

Steven Rizzo, OSB 840853
srizzo@rizzopc.com
Mary D. Skjelset, OSB 075840
mskjelset@rizzopc.com
1300 SW 6th Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819

Attorneys for Plaintiffs

Page 3 – PLAINTIFFS' REBUTTAL WITNESS LIST

4861-7701-9578v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax