**P. ANDREW McSTAY, JR.**, OSB 033997
andymcstay@dwt.com
**WILLIAM D. MINER**, OSB 043636
billminer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Telephone: (503) 241-2300

**MARCIA ROBINSON LOWRY** (*pro hac vice*)
mlowry@abetterchildhood.org
**ANASTASIA BENEDETTO** (*pro hac vice*)
abenedetto@abetterchildhood.org
**LINDSAY GUS** (*pro hac vice*)
lgus@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456

*Attorneys for Plaintiffs*
*Additional Counsel of Record Listed on*
*Signature Page*

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| WYATT B., *et al.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>TINA KOTEK, *et al.*,<br><br>              Defendants. | Case No. 6:19-cv-00556-AA<br><br>**PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS** |

**GENERAL RESPONSES**

In objecting to approximately 390 of Plaintiffs' 437 exhibits,[1] Defendants repeat many of the same, flawed objections. Plaintiffs provide the following General Responses, which are incorporated below, and address many of Defendants' objections:

1.      Defendants object to several of Plaintiffs' exhibits as "Inadmissible for the reasons explained in Defendants' Motions in Limine." Defendants' Motions in Limine should be denied for the reasons explained in Plaintiffs' Opposition to Defendants' Motions in Limine, ECF 435, and therefore Defendants' objections on this basis should also be rejected.

2.      Defendants object to several of Plaintiffs' exhibits as "Inadmissible for the reasons explained in Defendants' *Daubert* motion." Defendants' *Daubert* Motion should be denied for the reasons explained in Plaintiffs' Responses to Defendants' *Daubert* Motion, *see* ECF Nos. 360 and 362, and therefore, Defendants' objections on this basis should also be rejected.

3.      Defendants object to Plaintiffs' experts' reports as hearsay. Defendants' objections are especially ironic given that they seek to introduce a 390-page report written by their expert, Stacey Moss, as well as supporting documents from the report. *See* ECF No. 373 at 2, 16, 18-19. Defendants also seek to introduce all their experts' curriculum vitaes. *See id.* at 9. Moreover, Defendants are selective in their objections to the expert reports that Plaintiffs seek to introduce. *See* ECF No. 421 at 4.

Plaintiffs' experts' reports are admissible evidence pursuant to FRE 703, "which merely permits such hearsay, or other inadmissible evidence, upon which an expert properly relies, to be

---

[1] Plaintiffs inadvertently included four duplicate exhibits in their exhibit list, which is why there are 441 exhibits listed. Additionally, Plaintiffs filed an amended exhibit list on April 23 that contains 490 exhibits. *See* ECF No. 403. Defendants state that their objections to these exhibits are forthcoming. *See* ECF No. 421 at 2.

Page 2 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

admitted to explain the basis of the expert's opinion." *Paddack v. Dave Christensen, Inc.*, 745 F.2d 1254, 1261–62 (9th Cir. 1984). In evaluating Plaintiffs' experts' testimony, the Court should have the opportunity to review their reports, which contain the factual basis for their opinions.

For example, Dr. Sue Steib and Patricia Rideout's opinions are based on a review of the named Plaintiffs' case files, *see* Pls. Ex. 2, and 95 additional children's case files, *see* Pls. Ex. 3. Their expert reports provide the factual basis for their opinions, which the Court must have access to in order to evaluate the reliability of their testimony and conclusions. It would be impractical and a waste of judicial resources for the Court to review the tens of thousands of pages contained in the case files, and therefore, the experts' reports are necessary to provide the relevant factual information. In the case of Dr. Anne Farina, her expert reports are based on interviews with foster children at various facilities in Oregon, among other information. *See* Pls. Exs. 7 and 8. Her particular approach was pre-approved by the Court after substantial argument, specifically to avoid Plaintiffs having to call several foster youth to testify or the Court conducting site visits. Plaintiffs are unable to reasonably present the testimony of these children without substantially elongating the trial and risking further traumatizing the young children whom Dr. Farina spoke with. Dr. Farina's expert report, therefore, will provide the Court with information about the facts she relied on in reaching her conclusions. The same is true of Plaintiffs' other experts and their respective reports.

At a minimum, Plaintiffs' experts' reports may be used to refresh their recollections. Plaintiffs' experts' curriculum vitaes, which are attached to each expert's report, are also admissible as they will allow the Court to evaluate the experts' credentials and opinions.

4.      Defendants object to exhibits that contain email exchanges between and among individual Defendants, Department of Human Services' employees, and/or the Governor or her

Page 3 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

4887-7840-7610v.1 0201450-000001        DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

staff. They also object to emails that contain statements made by individuals who will testify at trial. These exhibits are not hearsay as the statements contained therein were made by either one or more Defendants, Defendants' "agent or employee on a matter within the scope of that relationship and while it existed," *see* FRE 801(d)(2), or an individual who will testify at trial, *see* FRE 801(d)(1). Emails that do not include statements made by these individuals are not being offered to prove the truth of the matter asserted. Additionally, some of the emails contain statements of a public office, qualifying them as public records under FRE 803(8) as Defendants have failed to "show that the source of information or other circumstances indicate a lack of trustworthiness." FRE 803(8)(b).

5.      Defendants object to nearly all documents that Defendants produced to Plaintiffs in discovery and in response to Plaintiffs' various requests to produce. These include datasheets, reports, and documents created by the Department of Human Services; Oregon Child and Family Service Reviews ("CFSR") Debrief Summary Notes and Analysis reports; Sensitive Issue Reports, and reports created by other public, recognized entities, such as the Oregon Health Authority and Annie E. Casey Foundation. Defendants object to these exhibits on multiple grounds, including hearsay pursuant to FRE 803 and authentication pursuant to FRE 901. Defendants' inexplicable decision not to object to some exhibits falling within these categories undermines the genuineness of their objections.

These exhibits are not hearsay as they are either records of regularly conducted activity, *see* FRE. 803(6), public records, *see* FRE 803(8), not being introduced for the truth of the matter, or otherwise admissible. If necessary, Plaintiffs can call Department of Human Services representatives and representatives from the various agencies that authored the documents to testify in accordance with FRE 803(6) or (8), depending on which exception applies. In the interest

4887-7840-7610v.1 0201450-000001          DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main ⋅ (503) 778-5299 fax

of time and judicial resources, however, Plaintiffs ask that the Court find these documents admissible and not require Plaintiffs to call multiple custodians for this purpose.

Additionally, these exhibits are self-authenticating pursuant to FRE 902, as they are either public documents, official publications, or records or data generated from electronic systems. *See* FRE 902(2)(5)(13)(14). Plaintiffs ask that the Court find these documents to be self-authenticating without requiring Plaintiffs to call custodians to testify to as much.

Defendants are responsible for creating and producing these documents to Plaintiffs, and in some instances to the public, legislature, or federal government as well, and their objections based on the documents' authenticity and unreliability are thus disingenuous and strange. Plaintiffs' maintain that these exhibits are per se admissible, and that in the interest of saving time and judicial resources, the Court should admit them without requiring Plaintiffs' to call numerous representatives from the Department of Human Services and other agencies to authenticate Defendants' own documents.

6.  Defendants object to several of Plaintiffs' exhibits stating, "Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403." As this is a bench trial, there is little risk that the Court will consider information that is unfairly prejudicial or confusing. *See, e.g.*, *United States v. Caudle*, 48 F.3d 433, 435 (9th Cir. 1995) ("[I]t would be most surprising if such potential prejudice had any significance in a bench trial."). Additionally, Plaintiffs' Specific Responses explain the relevance of the objected-to exhibits.

## SPECIFIC RESPONSES

Plaintiffs provide the following Specific Responses to Defendants' objections and incorporate the General Responses mentioned above where applicable.

4887-7840-7610v.1 0201450-000001          DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| Ex. | Description | Stip. | Objections | Responses |
|---|---|---|---|---|
| 1 | 2/5/2024 Memorandum from Fariborz Pakseresht to Senate Human Services Committee re Responses to questions regarding Child Welfare contractors, temporary lodging and litigation | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • Relevant to and highly probative of factual and legal issues, including deliberate indifference, temporary lodging, provision of services, and maltreatment in care, among others. <br> • *See* General Response Nos. 1 and 6. |
| 2 | Expert Report of Patricia Rideout and Dr. Sue Steib 11/30/2019 | | Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III.A. | • *See* General Response Nos. 1 and 3. |
| 3 | Amended Expert Report of Patricia Rideout and Dr. Sue Steib 2/2/2024 | | Inadmissible for the reasons explained in Defendants' Daubert | • *See* General Response Nos. 2 and 3. |
| 4 | Expert Rebuttal Report of Patricia Rideout and Dr. Sue Steib 3/1/2024 | | Inadmissible for the reasons explained in Defendants' Daubert motion. Hearsay. FRE 802. | • *See* General Response Nos. 2 and 3. |
| 5 | Expert Report of Dr. Angelique Day 11/27/2019 | | Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.D. | • *See* General Response Nos. 1 and 3. |
| 6 | Expert Report of Dr. Angelique Day 12/15/2023 | | Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.D. | • *See* General Response Nos. 2 and 3. |
| 7 | Expert Report of Dr. Anne Farina 12/15/2023 | | Hearsay. FRE 802. | • *See* General Response No. 3. |
| 8 | Expert Rebuttal Report of Dr. Anne Farina 3/1/2024 | | Hearsay. FRE 802. | • *See* General Response No. 3. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 9 | Expert Rebuttal Report of Albyn Jones 3/1/2024 | Inadmissible for the reasons explained in Defendants' Daubert motion. Hearsay. FRE 802. | • *See* General Response Nos. 2 and 3. |
|---|---|---|---|
| 10 | Expert Report of Alan M. Puckett 11/28/2019 | Hearsay. FRE 802. | • *See* General Response No. 3. |
| 11 | Expert Report of Dr. Bianca Wilson 12/1/2019 | Hearsay. FRE 802. | • *See* General Response No. 3. |
| 12 | Wyatt B. Complaint | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. | • The complaint is not being offered for the truth of the matter asserted and thus is not hearsay. It is probative of Defendants' awareness of the problems in Oregon's child welfare system, which is relevant to providing deliberate indifference. |
| 13 | Plaintiffs' 15th RFP | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III.A. | • The RFP is relevant to understanding the testimony of Plaintiffs' experts Dr. Steib and Ms. Rideout, who will testify about their review 95 foster children's case files that they received pursuant to this RFP. • *See* General Response No. 1. |
| 14 | Plaintiffs' 16th RFP | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A., III.A. | • The RFP is relevant to understanding the testimony of Plaintiffs' experts Dr. Steib and Ms. Rideout, who will testify about their review 95 foster children's case files that they received pursuant to this RFP. • See General Response No. 1. |
| 15 | 12/7/2021 Email exchange re CANS information | Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response No. 4 |
| 16 | 12/8/2021 Email exchange re OR CANS information | Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response No. 4 |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 17 | 12/8/2021 Email exchange re OR CANS information | | Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response No. 4 |
|----|---|---|---|---|
| 18 | 12/9/2021 Email exchange re OR CANS Information | | Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response No. 4 |
| 19 | Department of Administrative Services Insurance Fund Presentation 2/14/2024 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion VII. | • This exhibit is relevant to establishing deliberate indifference, among other aspects of Plaintiffs' claims.<br>• *See* General Response Nos. 1 and 5. |
| 20 | 2023 Public Knowledge Report: Oregon Child Welfare Review Draft Assessment Findings Report 12/15/2024 | Stip. | No objection. | |
| 21 | Public Knowledge Focus Group Notes | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. | • These notes provide a basis for the Public Knowledge Report, the introduction of which Defendants have not objected to and have also sought. The notes are highly relevant to Defendants' expert, Stacey Moss's, testimony and to the Court's ability to evaluate it. They are also relevant to issues including staffing, services, placements, and others. Moreover, Defendants' exhibit list includes at least four exhibits comprised of Plaintiffs' experts' typed and handwritten notes. *See* ECF No.373 at 15.<br>• *See* General Response No. 6. |

Page 8 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

4887-7840-7610v.1 0201450-000001     DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 22 | Stacey Moss 3/18/2024 Deposition Transcript at: Exs. 2 & 4 to Stacey Moss Deposition | | Deposition transcript: Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Improper impeachment. FRE 602. - Ex. 2 to the transcript: Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Improper impeachment. FRE 602. - Ex. 4 to the transcript: Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine. Authenticity. FRE 901. | • The exhibit is highly relevant to Defendants' expert Stacey Moss's testimony, credibility, and findings. <br> • Defendants seek to introduce Stacey Moss's expert report and other documents on which she relied. Plaintiffs should not be precluded from doing the same if the Court chooses to admit Defendants' exhibits. <br> • Ms. Moss's deposition transcript is admissible for impeachment purposes and as statements of a testifying witness. |
| 23 | Public Knowledge Interview Notes | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. | • These notes provide a basis for the Public Knowledge Report, the introduction of which Defendants have not objected to and have also sought. The notes are highly relevant to Defendants' expert, Stacey Moss's, testimony and to the court's ability to evaluate it. They are also relevant to issues including staffing, services, placements, and other issues. Moreover, Defendants' exhibit list includes at least four exhibits comprised of Plaintiffs' experts' typed and handwritten notes. <br> • *See* General Response No. 6. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main ∙ (503) 778-5299 fax

| 24 | CFSR Self-Assessments - Statewide Chart | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Inadmissible because contents summarized do not meet the requirements for a summary exhibit. FRE 1006. Authenticity. FRE 901. | • Exhibit is highly probative of numerous issues in this case, including maltreatment in care, services, permanency, case planning, among others, and is not in any way prejudicial.<br>• The underlying documents summarized are voluminous and have been provided and thus this exhibit is admissible pursuant to FRE 1006.<br>• *See* General Response No. 6. |
| 25 | D10 2018 CFSR Charts | Stip. | No objection. | |
| 26 | D10 2019 CFSR Charts | Stip. | No objection. | |
| 27 | D10 2020 CFSR Charts | Stip. | No objection. | |
| 28 | D10 2021 CFSR Charts | Stip. | No objection. | |
| 29 | D10 2022 CFSR Charts | Stip. | No objection. | |
| 30 | D10 2023 CFSR Charts | Stip. | No objection. | |
| 31 | Number of Children in Foster Care or being Served In Home on April 1, 2022 by Worker Assignment, Worker County, Worker Role, and Worker Type | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. | • This exhibit demonstrates caseworker caseloads and is thus relevant to myriad trial issues, including common questions this Court has certified.<br>• *See* General Response Nos. 5 and 6. |
| 32 | Number of Children in Foster Care or being Served In Home on | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. | • This exhibit demonstrates caseworker caseloads and is thus |

| | | | |
|---|---|---|---|
| | Jan. 1, 2022 by Worker Assignment, Worker County, Worker Role, and Worker Type | | FRE 403.<br>Hearsay. FRE 802. | relevant to myriad trial issues, including common questions this Court has certified.<br>• *See* General Response Nos. 5 and 6. |
| 33 | Number of Children in Foster Care or being Served In Home on April 1, 2021 by Worker Assignment, Worker County, Worker Role, and Worker Type | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. | • This exhibit demonstrates caseworker caseloads and is thus relevant to myriad trial issues, including common questions this Court has certified.<br>• *See* General Response Nos. 5 and 6. |
| 34 | Number of Children in Foster Care or being Served In Home on Jan 1, 2021 by Worker Assignment, Worker County, Worker Role, and Worker Type | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. | • This exhibit demonstrates caseworker caseloads and is thus relevant to myriad trial issues, including common questions this Court has certified.<br>• *See* General Response Nos. 5 and 6. |
| 35 | 2018 Oregon Secretary of State Audit of ODHS | Stip. | No objection. | |
| 36 | OR Secretary of State Audit of ODHS 2019: Recommendation Follow-up Report: DHS Has Made Important Improvements, but Extensive Work Remains to Ensure Child Safety | Stip. | No objection. | |
| 37-85 | Exhibits 37-85 are Child Welfare monthly debrief summaries produced by Defendants in | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. Original writing | • The exhibits are CFSR reviews that DHS conducted, created, and produced. They are relevant to myriad trial |

| | | | | |
|---|---|---|---|---|
| | discovery. Defendants make identical objections to all the summaries. | | is required to prove contents. FRE 1002. | issues, including maltreatment in care, services, permanency, case planning, among others, and is not in any way prejudicial.<br>• FRE 1002 does not apply to these exhibits.<br>• *See* General Response Nos. 5 and 6. |
| 86 | 8/10/2018 Email from Rosa Klein to Kate Brown et al. | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106.<br>Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional.<br>• The exhibit is relevant to establishing deliberate indifference.<br>• *See* General Response No. 4. |
| 87 | Foster Care Recruitment & Retention | Stip. | No objection | |
| 88 | 8/26/2019 Email from Fariborz Pakseresht to SEIU 503 | | Hearsay. FRE 802. | • *See* General Response No. 4. |
| 89 | Oregon Department of Human Services, Child Welfare Progress Report | Stip. | No objection | |
| 90 | 6/28/2021 Email exchange between Megan Brazo-Erickson to RJG, Lacey Andresen, et al. | | Hearsay. FRE 802. Best evidence rule. FRE 1002. | • *See* General Response No. 4. |
| 91 | 1/5/2022 Email exchange between April Munks and Lacey Andresen | | Hearsay. FRE 802. | • *See* General Response No. 4. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| 92 | 1/26/2022 Email exchange between Timothy Gillette and Eric Moore, et al. | | Hearsay. FRE 802. | • *See* General Response No. 4. |
|----|----|----|----|----|
| 93 | 4/5/2022 Email exchange between Diepen-Hedyat Anandi and Tova Woyciechowicz | | Hearsay. FRE 802. | • *See* General Response No. 4. |
| 94 | 6/22/22 Email exchange between April Munks and Lacey Andresen, Aprille Flint-Gerner, et al. | | Hearsay. FRE 802. | • *See* General Response No. 4. |
| 95 | Oregon Caseload Ratio Standards Feb 3, 2022 | Stip. | No objection | |
| 96 | 11/21/2022 Email exchange between Lacey Andresen, Amber McClelland, et al. | | Hearsay. FRE 802. | • *See* General Response No. 4. |
| 97 | June 19, 2019 Email exchange between Rosa Klein and Mary Moller, Berri Lesli, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Undisclosed expert testimony. FRE 702. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.B. | • The exhibit is highly relevant to myriad issues in this case, including staffing, permanency, aging out, workload, and maltreatment in care, among others.<br>• This exhibit does not constitute expert testimony.<br>• *See* General Responses Nos. 1 and 4. |
| 98 | 9/20/2019 Email exchange between Kim Lorz and Morton McKenzie, Lisa Lewis, et al. | | Hearsay. FRE 802. | • *See* General Response No. 4. |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main ⋅ (503) 778-5299 fax

| 99 | 8/23/2019 Email exchange between Fariborz Pakseresht and Liesl Wendt | | Hearsay. FRE 802. Best evidence rule. FRE 1002. | • *See* General Response No. 4. |
|---|---|---|---|---|
| 100 | 2/12/2020 Email exchange between RJG, Jana Mclellan, Fariborz, Deena Loughary, Lacey Andresen, et al. | | Hearsay. FRE 802. | • *See* General Response No. 4. |
| 101 | 1/6/2022 Email exchange between Kevin Marks Hess and Kristin Khamnohack, Lacey Andresen, et al. | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Hearsay. FRE 802. | • See General Response No. 4. |
| 102 | 2/17/22 Email exchange between Lacey Andresen and April Munks, Rebecca Jones Gaston, et al. | | Hearsay. FRE 802. | • See General Response No. 4. |
| 103 | 2/14/22 Email exchange between April Munks and Cherly Baldomarolucas et al. | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Hearsay. FRE 802. | • See General Response No. 4. • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional. |
| 104 | 5/13/2022 Email exchange between Lacey Andresen, Timothy Gillette, RJG, Aprille Flint-Gerner, et al | | Hearsay. FRE 802. | • See General Response No. 4. |
| 105 | Email exchange between Lacey Andresen, RJG, April Munks, et al. | | Hearsay. FRE 802. | • *See* General Response No. 4. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 106 | Agency Budget Request Section 2 2023- 2025 | Stip. | No objection | |
|---|---|---|---|---|
| 107 | Email from Darin Mancuso to Fariborz Pakseresht, Deena Loughary, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion II. | • *See* General Response No. 4. |
| 108 | Temporary Lodging Progress Report Jan 3, 2023 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • This exhibit is highly relevant to substantive due process rights of the plaintiff class and certified common questions, including whether Defendants maintain a deficiency of appropriate placements, among other issues.<br>• *See* General Response Nos. 1 and 5. |
| 109 | 1/4/2023 Email exchange between Fariborz Pakseresht, Lacey Andresen, et al. | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional.<br>• *See* General Response Nos. 1 and 4. |
| 110 | 1/13/2023 Email exchange between Laura Winchester and Susana Dietrich | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the issues of turnover, staffing, and caseloads, among others.<br>• *See* General Response Nos. 1 and 4. |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 111 | 1/4/2023 Email exchange between Darin Mancuso, Deena Loughary | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion 1.A. | • The exhibit is highly relevant to the issues of turnover, staffing, and caseloads, among others.<br>• *See* General Response Nos. 1 and 4. |
|---|---|---|---|---|
| 112 | Percentage of adults receiving required monthly face-to-face visits | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues.<br>FRE 403. Hearsay. FRE 802. | • This exhibit is highly relevant to myriad of issues at trial, including caseloads, staffing, permanency, and services, among others.<br>• DHS created and produced this document based on its own internal data.<br>• *See* General Response Nos. 5 and 6. |
| 113 | Caseworker visits with adults | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues.<br>FRE 403. Hearsay. FRE 802. | • This exhibit is highly relevant to myriad of issues at trial, including caseloads, staffing, permanency, and services, among others.<br>• *See* General Response Nos. 5 and 6. |
| 114 | ODHS CFSP 2020-2024 | Stip. | No objection | |
| 115 | 3/29/2021 Email exchange between Lacey Andresen, Lee Brown, et al. | | Hearsay. FRE 802. Best evidence rule. FRE 1002. | • *See* General Response No. 4.<br>• FRE 1002 is not applicable. The exhibit depicts the original email as Defendants produced it to Plaintiffs. |
| 116 | 7/27/2021 Email exchange between Lacey Andresen, and field program managers | | Hearsay. FRE 802. Best evidence rule. FRE 1002. | • *See* General Response No. 4.<br>• FRE 1002 is not applicable. The exhibit depicts the original email as Defendants produced it to Plaintiffs. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| 117 | 12/1/2021 Email exchange between Lacey Andresen and field program managers | | Hearsay. FRE 802. Best evidence rule. FRE 1002. | • *See* General Response No. 4.<br>• FRE 1002 is not applicable. The exhibit depicts the original email as Defendants produced it to Plaintiffs. |
|-----|------|------|------|------|
| 118 | Number of initial Permanency Plans w/in 60 days of FC by entry month, trend data | Stip. | No objection | |
| 119 | Number of initial Permanency Plans w/in 60 days of FC by entry month, trend data | Stip. | No objection | |
| 120 | ODHS CW Progress Report Mar 2024 | Stip. | No objection | |
| 121 | Invoices for Dynamic Life Planning Sessions | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901. | • This exhibit is relevant to the issues of temporary lodging, deliberate indifference, maltreatment in care, and placements, among others.<br>• Defendants produced this record to Plaintiffs in discovery, purportedly as a true and accurate copy of an invoice DHS received and in response to Plaintiffs' request for production.<br>• *See* General Response No 5. |

Page 17 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

4887-7840-7610v.1 0201450-000001          DAVIS WRIGHT TREMAINE LLP
                                                   560 SW 10th Avenue, Suite 700
                                                       Portland, Oregon 97205
                                               (503) 241-2300 main · (503) 778-5299 fax

| 122 | 11/14/2023 Email exchange between Michelle Pfeiffer and Lacey Andresen et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. | • This exhibit is relevant to the issues of temporary lodging, deliberate indifference, maltreatment in care, and placements, among others.<br>• *See* General Response No. 4. |
|-----|-----|-----|-----|-----|
| 123 | 12/5/2023 OPB Article | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. | • This exhibit is relevant to the issues of temporary lodging, deliberate indifference, maltreatment in care, and placements, among others.<br>• The exhibit is self-authenticating. *See* FRE 902(6). |
| 124 | 2/29/2024 OPB Article | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. | • This exhibit is relevant to the issues of temporary lodging, deliberate indifference, maltreatment in care, and placements, among others.<br>• The exhibit is self-authenticating. *See* FRE 902(6). |
| 125 | 3/1/2024 Email exchange between Michelle Pfeiffer and Senator Gelser et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. | • This exhibit is relevant to the issues of temporary lodging, deliberate indifference, maltreatment in care, and placements, among others.<br>• *See* General Response No. 4. |
| 126 | 3/1/2024 Email exchange between Michelle Pfeiffer and Senator Gelser et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. | • This exhibit is relevant to the issues of temporary lodging, deliberate indifference, maltreatment in care, and placements, among others.<br>• *See* General Response No. 4. |

4887-7840-7610v.1 0201450-000001          DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 127 | DHS Child Welfare After Action Report: A Review of Contracting with Dynamic Life | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • This document bears the Department of Human Service's letterhead and the Governor's name. The exhibit also constitutes a public record. *See* FRE 803(8).<br>• *See* General Response No. 1. |
|---|---|---|---|---|
| 128 | Sensitive Issue Reports Compilation | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion II. | • This exhibit is highly relevant to the issue of maltreatment in care and deliberate indifference, among others.<br>• *See* General Response Nos. 1 and 5. |
| 129 | Summary of temporary lodging settlement agreement | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Prohibited use of settlement agreement. FRE 408.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • This exhibit is relevant to the issues of temporary lodging, placements, and deliberate indifference, among others.<br>• FRE 408 is not applicable as Plaintiffs do not intend to use this evidence for the improper purposes described therein.<br>• *See* General Response Nos. 1, 5, and 6. |
| 130 | Slide deck from 8/15/2018 on temporary lodging and the settlement | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Prohibited use of settlement agreement. FRE 408.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' | • This exhibit is highly relevant to temporary lodging, placements, safety, and deliberate indifference, among other issues.<br>• FRE 408 is not applicable as Plaintiffs do not intend to use this evidence for the improper purposes described therein. |

DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| | | Motions in Limine, including Motion V | • Defendants produced this document to Plaintiffs in discovery purportedly as a true and accurate copy of a record kept by Defendants. Additionally, Defendants' hearsay and authentication objections are ironic given that Defendants' exhibit list contains multiple presentations that they intend to introduce at trial.<br>• *See* General Response Nos. 1 and 6. |
|---|---|---|---|
| 131 | Datasheet Count of Children/Young Adults in Foster Care by Lifetime Temporary Lodging occasions through the end of the period | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • This exhibit is highly relevant to temporary lodging, placements, and permanency, among other issues. *See* General Response Nos. 1, 5, and 6. |
| 132 | Datasheet Children/Young Adults exiting from foster care during the reporting period by count of total occasions during the foster care episode | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions 1.A., 1.B, I.C., and V . | • This exhibit is highly relevant to the issue of permanency, among other issues. *See* General Response Nos. 1, 5, and 6. |
| 133 | Datasheet on days spent in temporary lodging for those in custody on 1/31/22 | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair | • This exhibit is highly relevant to permanency and temporary lodging, among other issues. *See* General Response Nos. 1, 5, and 6. |

4887-7840-7610v.1 0201450-000001        DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | | |
|---|---|---|---|---|
| | | | prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | |
| 134 | November 2022 Temporary Lodging report | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • This exhibit is highly relevant to permanency and temporary lodging, among other issues.<br>• *See* General Response Nos. 1, 5, and 6. |
| 135 | November/December 2022 Temporary Lodging Report | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • The exhibit is highly relevant to permanency and temporary lodging, among other issues.<br>• *See* General Response Nos. 1, 5, and 6. |
| 136 | Letter to Judge McShane re Temporary Lodging numbers | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • The exhibit is highly relevant to permanency, temporary lodging,  and deliberate indifference, among other issues. Additionally, Defendants intend to call at least one witness who will testify about these issues at trial.<br>• The exhibit is a letter submitted to the U.S. District Court for the District of Oregon and bears the Department of Human Services letterhead.<br>• *See* General Response Nos. 1 and 5. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| 137 | Temporary Lodging Report to McShane | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • The exhibit is highly relevant to permanency, temporary lodging, and deliberate indifference, among other issues. Additionally, Defendants intend to call at least one witness who will testify about these issues at trial.<br><br>• The exhibit is a letter submitted to the U.S. District Court for the District of Oregon and bears the Department of Human Services letterhead. The document was produced to Plaintiffs in discovery and the Court should find it is per se admissible.<br><br>• *See* General Response Nos. 1 and 5. The exhibit also contains statements of a party opponent. |
| --- | --- | --- | --- | --- |
| 138 | Temporary Lodging Report to McShane | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • The exhibit is highly relevant to permanency, temporary lodging, and deliberate indifference, among other issues. Additional, Defendants intend to call at least one witness who will testify about these issues at trial.<br><br>• The exhibit is a letter submitted to the U.S. District Court for the District of Oregon and bears the Department of Human Services letterhead. The document was produced to Plaintiffs in discovery and the Court should find it is per se admissible.<br><br>• *See* General Response Nos. 1 and 5. The exhibit also contains statements of a |

| | | | | party opponent. |
|---|---|---|---|---|
| 139 | Temporary Lodging Report to McShane | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • The exhibit is highly relevant to permanency, temporary lodging, and deliberate indifference, among other issues. Additionally, Defendants intend to call at least one witness who will testify about these issues at trial.<br>• The exhibit is a letter submitted to the U.S. District Court for the District of Oregon and bears the Department of Human Services letterhead. The document was produced to Plaintiffs in discovery and the Court should find it is per se admissible.<br>• *See* General Response Nos. 1 and 5. The exhibit also contains statements of a party opponent. |
| 140 | Temporary Lodging Report to McShane | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • The exhibit is highly relevant to permanency, temporary lodging, and deliberate indifference, among other issues. Additionally, Defendants intend to call at least one witness who will testify about these issues at trial.<br>• The exhibit is a letter submitted to the U.S. District Court for the District of Oregon and bears the Department of Human Services letterhead. The document was produced to Plaintiffs in discovery and |

DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| | | | | |
|---|---|---|---|---|
| | | | | the Court should find it is per se admissible.<br>• *See* General Response Nos. 1 and 5. The exhibit also contains statements of a party opponent. |
| 141 | Temporary Lodging Report to McShane | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • The exhibit is highly relevant to permanency, temporary lodging, and deliberate indifference, among other issues. Additionally, Defendants intend to call at least one witness who will testify about these issues at trial.<br>• The exhibit is a letter submitted to the U.S. District Court for the District of Oregon and bears the Department of Human Services letterhead. The document was produced to Plaintiffs in discovery and the Court should find it is per se admissible.<br>• *See* General Response Nos. 1 and 5. The exhibit also contains statements of a party opponent. |
| 142 | Temporary Lodging Report to McShane | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.1 Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • The exhibit is highly relevant to permanency, temporary lodging, and deliberate indifference, among other issues. Additional, Defendants intend to call at least one witness who will testify about these issues at trial.<br>• The exhibit is a letter submitted to the U.S. District Court for the District of Oregon and bears the Department of Human Services letterhead. The document was produced to |

Page 24 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| | | | | • Plaintiffs in discovery and the Court should find it is per se admissible. |
| | | | | • *See* General Response Nos. 1 and 5. The exhibit also contains statements of a party opponent. |
| 143 | Special Master's Recommendations for Addressing Temporary Lodging | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • The exhibit is highly relevant to permanency, temporary lodging, and deliberate indifference, among other issues. Additionally, Defendants intend to call at least one witness who will testify about these issues at trial. |
| | | | | • The exhibit a public record pursuant to FRE 803(8). It was also produced to Plaintiffs in discovery, submitted to the Court, and bears the Department of Human Services Letterhead. *See* General Response Nos. 1 and 5. |
| 144 | 1/19/2018 Email exchange between Laurie Theororou, Nancy Allen, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to placements, services, maltreatment in care, and deliberate indifference, among other issues. |
| | | | | • *See* General Response Nos.1 and 4. |
| 145 | 1/26/2018 Email exchange between Glenda Marshall, Nancy Allen, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A, | • The exhibit is highly relevant to placements, services, and deliberate indifference, among other issues. |
| | | | | • *See* General Response Nos. 1 and 4. |

4887-7840-7610v.1 0201450-000001        DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 146 | ORRAI Capacity Needs Report | Stip. | No objection | |
|---|---|---|---|---|
| 147 | Email exchange between Marty Herbert, Nancy Allen, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A, | • The exhibit is highly relevant to placements, services, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 148 | 7/26/2019 Email from Jake Sunderland to Jana Mclellan et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to visits, child safety, placements, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 149 | 9/3/2019 Email from Katrina Husbands to Kimberly Young | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to placements, recruitment, services, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 150 | 9/23/2019 Email from Angela Leet to Sara Fox | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims, placements, services, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 151 | 11/1/2019 Email exchange with all staff | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion | • The exhibit is highly relevant to maltreatment in care, placements, services, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | I.A. | |
|---|---|---|---|---|
| 152 | 12/4/2019 Email exchange between Glenda Marshall, Angela Leet, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims, placements, services, and deliberate indifference, among other issues.<br>• *See* General Objection Response Nos. 1 and 4. |
| 153 | Secretary of State OHA Audit Mental Health Treatment | | Hearsay. FRE 802. | • *See* General Response No. 5. |
| 154 | Datasheet ODHS Certified Resource Homes on the first day of the quarter and those with no children placed with provider in the previous 6 months | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A. and V. | • The exhibit is highly relevant to certifications of foster homes, placements, and child safety, among other issues. *See* General Response Nos. 1, 5, and 6. |
| 155 | Datasheet ODHS Certified Homes on the first day of the period and those with no children placed in the home | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A. and V. | • The exhibit is highly relevant to certifications of foster homes, placements, and child safety, among other issues. *See* General Response Nos. 1, 5, and 6. |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 156 | Datasheet CM.09 Placement in Same or Adjoining County-of those in care | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to placements, the AACWA claims, and child wellbeing, among other issues.<br>• *See* General Response Nos. 1, 5, and 6 |
|---|---|---|---|---|
| 157 | BRS Beds PowerPoint and datasheet | Stip. | No objection | |
| 158 | 6/22/2022 Email exchange between Sarah Fox, Lacey Andresen, et al. | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106.<br>Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims, placements, capacity, and staffing, among other issues.<br>• FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional.<br>• *See* General Response Nos. 1 and 4. |
| 159 | Datasheet on capacity overrides | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is relevant to services, the ADA Subclass's claims, capacity, and placements, among other issues.<br>• *See* General Response Nos. 1, 5, and 6. |

DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| 160 | Statewide Quarterly Data Report 20202022 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is relevant to services, the ADA Subclass's claims, capacity, and placements, among other issues.<br>• *See* General Response Nos. 1, 5, and 6. |
|---|---|---|---|---|
| 161 | All DHS certified providers open first day of month between 2021 and 2022 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims, placements, and capacity, among other issues. *See* General Response Nos. 1, 5, and 6. This document also states that it was created by ORRAI. |
| 162 | Placement map | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is relevant to the ADA Subclass's claims, placements, and services, among other issues.<br>• *See* General Response Nos 1 and 5. |
| 163 | HB 2086 (2021) Report: Intensive Behavioral Health Treatment Services for Children and Adolescents: Capacity and Demand | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims, placements, and services, among other issues.<br>• *See* General Response Nos. 1 and 5. This exhibit is a report created by the Oregon Health Authority. |
| 164 | 7/15/2018 Email exchange between Marilyn Jones, Shannon Biteng, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A. and I.C. | • The exhibit is highly relevant to permanency and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 165 | 5/17/2019 Email exchange between Sarah Fox, Rosa Klein, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A and VIII. | • The exhibit is highly relevant to maltreatment in care, placements, services, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
|---|---|---|---|---|
| 166 | 6/12/2019 Email exchange between Senator Gelser, Rosa Klein, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A and VIII. | • The exhibit is highly relevant to maltreatment in care, placements, services, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 167 | 6/4/2019 Email from David Schmidt to Christy Sinatra | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to maltreatment in care, placements, services, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 168 | 7/27/2022 Email exchange between Senator Gelser, Fariborz Pakseresht, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A. and VIII. | • The exhibit is relevant to the ADA Subclass's claims, congregate care, placements, services, maltreatment in care, and deliberate indifference.<br>• *See* General Response Nos. 1 and 4. |
| 169 | Datasheet on congregate care placements | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to congregate care, placements, services, and the ADA Subclass's claims, among other issues.<br>• *See* General Response Nos. 1, 5, and 6. |

Page 30 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| 170 | Datasheet on congregate care placements | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to congregate care, placements, services, and the ADA Subclass's claims, among other issues.<br>• *See* General Response Nos. 1, 5, and 6 |
|-----|-----|-----|-----|-----|
| 171 | Datasheet Children in Foster Care on first day of quarter | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A, and V. | • The exhibit is highly relevant to the number of children in care and  the Aging Out Subclass's claims, among other issues. *See* General Response Nos. 1, 5, and 6. |
| 172 | Datasheet on children entering care each year | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the number of children in care, the ADA Subclass's claims, placements, and the Aging Out Subclass's claims, among other issues.<br>• *See* General Response Nos. 1, 5, and 6 |
| 173 | Datasheet on victims of Abuse while in foster care | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. Inadmissible | • The exhibit is highly relevant to the number of children in care, the ADA Subclass's claims, placements, and the Aging Out Subclass's claims, among other issues. *See* General Response Nos. 1, 5, and 6. |

4887-7840-7610v.1 0201450-000001        DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| | | | | |
|---|---|---|---|---|
| | | | for the reasons explained in Defendants' Motions in Limine, including Motions 1.A., II, III.A., and V. | |
| 174 | Datasheet on Children in Foster Care on first day of quarter | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A . | • The exhibit is highly relevant to the number of children in care, the ADA Subclass's claims, placements, and the number of children in care, among other issues. It is highly probative of these issues and there is no risk of unfair prejudice and confusion.<br>• *See* General Response Nos. 1, 5, and 6. |
| 175 | 2021 CW Data Book | Stip. | No objection | |
| 176 | ODHS data | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. Best evidence rule. FRE 1002. | • The exhibit is highly probative of Plaintiffs' claims regarding maltreatment in care, permanency, and the ADA Subclass's claims, among others, and there is no risk of confusion or unfair prejudice.<br>• FRE 1002 does not apply. The exhibit is the original document created by the Department of Human Services and produced by Defendants in discovery.<br>• *See* General Response Nos. 5 and 6. |
| 177 | Oregon Data | Stip. | No objection | |
| 178 | CFSR Data Profile R3 August 2022 | Stip. | No objection | |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| 179 | CFSR Data Profile R3 February 2022 | Stip. | No objection | |
|---|---|---|---|---|
| 180 | 2023 Oregon Profile Casey Family | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.D. | • The exhibit is highly relevant to the Aging Out Subclass's claims and services, among other issues.<br>• The exhibit was created by the Annie E. Casey Foundation. In the interest of judicial resources and time, Plaintiffs should not be required to call a representative from the organization to authenticate the document.<br>• *See* General Response Nos. 1 and 5. Additionally, Plaintiffs' expert relied on this in forming her opinions. |
| 181 | NYTD data snapshot Oregon 2016-2020 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.D. | • The exhibit is highly relevant to the Aging Out Subclass's claims and services, among other issues.<br>• The exhibit is from the National Youth in Transition Database. In the interest of judicial resources and time, Plaintiffs should not be required to call a representative from the organization to authenticate the document.<br>• *See* General Response Nos. 1 and 5. Additionally, Plaintiffs' expert relied on this in forming her opinions. |
| 182 | NYTD data snapshot Oregon 2017-2021 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. | • The exhibit is highly relevant to the Aging Out Subclass's claims and services, among other issues. |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | | |
|---|---|---|---|---|
| | | | Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.D. | • The exhibit is from the National Youth in Transition Database. In the interest of judicial resources and time, Plaintiffs should not be required to call a representative from the organization to authenticate the document. <br>• *See* General Response Nos. 1 and 5. Additionally, Plaintiffs' expert relied on this in forming her opinions. |
| 183 | Email exchange between Lacey Andresen, Sherrelle Jackson, et al | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. <br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.D. and V. | • The exhibit is highly relevant to the ADA Subclass's claims, services, placements, and deliberate indifference, among other issues. <br>• *See* General Response Nos. 1 and 4. |
| 184 | Spreadsheet with Interview Output | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. <br>Hearsay. FRE 802. | • The exhibit contains notes from Defendants' own expert, whom Defendants intend to call at trial and whose report is based in part on the survey responses in this document. It is probative of the myriad of issues covered in Defendants' expert's report and the expert's purported testimony. <br>• *See also* General Response No. 5 and 6. |
| 185 | Chaffee graduation rates | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. <br>Hearsay. FRE 802. <br>Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, | • The exhibit is highly relevant to the Aging Out Subclass's claims and services, among other things. <br>• *See* General Response Nos. 1 and 5. |

4887-7840-7610v.1 0201450-000001      DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | including Motion I.D. | |
|---|---|---|---|---|
| 186 | 4/15/2021 Email exchange between Elisa Deserano, Lacey Andresen, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.D. | • The exhibit is highly relevant to the Aging Out Subclass's claims, services, maltreatment in care, placements, and deliberate indifference, among other issues. <br> • *See* General Response Nos. 1 and 4. |
| 187 | 2/7/2023 ACF letter | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 187. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.D. | • The exhibit is highly relevant to deliberate indifference and the Aging Out Subclass's claims, among other issues. <br> • The exhibit is a letter signed by members of the Children's Bureau to Fariborz Pakseresht, who will be testifying at trial. *See* General Response Nos. 1 and 5. |
| 188 | Call data | | Hearsay. FRE 802. | • *See* General Response No. 5. Moreover, Defendants intend to present excessive testimony and evidence related to the hotline. |
| 189 | Call wait-time data | | Hearsay. FRE 802. | • *See* General Response No. 5. Moreover, Defendants intend to present excessive testimony and evidence related to the hotline. |
| 190 | Datasheet on founded CPS Assessments | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. | • The exhibit is highly probative of maltreatment in care and staffing, among other issues. <br> • *See* General Response Nos. 5 and 6. |

4887-7840-7610v.1 0201450-000001 DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 191 | Data on overdue Assessments | | Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response No. 5. |
| 192 | 2024 APSR | Stip. | No objection | |
| 193 | May 2022 CPS Fidelity Statewide Report | Stip. | No objection | |
| 194 | ODHS 2023-25 POP Child Safety | Stip. | No objection | |
| 195 | Planning for Reunification and Meeting Expected Outcomes | | Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response No. 5. This exhibit is part of the Department of Human Service's own training curriculum. |
| 196 | 7/12/2019 Email exchange between Tami Kane-Suleiman and Greg Westbrooks, et al. | | Hearsay. FRE 802. | • *See* General Response No. 4. |
| 197 | 8/27/2019 Email exchange between Sen Gelser, Remmal Nivens, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A. and VIII. | • The exhibit its highly relevant to maltreatment in care, deliberate indifference, and placements, among other issues. • *See* General Response Nos. 1, 4, and 6. |
| 198 | Oregon Child Integrated Dataset | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Best evidence rule. FRE 1002. | • The exhibit is highly probative of maltreatment in care, harm to children, and services, among other issues and there is no risk of unfair prejudice or confusion. • *See* General Response Nos. 1, 5, and 6. • FRE 1002 does not apply. The exhibit is a report |

Page 36 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

| | | | | created by the Oregon Child Integrated Dataset and the original document produced by Defendants in discovery. |
|---|---|---|---|---|
| 199 | Email exchange between Rebecca Jones-Gaston, Fariborz, et al. | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106.<br>Hearsay. FRE 802. | • *See* General Response No. 4.<br>• FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional. |
| 200 | 9/28/2021 Email exchange between Fariborz, Lacey Andresen, et al. | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106.<br>Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions II and III.A. | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional.<br>• The exhibit is highly relevant to maltreatment in care and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 201 | 2/4/2022 Email exchange between Sen Gelser, Lacey Andresen, et al. | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106.<br>Hearsay. FRE 802. | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional.<br>• *See* General Response No. 4. |
| 202 | CIRT datasheet | Stip. | No objection | |
| 203 | CFSR 3 | Stip. | No objection | |
| 204 | ODHS Child Welfare Dashboard | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. | • Plaintiffs informed Defendants that they wish to confer on how to best present evidence from this online dashboard at trial. Defendants included screenshots from this dashboard in their exhibit list. |
| 205 | Article: Oregon DHS report admits missteps | | Not relevant because it does not tend to make any fact of | • This exhibit is relevant to maltreatment in care, |

Page 37 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | | |
|---|---|---|---|---|
| | in foster kid care, but lawmaker says that's not enough | | consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. | deliberate indifference, and placements, among others. <br>• The exhibit is self-authenticating. *See* FRE 902(6). |
| 206 | Service Delivery Data Report Midtown Child Welfare 2024 | Stip. | No objection | |
| 207 | Absence of repeated maltreatment chart | | Best evidence rule. FRE 1002. | • FRE 1002 is inapplicable. The exhibit is a document created by the Department of Human Services and the original document produced by Defendants in discovery. *See also* General Response No. 5. |
| 208 | 8/23/2022 Email exchange between Lacey Andresen, Cathy Iles, et al. | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Hearsay. FRE 802. | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional. <br>• *See* General Response No. 4 |
| 209 | Datasheet on foster care visits | | Hearsay. FRE 802. | • *See* General Response No. 5. |
| 210 | 10/31/2019 Email from David Schmidt to Jeff Pinelli et al | | Hearsay. FRE 802. | • *See* General Response No. 4. |
| 211 | Caseload optimization for improved child outcomes and workload equity | Stip. | No objection | |
| 212 | 11/2/2021 Email exchange between Kody Cayson and Paul Bellatty et al | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Hearsay. FRE 802. | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional. <br>• *See* General Response No. 4. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 213 | Datasheet on discharges | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.B. | • The exhibit is highly relevant to permanency and Plaintiffs' right to treatment and care consistent with the purpose and assumptions of government custody, among other issues. prejudice or confusion.<br>• *See* General Response Nos. 1, 5, and 6. |
|---|---|---|---|---|
| 214 | Datasheet on time in care | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.B. | • The exhibit is highly relevant to permanency and Plaintiffs' right to treatment and care consistent with the purpose and assumptions of government custody, among other issues.<br>• *See* General Response Nos. 1, 5, and 6. |
| 215 | OR CFSR Round 3 - PIP | Stip. | No objection | |
| 216 | Chart on disparities in length of stay | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Best evidence rule. FRE 1002. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.B. | • The exhibit is highly relevant to permanency, disparities in care, and Plaintiffs' right to treatment and care consistent with the purpose and assumptions of government custody, among other issues.<br>• FRE 1002 does not apply. The exhibit is a report created by the Department of Human Services and is the original document produced by Defendants in discovery.<br>• *See* General Response Nos. 1 and 5. |

Page 39 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

| 217 | 8/23/2022 Email exchange between Cathy Iles, Alex Trotter et al. | | Plaintiffs have represented that Ex. 217 is a duplicate of Ex. 208. Defendants incorporate the objection to Ex. 208 here and reserve the right to supplement this objection. | • *See* Plaintiffs' Responses to Defendants' Objections to Exhibit 208. |
|---|---|---|---|---|
| 218 | AFCARS Report Oregon FY 2022 | Stip. | No objection | |
| 219 | AFCARS Report Oregon FY 2021 | Stip. | No objection | |
| 220 | Datasheet on length of stay | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.B. | • The exhibit is highly relevant to permanency and the ADA Subclass's claims, among other issues.<br>• FRE 1002 does not apply. The exhibit is a report created by the Department of Human Services and is the original document produced by Defendants in discovery.<br>• *See* General Response Nos. 1, 5, and 6. |
| 221 | 2020-2024 Child and Family Services Plan | | Plaintiffs have represented that Ex. 221 is a duplicate of Ex. 114. Defendants incorporate the objection to Ex. 114 here and reserve the right to supplement this objection. | • *See* Plaintiffs' Responses to Defendants' Objections to Plaintiffs' Exhibit 114. |
| 222 | 2021 ODHS APSR | Stip. | No objection | |
| 223 | 5/20/2020 Email exchange between Rosa Klein and Kate Brown et al. | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106.<br>Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Best evidence rule. FRE 1002. Inadmissible for the reasons explained in Defendants' Motions | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional.<br>• The exhibit is highly relevant to deliberate indifference, placements, services, maltreatment in care, and permanency, among other issues. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | in Limine, including Motion I.A. | • *See* General Response Nos. 1 and 4. |
|---|---|---|---|---|
| 224 | Chart on timely adoptions | | Best evidence rule. FRE 1002. | • FRE 1002 does not apply. The exhibit is a report created by the Department of Human Services and is the original document produced by Defendants in discovery.<br>• *See also* General Response No. 5. |
| 225 | 11/2/2021 Email exchange between Kody Cayson and Paul Bellatty et al. | | Plaintiffs have represented that Ex. 225 is a duplicate of Ex. 212. Defendants incorporate the objection to Ex. 212 here and reserve the right to supplement this objection. | • *See* Plaintiffs' Responses to Defendants' Objections to Plaintiffs' Exhibit 212. |
| 226 | Datasheet on adoption | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. | • The exhibit is highly relevant to permanency, among other issues. *See* General Response Nos. 5 and 6. |
| 227 | Adoption Datasheet | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. | • The exhibit is highly relevant to permanency, among other issues.<br>• *See* General Response Nos. 5 and 6. |
| 228 | Datasheet on trial home visits | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions | • This exhibit is highly relevant to the claims of the ADA Subclass and Aging Out Subclass, permanency, maltreatment in care, and services, among other issues.<br>• *See* General Response Nos. 1, 5, and 6. |

| | | in Limine, including Motion II. | |
|---|---|---|---|
| 229 | Chart on foster care population | Hearsay. FRE 802. | • *See* General Response No. 5. |
| 230 | Chart on placement moves | Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.C. | • *See* General Response No. 1. |
| 231 | 7/31/2020 Email exchange between Josh Miller to Lacey Andresen et al. | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.C. | • The exhibit is highly relevant to the ADA Subclass's claims, placements, and child well-being, among other issues. • *See* General Response Nos. 1 and 4. |
| 232 | Datasheet on exits | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.C. | • The exhibit is highly relevant to the ADA Subclass's claims, placements, and plaintiffs' right to protection from unnecessary intrusions into their well-being once the state has established a special relationship with the child, among other issues. • *See* General Response Nos. 1, 5, and 6. |
| 233 | Datasheet on placements | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.B. and I.C. | • The exhibit is highly relevant to placements and a plaintiffs' right to protection from unnecessary intrusions into their well-being once the state has established a special relationship with the child, among other issues. • *See* General Response Nos. 1, 5, and 6. |

4887-7840-7610v.1 0201450-000001          DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 234 | Oregon CFSR 4 Data Profile Children's Bureau | Stip. | No objection | |
|---|---|---|---|---|
| 235 | Datasheet on placements | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.C. | • The exhibit is highly relevant to placements and a plaintiffs' right to protection from unnecessary intrusions into their well-being once the state has established a special relationship with the child, among other issues.<br>• *See* General Response Nos. 1, 5, and 6. |
| 236 | 4/23/2018 Email exchange between Darin Mancuso and Bridget Byfield et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to maltreatment in care and placements, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 237 | Seiler Memo-Legislative Update Notes | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional.<br>• The exhibit is highly relevant to the ADA Subclass's claims, placements, services, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 5. |
| 238 | 2019 Joint Plan to Develop In-State Capacity and Minimize Out-of-state Placements of Children | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to placements, child safety, the ADA Subclass's claims, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 5. |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 239 | 8/2/2019 Email exchange between David Schmidt and Darin Mancuso et al | | Hearsay. FRE 802. | • *See* General Response No. 4. |
|---|---|---|---|---|
| 240 | ORRAI Child Welfare Research Agenda: Service Array Analysis Draft | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Best evidence rule. FRE 1002. Inadmissible for the reasons explained in Defendants' Motions in Limine., including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims, placements, and services, among other issues. • *See* General Response Nos. 1 and 5. • FRE 1002 does not apply. The exhibit is a report created by ORRAI and is the original document produced by Defendants in discovery. |
| 241 | 12/28/2022 Letter from Rebecca Jones Gaston to Kate Brown | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to deliberate indifference, placements, services, and the ADA Subclass's claims, among other issues • *See* General Response Nos. 1, 4, and 5. |
| 242 | CP3-Children's Public Private Partnership | | Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response No. 5. |
| 243 | 1/18/2023 Email exchange between Tim Gillette to Lacey Andresen, Aprille Flint- Gerner et al. | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Hearsay. FRE 802. | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional. • *See* General Response No. 4. |
| 244 | Greater Oregon Behavioral Health Inc. – Oregon Kinship Navigator | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. | • The exhibit is highly relevant to kinship placements and services, among other issues. • *See* General Response No. 5. |
| 245 | 2020 Secretary of State Audit | Stip. | No objection | |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 246 | 1/11/2023 Email exchange between Deena Loughary, Sarah Greenwood et al | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions II and III.A. | • The exhibit is highly relevant to placements, services, maltreatment in care, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4.<br>• The document is a public record, contains statements of a party opponent, and contains statements of declarants admissible for impeachment purposes. |
|---|---|---|---|---|
| 247 | 9/25/2019 Email exchange between Jake Sunderland and Sara Fox | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to placements, services, the ADA Subclass's claims, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 248 | 6/14/2022 Email with Sarah Fox et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to staffing, services, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 249 | 3/17/2022 Email with Sarah Fox et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to placements, services, maltreatment in care, the Aging Out Subclass's claims, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 250 | 6/23/2022 Email with Sarah Fox et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible | • The exhibit is highly relevant to permanency, services, maltreatment in care, and deliberate indifference, among other |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | | |
|---|---|---|---|---|
| | | | for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | issues.<br>• *See* General Response Nos. 1 and 4. |
| 251 | 9/26/2022 Email with Sarah Fox et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. | • The exhibit is highly relevant to placements, services, maltreatment in care, and deliberate indifference, among other issues.<br>• *See* General Response No. 4. |
| 252 | OTIS investigation of abuse | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. | • The exhibit is highly relevant to deliberate indifference, maltreatment in care, child safety and wellbeing, among other issues. Moreover, this exhibit is a screening report conducted by defendants pertaining to an individual child;  Defendants seek to introduce numerous records from children's case files.<br>• *See* General Response No. 5. |
| 253 | OTIS investigation of abuse | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. | • The exhibit is highly relevant to deliberate indifference, maltreatment in care, child safety and wellbeing, among other issues. Moreover, this exhibit contains screening information pertaining to an individual child; Defendants seek to introduce numerous records from children's case files.<br>• *See* General Response No. 4 and 5. |

DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| 254 | 9/21/2022 Email with Sarah Fox et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. | • The exhibit is highly relevant to maltreatment in care and deliberate indifference, among other issues.<br>• *See* General Response No. 4. |
|---|---|---|---|---|
| 255 | 10/7/2022 Email with Burke Belit et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to placements, services, the ADA Subclass's claims, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 256 | 1/5/2022 Email with Burke Belit et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A, V, and VIII. | • The exhibit is highly relevant to placements, temporary lodging, child well-being, maltreatment in care, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 257 | 9/5/2022 Email with Fariborz Pakseresht et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. | • The exhibit is highly relevant to placements, temporary lodging, permanency, maltreatment in care, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 4 and 6. |
| 258 | 2/21/2023 Email exchange between Nathan Webber, Gina Zintz et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. | • The exhibit is highly relevant to placements, staffing, licensing, maltreatment in care, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 4 and 6. |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 259 | 10/10/2023 Email with Lori McClure et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. | • The exhibit is highly relevant to placements, staffing, temporary lodging, and deliberate indifference, among other issues. *See* General Response Nos. 4 and 6. |
| --- | --- | --- | --- | --- |
| 260 | 7/20/2023 Email with Tom VanderVeen et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. | • The exhibit is highly relevant to placements, staffing, licensing, maltreatment in care, and deliberate indifference, among other issues.<br>• *See* General Response No. 4. |
| 261 | 5/24/2022 Email exchange between Rose Cokelly, Katrina Husbands, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. | • The exhibit is highly relevant to placements, staffing, licensing, training, resource parent needs, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 4 and 6. |
| 262 | ORRAI Report | Stip. | No objection | |
| 263 | Findings letter from USDHHS | Stip. | No objection | |
| 264 | ORRAI Report Douglas County Achieving Permanency | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A., II, and III.A. | • The exhibit is highly relevant to permanency, removals, services, and placements, among other issues.<br>• *See* General Response Nos. 1 and 5. |
| 265 | 5/22/2022 Email with Rebecca Jones Gaston et al | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible | • The exhibit is highly relevant to placements, staffing, case planning, services, maltreatment in care, and deliberate |

| | | | for the reasons explained in Defendants' Motions in Limine, including Motion I.C. | indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
|---|---|---|---|---|
| 266 | CRB CAPTA report | Stip. | No Objection | |
| 267 | Datasheet on temporary lodging | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • The exhibit is highly relevant to temporary lodging, placements, and permanency, and among other issues.<br>• *See* General Response Nos. 1 and 5. |
| 268 | 3/22/2022 Email with Garth Taft et al. | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106.<br>Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional.<br>• The exhibit is relevant to establishing deliberate indifference, among other issues. The attachment to the email is another exhibit.<br>• *See* General Response Nos. 1 and 4. |
| 269 | 9/14/2022 Email from Stacey Loboy to Sarah Fox et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. and V. | • The exhibit is highly relevant to services, placements, the ADA Subclass's claims, maltreatment in care, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 270 | 9/16/2022 Email exchange between Sara Fox, Billy Cordero, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Only part of the whole document has been offered. The rest of the document should be included. FRE | • The exhibit is highly relevant to services, placements, the ADA Subclass's claims, and deliberate indifference, among other issues.<br>• FRE 106 is inapplicable. The |

4887-7840-7610v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | | |
|---|---|---|---|---|
| | | | 106.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | exhibit constitutes a complete statement and fairness does not require anything additional.<br>• *See* General Response Nos. 1 and 4. |
| 271 | Admission Denial Reasons | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims, services, and placements, among other issues.<br>• *See* General Response Nos. 1 and 5. |
| 272 | BRS Program Review | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims, services, and placements, among other issues.<br>• *See* General Response Nos. 1 and 5. |
| 273 | Datasheet on BRS Placements | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims, services, and placements, among other issues.<br>• *See* General Response Nos. 1 and 5. |
| 274 | 1/1/2022 Email exchange between Fariborz Pakseresht, John Kitzhaber, et al. | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Undisclosed expert testimony. FRE 702.<br>Hearsay. FRE 802. | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional.<br>• *See* General Response No. 4. |

Page 50 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| 275 | Dynamic Service Capacity | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims and services, among other issues.<br>• *See* General Response Nos. 1 and 5. |
|---|---|---|---|---|
| 276 | 4/27/2021 Email exchange between Rebecca Jones Gaston, Sarah Fox, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims, placements, deliberate indifference, and services, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 277 | DHS/OHA report Oregon's Child, Youth & Family Continuum of Care | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims, placements, maltreatment in care, deliberate indifference, and services, among other issues.<br>• *See* General Response Nos. 1 and 5. |
| 278 | Oregon Council of Behavioral Health Statement and Recommendations | | Inadmissible under FRE 702. Hearsay. FRE 802. | • FRE 702 does not apply; this is not expert testimony.<br>• *See* General Response No. 5. |
| 279 | Addressing the Current Crisis in the Children's Behavioral Health System | | Inadmissible under FRE 702. Hearsay. FRE 802. | • FRE 702 does not apply; this is not expert testimony.<br>• *See* General Response No. 5. |
| 280 | Children's System Letter Response | Stip. | No Objection | |
| 281 | System of Care Plan for Oregon | Stip. | No Objection | |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| 282 | 2022 SOCAC Legislative Report | | Inadmissible under FRE 702. Hearsay. FRE 802. | • FRE 702 does not apply; this is not expert testimony.<br>• *See* General Response No. 5. |
|---|---|---|---|---|
| 283 | 12/14/2018 Email exchange between Sarah Fox, Glenda Marshall, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to placements, staffing, training, maltreatment in care, and deliberate indifference, among other issues. *See* General Response Nos. 1, 4, and 6. |
| 284 | 4/17/2017 Email exchange between Peter Rosenblatt, Glenda Marshall, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to placements, services, the ADA Subclass's claims, maltreatment in care, and deliberate indifference, among other issues. *See* General Response Nos. 1, 4, and 6. |
| 285 | 1/30/2019 Email exchange between Darin Mancuso, Wendy Leedle, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to placements, services, the ADA Subclass's claims, maltreatment in care, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1, 4, and 6. |

4887-7840-7610v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 286 | Dynamic Service Capacity | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is relevant to the ADA Subclass's claims, services, and placements, among other issues.<br>• *See* General Response Nos. 1 and 5. |
|---|---|---|---|---|
| 287 | Datasheet on BRS capacity | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is relevant to the ADA Subclass's claims, services, and placements, among other issues.<br>• *See* General Response Nos. 1 and 5. |
| 288 | Datasheet on temporary lodging | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • The exhibit is relevant to temporary lodging and placements, among other issues.<br>• *See* General Response Nos. 1 and 5. |
| 289 | 2/2022 PRTF Memo | Stip. | No objection | |
| 290 | 3/22/2022 Email exchange between Sarah Fox, Rebecca Jones Gaston et al | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional.<br>• The exhibit is highly relevant to placements, services, the ADA Subclass's claims, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |

Page 53 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 291 | 7/6/2022 Email exchange between Sarah Fox, Lacey Andresen, et al | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106.<br>Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional.<br>• The exhibit is highly relevant to placements, services, the ADA Subclass's claims, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
|---|---|---|---|---|
| 292 | 6/22/2022 Email exchange between Rebecca Jones Gaston, Aprille Flint-Gerner, et al | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to placements, services, the ADA Subclass's claims, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 293 | 10/12/2022 Email exchange between David Schmidt, Ahnjene Boleyn, et al | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to placements, services, the ADA Subclass's claims, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 294 | 4/14/2022 Email exchange between Darin Mancuso, Sarah Fox, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A. and I.C. | • The exhibit is highly relevant to placements, services, the ADA Subclass's claims, temporary lodging, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 295 | Update on children's PRTF capacity | Stip. | No objection | |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| 296 | 5/24/2022 Email exchange between Jacquelin Gravley, Nancy Allen, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
|---|---|---|---|---|
| 297 | 10/13/2022 Email exchange between Fariborz Pakseresht, Sarah Fox, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims, temporary lodging, placements, staffing, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 298 | 6/2/2022 Email exchange between Nancy Allen, Angela Leet, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims, temporary lodging, placements, services, child well-being, staffing, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 299 | 8/19/2022 Email exchange between Jennifer Graffunder, Aprille Flint-Gerner, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.A and V. | • The exhibit is highly relevant to the ADA Subclass's claims, temporary lodging, placements, services, child well-being, staffing, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 300 | 5/25/2022 Email exchange between Angela Leet, Liesl Wendt, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, | • The exhibit is highly relevant to the ADA and SGM Subclass's claims, temporary lodging, placements, services, child well-being, staffing, and deliberate indifference, |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | | |
|---|---|---|---|---|
| | | | including Motion I.A. | • among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 301 | 6/3/2022 Email exchange between Angela Leet, Fariborz Pakseresht, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims, temporary lodging, placements, services, child well-being, staffing, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 302 | 6/3/2022 Email exchange between Angela Leet, Liesl Wendt, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims, placements, services, child well-being, staffing, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 303 | Temporary Lodging Progress Report 10/2/2023 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • This exhibit is highly relevant to substantive due process rights of the plaintiff class and certified common questions, including whether Defendants maintain a deficiency of appropriate placements, among other issues.<br>• *See* General Response Nos. 1 and 5. |
| 304 | 2019 Joint Plan to Develop In-State Capacity and Minimize Out-of-state Placements of Children | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to child wellbeing, deliberate indifference, placements, services, and the ADA Subclass's claims, among other issues.<br>• *See* General Response Nos. 1 and 5. |

4887-7840-7610v.1 0201450-000001          DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main ∙ (503) 778-5299 fax

| 305 | 11/21/2022 Email exchange between Sara Fox, Rebecca Jones Gaston | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to the ADA Subclass's claims, placements, services, child well-being, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
|---|---|---|---|---|
| 306 | 2/4/2020 Email exchange between Meghan Nielson, Nancy Allen, et al. | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106.<br>Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional.<br>• The exhibit is highly relevant services, child well-being, staffing, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 307 | State of Oregon v. Isaiah Webber, Motion to Modify Release Agreement, 23CR45572 (Marion Co. Ct. Nov. 8, 2023) | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion IV. | • *See* General Response No. 1 |
| 308 | State of Oregon v. Isaiah Webber, Information, 23CR45572 (Marion Co. Ct. Sept. 19, 2023) | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion IV. | • The exhibit is highly relevant to deliberate indifference, maltreatment in care, placements, and Defendants' decision to allow a person charged with child abuse to operate a home for children, among other issues.<br>• *See* General Response No. 1<br>• This is a public record.<br>• Plaintiffs ask that the Court take judicial notice the |

4887-7840-7610v.1 0201450-000001      DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| | | | | facts of this exhibit pursuant to FRE 201. |
|---|---|---|---|---|
| 309 | Univ. of Kansas ROM Child Welfare Data | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. | • Plaintiffs informed Defendants that they wish to confer on how to best present evidence from this online dashboard at trial. |
| 310 | 2016 Public Knowledge Report | Stip. | No objection | |
| 311 | Temporary Lodging Progress Report 2/1/2023 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • This exhibit is highly relevant to substantive due process rights of the plaintiff class and certified common questions, including whether Defendants maintain a deficiency of appropriate placements, among other issues. • *See* General Response Nos. 1 and 5. |
| 312 | 2023-06-07 Child-Family BH OHA-SOCAC | | Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response No. 5. |
| 313 | Temporary Lodging Presentation 9/18/2023 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • This exhibit is highly relevant to substantive due process rights of the plaintiff class and certified common questions, including whether Defendants maintain a deficiency of appropriate placements, among other issues. • *See* General Response No. 1. |

4887-7840-7610v.1 0201450-000001          DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 314 | 6/15/2021 Email exchange between Simon Fulford, Lacey Andresen, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant services, child well-being, staffing, the ADA Subclass's claims, placements, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
|-----|-----|-----|-----|-----|
| 315 | 1/19/2022 Email exchange between Lacey Andresen, Chere Lefore, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant services, child well-being, staffing, caseloads, the Aging Out Subclass's claims, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 316 | Comprehensive Statewide Plan to Prevent Child Maltreatment Fatalities April 2022 | Stip. | No objection | |
| 317 | DHS Pilot – OHSU Collaboration to support high needs youth | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion I.A. | • The exhibit is highly relevant to temporary lodging, services, the common question regarding deficiency in the availability of appropriate placement, the ADA Subclass's claims, among other issues.<br>• *See* General Response Nos. 1 and 5. |
| 318 | Temporary Lodging-Working Steering Committee 10/5/2022 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • The exhibit is highly relevant to temporary lodging, services, the common question regarding deficiency in the availability of appropriate placement, the ADA Subclass's claims, among other issues.<br>• *See* General Response Nos. 1 and 5. |

DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| 319 | 12/28/2022 Email exchange between Sherrelle Jackson, Stacey Mahler, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.D. and V. | • The exhibit is highly relevant to services, child well-being, staffing, caseloads, the Aging Out Subclass's claims, placements, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
|---|---|---|---|---|
| 320 | 12/30/2022 Email exchange between Sherrelle Jackson, Stacey Mahler, et al. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.D. and V. | • The exhibit is highly relevant to services, child well-being, staffing, caseloads, the Aging Out Subclass's claims, and deliberate indifference, among other issues.<br>• *See* General Response Nos. 1 and 4. |
| 321 | Temporary Lodging – Working 2/28/2022 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion V. | • The exhibit is highly relevant to temporary lodging, services, the common question regarding deficiency in the availability of appropriate placement, the ADA Subclass's claims, among other issues.<br>• *See* General Response Nos. 1 and 5. |
| 322 | Holding Hope: Children's Behavioral Health in Oregon | | Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response No. 5. This report was created by the Oregon Health Authority and produced to Plaintiffs in discovery. |
| 323 | Compilation of Complaints against ODHS | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Prohibited use of evidence of prior act. FRE 404(b). Hearsay. FRE 802. | • The exhibit is highly relevant to establishing deliberate indifference, maltreatment in care, among other issues.<br>• *See* General Response Nos. 1, 5, 6. Plaintiffs further ask that the Court take judicial notice the facts of this exhibit pursuant to |

Page 60 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

| | | | Authenticity. FRE 901 Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion IV. | FRE 201. |
|---|---|---|---|---|
| 324 | Statements from Juvenile Attorneys | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. | |
| 325 | Withheld maltreatment records responsive to Plaintiffs' 15th RFP, 16th RFP and class representatives | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. | |
| 326 | 2/28/2024 Stockdale Statement | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.C., and V. | • The exhibit is highly relevant to services, temporary lodging, and placements, among other issues.<br>• *See* General Response No. 1. |
| 327 | 2/28/2024 Shiprack Statement | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.C. and V. | • The exhibit is highly relevant to services, temporary lodging, child well-being, and placements, among other issues.<br>• *See* General Response No. 1. |
| 328 | 2/28/2024 Ponting, Maupin Statements | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.C. | • The exhibit is highly relevant to services, temporary lodging, child well-being, and placements, among other issues.<br>• *See* General Response No. 1. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | and V. | |
|---|---|---|---|---|
| 329 | 2/28/2024 Montgomery Statement | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motions I.C. and V. | • The exhibit is highly relevant to services, temporary lodging, child well-being, and placements, among other issues. <br> • *See* General Response No. 1. |
| 330 | JM – Deposition of Dawn Hunter, 6.3.22 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. <br> • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 331 | JM – Deposition of Dawn Hunter, 7.15.22 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. <br> • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 332 | JM – Deposition of Dawn Hunter, | | Not relevant because it does not tend to make any fact of | • *See* General Response Nos. 1 and 6. |

| | | | |
|---|---|---|---|
| | 10.13.23 | | consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 333 | JM – Deposition of Desta Walsh | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 334 | JM – Deposition of Michelle Pfeiffer | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 335 | JM – Deposition of Melanie Parent | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| --- | --- | --- | --- |
| 336 | JM – Deposition of Michael John Payne | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 337 | JM - Deposition of Lacey Andresen | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

4887-7840-7610v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 338 | JM - Deposition of Stacey Ayers, 5/16/22 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|-----|-----|-----|-----|-----|
| 339 | JM - Deposition of Stacey Ayers, 12/01/21 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 340 | JM - Deposition of Billy Cordero | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| 341 | JM - Deposition of Stacey Daeschner | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|-----|-----|-----|-----|-----|
| 342 | JM - Deposition of Kevin George | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 343 | JM Ex. 26: Miller Cert file (00152920016260) - deduped (Corrected) | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 344 | JM Ex. 28: OR-Kids Provider NOTES | | Not relevant because it does not tend to make any fact of | • *See* General Response Nos. 1 and 6. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | | |
|---|---|---|---|---|
| | | | consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 345 | JM Ex. 32: Certification Emails | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 346 | JM Ex. 34: JM-PROD-0016452 (3.13.12 Screening Report) | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 347 | JM Ex. 36: JM Photos | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|
| 348 | JM Ex. 37: CH - ORKids file (excerpt) | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 349 | JM Ex. 61: 2016 Final Report – Excerpts | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 350 | JM Ex. 66: OR SOS – Audit; DHS Responses 02.2020 | Stip. | No objection | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 351 | JM Ex. 78: CPS – Assessment Summary 10.20.13 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice.<br>FRE 403.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 352 | JM Ex. 81: LH – Case Review Addendum 01.08.14 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice.<br>FRE 403.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

4887-7840-7610v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 353 | JM Ex. 99: Email re Out of Home Investigation | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|
| 354 | JM Ex. 100: DHS Victim Rights Notifications | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 355 | JM Ex. 110: AS, JM – Email Correspondence | Plaintiffs have represented that Ex. 355 is a duplicate of Ex. 356. Defendants incorporate the objection to Ex. 356 here and reserve the right to supplement this objection. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 356 | JM Ex. 118: AS, JM Email Correspondence | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and |

Page 70 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

4887-7840-7610v.1 0201450-000001      DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | outweighed by danger of unfair prejudice.<br>FRE 403.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 357 | JM Ex. 245: RL - Emails (All) | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice. FRE 403.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 358 | JM Ex. 289: Parent – Org Charts | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice.<br>FRE 403.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 359 | JM Ex. 290: OR SOS DHS Audit 01.2018 | Stip. | No objection | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main • (503) 778-5299 fax

| | | | | attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 360 | JM Ex. 291: DHS Foster Care Audit Response 01.29.18 | Stip. | No objection | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 361 | JM Ex. 292: OR SOS DHS Audit – 2019 | Stip. | No objection | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 362 | JM Ex. 293: OR SOS - DHS OR Kids Audit – 02.2020 | Stip. | No objection | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| 363 | JM Ex. 294: OR SOS DHS Audit – 07.2020 | Stip. | No objection | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 364 | JM Ex. 295: State Defs – Response to Plf's Rogs (2nd) 04.30.21 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice.<br>FRE 403.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 365 | JM Ex. 296: SFR - Parent Final Report | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice.<br>FRE 403.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| 366 | JM Ex. 297: SFR Edits Highlights & Review | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|
| 367 | JM Ex. 298: SFR - Hurley Final Report | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 368 | JM Ex. 299: JM-PROD-0054934 - CH Case File | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

| 369 | JM Ex. 300: Parent – Additional Emails | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 339 | JM - Deposition of Stacey Ayers, 12/01/21 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 340 | JM - Deposition of Billy Cordero | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

Page 75 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 341 | JM - Deposition of Stacey Daeschner | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|-----|-------------------------------------|---|-----|-----|
| 342 | JM - Deposition of Kevin George | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 343 | JM Ex. 26: Miller Cert file (00152920016260) - deduped (Corrected) | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

4887-7840-7610v.1 0201450-000001          DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main • (503) 778-5299 fax

| 344 | JM Ex. 28: OR-Kids Provider NOTES | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. <br> • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 345 | JM Ex. 32: Certification Emails | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. <br> • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 346 | JM Ex. 34: JM-PROD-0016452 (3.13.12 Screening Report) | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. <br> • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

Page 77 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 347 | JM Ex. 36: JM Photos | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|
| 348 | JM Ex. 37: CH - ORKids file (excerpt) | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 349 | JM Ex. 61: 2016 Final Report – Excerpts | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 350 | JM Ex. 66: OR SOS – Audit; DHS Responses 02.2020 | Stip. | No objection | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 351 | JM Ex. 78: CPS – Assessment Summary 10.20.13 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice.<br>FRE 403.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 352 | JM Ex. 81: LH – Case Review Addendum 01.08.14 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice.<br>FRE 403.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

| 353 | JM Ex. 99: Email re Out of Home Investigation | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|
| 354 | JM Ex. 100: DHS Victim Rights Notifications | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 355 | JM Ex. 110: AS, JM – Email Correspondence | Plaintiffs have represented that Ex. 355 is a duplicate of Ex. 356. Defendants incorporate the objection to Ex. 356 here and reserve the right to supplement this objection. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 356 | JM Ex. 118: AS, JM Email Correspondence | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

|  |  |  | outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 357 | JM Ex. 245: RL - Emails (All) |  | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 358 | JM Ex. 289: Parent – Org Charts |  | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 359 | JM Ex. 290: OR SOS DHS Audit 01.2018 | Stip. | No objection | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main ⋅ (503) 778-5299 fax

| | | | | |
|---|---|---|---|---|
| | | | | attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 360 | JM Ex. 291: DHS Foster Care Audit Response 01.29.18 | Stip. | No objection | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 361 | JM Ex. 292: OR SOS DHS Audit – 2019 | Stip. | No objection | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 362 | JM Ex. 293: OR SOS - DHS OR Kids Audit – 02.2020 | Stip. | No objection | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

4887-7840-7610v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 363 | JM Ex. 294: OR SOS DHS Audit – 07.2020 | Stip. | No objection | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 364 | JM Ex. 295: State Defs – Response to Plf's Rogs (2nd) 04.30.21 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice.<br>FRE 403.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 365 | JM Ex. 296: SFR - Parent Final Report | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice.<br>FRE 403.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| 366 | JM Ex. 297: SFR Edits Highlights & Review | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. <br> • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 367 | JM Ex. 298: SFR - Hurley Final Report | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. <br> • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 368 | JM Ex. 299: JM-PROD-0054934 - CH Case File | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. <br> • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 369 | JM Ex. 300: Parent – Additional Emails | | Not relevant because it does not tend to make any fact of | • *See* General Response Nos. 1 and 6. |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice.<br>FRE 403.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 370 | JM Ex. 341: Org Charts – Ayers | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 371 | JM Ex. 342: CIRT Chapter 413 Division 017 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 372 | JM Ex. 343: Child Welfare Procedure Manual (excerpt) | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was |

Page 85 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| | | | | attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 373 | JM Ex. 344: DHS 30 Day CIRT (exhibit from Mooney) | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 374 | JM Ex. 345: Foster Care Safety Team Final Report 2010 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Authenticity. FRE 901. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 375 | JM Ex. 346: 2010.11.22 – Article | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 376 | JM Ex. 347: 2010.11.27 – Article | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 377 | JM Ex. 348: 2013.05.01 – Lopez email and Karly's Law Training | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 378 | JM Ex. 349: Ayers – Emails | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 379 | JM Ex. 350: JM Injury Timeline | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|-----|---|---|---|---|
| 380 | JM Ex. 351: 2013.12.13 – Interoffice Memo Hunter to Jolin | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 381 | JM Ex. 352: DAS – Response to Lathen TCN | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine , including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 382 | JM Ex. 353: 2017.09.07 - Article | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 383 | JM Ex. 356: SB 819 Clip 1 - Senate Comm. on Human Services - 03.13.2017 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Authenticity. FRE 901. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 384 | JM Ex. 357: SB 819 Clip 2 - Senate Comm. on Human Services - 03.13.2017 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

Page 89 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | |
|---|---|---|---|---|
| 385 | JM Ex. 358: SB 819 Clip 3 - Senate Comm. on Human Services - 03.13.2017 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106.<br>Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice.<br>FRE 403.<br>Authenticity. FRE 901.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 386 | JM Ex. 359: SB 819 Clip 4 - Senate Comm. on Human Services - 03.13.2017 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106.<br>Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice.<br>FRE 403.<br>Authenticity. FRE 901.<br>Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 387 | JM Ex. 371: 04.25.14 Email to George from Lopez | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and |

DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| | | | | |
|---|---|---|---|---|
| | | | outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 388 | JM Ex. 373: JM et al v Major et al - State Defs' PROD 38 Letter to Pltfs' Counsel | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine , including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 389 | JM Ex. 376: AG 27 - Pearson 05.28.14_Sensitive Issue Report | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 390 | JM Ex. 378: 285 - Wallins | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in |

| | | | | |
|---|---|---|---|---|
| | | | 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 391 | JM Ex. 379: 425 - Evans - 04.08.15 - Evans Emails | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine , including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 392 | JM Ex. 400: LH Exhibit 031 - 31 - CART Meeting (3.20.17) | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 393 | JM Ex. 402: 27 - Pearson 05.28.14_Sensitive Issue Report | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were |

Page 92 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | defended by DOJ trial counsel. |
|---|---|---|---|---|
| 394 | JM Ex. 419: 239 - Burnell 1.16.15 - Sensitive File Review 7.06.2011 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 395 | JM Ex. 422: 273 - Hunter 2.10.15 - Mooney Foster Home Sensitive Case Staffing | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 396 | JM Ex. 423: 274 - Hunter 2.10.15 - Sensitive Case Staffing Notes | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | counsel. |
|---|---|---|---|---|
| 397 | JM Ex. 424: 275 - Hunter 2.10.15 - 7.27.11 Rene Duboise e-mail | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 398 | JM Ex. 429: 361 - Duboise 3.18.15 - Duboise Emails | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 399 | JM Ex. 430: 440 - Daeschner - 04.09.15 - Daeschner Emails | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | | explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | counsel. |
|---|---|---|---|---|
| 400 | JM Ex. 431: 451 - Faulkner - 10.22.15 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106.<br>Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Probative value substantially outweighed by danger of unfair prejudice.<br>FRE 403.<br>Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 401 | JM Ex. 433: JM-PROD- 0223463 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 402 | JM Ex. 434: JM-PROD- 0223599 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106.<br>Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were |

4887-7840-7610v.1 0201450-000001          DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| | | | explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | defended by DOJ trial counsel. |
|---|---|---|---|---|
| 403 | JM Ex. 436: JM-PROD- 0223608 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 404 | JM Ex. 438: JM-PROD- 0223664 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 405 | JM Ex. 442: Prod 35 - Kwapisz - Hunter | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

Page 96 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 406 | JM Ex. 445: 2018.05.11 - Changes for Oregon's struggling foster care system - OregonLive | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 407 | JM Ex. 446: 2019.11.30 - Foster care supervisor who drew criticism... - OregonLive | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 408 | JM Ex. 456: 371 - Kane Suleiman - 3.23.15 - Emails | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 409 | JM Ex. 457: 425 - Evans - 04.08.15 - Evans Emails | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 410 | JM Ex. 463: Videotaped Deposition of Dawn E. Hunter, 02.17.15 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 411 | JM Ex. 464: Declaration of Paulo Jauregui | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 412 | JM Ex. 466: Declaration of Daniel Wren | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|-----|-----|-----|-----|-----|
| 413 | JM Ex. 467: Declaration of Anna Dennis, M.S., C.G.C. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 414 | JM Ex. 468: Declaration of Ian G. Loewen-Thomas, M.D. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

Page 99 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main • (503) 778-5299 fax

| 415 | JM Ex. 469: Declaration of Dr. Rose Eagle | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|---|---|---|---|---|
| 416 | JM Ex. 470: Declaration of Tahra Sinks | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 417 | JM Ex. 471: Declaration of Gail Nosek | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6. • The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 418 | JM Ex. 472: Declaration of Lindsay Soto | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
|-----|------|---|------|------|
| 419 | JM Ex. 473: Declaration of Nina Joanne Hyndman, M.D. | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Probative value substantially outweighed by danger of unfair prejudice. FRE 403. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B., III.C, IV. Hearsay. FRE 802. Authenticity. FRE 901. | • *See* General Response Nos. 1 and 6.<br>• The exhibit is relevant to notice, specific instances of harm to foster children, and continuation of harmful practices to children in care, and the exhibit was attached to the depositions of the workers, which were defended by DOJ trial counsel. |
| 420 | Child Abuse Prevention and Treatment Act (CAPTA) Citizen Review Panels (CRP) Report for the 2022-23 Fiscal Year | | Inadmissible under FRE 702. Hearsay. FRE 802. | • FRE 702 does not apply; this is not expert testimony.<br>• *See* General Response No. 5. This is a report by the Citizen's Review Board ("CRB") Panel. Defendants intend to call witnesses to testify about the CRB. |
| 421 | 2021.01.26 BE Court Report | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. | • The exhibit was provided to Defendants on April 25, 2024. |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main ∙ (503) 778-5299 fax

| 422 | 2022.07.21 BE Screening Report Memo | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. | The exhibit was provided to Defendants on April 25, 2024. |
|---|---|---|---|---|
| 423 | 2023.11.13 Court Memo - SJ | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. | The exhibit was provided to Defendants on April 25, 2024. |
| 424 | 2024.03.01 Preservation of Evidence LTR - SJ | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III.B and IV. | • The exhibit is relevant to deliberate indifference and maltreatment in care, among other issues.<br>• *See* General Response Nos. 1 and 5. |
| 425 | Child X - Dr. Edwinson 11.23.2024 eval | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. | • The exhibit was provided to Defendants on April 25, 2024. |
| 426 | CV - Roxanne Edwinson_March 2024 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible under FRE 702. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions in Limine, including Motion III B. and IV. | • FRE 702 does not apply; this is not expert testimony. |
| 427 | MindSights_ Behavioral Health Liaison Proposal DRAFT | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Best evidence rule. FRE 1002. | • The exhibit is highly relevant to the ADA Subclass's claims, services, and placements, among other issues.<br>• FRE 1002 does not apply. The exhibit is a report created by MindSights and |

Page 102 – PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

| | | | | is the original document produced by Defendants in discovery.<br>• *See* General Response No. 5. |
|---|---|---|---|---|
| 428 | RAPID Sampling Statistics Report 2023.12 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106.<br>Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901. | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional.<br>• The exhibit is highly relevant to the ADA Subclass's claims, services, and placements, among other issues.<br>• *See* General Response No. 5. |
| 429 | Updated RAPID Program Overview_10.2023 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106.<br>Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901. | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional.<br>• The exhibit is highly relevant to the ADA Subclass's claims, services, and placements, among other issues.<br>• *See* General Response No. 5. |
| 430 | 2021.01.28 emails re H.A | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. | • Plaintiffs produced this exhibit on April 25, 2024. |
| 431 | Emails re Child X | | This document has not been provided to defendants. Defendants reserve the right to object if it is provided. | • Plaintiffs produced this exhibit on April 25, 2024. |
| 432 | OPB - Oregon is Placing Foster Children in Short-term Rental Homes... - 11.20.2023 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. | • This exhibit is relevant to the issues of temporary lodging, deliberate indifference, maltreatment in care, and placements, |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| | | | Authenticity. FRE 901. | • among others.<br>• The exhibit is self-authenticating. *See* FRE 902(6). |
|---|---|---|---|---|
| 433 | OPB - As Oregon Touts Yoga At Out-Of-State Facility for Foster Youth, Utah Cites Mistreatment - 05.16.2019 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. | • This exhibit is highly relevant to the issues of temporary lodging, deliberate indifference, maltreatment in care, and placements, among others.<br>• The exhibit is self-authenticating. *See* FRE 902(6).<br>• The exhibit is self-authenticating. *See* FRE 902(6). |
| 434 | OPB - As Washington Pulls Foster Kids From Facility, Oregon Children Remain - 06.04.2019 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. | • This exhibit is relevant to the issues of deliberate indifference, maltreatment in care, and placements, among others. |
| 435 | OPB - Guns Drawn On Oregon Foster Care Children in Out-Of- State Facility in April - 05.07.2019 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. | • This exhibit is relevant to the issues of deliberate indifference, maltreatment in care, and placements, among others.<br>• The exhibit is self-authenticating. *See* FRE 902(6). |
| 436 | OPB - Oregon Foster Youth Assaulted In Out- Of-State Facility Testifies to Lawmakers - 02.05.2020 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. | • This exhibit is relevant to the issues of temporary lodging, deliberate indifference, maltreatment in care, placements, and staffing, among others.<br>• The exhibit is self-authenticating. *See* FRE 902(6). |

4887-7840-7610v.1 0201450-000001    DAVIS WRIGHT TREMAINE LLP<br>560 SW 10th Avenue, Suite 700<br>Portland, Oregon 97205<br>(503) 241-2300 main · (503) 778-5299 fax

| 437 | OPB - Utah Facility Housing Oregon Foster Youth To Close After Reports Of Abuse - 07.11.2019 | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. | • This exhibit is relevant to the issues of temporary lodging, deliberate indifference, maltreatment in care, and placements, among others.<br>• The exhibit is self-authenticating. *See* FRE 902(6). |
|---|---|---|---|
| 438 | Oregonian - Officials-Oregon foster child was assaulted at Utah program - 05.08.2019 | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. | • This exhibit is relevant to the issues of deliberate indifference, maltreatment in care, and placements, among others.<br>• The exhibit is self-authenticating. *See* FRE 902(6). |
| 439 | Oregonian - Oregon officials say they were overly trusting... - 05.29.2019 | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. | • This exhibit is relevant to the issues deliberate indifference, maltreatment in care, and placements, among others.<br>• The exhibit is self-authenticating. *See* FRE 902(6). |
| 440 | Oregonian - Teens riot at Utah facility that houses... - 04.30.2019 | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. | • This exhibit is relevant to the issues of temporary lodging, deliberate indifference, maltreatment in care, and placements, among others.<br>• The exhibit is self-authenticating. *See* FRE 902(6). |
| 441 | 7/21/2019 Email exchange between Paul Bellatty, Richard Wexler, Fariborz Pakseresht, et al. | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. | • FRE 106 is inapplicable. The exhibit constitutes a complete statement and fairness does not require anything additional.<br>• The exhibit is highly relevant to deliberate indifference, among other issues.<br>• *See* General Response No. 4. |

4887-7840-7610v.1 0201450-000001          DAVIS WRIGHT TREMAINE LLP
560 SW 10th Street, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

DATED this 29th day of April, 2024.

**DAVIS WRIGHT TREMAINE LLP**

By:  *s/ P. Andrew McStay Jr.*
P. Andrew McStay Jr., OSB 033997
andymcstay@dwt.com
William D. Miner, OSB 043636
billminer@dwt.com
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Tel: (503) 241-2300

**A BETTER CHILDHOOD**

Marcia Robinson Lowry (*pro hac vice*)
mlowry@abetterchildhood.org
Anastasia Benedetto (*pro hac vice*)
abenedetto@abetterchildhood.org
Lindsay Gus (*pro hac vice*)
lgus@abetterchildhood.org
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

**DISABILITY RIGHTS OREGON**

Emily Cooper, OSB 182254
ecooper@droregon.org
Thomas Stenson, OSB 152894
tstenson@droregon.org
511 SW 10th Avenue, Suite 200
Portland, OR 97205
Tel: (503) 243-2081

**RIZZO BOSWORTH ERAUT, PC**

Mary Skjelset, OSB 075840
mskjelset@rizzopc.com
Steven Rizzo, OSB 840853
srizzo@rizzopc.com
1300 SW 6th Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819

*Attorneys for Plaintiffs*

4887-7840-7610v.1 0201450-000001          DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax