**P. ANDREW McSTAY, JR.**, OSB 033997
andymcstay@dwt.com
**WILLIAM D. MINER**, OSB 043636
billminer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Telephone: (503) 241-2300

**MARCIA ROBINSON LOWRY** (*pro hac vice*)
mlowry@abetterchildhood.org
**ANASTASIA BENEDETTO** (*pro hac vice*)
abenedetto@abetterchildhood.org
**LINDSAY GUS** (*pro hac vice*)
lgus@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

*Attorneys for Plaintiffs*
*Additional Counsel of Record Listed on*
*Signature Page*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| WYATT B., *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>TINA KOTEK, *et al.*,<br><br>  Defendants. | Case No. 6:19-cv-00556<br><br>**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' SUPPLEMENTAL TRIAL EXHIBIT LIST** |

Page 1 - PLAINTIFFS' OBJECTIONS TO DEFENDANTS' SUPPLEMENTAL TRIAL EXHIBIT LIST

Plaintiffs submit the following objections to Defendants' supplemental trial exhibits (ECF 437). Plaintiffs reserve all rights to object to Defendants' exhibits at trial pursuant to the Federal Rules of Evidence and depending on the purpose for which an exhibit is offered.

| No. | Description | Objections |
|---|---|---|
| 1240 | Public Knowledge Raw Survey Data – contains confidential information | • Hearsay – contains out-of-court statements from numerous unnamed declarants.  (FRE 801)<br>• Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation.<br>• Subject to *Daubert* challenge.  (ECF 360) |
| 1241 | Public Knowledge Assessment Methodology and Protocols for Oregon Child Welfare Review (Sep. 17, 2021) | • Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation.<br>• Subject to *Daubert* challenge.  (ECF 360) |
| 1242 | Continuum of Care Beyond Foster Care (Dec. 2018) | • Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation.<br>• Confusing, misleading, prejudicial. The exhibit's probative value is substantially outweighed by a danger of confusing the issues.  (FRE 403) |
| 1243 | Oregon DHS Office of Child Welfare Programs, Action Request Transmittal, Documenting Disability and Reasonable Modification Information (Nov. 1, 2021) | |
| 1244 | Oregon DHS Child Welfare Division, Fact Sheet, Updates to Screening Practice related to ORCAH and OTIS (10/1/20) | • Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation. |
| 1245 | Oregon Screening Report, Assessment, and Foster Care Data re Reports of Abuse and Children Entering Foster Care – April 2019 to March 2024 | • Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context.  (FRE 106)<br>• Untimely. The exhibit was not produced in discovery. |

Page 2 – PLAINTIFFS' OBJECTIONS TO DEFENDANTS' SUPPLEMENTAL TRIAL EXHIBIT LIST
4860-4377-5675v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| 1246 | Third Party and OTIS Guide Table of Contents | • Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation. |
|---|---|---|
| 1247 | U.S. Dept. of Health and Human Services, U.S. Dept. of Justice, Protecting the Rights of Parents and Prospective Parents with Disabilities: Technical Assistance for State and Local Child Welfare Agencies and Courts under Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act, retrieved from https://www.hhs.gov/sites/default/files/disab | |
| 1248 | Voluntary Resolution Agreement between U.S. Dept. of Health and Human Services Office for Civil Rights and Oregon Dept. of Human Services (Nov. 2019) | |
| 1249 | KEEP Young Adult Qualitative Interviews | • Hearsay – contains out-of-court statements from unnamed declarants.  (FRE 801)<br>• Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation.<br>• Untimely. The exhibit was not produced in discovery. |
| 1250 | Oregon DHS Office of Developmental Disability Services, Request for Eligibility Determination (11/2015) | |
| 1251 | Health Care Profile re A.R. – contains confidential/AEO information | • Hearsay – contains out-of-court statements from unnamed declarants.  (FRE 801)<br>• Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context.  (FRE 106)<br>• Subject to *Daubert* challenge.  (ECF 445) |
| 1252 | Health Care Profile re B.P.Z. – contains confidential/AEO information | • Hearsay – contains out-of-court statements from unnamed declarants.  (FRE 801)<br>• Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation. |

Page 3 – PLAINTIFFS' OBJECTIONS TO DEFENDANTS' SUPPLEMENTAL TRIAL EXHIBIT LIST
4860-4377-5675v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | |
|---|---|---|
| | | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context.  (FRE 106)<br>• Subject to *Daubert* challenge.  (ECF 445) |
| 1253 | Health Care Profile re V.C. – contains confidential/AEO information | • Hearsay – contains out-of-court statements from unnamed declarants.  (FRE 801)<br>• Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context.  (FRE 106)<br>• Subject to *Daubert* challenge.  (ECF 445) |
| 1254 | Health Care Profile re G.J. – contains confidential/AEO information | • Hearsay – contains out-of-court statements from unnamed declarants.  (FRE 801)<br>• Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context.  (FRE 106)<br>• Subject to *Daubert* challenge.  (ECF 445) |
| 1255 | Health Care Profile re K.H. – contains confidential/AEO information | • Hearsay – contains out-of-court statements from unnamed declarants.  (FRE 801)<br>• Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context.  (FRE 106)<br>• Subject to *Daubert* challenge.  (ECF 445) |
| 1256 | Medical Evaluation re K.H. – contains confidential/AEO information | • Hearsay – contains out-of-court statements from unnamed declarants.  (FRE 801)<br>• Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context.  (FRE 106)<br>• Subject to *Daubert* challenge.  (ECF 445) |
| 1257 | Personal Care Services History re K.H. – contains confidential/AEO information | • Hearsay – contains out-of-court statements from unnamed declarants.  (FRE 801)<br>• Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation. |

Page 4 – PLAINTIFFS' OBJECTIONS TO DEFENDANTS' SUPPLEMENTAL TRIAL EXHIBIT LIST
4860-4377-5675v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

| | | |
|---|---|---|
| | | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context.  (FRE 106)<br>• Subject to *Daubert* challenge.  (ECF 445) |
| 1258 | Placement History re K.H. – contains confidential/AEO information | • Hearsay – contains out-of-court statements from unnamed declarants.  (FRE 801)<br>• Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context.  (FRE 106)<br>• Subject to *Daubert* challenge.  (ECF 445) |
| 1259 | Health Care Profile re L.C. – contains confidential/AEO information | • Hearsay – contains out-of-court statements from unnamed declarants.  (FRE 801)<br>• Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context.  (FRE 106)<br>• Subject to *Daubert* challenge.  (ECF 445) |
| 1260 | Placement History re L.C. – contains confidential/AEO information | • Hearsay – contains out-of-court statements from unnamed declarants.  (FRE 801)<br>• Authentication. The exhibit has not been properly authenticated. (FRE 901)<br>• Lack of foundation.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)<br>• Subject to *Daubert* challenge. (ECF 445) |
| 1261 | Health Care Profile re T.O. – contains confidential/AEO information | • Hearsay – contains out-of-court statements from unnamed declarants.  (FRE 801)<br>• Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation.<br>• Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)<br>• Subject to *Daubert* challenge.  (ECF 445) |
| 1262 | Health Care Profile re I.M. – contains confidential/AEO information | • Hearsay – contains out-of-court statements from unnamed declarants.  (FRE 801)<br>• Authentication. The exhibit has not been properly authenticated.  (FRE 901)<br>• Lack of foundation. |

Page 5 – PLAINTIFFS' OBJECTIONS TO DEFENDANTS' SUPPLEMENTAL TRIAL EXHIBIT LIST
4860-4377-5675v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

|  |  | • Incomplete. The exhibit is misleading because it is incomplete and taken out of context. (FRE 106)<br>• Subject to *Daubert* challenge. (ECF 445) |
|---|---|---|

DATED this 6th day of May, 2024

**DAVIS WRIGHT TREMAINE LLP**

By: *s/ P. Andrew McStay Jr.*
P. Andrew McStay Jr., OSB 033997
andymcstay@dwt.com
William D. Miner, OSB 043636
billminer@dwt.com
560 SW 10th Avenue, Suite 700
Portland, OR 97201
Tel: (503) 241-2300

**A BETTER CHILDHOOD**

Marcia Robinson Lowry (*pro hac vice*)
mlowry@abetterchildhood.org
Anastasia Benedetto (*pro hac vice*)
abenedetto@abetterchildhood.org
Lindsay Gus (*pro hac vice)*
lgus@abetterchildhood.org
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

**DISABILITY RIGHTS OREGON**

Emily Cooper, OSB 182254
ecooper@droregon.org
Thomas Stenson, OSB 152894
tstenson@droregon.org
511 SW 10th Avenue, Suite 200
Portland, OR 97205
Tel: (503) 243-2081

**RIZZO BOSWORTH ERAUT PC**

Steven Rizzo, OSB 840853
srizzo@rizzopc.com
Mary Skjelset, OSB 075840
mskjelset@rizzopc.com
1300 SW 6th Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819
*Attorneys for Plaintiffs*

Page 6 – PLAINTIFFS' OBJECTIONS TO DEFENDANTS' SUPPLEMENTAL TRIAL EXHIBIT LIST
4860-4377-5675v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax