**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Vivek A. Kothari, OSB #182089**
VivekKothari@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*
*Additional Counsel of Record Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WYATT B. and NOAH F. by their next friend Michelle McAllister; KYLIE R. and ALEC R. by their next friend Kathleen Megill Strek; UNIQUE L. by her next friend Annette Smith; SIMON S. by his next friend Paul Aubry; RUTH T. by her next friend Michelle Bartov; BERNARD C. by his next friend Ksen Murry; NAOMI B. by her next friend Kathleen Megill Strek; and NORMAN N. by his next friend Tracy Gregg, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>TINA KOTEK, Governor of Oregon in her official capacity; FARIBORZ PAKSERESHT, Director, Oregon Department of Human Services in his official capacity; APRILLE FLINT-GERNER, Director, Child Welfare in her official capacity; and OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>                              Defendants. | Case No. 6:19-cv-00556-AA<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' AMENDED AND REBUTTAL TRIAL EXHIBIT LISTS** |

Defendants object to the following exhibits offered by plaintiffs.  These objections

incorporate defendants' motions *in limine*.  (Dkt. 422.)  Plaintiffs filed an amended exhibit list on

April 23, 2024, which listed Exhibits 442–490.  These exhibits had not previously been

disclosed.  (*See* Dkt. 403.)  Plaintiffs filed a rebuttal exhibit list on April 29, 2024, listing

exhibits 491-597.  Defendants respond and object to plaintiffs' proposed Exhibits 442-597 as

follows.

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| 442 | Youth Respite Policy Oregon | | | Hearsay.  FRE 802. Authenticity.  FRE 901. |
| 443 | Length of Stay Presentation | Wyatt_DHS_2 937509 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay.  FRE 802. Authenticity.  FRE 901. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion I.B. |
| 444 | POP 2023-25 | Wyatt_DHS_2 961621 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay.  FRE 802. Authenticity.  FRE 901. Best evidence rule.  FRE 1002. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion I.A. and V. |
| 445 | 5/10/22 Email exchange between Glenda Marshall, Sara Fox et al | Wyatt_DHS_3 177346 | | Only part of the whole document has been offered.  The rest of the |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | document should be included.  FRE 106.<br><br>Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401.  Hearsay.  FRE 802.  Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion I.A. |
| 446 | 11/20/22 Email exchange between Donald Erickson, Liesl Wendt et al | Wyatt_DHS_4 432567 | | Only part of the whole document has been offered.  The rest of the document should be included.  FRE 106.<br><br>Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401.  Hearsay.  FRE 802.  Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion I.A. |
| 447 | Service Delivery Report Lincoln County | | | No objection. |
| 448 | D15 Quality Improvement Meeting | Wyatt_DHS_4 674444 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401.  Hearsay.  FRE 802.  Authenticity.  FRE 901.  Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Motion I.B., I.C., II, and III.A. |
| 449 | System of Care Advisory Council 2023 Data Report | | | Hearsay.  FRE 802. Authenticity.  FRE 901. |
| 450 | May 2022 District/Office Report | Wyatt_DHS_3 234605 | | No objection. |
| 451 | 11/29/2022 Email exchange between Deena Loughary, Carolyn Nevins et al | Wyatt_DHS_3 234815 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay.  FRE 802. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion II and III.A. |
| 452 | 12/2/2022 Email exchange between Rebecca Jones Gaston, Deena Loughary et al | Wyatt_DHS_3 034737 | | Authenticity. FRE 901. Hearsay.  FRE 802. |
| 453 | 1/18/2023 Email exchange between Kathy Steiner, Chandra Snyder et al | Wyatt_DHS_3 236723 | | Authenticity. FRE 901. Hearsay.  FRE 802. |
| 454 | 1/13/2023 Email exchange between Deena Loughary, Kailash Changer et al | Wyatt_DHS_3 236650 | | Only part of the whole document has been offered.  The rest of the document should be included.  FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Authenticity. FRE 901. Hearsay.  FRE 802. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion II and III.A. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| 455 | Professional Competency, Integrity and Justice in Social Work: A study of CPS Dispositions | Wyatt_DHS_3 236652 | | Only part of the whole document has been offered.  The rest of the document should be included.  FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Authenticity. FRE 901. Hearsay.  FRE 802. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion II and III.A. |
| 456 | 12/13/2022 Email exchange between Elizabeth Alston and Deena Loughary | Wyatt_DHS_3 631875 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Authenticity. FRE 901. Hearsay.  FRE 802. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion I.A. |
| 457 | Screening Report | Wyatt_DHS_2 984290 | | Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motion *in Limine*. |
| 458 | 12/12/2022 Email exchange between Kristen Khammohack, Deena Loughary et al | Wyatt_DHS_2 984286 | | Only part of the whole document has been offered.  The rest of the document should be included.  FRE 106. Not relevant because it does not tend to make any fact of consequence |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | more probable or less probable. FRE 401. Authenticity. FRE 901. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion III.B. |
| 459 | 1/17/2023 Email exchange between Jessika Glassrock, Desiree Saucedo et al | Wyatt_DHS_3 622893 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Authenticity. FRE 901. Hearsay. FRE 802. |
| 460 | Meeting Title: 2023 OCWP Meeting January 10, 2023 | Wyatt_DHS_3 622895 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion II and III.A. |
| 461 | Incident ages | | | Not relevant because it does not tend to make any fact of consequence |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | more probable or less probable.  FRE 401.  Hearsay.  FRE 802.  Authenticity.  FRE 901. |
| 462 | Number of incidents | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401.  Hearsay.  FRE 802.  Authenticity.  FRE 901. |
| 463 | 11/21/2022 Email exchange between Sonya Buchholtz, Erin Anhoury et al | Wyatt_DHS_3 631322 | | Only part of the whole document has been offered.  The rest of the document should be included.  FRE 106.  Hearsay.  FRE 802.  Authenticity. FRE 901. |
| 464 | Oregon Department of Human Services Child Welfare: Safety Program | Wyatt_DHS_3 631324 | | Authenticity.  FRE 901. |
| 465 | D2 CW Dashboard Outcomes February 2024 | Wyatt_DHS_4 681652 | | No objection. |
| 466 | House Bill 2333 Report April 2023 | Wyatt_DHS_4 680565 | | No objection. |
| 467 | House Bill 2333 Report April 2024 | Wyatt_DHS_4 681412 | | No objection. |
| 468 | Length of Stay in Months March 2024 | Wyatt_DHS_4 681301 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401.  Hearsay.  FRE 802.  Authenticity.  FRE 901.  Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion I.B. |
| 469 | Maltreatment in Foster Care by Year Comparison | Wyatt_DHS_4 681487 | | No objection. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| 470 | Data Review of Disproportionality and Branch Trends D2 | Wyatt_DHS_4 681590 | | No objection. |
| 471 | D12 Presentation | Wyatt_DHS_4 680597 | | Hearsay.  FRE 802. Authenticity.  FRE 901. |
| 472 | DHS Child Welfare CPS Assessments Caseload Detail | | | Hearsay.  FRE 802. Authenticity.  FRE 901. |
| 473 | Child Welfare System of Care Dashboard | | | This document has not been provided to defendants.  Defendants reserve the right to object if it is provided. |
| 474 | SOC Barrier Form Tracking and Response | | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues. FRE 403. Hearsay.  FRE 802. Authenticity.  FRE 901. |
| 475 | Identifying Capacity Needs for Children within the Oregon Child Welfare System | Wyatt_DHS_1 550419 | | No objection. |
| 476 | 1/6/2023 Email exchange between Sara Fox, Alex Salas et al | Wyatt_DHS_3 201552 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay.  FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion I.A. |
| 477 | CPS Assessment Load | Wyatt_DHS_2 729186 | | Hearsay.  FRE 802. Authenticity.  FRE 901. Best evidence rule.  FRE 1002. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 478 | CPS Assessment Load | Wyatt_DHS_2 729189 | | Hearsay.  FRE 802.  Authenticity.  FRE 901.  Best evidence rule.  FRE 1002. |
| 479 | CPS Assessment Load | Wyatt_DHS_2 729192 | | Hearsay.  FRE 802.  Authenticity.  FRE 901.  Best evidence rule.  FRE 1002. |
| 480 | CPS Assessment Load | Wyatt_DHS_2 729195 | | Hearsay.  FRE 802.  Authenticity.  FRE 901.  Best evidence rule.  FRE 1002. |
| 481 | Child Welfare Questions for Key Informants | Wyatt_HMA_0 0000027 | | Probative value substantially outweighed by danger of unfair prejudice and confusion of issues.  FRE 403.  Hearsay.  FRE 802.  Authenticity.  FRE 901. |
| 482 | Trial home visit datasheet | Wyatt_DHS_2 758325 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401.  Probative value substantially outweighed by danger of unfair prejudice and confusion of issues.  FRE 403.  Hearsay.  FRE 802.  Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion III.A. |
| 483 | Trial home visit reunification datasheet | Wyatt_DHS_2 758326 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401.  Probative value substantially outweighed |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | by danger of unfair prejudice and confusion of issues.  FRE 403.  Hearsay.  FRE 802.  Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion III.A. |
| 484 | Child Welfare Division Progress Report April 2023 | | | No objection. |
| 485 | Trial home visit datasheet | Wyatt_DHS_2 758327 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401.  Probative value substantially outweighed by danger of unfair prejudice and confusion of issues.  FRE 403.  Hearsay.  FRE 802.  Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion III.A. |
| 486 | Trial reunification datasheet | Wyatt_DHS_2 758333 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401.  Probative value substantially outweighed by danger of unfair prejudice and confusion of issues.  FRE 403.  Hearsay.  FRE 802.  Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion III.A. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 487 | ODHS Child Welfare Caseload Ratio Standards | Wyatt_DHS_2 716760 | | Best evidence rule.  FRE 1002. |
| 488 | May 2022 Statewide Report | Wyatt_DHS_3 234651 | | No objection. |
| 489 | Oregon [Context Data] | | | Only part of the whole document has been offered.  The rest of the document should be included.  FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Probative value substantially outweighed by danger of unfair prejudice and confusion of issues.  FRE 403. Hearsay.  FRE 802. Authenticity.  FRE 901. Best evidence rule.  FRE 1002. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion II and III.A. |
| 490 | Executive Order 19-03 | Wyatt_DHS_0 057587 | | No objection. |
| 491 | April 15, 2024 Order, *M.D. bnf Stukenberg et al. v. Abbott et al.*, U.S. District Court, S.D. Tex., Case No. 2:11-CV-00084, ECF 1560. | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay.  FRE 802. |
| 492 | Exit Plan and Agreement, Charlie and Nadine H. et al. v. Murphy et al., U.S. District Court, D.N.J., Case No. 2:99cv-03678, ECF 373. | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay.  FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| 493 | Co-Neutral 19th Commentary, *D.G. v. Yarborough* | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401.  Hearsay.  FRE 802.  Authenticity.  FRE 901. |
| 494 | Foster Care Report for Youth | Wyatt_DHS_0 627487 | | Hearsay. FRE 802. |
| 495 | DHS Administrator Emails re Capacity Oct. 22 | Wyatt_DHS_3 852344 | | Only part of the whole document has been offered.  The rest of the document should be included.  FRE 106.  Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401.  Hearsay. FRE 802.  Authenticity. FRE 901.  Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion I.A. and III. |
| 496 | DHS Administrator Emails re Capacity Mar, 22 | Wyatt_DHS_3 170639 | | Only part of the whole document has been offered.  The rest of the document should be included.  FRE 106.  Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401.  Hearsay.  FRE 802.  Authenticity. FRE 901.  Inadmissible for the reasons explained in Defendants' Motion *in* |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | *Limine*, including Motion I.A. |
| 497 | Emailed complaint re timely hearing notice, Jul. 22 | Wyatt_DHS_4 107541 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay.  FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion II.B. |
| 498 | DHS emails re lack of placements, TL usage | Wyatt_DHS_3 516726 | | Only part of the whole document has been offered.  The rest of the document should be included.  FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay.  FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion I.A. and V. |
| 499 | DHS emails re TL of youth, lack of resources | Wyatt_DHS_3 825250 | | Only part of the whole document has been offered.  The rest of the document should be included.  FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay.  FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion I.A. and V. |
| 500 | DHS emails re youth boarded in ED | Wyatt_DHS_3 823869 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay.  FRE 802. Authenticity.  FRE 901. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion I.A. |
| 501 | DHS emails re youth living in tent | Wyatt_DHS_4 644326 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay.  FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion I.A. and V. |
| 502 | Feb 2023 CW Presentation | Wyatt_DHS_4 663113 | | No objection. |
| 503 | PK report draft presentation 2016 | Wyatt_DHS_2 990666 | | Hearsay.  FRE 802. Authenticity.  FRE 901. |
| 504 | Emails between DHS and Casey | Wyatt_DHS_2 988008 | | Only part of the whole document has been offered.  The rest of the document should be included.  FRE 106. Hearsay.  FRE 802. Authenticity. FRE 901. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| 505 | DHS emails 12.9.22 | Wyatt_DHS_2 984236 | | Hearsay.  FRE 802. Authenticity. FRE 901. |
| 506 | Email to DHS about ADA training feedback | Wyatt_DHS_4 328022 | | Hearsay.  FRE 802. Authenticity. FRE 901. |
| 507 | DHS report disability outcomes | Wyatt_DHS_3 207294 | | Hearsay.  FRE 802. Authenticity. FRE 901. |
| 508 | DHS emails re lack of placements | Wyatt_DHS_3 162940 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay.  FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion I.A. |
| 509 | DHS emails re ADA coordinator position | Wyatt_DHS_3 005085 | | Hearsay.  FRE 802. Authenticity. FRE 901. |
| 510 | DHS email re complaints on LGBTQ issues | Wyatt_DHS_2 983397 | | Hearsay.  FRE 802. Authenticity. FRE 901. |
| 511 | Discussion from March 2022 process for VRA | Wyatt_DHS_2 954908 | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 512 | DHS email re disability data process | Wyatt_DHS_2 937090 | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 513 | Dec 2022 mtg notes | Wyatt_DHS_3 200812 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Only part of the whole document has been offered.  The rest of the document should be included.  FRE 106. Hearsay.  FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Defendants' Motion *in Limine*, including Motion I.A. and V. |
| 514 | 2021 emails re crises in cw | Wyatt_DHS_4 411821 | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Only part of the whole document has been offered.  The rest of the document should be included.  FRE 106. Hearsay.  FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion I.A. |
| 515 | ACF, US DHHS, Child Maltreatment 2022 report | Online link | | Hearsay. FRE 802. Authenticity.  FRE 901. |
| 516 | 4.22 report on family retention | Wyatt_DHS_4 662276 | | No objection. |
| 517 | SOCAC minutes, Dec. 2023 | Wyatt_DHS_4 670687 | | Only part of the whole document has been offered.  The rest of the document should be included.  FRE 106. Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay.  FRE 802. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion I.A. |
| 518 | Foster family retention report Feb 2024 | Wyatt_DHS_4 676312 | | No objection. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 519 | Emails among DHS staff re BH services | Wyatt_DHS_4 432567 | | Only part of the whole document has been offered. The rest of the document should be included. FRE 106.<br>Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Inadmissible for the reasons explained in Defendants' *Motion in Limine*, including Motion I.A. |
| 520 | OAR 413, Div. 17 – CIRT and Discretionary Reviews - 2019 | | | No objection. |
| 521 | OAR 413, Div. 17 – CIRT and Discretionary Reviews - 2024 | | | No objection. |
| 522 | Oregon SB 832 – Enrolled; 2019 Regular Session | | | No objection. |
| 523 | Oregon SB 942 – Enrolled; 2017 Regular Session | | | No objection. |
| 524 | "After Almost a Decade, DHS Adopts Rules Mandated by Law." Salem Statesman Journal; 02.26.2017 | | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 525 | "44 Children Left in Harm's Way..." Salem Stateman Journal; 03.24.2017 | | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 526 | "Oregon Child Welfare Agency to Change Fatality Review..." Salem Stateman Journal; 09.30.2019 | | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 527 | "Buried: The State Hides How Children Die on | | | Hearsay. FRE 802. Authenticity. FRE 901. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | Oregon's Watch...;" The Oregonian; 11.25.2018 | | | |
| 528 | "Lawmakers to Question State Officials, Mull Stricter Rules...;" The Oregonian; 11.26.2018 | | | Hearsay.  FRE 802. Authenticity.  FRE 901. |
| 529 | "Oregon's DHS Director Didn't See Major...;" OPB; 03.20.2017 | | | Hearsay.  FRE 802. Authenticity.  FRE 901. |
| 530 | Witness registration re SB832; Senate Human Services Committee; 03.26.2019 | | | Hearsay.  FRE 802. Authenticity.  FRE 901. |
| 531 | Witness registration re SB942; Senate Human Services Committee; 03.27.2017 | | | Hearsay.  FRE 802. Authenticity.  FRE 901. |
| 532 | Info. Meeting; House Committee on Early Childhood and Human Services; 02.28.2024 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions *in Limine*, including Motion I.C. and V. |
| 533 | Statement of Kim Montgomery to House Committee on Early Childhood and Human Services; 02.28.2024 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Inadmissible for the reasons explained in Defendants' Motions *in Limine*, including Motion I.C. and V. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 534 | Oregon HB 2804 – Enrolled; 2023 Regular Session | | | No objection. |
| 535 | Hearing re HB 2804; House Committee on Early Childhood and Human Services; 02.15.2023 | | | Hearsay.  FRE 802.  Authenticity.  FRE 901. |
| 536 | Witness registration re HB 2804; House Committee on Early Childhood and Human Services; 02.15.2023 | | | Hearsay.  FRE 802.  Authenticity.  FRE 901. |
| 537 | Statement of Anthony Castaneda [SEIU Local 503] to House Committee on Early Childhood and Human Services; 02.15.2023 | | | Hearsay.  FRE 802.  Authenticity.  FRE 901. |
| 538 | Statement of SEIU Local 503 to House Committee on Early Childhood and Human Services; 02.15.2023 | | | Hearsay.  FRE 802.  Authenticity.  FRE 901. |
| 539 | Oregon SB 548 – Enrolled; 2023 Regular Session | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. |
| 540 | Hearing re SB 548; Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay.  FRE 802.  Authenticity.  FRE 901. |
| 541 | Witness registration re SB 548; Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay.  FRE 802.  Authenticity.  FRE 901. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| 542 | Witness registration re SB 548A; Senate Committee on Human Services; 04.24.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |
| 543 | Statement of Bryan Alford to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Improper law witness opinion. FRE 701. |
| 544 | Statement of Wendy Bender to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Improper law witness opinion. FRE 701. |
| 545 | Statement of Marcy Bretz to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Improper law witness opinion. FRE 701. |
| 546 | Statement of Jhana Brown to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Improper law witness opinion.  FRE 701. |
| 547 | Statement of Cindy Cosenzo to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401.<br>Hearsay.  FRE 802.<br>Authenticity.  FRE 901.<br>Improper law witness opinion.  FRE 701. |
| 548 | Statement of Kittee Custer to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401.<br>Hearsay.  FRE 802.<br>Authenticity.  FRE 901.<br>Improper law witness opinion.  FRE 701. |
| 549 | Statement of Heidi Evans to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401.<br>Hearsay.  FRE 802.<br>Authenticity.  FRE 901.<br>Improper law witness opinion.  FRE 701. |
| 550 | Statement of Sophie Fashana to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401.<br>Hearsay.  FRE 802.<br>Authenticity.  FRE 901.<br>Improper law witness opinion.  FRE 701. |
| 551 | Statement of Beth Fitzpatrick to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | probable or less probable. FRE 401.<br>Hearsay.  FRE 802.<br>Authenticity.  FRE 901.<br>Improper law witness opinion.  FRE 701. |
| 552 | Statement of Mercury Foix to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay.  FRE 802.<br>Authenticity.  FRE 901.<br>Improper law witness opinion.  FRE 701. |
| 553 | Statement of Ian Ford to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay.  FRE 802.<br>Authenticity.  FRE 901.<br>Improper law witness opinion.  FRE 701. |
| 554 | Statement of Rebecca Gundle to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay.  FRE 802.<br>Authenticity.  FRE 901.<br>Improper law witness opinion.  FRE 701. |
| 555 | Statement of Amanda Holguin to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay.  FRE 802.<br>Authenticity.  FRE 901.<br>Improper law witness opinion.  FRE 701. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 556 | Statement of Cheyenne Jones to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Improper law witness opinion. FRE 701. |
| 557 | Statement of Jennifer Kinzey to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Improper law witness opinion. FRE 701. |
| 558 | Statement of Linda Martensen to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Improper law witness opinion. FRE 701. |
| 559 | Statement of Allison Montelongo to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802.<br>Authenticity. FRE 901.<br>Improper law witness opinion. FRE 701. |
| 560 | Statement of Meghan Newton to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401.<br>Hearsay. FRE 802. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Authenticity. FRE 901. Improper law witness opinion. FRE 701. |
| 561 | Statement of Bryan Oakley to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Improper law witness opinion. FRE 701. |
| 562 | Statement of Dr. Michelle Pliske to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Improper law witness opinion. FRE 701. |
| 563 | Statement of Sherri Sacconaghi to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Improper law witness opinion. FRE 701. |
| 564 | Statement of Anna Schmidt to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Improper law witness opinion. FRE 701. |
| 565 | Statement of Leah Smith to Senate Committee on | | | Not relevant because it does not tend to make any fact of consequence more |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | Human Services; 02.22.2023 | | | probable or less probable. FRE 401. Hearsay.  FRE 802. Authenticity.  FRE 901. Improper law witness opinion.  FRE 701. |
| 566 | Statement of Michael Steffany to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay.  FRE 802. Authenticity.  FRE 901. Improper law witness opinion.  FRE 701. |
| 567 | Statement of Seema Steffany to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay.  FRE 802. Authenticity.  FRE 901. Improper law witness opinion.  FRE 701. |
| 568 | Statement of Victoria Wolff to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay.  FRE 802. Authenticity.  FRE 901. Improper law witness opinion.   FRE 701. |
| 569 | Hearing re DAS insurance fund to Joint Subcommittee on General Government; 02.14.2024 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity.  FRE 901. Inadmissible for the reasons explained in |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Defendants' *Motions in Limine*, including Motion VII. |
| 570 | Presentation re DAS insurance fund to Joint Subcommittee on General Government; 02.14.2024 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motions *in Limine*, including Motion VII. |
| 571 | Press conference re 2018 Oregon SOS Audit; 01.31.2018 | | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 572 | OAR 413-015-0608 – 0608 re CPS, Out of Home Care Assessments; 2017 | | | No objection. |
| 573 | OAR 413-015-0604 re CPS, Out of Home Care Assessments; 2024 | | | No objection. |
| 574 | OAR 413-015-0606 re CPS, Out of Home Care Assessments; 2024 | | | No objection. |
| 575 | OAR 413-015-0608 re CPS, Out of Home Care Assessments; 2024 | | | No objection. |
| 576 | KATU: "DHS: Long Child Abuse Hotline Wait Times...;" 05.04.2019 | | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 577 | KATU: "DHS Blames Low Funding...;" 04.25.2019 | | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 578 | KGW: "Mandatory Reporters Frustrated...;" 01.01.2022 | | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 579 | Oregon Capital Chronicle: "Callers Face Long Waits...;" 02.02.2022 | | | Hearsay. FRE 802. Authenticity. FRE 901. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| 580 | Statesman Journal: "Oregon Child Abuse Hotline Launch Marred...;" 04.25.2019 | | | Hearsay. FRE 802. Authenticity. FRE 901. |
| 581 | 02.28.2024 testimony of Alyssa Shiprack to OR House Early Childhood and Human Services Committee. | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Improper law witness testimony. FRE 701. Inadmissible for the reasons explained in Defendants' Motions *in Limine*, including Motion I.C. and V. |
| 582 | 02.28.2024 testimony of Jamie Stockdale to House Early Childhood and Human Services Committee. | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Improper law witness testimony. FRE 701. Inadmissible for the reasons explained in Defendants' Motions *in Limine*, including Motion I.C. and V. |
| 583 | DHS-DL contract [submitted to Senate Human Services Committee] | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion V. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 584 | DHS/ Pakseresht 02.05.2024 memo to Senate Human Services Committee re CW contractors; TL and litigation | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion IV and V. |
| 585 | Gelser 02.06.2023 memorandum; submitted to Senate Human Services Committee re "Gaps in safety and accountability for kids [in TL/ TLP]." | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay. FRE 802. Authenticity.  FRE 901. Improper law witness testimony. FRE 701. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion V and VIII. |
| 586 | Hearing; update on TL to House Interim Committee on Early Childhood and Human Services; 01.10.2024 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay.  FRE 802. Authenticity.  FRE 901. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion V. |
| 587 | Presentation; DHS update on TL to House Interim Committee on Early Childhood and Human Services; 01.10.2024 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Inadmissible for the reasons explained in |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| | | | | Defendants' Motion *in Limine*, including Motion V. |
| 588 | Hearing; re TL to House Interim Committee on Early Childhood and Human Services; 09.27.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay. FRE 802. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion V. |
| 589 | Presentation; DHS update on TL to House Interim Committee on Early Childhood and Human Services; 09.27.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion V. |
| 590 | Hearing; Gelser testimony re SB1521 to House Committee on Early Childhood and Human Services; 02.26.2024 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay. FRE 802. Authenticity.  FRE 901. Improper law witness testimony.  FRE 701. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion V and VIII. |
| 591 | Hearing; DHS testimony re preventing TL to Joint Committee on Ways and Means; 02.12.2024 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. |

| Ex. | Description | Bates | Stipulations | Objections |
|---|---|---|---|---|
| | | | | Hearsay.  FRE 802. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion V. |
| 592 | Presentation; DHS presentation on preventing TL to Joint Committee on Ways and Means; 02.12.2024 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion V. |
| 593 | Hearing; re SB1521 to Senate Committee on Human Services; 02.07.2024 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay.  FRE 802. Authenticity.  FRE 901. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion V. |
| 594 | Hearing; re SB1521 to Senate Committee on Human Services; 02.12.2024 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable.  FRE 401. Hearsay.  FRE 802. Authenticity.  FRE 901. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion V. |

| Ex. | Description | Bates | Stipulations | Objections |
|-----|-------------|-------|--------------|------------|
| 595 | DHS Memo to Senate Committee on Human Services; 02.09.2024 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion V. |
| 596 | DHS Memo to Senate Committee on Human Services; 02.14.2024 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion V. |
| 597 | Statement of Wendy Simer re SB1521 to Senate Committee on Human Services; 02.22.2023 | | | Not relevant because it does not tend to make any fact of consequence more probable or less probable. FRE 401. Hearsay. FRE 802. Authenticity. FRE 901. Improper law witness testimony. FRE 701. Inadmissible for the reasons explained in Defendants' Motion *in Limine*, including Motion V. |

DATED: May 6, 2024.        ELLEN ROSENBLUM ATTORNEY GENERAL FOR THE STATE OF OREGON

*s/ Harry B. Wilson*

David B. Markowitz, OSB #742046

DavidMarkowitz@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Vivek A. Kothari, OSB #182089
VivekKothari@MarkowitzHerbold.com
*Special Assistant Attorneys General for Defendants*

Adele J. Ridenour, OSB #061556
AdeleRidenour@MarkowitzHerbold.com
Anit K. Jindal, OSB #171086
AnitJindal@MarkowitzHerbold.com
David A. Fauria, OSB #170973
DavidFauria@MarkowitzHerbold.com
Kelsie G. Crippen, OSB #193454
KelsieCrippen@MarkowitzHerbold.com
*Of Attorneys for Defendants*

Carla A. Scott, OSB #054725
carla.a.scott@doj.state.or.us
Sheila H. Potter, OSB #993485
sheila.potter@doj.state.or.us
*Of Attorneys for Defendants*

2139468

**Page 32 –    DEFENDANTS' OBJECTIONS TO PLAINTIFFS' AMENDED AND
REBUTTAL TRIAL EXHIBIT LISTS**