# Exhibit 7

Wyatt B., et al. v. Kotek, et al.

USDC Case No. 6:19-cv-00556

Declaration of Marcia Robinson in Support of Plaintiffs' Brief on the Definition of Child in Care

**Children in Foster Care on Trial Reunification and Number of Face to Face Contacts by Month**

| Year | Month | Distinct Count of Children on Trial Reunification during Month | Number of Worker Face to Face Contacts during Month |
|---|---|---|---|
| **2019** | Jan | 954 | 1,461 |
| | Feb | 911 | 1,318 |
| | Mar | 895 | 1,370 |
| | Apr | 886 | 1,435 |
| | May | 863 | 1,370 |
| | Jun | 940 | 1,512 |
| | Jul | 944 | 1,429 |
| | Aug | 962 | 1,564 |
| | Sep | 947 | 1,309 |
| | Oct | 899 | 1,318 |
| | Nov | 902 | 1,295 |
| | Dec | 934 | 1,423 |
| **2020** | Jan | 871 | 1,326 |
| | Feb | 846 | 1,302 |
| | Mar | 875 | 1,390 |
| | Apr | 837 | 1,274 |
| | May | 815 | 1,219 |
| | Jun | 829 | 1,261 |
| | Jul | 825 | 1,248 |
| | Aug | 800 | 1,178 |
| | Sep | 793 | 1,237 |
| | Oct | 771 | 1,201 |
| | Nov | 779 | 1,164 |
| | Dec | 795 | 1,303 |
| **2021** | Jan | 765 | 1,244 |
| | Feb | 738 | 1,185 |
| | Mar | 744 | 1,282 |
| | Apr | 709 | 1,220 |
| | May | 728 | 1,186 |
| | Jun | 716 | 1,141 |
| | Jul | 686 | 1,156 |
| | Aug | 682 | 1,123 |
| | Sep | 662 | 996 |
| | Oct | 654 | 1,051 |
| | Nov | 640 | 902 |
| | Dec | 657 | 1,092 |
| **2022** | Jan | 632 | 955 |
| | Feb | 601 | 959 |
| | Mar | 581 | 1,010 |
| | Apr | 548 | 835 |
| | May | 552 | 855 |
| | Jun | 602 | 934 |
| | Jul | 624 | 1,039 |
| | Aug | 661 | 1,179 |
| | Sep | 655 | 1,060 |
| | Oct | 665 | 1,060 |
| | Nov | 638 | 1,046 |
| | Dec | 645 | 1,108 |

*Administrative data pull from ORRAI DW 3/30/2023