**P. ANDREW McSTAY, JR.**, OSB #033997
andymcstay@dwt.com
**WILLIAM D. MINER**, OSB #043636
billminer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW Tenth Avenue, Suite 700
Portland, OR 97205
Tel: (503) 241-2300

**MARCIA ROBINSON LOWRY** (*pro hac vice*)
mlowry@abetterchildhood.org
**ANASTASIA BENEDETTO** (*pro hac vice*)
abenedetto@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456

**EMILY COOPER**, OSB #182254
ecooper@droregon.org
**THOMAS STENSON**, OSB #152894
tstenson@droregon.org
**DISABILITY RIGHTS OREGON**
511 SW 10th Avenue, Suite 200
Portland, OR 97205
Tel: (503) 243 2081

**STEVEN RIZZO**, OSB #840853
srizzo@rizzopc.com
**MARY D. SKJELSET**, OSB #075840
mskjelset@rizzopc.com
**RIZZO BOSWORTH ERAUT, PC**
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819

    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| WYATT B. and NOAH F. by their next friend Michelle McAllister; KYLIE R. and ALEC R. by their next friend Kathleen Megill Strek; UNIQUE L. by her next friend Annette Smith; SIMON S. by his next friend Paul Aubry; RUTH T. by her next friend Michelle Bartov; BERNARD C. by his next friend Ksen Murry; NAOMI B. by her next friend Kathleen Megill Strek; and NORMAN N. by his next friend Tracy Gregg, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>TINA KOTEK, Governor of Oregon in her official capacity; FARIBORZ PAKSERESHT, Director, Oregon Department of Human Services in his official capacity; APRILLE FLINT-GERNER, Director, Child Welfare in her official capacity, and OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>     Defendants. | Case No. 6:19-cv-00556-AA<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY LINDSAY GUS** |

  PLEASE TAKE NOTICE that Lindsay Gus, admitted *pro hac vice*, withdraws as counsel of record for Plaintiffs because she is leaving A Better Childhood. All other counsel of record from A Better Childhood shall continue to appear on Plaintiffs' behalf in this case.

  Dated the 5th day of June 2024.

                       **DAVIS WRIGHT TREMAINE LLP**

                       By: *s/ P. Andrew McStay, Jr.*
                       P. Andrew McStay, Jr. OSB #033997
                       andymcstay@dwt.com
                       William D. Miner, OSB #043636
                       billminer@dwt.com
                       560 SW Tenth Avenue, Suite 700
                       Portland, OR 97205
                       Tel: (503) 241-2300

**A BETTER CHILDHOOD**
Marcia Robinson Lowry (*pro hac vice*)
mlowry@abetterchildhood.org
Anastasia Benedetto (*pro hac vice*)
abenedetto@abetterchildhood.org
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel: (646) 795-4456
Fax: (212) 692-0415

**DISABILITY RIGHTS OREGON**
Emily Cooper, OSB #182254
ecooper@droregon.org
Thomas Stenson, OSB #152894
tstenson@droregon.org
511 SW 10th Avenue, Suite 200
Portland OR 97205
Tel: (503) 243 2081
Fax: (503) 243 1738

**RIZZO BOSWORTH ERAUT PC**
Steven Rizzo, OSB 840853
srizzo@rizzopc.com
Mary D. Skjelset, OSB 075840
mskjelset@rizzopc.com
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819
Fax: (503) 229-0630

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **NOTICE OF WITHDRAWAL OF ATTORNEY LINDSAY GUS** on:

| | |
|---|---|
| Sheila Potter, OSB #993485<br>Carla Scott, OSB #054725<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Tel: 971-673-1915<br>Fax: 971-673-1884<br>sheila.potter@doj.state.or.us<br>carla.a.scott@doj.state.or.us<br><br>Of Attorneys for Defendants | David B. Markowitz<br>Anna Marie Joyce<br>Harry B. Wilson<br>Laura R. Salerno Owens<br>Lauren F. Blaesing<br>Vivek A. Kothari<br>Markowitz Herbold PC<br>1455 SW Broadway, Suite 1900<br>Portland, OR 97201<br>Tel: 503-295-3085<br>Fax: 503-323-9105<br>DavidMarkowitz@MHGM.com<br>annajoyce@markowitzherbold.com<br>harrywilson@markowitzherbold.com<br>LauraSalerno@MarkowitzHerbold.com<br>LaurenBlaesing@MarkowitzHerbold.com<br>vivekkothari@markowitzherbold.com<br><br>Of Attorneys for Defendants |

☒ by First Class mail, addressed to said attorney's last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below:

☒ by using CM/ECF electronic service.

Dated this 5th day of June 2024.

**DAVIS WRIGHT TREMAINE LLP**

 *s/ P. Andrew McStay, Jr.*
P. Andrew McStay, Jr. OSB #033997
andymcstay@dwt.com
William D. Miner, OSB #043636
billminer@dwt.com
Tel: (503) 241-2300
Fax: (503) 778-5299
Attorneys for Plaintiffs

Page 1 – CERTIFICATE OF SERVICE

DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax