RE: Wyatt v. Kotek: Neutral Selection

Vivek Kothari <vivekkothari@markowitzherbold.com>

Tue 5/28/2024 1:51 PM

To:Marcia Lowry <mlowry@abetterchildhood.org>;Emily Cooper <ecooper@droregon.org>;Miner, Bill <billminer@dwt.com>;
Lauren Blaesing <laurenblaesing@markowitzherbold.com>;McStay, Andy <AndyMcstay@dwt.com>;Tom Stenson
<tstenson@droregon.org>;Steven Rizzo <SRizzo@rizzopc.com>;Mary Skjelset <mskjelset@rizzopc.com>;Anastasia Benedetto
<abenedetto@abetterchildhood.org>;Quirante, Malinda <malindaquirante@dwt.com>
Cc:Laura Salerno Owens <laurasalerno@markowitzherbold.com>;Harry Wilson <harrywilson@markowitzherbold.com>;David
Markowitz <davidmarkowitz@markowitzherbold.com>;Kelsie Crippen <kelsiecrippen@markowitzherbold.com>;
carla.a.scott@doj.state.or.us <carla.a.scott@doj.state.or.us>;Abigail Adams <abigailadams@markowitzherbold.com>

Marcia,

Once we've narrowed down the list, we may be able to share that information.

Here is contact information for Tracey and Julie.

Tracy Malone: Tmalone@pubknow.com

Julie Farber: juliefarber@gmail.com

-Vivek

**Vivek Kothari**| Shareholder
**Markowitz Herbold PC**
1455 SW Broadway, Suite 1900 | Portland, OR 97201
**T** (503) 295-3085 | Web
Pronouns: he/him/his

---

**From:** Marcia Lowry <mlowry@abetterchildhood.org>
**Sent:** Tuesday, May 28, 2024 8:40 AM
**To:** Vivek Kothari <vivekkothari@markowitzherbold.com>; Emily Cooper <ecooper@droregon.org>; Miner, Bill
<billminer@dwt.com>; Lauren Blaesing <laurenblaesing@markowitzherbold.com>; McStay, Andy
<AndyMcstay@dwt.com>; Tom Stenson <tstenson@droregon.org>; Steven Rizzo <SRizzo@rizzopc.com>; Mary
Skjelset <mskjelset@rizzopc.com>; Anastasia Benedetto <abenedetto@abetterchildhood.org>; Quirante, Malinda
<malindaquirante@dwt.com>
**Cc:** Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Harry Wilson
<harrywilson@markowitzherbold.com>; David Markowitz <davidmarkowitz@markowitzherbold.com>; Kelsie
Crippen <kelsiecrippen@markowitzherbold.com>; carla.a.scott@doj.state.or.us; Abigail Adams
<abigailadams@markowitzherbold.com>
**Subject:** Re: Wyatt v. Kotek: Neutral Selection

Vivek – we would like to talk to your top 3 - 5 candidates, and would like to include
in that number Julie Farber and Tracy Malone.  Could you please send us contact
information for them?

Thanks very much.

Marcia

**Marcia Robinson Lowry**
Executive Director
A Better Childhood

mlowry@abetterchildhood.org
C: (646) 808-7344

**From:** Vivek Kothari <vivekkothari@markowitzherbold.com>
**Date:** Tuesday, May 28, 2024 at 11:10 AM
**To:** Marcia Lowry <mlowry@abetterchildhood.org>, Emily Cooper <ecooper@droregon.org>, Miner, Bill <billminer@dwt.com>, Lauren Blaesing <laurenblaesing@markowitzherbold.com>, McStay, Andy <AndyMcstay@dwt.com>, Tom Stenson <tstenson@droregon.org>, Steven Rizzo <SRizzo@rizzopc.com>, Mary Skjelset <mskjelset@rizzopc.com>, Anastasia Benedetto <abenedetto@abetterchildhood.org>, Quirante, Malinda <malindaquirante@dwt.com>
**Cc:** Laura Salerno Owens <laurasalerno@markowitzherbold.com>, Harry Wilson <harrywilson@markowitzherbold.com>, David Markowitz <davidmarkowitz@markowitzherbold.com>, Kelsie Crippen <kelsiecrippen@markowitzherbold.com>, carla.a.scott@doj.state.or.us <carla.a.scott@doj.state.or.us>, Abigail Adams <abigailadams@markowitzherbold.com>
**Subject:** RE: Wyatt v. Kotek: Neutral Selection

Marcia,

Let us know the potential candidates in whom you might be interested and I'll provide contact information.

-Vivek

**Vivek Kothari**| Shareholder
**Markowitz Herbold PC**
1455 SW Broadway, Suite 1900 | Portland, OR 97201
**T** (503) 295-3085 | Web
Pronouns: he/him/his

**From:** Marcia Lowry <mlowry@abetterchildhood.org>
**Sent:** Saturday, May 25, 2024 5:34 AM
**To:** Emily Cooper <ecooper@droregon.org>; Vivek Kothari <vivekkothari@markowitzherbold.com>; Miner, Bill <billminer@dwt.com>; Lauren Blaesing <laurenblaesing@markowitzherbold.com>; McStay, Andy <AndyMcstay@dwt.com>; Tom Stenson <tstenson@droregon.org>; Steven Rizzo <SRizzo@rizzopc.com>; Mary Skjelset <mskjelset@rizzopc.com>; Anastasia Benedetto <abenedetto@abetterchildhood.org>; Quirante, Malinda <malindaquirante@dwt.com>
**Cc:** Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; David Markowitz <davidmarkowitz@markowitzherbold.com>; Kelsie Crippen <kelsiecrippen@markowitzherbold.com>; carla.a.scott@doj.state.or.us; Abigail Adams <abigailadams@markowitzherbold.com>
**Subject:** Re: Wyatt v. Kotek: Neutral Selection

Vivek—
As you know, time is short in which to attempt to reach agreement on a neutral   Is it ok with defendants for us to contact any of these potential candidates in whom we might be interested?  If so, could you please give us contact information for them as soon as possible?

Thanks for letting us know.

Marcia

**Marcia Robinson Lowry**
Executive Director
[A Better Childhood](#)
[mlowry@abetterchildhood.org](mailto:mlowry@abetterchildhood.org)
C: (646) 808-7344

---

**From:** Emily Cooper <[ecooper@droregon.org](mailto:ecooper@droregon.org)>
**Date:** Friday, May 24, 2024 at 7:48 PM
**To:** Vivek Kothari <[vivekkothari@markowitzherbold.com](mailto:vivekkothari@markowitzherbold.com)>, Miner, Bill <[billminer@dwt.com](mailto:billminer@dwt.com)>, Lauren Blaesing <[laurenblaesing@markowitzherbold.com](mailto:laurenblaesing@markowitzherbold.com)>, McStay, Andy <[AndyMcstay@dwt.com](mailto:AndyMcstay@dwt.com)>, Tom Stenson <[tstenson@droregon.org](mailto:tstenson@droregon.org)>, Marcia Lowry <[mlowry@abetterchildhood.org](mailto:mlowry@abetterchildhood.org)>, Steven Rizzo <[SRizzo@rizzopc.com](mailto:SRizzo@rizzopc.com)>, Mary Skjelset <[mskjelset@rizzopc.com](mailto:mskjelset@rizzopc.com)>, Anastasia Benedetto <[abenedetto@abetterchildhood.org](mailto:abenedetto@abetterchildhood.org)>, Quirante, Malinda <[malindaquirante@dwt.com](mailto:malindaquirante@dwt.com)>
**Cc:** Laura Salerno Owens <[laurasalerno@markowitzherbold.com](mailto:laurasalerno@markowitzherbold.com)>, Harry Wilson <[harrywilson@markowitzherbold.com](mailto:harrywilson@markowitzherbold.com)>, David Markowitz <[davidmarkowitz@markowitzherbold.com](mailto:davidmarkowitz@markowitzherbold.com)>, Kelsie Crippen <[kelsiecrippen@markowitzherbold.com](mailto:kelsiecrippen@markowitzherbold.com)>, [carla.a.scott@doj.state.or.us](mailto:carla.a.scott@doj.state.or.us) <[carla.a.scott@doj.state.or.us](mailto:carla.a.scott@doj.state.or.us)>, Abigail Adams <[abigailadams@markowitzherbold.com](mailto:abigailadams@markowitzherbold.com)>
**Subject:** Re: Wyatt v. Kotek: Neutral Selection

Dear Vivek,

Thank you for this list and for following up on a conferral time.  Let's meet at 2pm on Wednesday, May 29th.  I'll send a calendar invite next.

Sincerely,

Emily

## Emily Cooper

Legal Director



Pronouns: she/her/hers

Phone: (503) 243-2081 ext. 215

Fax: (503) 243-1738

Website: [droregon.org](http://droregon.org)

**Legal & Confidentiality Notice**: Communication of information by, in, to, or through this email and your receipt or use of it (1) is

not provided in the course of and does not create or constitute an attorney-client relationship, and (2) is not intended to convey or constitute legal advice from a qualified attorney. This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, forwarding, printing, copying, distributing, or use of this information is strictly prohibited and may be unlawful. If you received this message in error, or have reason to believe you are not authorized to receive it, please promptly delete this message and notify the sender by email. Thank you.

**From:** Vivek Kothari <vivekkothari@markowitzherbold.com>
**Sent:** Friday, May 24, 2024 1:00 PM
**To:** Miner, Bill <billminer@dwt.com>; Lauren Blaesing <laurenblaesing@markowitzherbold.com>; McStay, Andy <AndyMcstay@dwt.com>; Tom Stenson <tstenson@droregon.org>; Emily Cooper <ecooper@droregon.org>; Marcia Lowry <mlowry@abetterchildhood.org>; Steven Rizzo <SRizzo@rizzopc.com>; Mary Skjelset <mskjelset@rizzopc.com>; Anastasia Benedetto <abenedetto@abetterchildhood.org>; Quirante, Malinda <malindaquirante@dwt.com>
**Cc:** Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; David Markowitz <davidmarkowitz@markowitzherbold.com>; Vivek Kothari <vivekkothari@markowitzherbold.com>; Kelsie Crippen <kelsiecrippen@markowitzherbold.com>; carla.a.scott@doj.state.or.us <carla.a.scott@doj.state.or.us>; Abigail Adams <abigailadams@markowitzherbold.com>
**Subject:** Wyatt v. Kotek: Neutral Selection

Counsel:

I am writing regarding selection of the Neutral. The Settlement Agreement contemplates that we shall cooperate in good faith in the selection of the Neutral and that we shall submit a name to the court by May 31.

We are considering several candidates and wanted to confer with you on these individuals and any candidates you may be considering. We are available to confer on Wednesday, May 29 at 2 pm. Let us know if that works for you.

Here are the candidates we are considering:

- Karen Baynes-Dunning
- Keith Bostick
- Bobby Cagle
- Brenda Donald
- Vannessa Dorantes
- Julie Farber
- Stacey Gerber
- Traci Savoy Jack
- Jeff Lukich
- Heidi McIntosh
- Tracey Malone
- Judy Tudor

-Vivek

**Vivek Kothari**| Shareholder
**Markowitz Herbold PC**
1455 SW Broadway, Suite 1900 | Portland, OR 97201
**T** (503) 295-3085 | Web
Pronouns: he/him/his