## Wyatt v. Kotek - neutral

### Sondra M. Nolan <sondranolan@markowitzherbold.com>

Thu 5/30/2024 1:55 PM

To:mlowry@abetterchildhood.org <mlowry@abetterchildhood.org>;abenedetto@abetterchildhood.org <abenedetto@abetterchildhood.org>;Emily Cooper <ecooper@droregon.org>;Tom Stenson <tstenson@droregon.org>; billminer@dwt.com <billminer@dwt.com>;AndyMcstay@dwt.com <AndyMcstay@dwt.com>;mskjelset@rizzopc.com <mskjelset@rizzopc.com>;SRizzo@rizzopc.com <SRizzo@rizzopc.com>
Cc:Vivek Kothari <vivekkothari@markowitzherbold.com>;Harry Wilson <harrywilson@markowitzherbold.com>;Lauren Blaesing <laurenblaesing@markowitzherbold.com>;David Fauria <davidfauria@markowitzherbold.com>

📎9 attachments (2 MB)
Brenda Donald Resume 2024.pdf; Brenda Donald consulting profile.pdf; Julie Farber Resume May 2024.pdf; Julie Farber Publications May 2024.pdf; Karen Baynes-Dunning Vita 2024.pdf; Karen Baynes-Dunning Bio 2024.pdf; B Cagle Comprehensive Resume 2024.pdf; B Cagle Training Synopsis 2024.pdf; VDorantes CV May 2024.pdf;

You don't often get email from sondranolan@markowitzherbold.com. Learn why this is important

Marcia, et al.

Attached are the resumes of the 5 individuals who defendants propose for the Neutral role under the settlement agreement: Brenda Donald, Julie Farber, Karen Baynes-Dunning, Bobby Cagle, and Vanessa Dorantes. Their resumes contain contact information.

As you know, the deadline to come to an agreement on a Neutral is tomorrow. Please let us know by 5:00 PM tomorrow whether we have agreement or will need to brief the issue for the court.

 Thank you,

**Sondra M. Nolan** | Paralegal
**Markowitz Herbold PC**
1455 SW Broadway, Suite 1900 | Portland, OR  97201
**T** (503) 295-3085 | Web
Pronouns: she/her/hers

**CONFIDENTIALITY NOTICE:** The information contained in this transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information is strictly prohibited.