IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WYATT B. et al. | Civ. No. 6:19-cv-00556-AA |
| Plaintiffs, | **LIMITED JUDGMENT** |
| v. | |
| TINA KOTEK et al., | |
| Defendants. | |

AIKEN, District Judge.

Pursuant to Section 1 of the Settlement Agreement in this matter, and for the reasons set forth in the accompanying Opinion and Order, the Court issues a limited judgment finding as follows:

The definition of Child in Care under the Settlement Agreement excludes (1) children who have not been removed and their family is receiving services through the Oregon Department of Human Services ("ODHS") in-home (*i.e.*, through ODHS Family Preservation) because while those children may be in ODHS's legal custody,

Page 1 –LIMITED JUDGMENT

they are not in ODHS's physical custody and so are not "in care"; and (2) children who have been removed, are in ODHS's legal custody, but are not in ODHS's physical custody because they are place in-home with a parent or legal guardian (*i.e.*, on Trial Home Visit).

It is so ORDERED and DATED this ___27th___ day of June 2024.

                                                   /s/Ann Aiken
                                               ANN AIKEN
                                               United States District Judge