**P. ANDREW McSTAY, JR.**, OSB 033997
andymcstay@dwt.com
**WILLIAM D. MINER**, OSB 043636
billminer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Telephone: (503) 241-2300

**MARCIA ROBINSON LOWRY** (*pro hac vice*)
mlowry@abetterchildhood.org
**ANASTASIA BENEDETTO** (*pro hac vice*)
abenedetto@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456

**EMILY COOPER**, OSB 182254
ecooper@droregon.org
**THOMAS STENSON**, OSB 152894
tstenson@droregon.org
**DISABILITY RIGHTS OREGON**
511 SW 10th Avenue, Suite 200
Portland, OR 97205
Tel: (503) 243-2081

**STEVEN RIZZO**, OSB 840853
srizzo@rizzopc.com
**MARY D. SKJELSET**, OSB 075840
mskjelset@rizzopc.com
**RIZZO BOSWORTH ERAUT, PC**
1300 SW 6th Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION**

| WYATT B. *et al.*, | Case No. 6:19-cv-00556-AA |
|---|---|
| Plaintiffs, | |
| v. | **DECLARATION OF SHENOA L. PAYNE IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS** |
| TINA KOTEK *et al.*, | |
| Defendants. | |

Page 1 – DECLARATION OF SHENOA L. PAYNE

I, Shenoa Payne, declare the following:

1.      I make this declaration based on personal knowledge and am competent to testify to the same.

## QUALIFICATIONS

2.      I am an attorney admitted to practice in the State of Oregon, the United States District Court for the District of Oregon, and the United States Court of Appeals for the Ninth Circuit. I graduated from Willamette University Law School, *magna cum laude*, in 2008.

3.      After law school, I served as a judicial law clerk to the late former Chief Judge of the Oregon Court of Appeals, Honorable Rick T. Haselton, when he served as a presiding judge in 2008-2009. In that capacity, I conducted legal research and drafted numerous appellate opinions on behalf of the court. I also observed pre- and post-argument sessions of the panel for which I clerked. From 2009 to 2010, I served as a judicial law clerk to former associate justice of the Oregon Supreme Court Honorable Virginia L. Linder. In that capacity, I drafted numerous petition memoranda and several opinions.

4.      From 2010-2015, I served as an associate attorney at Haglund Kelley LLP.  Haglund Kelley LLP is a mid-size civil litigation law firm.  While at Haglund Kelly LLP, I specialized in drafting complex motions in employment class actions and general employment litigation disputes, antitrust class actions, and other complex civil litigation matters.

5.      On January 1, 2016, I became founder and sole owner of Shenoa Payne Attorney at Law PC.  My practice currently consists of about 50 percent litigation and 50 percent civil-side appellate and/or litigation support work.  My litigation practice involves primarily representing individuals against corporate or governmental entities under a variety of federal and state civil rights statutes, including but not limited to 42 U.S.C. § 1983, the Americans with Disabilities Act as Amended (ADA), Section 504 of the Rehabilitation Act, the Fair Housing Act, and Oregon law.  I

Page 2 – DECLARATION OF SHENOA L. PAYNE

4881-9805-9726v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

have litigated civil rights cases from inception to jury verdict, enforcing clients' civil rights in employment, housing, education, public accommodations, and government services and benefits.

6. I have extensive litigation experience. During my 16 years of practice, I have been counsel of record in approximately 69 cases, with 37 cases in state circuit courts and 32 cases in federal district courts. This does not reflect the multitude of disability and civil rights cases I have handled to resolution prior to filing.

7. My case selection process is to take legal cases with an eye toware achieving broad impact and change in the area of civil rights. I continue to handle complex civil litigation matters, including multi-plaintiff litigation and class actions. I often co-counsel with legal non-profits and other firms so that I can prosecute impact litigation matters and prosecute cases against large corporations and government entities – who often have teams of lawyers and unlimited resources.

8. I also have a robust appellate practice and handle a broad range of civil appeals. I have briefed approximately 22 appellate matters before the Oregon Supreme Court, Oregon Court of Appeals, and the Ninth Circuit Court of Appeals.

9. I am a former co-chair of the OTLA *amicus curiae* committee (2011-2014) and currently serve as a voting member of the committee. In that capacity, I have authored several *amicus curiae* briefs before the Oregon Supreme Court, Oregon Court of Appeals, and Ninth Circuit Court of Appeals.

10. I am sought out by many trial lawyers across the state in multiple practice areas to provide general civil litigation and appellate practice consultation at every stage of litigation, from pre-filing legal strategy, complex motions practice, preservation of appellate issues at trial, trial motions and litigation support, attorney fee petitions, post-trial motions, and appeals.

Page 3 – DECLARATION OF SHENOA L. PAYNE

4881-9805-9726v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

11. I have made several applications for attorney fee awards in federal court. I familiar with the standards applicable to the award of attorney fees and reasonable hourly rates association with Section 1983, ADA, and Section 504 litigation through personal experience. I have never had my hourly rates reduced by a court in a fee petition and even had them enhanced on multiple occasions.

12. In addition, I am regularly sought out for my expertise in fee-shifting cases. For example:

- *Inigues-Reyes v. Kambeitz*, No. 1103-03206 (Mult. Co.): I was hired to assist plaintiff's counsel in seeking attorney fees in an ORS 20.080 fee-shifting case. As a result of the attorney fee petition, the case resolved.

- *Coduto v. Hey*, A157646: I was hired to handle the appeal assigning error to thee trial court's reduction of the amount of attorney fees under ORS 20.080 on the basis that the fees exceeded the recover. After the opening brief was filed, the case settled.

- *Bearden v. NWE, Inc.*, 298 Or App 698, *rev den*, 366 Or 64 (2019): I was hired to defend an appeal on the merits and to cross-appeal a trial court's reduction of the plaintiff's attorney fees. On cross-appeal, I successfully argued, and the court agreed, that the trial court erred in denying the plaintiff attorney fees for time earned in BOLI proceedings.

- *Thoens v. Safeco*, 317 Or App 727, *ad'hd to as modified on recons*, 319 Or App 450 (2022): I was hired by a trial attorney to defend an appeal related to an attorney fee award in a UIM case. I successfully argued on appeal that the referee correctly determined that plaintiff was entitled to attorney fees on remand after the first appeal under ORS 742.061 because an insurer cannot leave and then later reenter the "safe harbor" provision to avoid attorney fees, and that the amount of attorney fees under the lodestar was reasonable.

Page 4 – DECLARATION OF SHENOA L. PAYNE

4881-9805-9726v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

13. I also am very active in the Oregon State Bar. I currently serve as a mentor in the Oregon State Bar attorney mentor program. I am mentoring my third mentee through the program. I previously mentored law students at Willamette University College of Law and was awarded the honor of mentor of the year in 2010.

14. I also serve on the board of the Oregon Trial Lawyers Association (OTLA). In that capacity, in 2016 I founded a new program called the OTLA Leadership Academy (OLA). The OLA is designed to increase the diversity of leadership in the plaintiff's bar, the Oregon State Bar, the bench, and elected positions in Oregon. Graduates of the program currently serve on the board of OTLA, the board of the OSB, the state legislature, the trial bench, and state-wide office.

15. I also am a member of the American Association for Justice (AAJ), the national trial lawyers' association. I am a former member of AAJ's Executive Committee and am a current member of the AAJ's Board of Governors. I am a past chair of AAJ's LGBT caucus, where I helped found a scholarship for new LGBTQ lawyers to pay for the cost of attending their first AAJ convention. The scholarship has assisted the LGBTQ caucus to grow its membership and increase representation in AAJ. I also am past chair of AAJ's Employment Rights Section.

16. I currently serve on the Multnomah Bar Association's Court Liaison Committee, where I work to improve the relations and flow of information between the Multnomah County bench and bar.

17. Beginning in January 2023, I have volunteered my time as a member of the ACLU of Oregon's Lawyer's Committee. In that capacity, I vote on cases that come before the committee for ACLU of Oregon's legal involvement either directly as a party or as *amicus curiae*, and I provide valuable input to ACLU of Oregon legal and policy staff based on my experience and knowledge as a civil rights litigator and appellate attorney.

Page 5 – DECLARATION OF SHENOA L. PAYNE

4881-9805-9726v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

18. I have received recognition from my peers for the quality of my legal work. I have been recognized as a Super Lawyer in appellate law from 2019 through the present, and one of America's Top 100 High Stakes Litigators. Previously, from 2013-2018, I was recognized as a Super Lawyer Rising Star also was recognized as a National Trial Lawyers Top 40 Under 40.

19. My published articles include the following:

- *Fight Back Against Bias and Fear*, AAJ Trial Lawyer Magazine, 35 (Sept 2022)
- *NDA Coercion*, OTLA Trial Lawyer, 28 (Summer 2022)
- *Social Media*, Chapter 24, Documentary Discovery, OTLA Motor Vehicle Desk Book (2021);
- *A Culture of Secrecy: How the #MeToo Movement Has Shed Light on Arbitration Clauses and Nondisclosure Agreements*, OTLA Trial Lawyer 32-35 (Fall 2018);
- *Punitive Damages: Why Road Ragers are the Next Drunk Drivers*, OTLA Trial Lawyer, 32-33 (Fall 2017);
- *Non-Disclosure: How the ADA Protects Your Client's Medical Information*, OTLA Trial Lawyer (Spring 2015); and
- *The Ethical Conundrums of Unpublished Opinions*, 44 Willamette Law Rev 723 (2008).

20. I regularly speak nationally and locally regarding my expertise on disability and civil rights litigation, including but not limited to the following:

- Speaker, *2023 Case Law Update*, OSB Labor & Employment Annual CLE, Lincoln City, Oregon, Oct 13, 2025
- Speaker, *Practical Considerations When Handling a Case for an LGBTQ+ Client*, American Association for Justice Winter Convention, Palm Desert, CA, Feb 12, 2022
- Speaker, *Transgender Youth in Sports: The Battle Over the Meaning of Title IX*, American Association for Justice Amped Up Convention via Zoom, July 13-15, 2020

Page 6 – DECLARATION OF SHENOA L. PAYNE

4881-9805-9726v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

- Speaker, *E-Discovery Tips in Employment Cases*, Employment Rights and Wage and Hour Section Joint CLE Program, American Association for Justice, San Diego, CA, July 30, 2019
- Speaker, *Representing Vulnerable Populations*, Victim Rights Law Center, Portland, Oregon, October 24, 2018
- Speaker, *Employment Law and Civil Rights*, OTLA Trial Academy 101, Portland, Oregon, October 24, 2018
- Speaker, *Post-Trial Motions*, Effective Motions Practice, Oregon State Bar, Tigard, Oregon, Oct 11, 2018
- Panelist, *Carving Out a Civil Rights Practice*, MBA, Portland, Oregon, March 22, 2018
- Speaker, *Appellate Practice, What Every Trial Attorney Needs to Know*, Multnomah Bar Association, Portland, Oregon, scheduled April 19, 2017;
- Speaker, *2016 Employment Appellate Decisions of Note*, OTLA and OR-ELA Full day CLE, Portland, Oregon, September 16, 2016
- Panelist, *Appellate Year in Review*, Oregon Trial Lawyers Annual Convention, Sunriver, Oregon, August 14, 2015
- Speaker, *Effectively Representing Persons with Disabilities: How Understanding Your Client Can Make You a Better Advocate*, OTLA Employment and Civil Rights Section, Portland, Oregon, October 6, 2014
- Speaker, *Appellate Issues in Business Trials*, Oregon Trial Lawyers Association Business Litigation Section, Portland, Oregon, March 13, 2014
- Speaker, *Litigating a Fair Housing Case with Common Law Torts*, Fair Housing Council of Oregon, Portland, Oregon, Feb 27, 2014

**OPINIONS**

21.    I am familiar with the hourly rates charged by attorneys practicing in the area of civil rights law, including disability rights. I periodically conduct surveys to determine what other attorneys in the marketplace charge with similar skill, expertise, and experience practicing in the Portland metro area.  Specialists in civil rights and disability law charge a premium fee, similar to

Page 7 – DECLARATION OF SHENOA L. PAYNE

4881-9805-9726v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

that of other specialists such as intellectual property and commercial attorneys. This is particular true when handling complex litigation and class actions.

22.     Section 1983 civil rights litigation, and litigation under the ADA, is inherently complex. In addition, litigating class actions involve additional procedural complexities and risk, because there is significant investigation, time, expense, and motions practice involved in certifying the class and/or subclasses.  Plaintiffs needed highly skilled counsel to handle a matter of this complexity both substantively and procedurally.

23.     There is a scarcity of lawyers in Oregon who devote their practice predominantly or exclusively to the representation of clients with disabilities or who take Section 1983 or Title II ADA cases – there are even fewer who have the experience to litigate complex class action disability rights cases. In my own practice I only have capacity to take a limited number of cases and struggle to find competent attorneys to refer non-employment ADA (Title II of Title III ADA cases) or other disability-related civil rights cases, because there is such a limited field of lawyers practicing in this area that have the requisite expertise to handle these cases. This is not because there are low incidences of violations of the ADA, but instead because of the level of nuance, risk, difficulty, and expense involved in these cases. In addition, disability cases are undesirable cases. Clients tend to represent the most marginalized members of our society: the poor, politically disaffected, elderly, individuals with mental health conditions, and as here, children as wards of the state with no parents to effectively advocate for them.

24.     Impact litigation and class actions are undesirable for the additional reason that large corporations and government entities – like the defendants in this case – often have multiple lawyers and greater resources to defend cases. Individual plaintiffs, even as a class, often cannot pay costs, and lawyers must front costs on behalf of their clients. These cases represent true David v. Goliath situations, where the financial deck is often stacked in favor of the opponent. These cases require

Page 8 – DECLARATION OF SHENOA L. PAYNE

4881-9805-9726v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

expensive experts, significant discovery, and rarely resolve quickly. Many firms simply cannot prosecute these cases due to the financial costs.

25. In addition to expending significant financial resources, taking a complex case of this size requires this sort of time and labor that requires attorneys to set significant time aside, time that could be spent on other more efficiently earned contingent or fee-shifting work. Cases like these require extensive investigating and developing the facts, meeting with putative class members, drafting pleadings, drafting and defending motions, taking and defending depositions, engaging in intensive discovery requests and disputes, obtaining multiple experts, and preparing trial. This case was filed in April 2019 and was in fact litigated extensively for over five years, taking extensive resources. As Ms. Cooper demonstrates in her declaration – she alone spent nearly 800 hours litigating this case, and that does not include the time that other attorneys at DRO spent on the case, or DRO's partnered law firms. Attorneys must be able to recover attorney fees in successful years-long complex litigation or they will cease to be able to fund and bring these types of cases in the future.

26. Attorneys who handle complex litigation cases such as these therefore charge a premium hourly rate in order to compensate for the risk involved, and the market rate for complex litigation often includes this premium rate, including at least a $200 to $300 higher an hour rate due to the risks involved, including financial risks, procedural risks, length of litigation, and the undesirability of litigating these types of cases. It is critical that attorneys be able to recover these premium market rates in litigating these impact and complex litigation rates or they simply cannot litigate these types of cases.

27. The results obtained in this matter were excellent. Plaintiffs were able to achieve a monumental and meaningful settlement with class-wide relief for all children in the foster care system. This occurred after a hard-fought and lengthy litigation lasting five years, with over 500

Page 9 – DECLARATION OF SHENOA L. PAYNE

4881-9805-9726v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

docket entries. The settlement avoided a lengthy and expensive trial for all parties, where dozens of witnesses and hundreds of exhibits would have been presented. The class members will benefit from the setting of "Ultimate Outcomes," including measurements of the rate of maltreatment in foster care and timely assessments for professional mental health and medical assessments, with extensive involvement and oversight by a neutral, including an annual review and reports of substantial compliance.

28. Disability Rights Oregon (DRO) is Oregon's designated Protection and Advocacy agency. DRO's legal counsel's experience in advocating for and protecting the rights of individuals with physical, intellectual, cognitive, or mental health conditions cannot be overstated. Since I became a civil rights and disability rights lawyer, I have looked to DRO and its lawyers as experts in the field of disability rights. I also a member of the National Disability Rights Bar Association and am familiar with the work of Protection and Advocacy agencies nationwide. DRO has an excellent reputation nationwide.

29. I have worked in collaboration with counsel at DRO for over a decade. Ms. Cooper, Mr. Stenson, and Ms. Shank are all highly regarded throughout the state for their unique knowledge and experience in the field of disability rights advocacy and litigation – particularly under Section 504 of the Rehabilitation Act and the ADA. I have consistently turned to these attorneys at DRO over the years for their unique expertise and guidance in complex legal situations involving substantive legal experience in the area of disability rights.

30. I have known attorney Chris Shank since 2006 in her role as staff attorney for DRO and have collaborated with her on special education issues and the creation of DRO's pro bono special education volunteer program. I have personally observed Ms. Shank's legal work and know her to be an excellent attorney. Based on Ms. Shank's experience and skill, $625 is a reasonable hourly rate.

Page 10 – DECLARATION OF SHENOA L. PAYNE

4881-9805-9726v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

31. I have also collaborated with Deputy Legal Director Thomas Stenson on several disability rights cases. I personally have observed his legal work, writing, and depositions skills and relied on his professional expertise in the area of disability rights. Mr. Stenson has extensive experience litigating civil rights and disability rights cases, particularly complex litigation cases. Mr. Stenson is very high caliber attorney with an excellent reputation. It is my opinion that, based on Mr. Stenson's background, experience, and skills, and also considering the complexity of the matters involved, Mr. Stenson's billing rates in this case, which do not exceed $645 an hour, are reasonable and likely below market rates.

32. I have known Legal Director Emily Cooper for several years. I have seen her speak at CLEs regarding her expertise in the area of disability rights and have also collaborated with her on several disability rights cases. I have personally observed her legal work, her legal briefing, her litigation skills, and relied on her professional expertise in the area of disability rights. Ms. Cooper is an excellent attorney and an expert in her field. It is my opinion that, based on Ms. Cooper's background, experience, skills, and also considering the complexity of the matters involved, Ms. Cooper's hourly rates billed for this matter, which do not exceed $650 an hour, are reasonable and likely below market rates.

33. The 2022 OSB Economic Survey should not be given undue weight in determining the market rates in a case of this complexity. The OSB Economic Survey lacks specificity regarding the practice areas involved here – civil rights, class actions, and constitutional law – which, as explained above, are highly complex, require a premium hourly rate, and are at the intersection of multiple practice areas. The Survey also does not take into account the skill, actual experience, or reputation of the attorneys involved.

Page 11 – DECLARATION OF SHENOA L. PAYNE

4881-9805-9726v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

34. However, if the OSB Economic Survey is relied on, given the complexity of the issues involved, the unique, expertise of the lawyers, and their background and skill, and the results achieved, a rate in the 95th percentile would be appropriate.

35. Based on my knowledge of the market rates in the Portland area, DRO's attorneys experience and reputation, and their unique skill sets, and the complexity of the matter involved, it is my opinion that their hourly rates are reasonable.

**I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on July 2, 2024 at Portland, Oregon.

*/s/ Shenoa L. Payne*
Shenoa L Payne, OSB No. 084392
(she/her/hers)
Shenoa Payne Attorney at Law PC
1500 SW First Ave, Ste 1000
Portland, Oregon 97204
(503) 914-2500
spayne@paynelawpdx.com

Page 12 – DECLARATION OF SHENOA L. PAYNE

4881-9805-9726v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax