**P. ANDREW McSTAY, JR.**, OSB 033997
andymcstay@dwt.com
**WILLIAM D. MINER**, OSB 043636
billminer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Telephone: (503) 241-2300

**MARCIA ROBINSON LOWRY** (*pro hac vice*)
mlowry@abetterchildhood.org
**ANASTASIA BENEDETTO** (*pro hac vice*)
abenedetto@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456

**EMILY COOPER**, OSB 182254
ecooper@droregon.org
**THOMAS STENSON**, OSB 152894
tstenson@droregon.org
**DISABILITY RIGHTS OREGON**
511 SW 10th Avenue, Suite 200
Portland, OR 97205
Tel: (503) 243-2081

**STEVEN RIZZO**, OSB 840853
srizzo@rizzopc.com
**MARY D. SKJELSET**, OSB 075840
mskjelset@rizzopc.com
**RIZZO BOSWORTH ERAUT, PC**
1300 SW 6th Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| WYATT B. *et al.*,<br>　　　　　Plaintiffs,<br>　　v.<br>TINA KOTEK *et al.*,<br>　　　　　Defendants. | Case No. 6:19-cv-00556-AA<br><br>**DECLARATION OF LYNN S. WALSH IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS** |

Page 1 – DECLARATION OF LYNN S. WALSH

I, Lynn S. Walsh, declare as follows pursuant to 28 USC§1746:

1.   This declaration is submitted in support of Plaintiff's application for an award of attorneys' fees in this case. I have personal knowledge of and am competent to testify to the facts set forth herein.

2.   Disability Rights Oregon lawyers Emily Cooper and Tom Stenson have asked me to express my opinion on the reasonableness of their hourly rates of $650 an hour and $645 an hour respectively.

3.   In preparing this declaration, I reviewed the court docket, the Settlement Agreement, Docket #1 - Plaintiff's Complaint, Docket # 275 Opinion and Order, Docket #282 – Order Denying Interlocutory Appeal, Docket #343 – Order to Produce Records, Docket #410 – Second Amended Protective Order, and Docket #485 – Opinion and Order regarding Joint Motion for Preliminary Approval of Settlement.

4.   I am a 1992 graduate of the University of Oregon, School of Law, and I have been in solo practice for the vast majority of the last 32 years. Since the early 2000s, I have been representing incarcerated individuals on civil rights, ADA, Rehabilitation Act and other claims against jails and prisons in Oregon. Currently, 100% of my practice is devoted to representing currently or formerly incarcerated individuals.

5.   Also since the early 2000s, my practice has been a contingent-fee plaintiff's practice. I have handled dozens of civil rights, ADA and Rehabilitation Act cases.

6.   Although I currently work remotely, my practice has continuously been based in Portland, Oregon.

7.   Civil Rights and Disability Rights (ADA and Rehabilitation Act) cases are within my area of practice and expertise. Since the early 2000s, I have served as lead (and only) counsel of record on dozens of civil rights and disability rights claims arising out of violations of federal laws that protect

Page 2 – DECLARATION OF LYNN S. WALSH

4868-7410-1454v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

individuals in custody of federal, state, or local governments. I have handled all aspects of those cases, including discovery, motions practice, trial preparation and trials. The majority of my practice consists of cases against the State of Oregon and its agencies.

8. Attorneys who litigate civil rights and disability rights cases must possess specialized knowledge and skills in order to successfully litigate these cases to resolution.

9. Civil rights and disability rights cases are both legally and factually complex. The law is frequently changing, and new issues are continually developing. Attorneys who specialize in these areas are required to spend numerous hours, for which they are not compensated, to keep abreast of new developments in the law. Moreover, plaintiff lawyers generally represent their clients on a contingency fee basis, and also advance all costs on what are typically fairly expensive cases. Cases in which an attorney has invested a substantial amount of time and money are occasionally lost, or result in an attorney fee that is substantially less than the attorney's hourly rate. Even if the plaintiff ultimately prevails, litigation can take many years to reach a conclusion, and complications can make collection another time-consuming process.

10. Ms. Cooper seeks compensation at the rate of $650 an hour. It is my understanding that she has been a lawyer for 21 years. Mr. Stenson seeks compensation at the rate of $645 an hour. It is my understanding that he has been a lawyer for 19 years. They are both employed by Disability Rights Oregon, the protection and advocacy group in Oregon.

11. It is my opinion that their rates are certainly reasonable, and on the low end for this type of case. A review of the Oregon State Bar's 2022 Economic Survey confirms my opinion. The survey indicates that in 2021 lawyers in the Portland area that represented Plaintiffs in civil litigation (excluding personal injury) charged the mean rate of $419 an hour for their work. Adjusted for inflation using the U.S. Bureau of Labor Statistics CPI Inflation Calculator, that is $503 an hour. The 95th percentile rate of $685 per hour adjusted for inflation is $822 per hour. The biggest

Page 3 – DECLARATION OF LYNN S. WALSH

4868-7410-1454v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

problem with the OSB survey is that it does not distinguish between lawyers who are actually paid concurrently with the work performed, from lawyers who have to front substantial costs and prevail in order to receive fees. In the latter type of case, it is reasonable that the risk that the lawyer takes is worthy of a rate of at least the 95th percentile rate. In fact, the Ninth Circuit has held that for civil rights cases in particular, the court should consider "the novelty and difficulty of the issues" and "whether or not the fee is contingent." *Moreno v. City of Sacramento*, 534 F.3d 1106, 1114 (9th Cir. 2008).

12. The 2022 OSB Survey for hourly rates by total years admitted to practice yields a similar result with the 95th percentile rates of $820 (16-20 years' experience) and $836 (21-30 years' experience), both numbers adjusted for inflation.

13. Lastly, this case accomplished an outstanding result purely for the benefit of children within the Oregon Department of Human Services (ODHS) Child Welfare System. This case sought injunctive relief, and no monetary relief, with the improvement of the child welfare system as the only goal. By any measure, the efforts of plaintiffs' counsel have been enormously successful and will provide lasting social value.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in White Salmon, WA on this 2nd day of July, 2024.

*s/ Lynn S. Walsh*
Lynn S. Walsh, OSB

Page 4 – DECLARATION OF LYNN S. WALSH

4868-7410-1454v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax