**P. ANDREW McSTAY, JR.**, OSB 033997
andymcstay@dwt.com
**WILLIAM D. MINER**, OSB 043636
billminer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Telephone: (503) 241-2300

**MARCIA ROBINSON LOWRY** (*pro hac vice*)
mlowry@abetterchildhood.org
**ANASTASIA BENEDETTO** (*pro hac vice*)
abenedetto@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456

**EMILY COOPER**, OSB 182254
ecooper@droregon.org
**THOMAS STENSON**, OSB 152894
tstenson@droregon.org
**DISABILITY RIGHTS OREGON**
511 SW 10th Avenue, Suite 200
Portland, OR 97205
Tel: (503) 243-2081

**STEVEN RIZZO**, OSB 840853
srizzo@rizzopc.com
**MARY D. SKJELSET**, OSB 075840
mskjelset@rizzopc.com
**RIZZO BOSWORTH ERAUT, PC**
1300 SW 6th Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | | |
|---|---|---|
| WYATT B. *et al.*, | | Case No. 6:19-cv-00556-AA |
| | Plaintiffs, | |
| v. | | **DECLARATION OF WILLIAM D. MINER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |
| TINA KOTEK *et al.*, | | |
| | Defendants. | |

Page 1 – DECLARATION OF WILLIAM D. MINER

I, William D. Miner, hereby declare:

1. I am a partner at Davis Wright Tremaine and one of the attorneys representing Plaintiffs in this matter.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. I submit this Declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs.

3. Our firm, along with co-counsel, has dedicated substantial time and resources to this case. The following tables summarizes the attorney fees incurred by year, attorney, rate and amount.

4. The chart below is an overview of the yearly totals for attorneys' fees for each firm involved in this matter. This chart summarizes the fees incurred by year and amount for each firm.

| DAVIS WRIGHT TREMAINE LLP | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Grand Total |
| Attorney Fees | - | $233,446.00 | $148,239.00 | $48,527.00 | $108,997.50 | $270,285.00 | $584,793.50 | **$1,394,288.00** |
| **RIZZO BOSWORTH ERAUT PC** | | | | | | | | |
| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Grand Total |
| Attorney Fees | - | - | - | - | - | - | $1,193,907.70 | **$1,193,907.70** |
| **A BETTER CHILDHOOD** | | | | | | | | |
| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Grand Total |
| Attorney Fees | - | $ .00 | $ .00 | $ .00 | $ .50 | $ .00 | $ .00 | **$7,527,263.28** |
| **DISABILITY RIGHTS OREGON** | | | | | | | | |
| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Grand Total |
| Attorney Fees | - | $340,260.00 | $157,602.00 | $90,426.50 | $71,579.00 | $239,794.50 | $264,683.50 | **$1,164,345.50** |

Page 2 – DECLARATION OF WILLIAM D. MINER

4862-7709-3835v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

5. The following table provides a summary of the attorney fees incurred in this case by Davis Wright Tremaine LLP. The fees are detailed by year, attorney, rate, and amount:

| DAVIS WRIGHT TREMAINE LLP | | | | | |
|---|---|---|---|---|---|
| **YEAR** | **TIMEKEEPER** | **POSITION** | **HOURS** | **RATE** | **AMOUNT** |
| **2019** | | | | | |
| | Buck, Erika | Paralegal | 0.8 | $265 | $212.00 |
| | Chaimov, Gregory | Partner | 117.6 | $610 | $71,736.00 |
| | Davis, Jennifer L. | Paralegal | 29.7 | $265 | $7,870.50 |
| | Himes, Meagan | Law Clerk | 0.1 | $320 | $32.00 |
| | Judson, Anna | Document clerk | 83.5 | $80 | $6,680.00 |
| | MacKenzie, David | Paralegal | 21.4 | $130 | $2,782.00 |
| | McCain, Jerome | Document clerk | 2.7 | $180 | $486.00 |
| | McCracken, Christopher | Partner | 0.8 | $600 | $480.00 |
| | Mecklem, Susan | Librarian | 0.6 | $280 | $168.00 |
| | Miner, William | Partner | 0.3 | $495 | $148.50 |
| | Robinson, Blake | Counsel | 37.3 | $485 | $18,090.50 |
| | Slotemaker, Meghan | Associate | 14.5 | $435 | $6,307.50 |
| | Southwick, Paul | Counsel | 219.5 | $460 | $100,970.00 |
| | Sultan, Tahiya | Associate | 36.8 | $470 | $17,296.00 |
| | Totten, Christie S. | Partner | 0.2 | $505 | $101.00 |
| | Vulin, Ashley | Associate | 0.2 | $430 | $86.00 |
| **2019 Total** | | | **566** | | **$233,446.00** |
| **2020** | | | | | |
| | Callan, Jason J. | Paralegal | 0.4 | $295 | $118.00 |
| | Chaimov, Gregory | Partner | 42.5 | $650 | $27,625.00 |
| | Davis, Jennifer L. | Paralegal | 28 | $280 | $7,840.00 |
| | Lam, Liz | Associate | 43.9 | $425 | $18,657.50 |
| | Louzin, Brenna | Paralegal | 0.7 | $295 | $206.50 |
| | Luey, Kellen | Associate | 107.6 | $335 | $36,046.00 |

Page 3 – DECLARATION OF WILLIAM D. MINER

4862-7709-3835v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

|  | MacKenzie, David | Paralegal | 170.8 | $140 | $23,912.00 |
|---|---|---|---|---|---|
|  | McStay, Andrew | Partner | 5.7 | $560 | $3,192.00 |
|  | Mecklem, Susan | Librarian | 1.2 | $295 | $354.00 |
|  | Southwick, Paul | Counsel | 53 | $510 | $27,030.00 |
|  | Widmyer, Matthew | Associate | 2.2 | $450 | $990.00 |
|  | Wu, William | Associate | 5.4 | $420 | $2,268.00 |
| **2020 Total** |  |  | **461.4** |  | **$148,239.00** |
|  | **2021** | | | | |
|  | Chaimov, Gregory | Partner | 55.4 | $690 | $38,226.00 |
|  | Davis, Jennifer L. | Paralegal | 4 | $295 | $1,180.00 |
|  | MacKenzie, David | Paralegal | 24 | $164 | $3,984.00 |
|  | McStay, Andrew | Partner | 5.3 | $590 | $3,127.00 |
|  | Miner, William | Partner | 3.3 | $575 | $1,897.50 |
|  | Oh, Julian | Paralegal | 0.5 | $225 | $112.50 |
| **2021 Total** |  |  | **92.5** |  | **$48,527.00** |
|  | **2022** | | | | |
|  | Davis, Jennifer L. | Paralegal | 6.6 | $315 | $2,079.00 |
|  | Ernst, David | Partner | 0.8 | $700 | $560.00 |
|  | MacKenzie, David | Paralegal | 13.5 | $270 | $3,645.00 |
|  | McStay, Andrew | Partner | 88.9 | $625 | $55,562.50 |
|  | Miner, William | Partner | 76.4 | $615 | $46,986.00 |
|  | Oh, Julian | Paralegal | 0.6 | $275 | $165.00 |
| **2022 Total** |  |  | **186.8** |  | **$108,997.50** |
|  | **2023** | | | | |
|  | Davis, Jennifer L. | Paralegal | 29.9 | $385 | $11,511.50 |
|  | Englund, Emma | Associate | 26.5 | $530 | $14,045.00 |
|  | MacKenzie, David | Paralegal | 64.3 | $325 | $20,897.50 |
|  | McStay, Andrew | Partner | 184.2 | $700 | $128,940.00 |
|  | Miner, William | Partner | 110.3 | $695 | $76,658.50 |
|  | Mohamed, Soraya | Associate | 8.1 | $635 | $5,143.50 |
|  | Oh, Julian | Paralegal | 11.4 | $305 | $3,477.00 |
|  | Todd, Jandee | Law Clerk | 21.9 | $355 | $7,774.50 |

Page 4 – DECLARATION OF WILLIAM D. MINER

4862-7709-3835v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

|  | Traver, Nicholas | Associate | 3.5 | $525 | $1,837.50 |
|---|---|---|---|---|---|
| **2023 Total** |  |  | **460.1** |  | **$270,285.00** |
| **2024** | | | | | |
|  | Buck, Erika | Paralegal | 13.1 | $425 | $5,567.50 |
|  | Bulger, Grace | Associate | 6.2 | $520 | $3,224.00 |
|  | Callan, Jason | Paralegal | .6 | $425 | $255.00 |
|  | Davis, Jennifer | Paralegal | 94.1 | $425 | $39,992.50 |
|  | Englund, Emma | Associate | 3.2 | $625 | $2,000.00 |
|  | Gale, Holly | Paralegal | 1.0 | $425 | $425.00 |
|  | Himes, Meagan | Associate | 4.6 | $660 | $3,036.00 |
|  | Idiarte, Rachael | Clerk | 10.9 | $390 | $4251.00 |
|  | MacKenzie, David | Paralegal | 105.7 | $360 | $38,052.00 |
|  | McStay, Andrew | Partner | 331.6 | $805 | $266,938.00 |
|  | Miner, William | Partner | 365.7 | $800 | $292,560.00 |
|  | Mohamed, Soraya | Associate | 5.5 | $725 | $3,987.50 |
|  | Tangman, Seth | Associate | 1.5 | $715 | $1,072.50 |
|  | Traver, Nicholas | Associate | .2 | $580 | $116.00 |
| **2024 Total** |  |  | **943.9** |  | **$661,477.00** |
| **SUBTOTAL** |  |  |  |  | **$1,470,971.50** |
| Subtraction of time for Inefficiencies as stricken in Ex. 1 |  |  |  |  | ($12,649.50) |
| **Grand Total** |  |  |  |  | **$1,458,322.00** |

These fees represent 2,710.9 hours of work performed by multiple attorneys and paralegals. A detailed breakdown of the time entries and narratives for each timekeeper is attached as **Exhibit 1**.

      6.      The hourly rates charged are reasonable and commensurate with the experience and expertise of each timekeeper:

           a.  *William D. Miner*.  I graduated from the University of Washington School of Law in 2004 and have practiced as a litigator at Davis Wright Tremaine since that time.  I have extensive experience litigating complex commercial, trust and estate, and real estate disputes, including trying cases to juries in state court and to the court in both state and federal court.  I was selected to Oregon Super Lawyers beginning in 2017,

Page 5 – DECLARATION OF WILLIAM D. MINER

4862-7709-3835v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

    and named one of the "Best Lawyers in America" in Commercial Litigation by Best Lawyers from 2016 to the present. I have been the Partner-in-Charge of Davis Wright Tremaine's Portland office since 2015. I have also served as vice-chair and then chair of the Multnomah County Judicial Screening Committee during 2012-2014, and as a member of the Oregon Uniform Trial Court Rules Committee.

b. *P. Andrew McStay, Jr.* Mr. McStay graduated from the University of Texas School of Law in 2003 and then served as a judicial clerk to Judge Diarmuid F. O'Scannlain on the U.S. Court of Appeals for the Ninth Circuit in 2003-2004. Since leaving the clerkship, he has practiced as a business litigator at Davis Wright Tremaine. He has tried cases to juries in both state and federal court and to the bench in state court and briefed and argued cases in the Oregon Court of Appeals and the Ninth Circuit. His substantive experience includes corporate governance disputes, contract cases, product liability actions, and class actions in both state and federal courts. Mr. McStay was named one of the "Best Lawyers in America" in Commercial Litigation in 2024, and named by Chambers USA in Litigation: General Commercial (Oregon) in 2023-2024.

c. *Gregory A. Chaimov.* Mr. Chaimov graduated from Lewis & Clark Law School in 1982. He practiced in the areas of litigation, administrative law, and government relations at Davis Wright Tremaine from 2005 until his retirement in December 2021. Prior to his time at Davis Wright Tremaine, he was an associate and then partner at Miller Nash; attorney-in-charge of the Oregon Department of Justice's Special Litigation Unit; and Legislative Counsel to the Oregon Legislature. Mr. Chaimov was named a "Lawyer of the Year" in Litigation – Municipal by Best Lawyers in 2022; selected as Portland's "Lawyer of the Year" in Government Relations Practice by Best Lawyers in 2020; and named one of the "Best Lawyers in America" in Commercial Litigation by Best Lawyers in 2016.

d. *Paul Carlos Southwick.* Mr. Southwick graduated from the University of Michigan

Page 6 – DECLARATION OF WILLIAM D. MINER

4862-7709-3835v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

Law School in 2009, then practiced litigation at Davis Wright Tremaine as an associate from 2010-2018 and as counsel from 2018-2020. In addition to litigating complex business matters in state and federal courts, including partnership and corporate governance disputes, Mr. Southwick briefed and argued appeals in the Oregon Supreme Court and Ninth Circuit. Mr. Southwick also devoted substantial time at Davis Wright Tremaine to litigating pro bono civil rights cases on behalf of clients in the LGBTQ+ community. In 2013, he was named one of the Best LGBT Lawyers Under 40 by the National LGBT Bar Association. He was also selected to "Oregon Rising Stars" in 2014-2019. Following his departure from Davis Wright Tremaine in 2020, Mr. Southwick litigated commercial, real estate, civil rights, and employment disputes at his own firm and taught LGBTQ+ civil rights classes as an adjunct professor at Lewis & Clark Law School. Mr. Southwick is now the Legal Director of the ACLU of Idaho.

e. *Jennifer Davis*. Ms. Davis has an associate's degree from Clark College, which also awarded her a Paralegal Studies Certificate in 1997. She has been a paralegal since 1998 and has extensive trial experience, serving as the lead paralegal for trial teams in product liability, insurance defense, intellectual property, and class action cases. In addition to this trial experience, Ms. Davis is deeply knowledgeable about electronic discovery and case management, and regularly presents on those topics in internal classes at Davis Wright Tremaine. Ms. Davis was certified as Trial Director trainer in 2016 and became a Relativity Certified User in 2018.

f. *David MacKenzie*. Mr. MacKenzie graduated with a B.A. in Political Science from Portland State University in 2018, then earned a Paralegal A.A.S. from Portland Community College with Highest Honors in 2018. He specializes in complex discovery management for commercial litigation and also assists in the preparation of premerger filings for large corporate transactions. Since 2019, he has been a Relativity Review Management Specialist and RelativityOne Certified Pro.

Page 7 – DECLARATION OF WILLIAM D. MINER

4862-7709-3835v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

7.  The hourly rates shown in Exhibit 1 are the standard hourly rates that DWT charges in the years provided. DWT's clients routinely agree to, and pay the rates outlined.

8.  Attached as Exhibit 2 to my declaration and incorporated herein is a table of costs expended by Plaintiffs (and paid for by DWT) to prosecute this matter. Also included in Exhibit 2 are the receipts supporting the claimed costs arranged in chronological order.

9.  Attached as Exhibit 3 is a true and correct copy of an itemization of certain costs incurred by Plaintiffs related to electronic discovery. Plaintiffs utilized services provided by Davis Wright Tremaine LLP's in-house litigation support for tasks incurring discovery costs. These include document processing, labeling, converting into searchable form, and other tasks as described therein.

10. The following is a summary of Exhibits 2 and 3 is here:

| SUMMARY OF EXPENDITURES BY DAVIS WRIGHT TREMAINE LLP | | |
|---|---|---|
| | **TOTAL AMOUNT** | **CATEGORY** |
| | $228,744.40 | Experts |
| | $61,556.30 | Court reporting/transcripts |
| | $28,949.69 | Photocopies, data services (including trial binders and exhibits) |
| | $20,462.50 | Travel and out of town meals including housing for trial |
| | $2,526.79 | Outside Delivery Services |
| | $1600 | Filling Fees |
| | $85,272.77 | DWT LITIGATION SUPPORT SERVICES, AS DETAILED IN EXHIBIT 3 |
| **GRANT TOTAL** | **$429,112.45** | |

I have reviewed the detail of Exhibits 2 and 3 and the expenses were reasonably and necessarily incurred in the course of this litigation.

Page 8 – DECLARATION OF WILLIAM D. MINER

4862-7709-3835v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2024 at Portland, Oregon.

*s/ William D. Miner*
William D. Miner, OSB 043636

Page 9 – DECLARATION OF WILLIAM D. MINER

4862-7709-3835v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax