| Defendants' Proposed Reductions to Plaintiffs' Attorney Fees - Option 2 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **A Better Childhood** | | | | | | | |
| Timekeeper | Years Admitted to Practice (as of last date worked) | Requested Hourly Rate(s) | Claimed Hours | Requested Fees | 2022 OSB Rate - 75th Percentile* | Plaintiffs' Hours Reduced by 50% | Fees Calculated with 2022 OSB 75th Percentile |
| Aarti Iyer | 6 (2023) | $400 | 2,136.19 | $854,468.35 | $371.00 | 1,068.10 | $396,263.25 |
| Allison Mahoney | 9 (2021) | $450 | 53.25 | $23,950.50 | $400.00 | 26.63 | $10,650.00 |
| Anastasia Benedetto | 6 | $400 | 4,280.84 | $1,712,337.44 | $371.00 | 2,140.42 | $794,095.82 |
| David Baloche | 2 | $350 | 29.93 | $10,470.82 | $350.00 | 14.97 | $5,237.75 |
| Dawn Post | 21 (2021) | $600 | 2,836.19 | $1,701,796.00 | $530.00 | 1,418.10 | $751,590.35 |
| Erin Gallagher | 5 (2021) | $400 | 515.27 | $206,114.19 | $371.00 | 257.64 | $95,582.59 |
| Jonathan Borle | 8 | $400 | 441.03 | $176,402.69 | $400.00 | 220.52 | $88,206.00 |
| Julia Tebor | 10 (2023) | $450 | 32.87 | $14,793.00 | $450.00 | 16.44 | $7,395.75 |
| Laura Welikson | 9 (2023) | $450 | 10.40 | $4,680.00 | $400.00 | 5.20 | $2,080.00 |
| Lindsay Gus | 6 | $400 | 891.45 | $356,581.33 | $371.00 | 445.73 | $165,363.98 |
| Marcia Lowry | 55 | $800 | 2,144.73 | $1,715,772.21 | $620.00 | 1,072.37 | $664,866.30 |
| Sarah Jaffe | 6 (2020) | $450 | 223.41 | $100,532.12 | $371.00 | 111.71 | $41,442.56 |
| Tavi Unger | 3 (2021) | $400 | 257.46 | $102,989.32 | $350.00 | 128.73 | $45,055.50 |
| Valerie McLaughlin | 3 (2020) | $400 | 39.92 | $15,969.33 | $350.00 | 19.96 | $6,986.00 |
| *Various Paralegals* | n/a | $250 | 2,162.81 | $540,715.68 | n/a | 1,081.41 | $270,357.84 |
| **A Better Childhood Total** | | | 16,055.75 | $7,537,572.98 | n/a | 8,027.88 | $3,345,173.67 |
| **Proposed Reduction** | | | | | | -8,027.88 | -$4,192,399.31 |

| **Rizzo Bosworth Eraut PC** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Timekeeper | Years Admitted to Practice (as of last date worked) | Requested Hourly Rate(s) | Claimed Hours | Requested Fees | 2022 OSB Rate - 75th Percentile* | Plaintiffs' Hours Reduced by 80% | Fees Calculated with 2022 OSB 75th Percentile |
| Mary Skjelset | 17 | $683 | 488.90 | $333,918.70 | $550.00 | 97.78 | $53,779.00 |
| Steve Rizzo | 40 | $798 | 795.40 | $634,556.70 | $620.00 | 159.08 | $98,629.60 |
| *Various Paralegals* | n/a | $250 | 1,009.40 | $252,350.00 | n/a | 201.88 | $50,470.00 |
| **Rizzo Bosworth Eraut PC Total** | | | 2,293.70 | $1,220,825.40 | n/a | 458.74 | $202,878.60 |
| **Proposed Reduction** | | | | | | -1,834.96 | -$1,017,946.80 |

| **Davis Wright Tremaine** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Timekeeper | Years Admitted to Practice (as of last date worked) | Requested Hourly Rate(s) | Claimed Hours | Requested Fees | 2022 OSB Rate - 75th Percentile* | Plaintiffs' Hours Reduced by 80% | Fees Calculated with 2022 OSB 75th Percentile |
| Andrew McStay | 21 | $560-$805 | 614.70 | $456,864.50 | $530.00 | 1,229.40 | $651,582.00 |
| Ashley Vulin | 5 (2019) | $430 | 0.20 | $86.00 | $371.00 | 0.40 | $148.40 |
| Blake Robinson | 11 (2019) | $485 | 37.30 | $18,090.50 | $450.00 | 74.60 | $33,570.00 |
| Christie S. Totten | 11 (2019) | $505 | 0.20 | $101.00 | $450.00 | 0.40 | $180.00 |
| Christopher F. McCracken | 30 (2019) | $600 | 0.80 | $480.00 | $530.00 | 1.60 | $848.00 |

| Timekeeper | Years Admitted to Practice (as of last date worked) | Requested Hourly Rate(s) | Claimed Hours | Requested Fees | 2022 OSB Rate - 75th Percentile* | Plaintiffs' Hours Reduced by 50% | Fees Calculated with 2022 OSB 75th Percentile |
|---|---|---|---|---|---|---|---|
| David Ernst | 27 (2022) | $700 | 0.80 | $560.00 | $530.00 | 1.60 | $848.00 |
| Emma Englund | 4 | $530-$625 | 29.70 | $16,045.00 | $371.00 | 59.40 | $22,037.40 |
| Grace Bulger | 1 | $520 | 6.20 | $3,224.00 | $350.00 | 12.40 | $4,340.00 |
| Gregory Chaimov | 39 (2021) | $610-$690 | 218.60 | $139,766.00 | $620.00 | 437.20 | $271,064.00 |
| Kellen Luey | 1 (2020) | $335 | 107.60 | $36,046.00 | $350.00 | 215.20 | $75,320.00 |
| Liz Lam | 1 (2020) | $425 | 43.90 | $18,657.50 | $350.00 | 87.80 | $30,730.00 |
| Matthew Widmyer | 5 (2020) | $450 | 2.20 | $990.00 | $371.00 | 4.40 | $1,632.40 |
| Meagan Himes | 5 | $320 (law clerk)- $660 (associate) | 4.60 | $3,036.00 | $371.00 | 9.20 | $3,413.20 |
| Meghan Slotemaker | 3 (2019) | $435 | 14.50 | $6,307.50 | $350.00 | 29.00 | $10,150.00 |
| Nicholas Traver | 1 | $525-$580 | 3.70 | $1,953.50 | $350.00 | 7.40 | $2,590.00 |
| Paul Southwick | 11 (2020) | $460-$510 | 273.10 | $128,276.00 | $450.00 | 546.20 | $245,790.00 |
| Seth Tangman | 7 | $715 | 1.50 | $1,072.50 | $400.00 | 3.00 | $1,200.00 |
| Soraya Mohamed | 5 | $635-$725 | 13.60 | $9,131.00 | $371.00 | 27.20 | $10,091.20 |
| Tahiya Sultan | 4 (2019) | $470 | 36.80 | $17,296.00 | $371.00 | 73.60 | $27,305.60 |
| William Miner | 20 | $410-$800 | 556.20 | $418,418.50 | $550.00 | 1,112.40 | $611,820.00 |
| William Wu | 3 (2020) | $420 | 5.40 | $2,268.00 | $350.00 | 10.80 | $3,780.00 |
| *Various Paralegals & Other Staff* | n/a | $75-$425 | 706.70 | $181,265.48 | n/a | 1,413.40 | $90,632.74 |
| **Davis Wright Tremaine Total** | | | 2,678.30 | $1,459,934.98 | n/a | 5,356.60 | $2,099,072.94 |
| **Proposed Reduction** | | | | | | 2,678.30 | $639,137.96 |

**Disability Rights Oregon**

| Timekeeper | Years Admitted to Practice (as of last date worked) | Requested Hourly Rate(s) | Claimed Hours | Requested Fees | 2022 OSB Rate - 75th Percentile* | Plaintiffs' Hours Reduced by 20% | Fees Calculated with 2022 OSB 75th Percentile |
|---|---|---|---|---|---|---|---|
| Chris Shank | 19 (2019) | $625 | 46.80 | $29,250.00 | $550.00 | 37.44 | $20,592.00 |
| Emily Cooper | 21 | $630-$650 | 809.90 | $519,142.50 | $530.00 | 647.92 | $343,397.60 |
| Tom Stenson | 19 | $625-$645 | 1,014.40 | $644,475.00 | $550.00 | 811.52 | $446,336.00 |
| *Paralegals* | n/a | $250 | 193.00 | $48,250.00 | n/a | 96.50 | $24,125.00 |
| **Disability Rights Oregon Total** | | | 2,064.10 | $1,241,117.50 | n/a | 1,593.38 | $834,450.60 |
| **Proposed Reduction** | | | | | | -470.72 | -$406,666.90 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **All Law Firms Total** | | | 23,091.85 | $11,459,450.86 | n/a | 15,436.60 | $6,481,575.81 |
| **Proposed Reductions Total** | | | | | | -7,655.26 | -$4,977,875.05 |