**Defendants' Proposed Reductions to Plaintiffs' Attorney Fees**

| Law Firm | Claimed Hours | Requested Fees | OPTION 1 | | | OPTION 2 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Plaintiffs' Hours Reduced by 50% | Defendants' Proposed Fees with 2022 OSB 75th Percentile Rate* | Reduction | | Plaintiffs' Hours Reduced by Law Firm | Defendants' Proposed Fees with 2022 OSB 75th Percentile Rate* | Reduction |
| A Better Childhood | 16,055.75 | $7,537,572.98 | 8,027.88 | $3,345,173.67 | -$4,192,399.31 | 50% | 8,027.88 | $3,345,173.67 | -$4,192,399.31 |
| Rizzo Bosworth Eraut PC | 2,293.70 | $1,220,825.40 | 1,339.15 | $507,196.50 | -$713,628.90 | 80% | 458.74 | $202,878.60 | -$1,017,946.80 |
| Davis Wright Tremaine | 2,678.30 | $1,459,934.98 | 1,032.05 | $592,742.79 | -$867,192.19 | 80% | 535.66 | $291,476.76 | -$1,168,458.22 |
| Disability Rights Oregon | 2,064.10 | $1,241,117.50 | 1,146.85 | $530,578.50 | -$710,539.00 | 20% | 1,651.28 | $834,450.60 | -$406,666.90 |
| Total | 23,091.85 | $11,459,450.86 | 11,545.93 | $4,975,691.46 | -$6,483,759.40 | | 10,673.56 | $4,673,979.63 | -$6,785,471.23 |
| Plaintiffs' Discount to ABC and DWT | | -$497,823.67 | | | | | | | |
| Total Fees Requested by Plaintiffs | | $10,961,627.19 | | | | | | | |

*2022 Oregon State Bar Economic Survey, available at https://www.osbar.org/_docs/resources/Econsurveys/22EconomicSurvey.pdf.

The 2022 OSB Survey, Table 36, does not include the 75th percentile rates. Defendants requested and received these calculations from the preparing office, Portland State University Regional Research Institute. See Decl. of David Fauria, Ex. 1.