**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Vivek A. Kothari, OSB #182089**
VivekKothari@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WYATT B. and NOAH F. by their next friend Michelle McAllister; KYLIE R. and ALEC R. by their next friend Kathleen Megill Strek; UNIQUE L. by her next friend Annette Smith; SIMON S.; RUTH T.; BERNARD C.; NAOMI B.; and NORMAN N., individually and on behalf of all others similarly situated,<br><br>                             Plaintiffs,<br><br>     v.<br><br>TINA KOTEK, Governor of Oregon in her official capacity; FARIBORZ PAKSERESHT, Director, Oregon Department of Human Services in his official capacity; APRILLE FLINT-GERNER, Director, Child Welfare in her official capacity; and OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>                             Defendants. | Case No. 6:19-cv-00556-AA<br><br>**DECLARATION OF DAVID A. FAURIA IN SUPPORT OF DEFENDANTS' OBJECTIONS TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

Page 1 –    DECLARATION OF DAVID FAURIA IN SUPPORT OF DEFENDANTS' OBJECTIONS TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

I, David A. Fauria, declare as follows:

1.I am an associate with Markowitz Herbold PC, attorneys of record for defendants. I have personal knowledge of the facts set forth herein. I make this declaration in support of defendants' objections to plaintiffs' motion for attorneys' fees and costs.

2.The Oregon State Bar 2022 Economic Survey ("2022 OSB Survey") is available online at https://www.osbar.org/_docs/resources/Econsurveys/22EconomicSurvey.pdf. The 2022 OSB Survey is noted to be a partnership between the Oregon State Bar and Portland State University Regional Research Institute for Human Services. Two of the top-listed authors are Debi Elliott, PhD, and Mary Oschwald, PhD.

3.Table 36 of the 2022 OSB Survey provides the hourly billing rates for attorneys based on their total years admitted to practice. Table 36 provides the mean rate, median rate, and 95th percentile rate for attorneys, broken by down location. The table no longer includes the 75th percentile rates, as previous surveys had included.

4.On June 18, 2024, I emailed Dr. Elliott and Dr. Oschwald to request the calculated 75th percentile rates for Table 36. On July 16, 2024, Dr. Elliott responded with a spreadsheet providing those rates. A true and accurate copy of our email thread and Dr. Elliott's attachment with the 2022 OSB Survey 75th percentile rates is attached as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 24, 2024, at Portland, Oregon.

*s/ David A. Fauria*
David A. Fauria, OSB # 170973

2176150.2

Page 2 –DECLARATION OF DAVID FAURIA IN SUPPORT OF DEFENDANTS' OBJECTIONS TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS