| | |
|---|---|
| **From:** | Debi Elliott <elliottd@pdx.edu> |
| **Sent:** | Tuesday, July 16, 2024 9:42 AM |
| **To:** | David Fauria |
| **Cc:** | oschwald@pdx.edu; Becca Dodd; Alex Rhee; John J. Jaeger; Nick Chaiyachakorn |
| **Subject:** | Re: Oregon State Bar Economic Survey |
| **Attachments:** | DowntownPortland_YearsinPractice_Percentiles.xlsx |

David,
Again, apologies that this took so long. Please see the attached spreadsheet for the numbers you requested.
Deb

On Thu, Jul 11, 2024 at 11:25 AM David Fauria <davidfauria@markowitzherbold.com> wrote:

> Hi Debi,
>
> No apologies necessary! Next week should work for us—our deadline for this project is early the following week. Thanks so much and let us know if there is anything we can do to help.
>
> -David
>
> **David A. Fauria (he/him)** | Lawyer
>
> **Markowitz Herbold PC**
>
> 1455 SW Broadway, Suite 1900 | Portland, OR  97201
>
> **T** (503) 295-3085 | Bio | Web
>
> ---
>
> **From:** Debi Elliott <elliottd@pdx.edu>
> **Sent:** Thursday, July 11, 2024 11:14 AM
> **To:** David Fauria <davidfauria@markowitzherbold.com>
> **Cc:** oschwald@pdx.edu; Becca Dodd <beccadodd@markowitzherbold.com>; Alex Rhee <alexrhee@markowitzherbold.com>; John J. Jaeger <johnjaeger@markowitzherbold.com>; Nick Chaiyachakorn <nchaiyachakorn@gmail.com>
> **Subject:** Re: Oregon State Bar Economic Survey

1

David,

My apologies for this taking so long. We will hopefully have something for you by next week,

Deb

On Wed, Jul 10, 2024 at 4:07 PM David Fauria <davidfauria@markowitzherbold.com> wrote:

Hi Debi,

Just following up to see if you can provide and update. Thank you!

**David A. Fauria (he/him)** | Lawyer

**Markowitz Herbold PC**

1455 SW Broadway, Suite 1900 | Portland, OR  97201

**T** (503) 295-3085 | Bio | Web

**From:** David Fauria <davidfauria@markowitzherbold.com>
**Sent:** Wednesday, June 26, 2024 7:07 AM
**To:** Debi Elliott <elliottd@pdx.edu>
**Cc:** oschwald@pdx.edu; Becca Dodd <beccadodd@markowitzherbold.com>; Alex Rhee <alexrhee@markowitzherbold.com>
**Subject:** Re: Oregon State Bar Economic Survey

Thank you, Debi. And no apologies necessary—we really appreciate you checking on this!

Get Outlook for iOS

2

Ex. 1 - Fauria Decl.
Page 2 of 5

**From:** Debi Elliott <elliottd@pdx.edu>
**Sent:** Wednesday, June 26, 2024 7:02:47 AM
**To:** David Fauria <davidfauria@markowitzherbold.com>
**Cc:** oschwald@pdx.edu <oschwald@pdx.edu>; Becca Dodd <beccadodd@markowitzherbold.com>; Alex Rhee <alexrhee@markowitzherbold.com>
**Subject:** Re: Oregon State Bar Economic Survey

David,

Apologies for not responding sooner. We'll look into the possibility of getting this for you and let you know if/when we can send it to you.

Debi

On Tue, Jun 25, 2024 at 4:51 PM David Fauria <davidfauria@markowitzherbold.com> wrote:

Drs. Elliot and Oschwald,

I'm writing to follow up on my email below.

Thanks,

David

**David A. Fauria (he/him)** | Lawyer

**Markowitz Herbold PC**

1455 SW Broadway, Suite 1900 | Portland, OR 97201

**T** (503) 295-3085 | Bio | Web

3

**From:** David Fauria
**Sent:** Tuesday, June 18, 2024 3:25 PM
**To:** 'elliottd@pdx.edu' <elliottd@pdx.edu>; 'oschwald@pdx.edu' <oschwald@pdx.edu>
**Cc:** Becca Dodd <beccadodd@markowitzherbold.com>; Alex Rhee <alexrhee@markowitzherbold.com>
**Subject:** Oregon State Bar Economic Survey

Drs. Elliot and Oschwald,

My name is David Fauria, and I am an attorney at the law firm Markowitz Herbold. I write to ask if you would be willing to share some additional data regarding the most recent Oregon State Bar Economic Survey. We hope to learn more about the percentile ranges that correspond with Table 36. Specifically, we are hoping you can provide us with the 75th percentile for lawyers in downtown Portland based on years of practice.

If this request is best placed elsewhere, please let me know. Thank you in advance for your time.

Warmly,

David

**David A. Fauria (he/him)** | Lawyer

**Markowitz Herbold PC**

1455 SW Broadway, Suite 1900 | Portland, OR  97201

**T** (503) 295-3085 | Bio | Web

**CONFIDENTIALITY NOTICE:** The information contained in this transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information is strictly prohibited.

4

Ex. 1 - Fauria Decl.
Page 4 of 5

| Region | Years in Practice | 75th Percentile | 95th Percentile | Mean |
|---|---|---|---|---|
| Downtown Portland | <= 3.00 | 350.00 | 537.50 | 310.39 |
| Downtown Portland | 4.00 - 6.00 | 371.25 | 495.00 | 312.16 |
| Downtown Portland | 7.00 - 9.00 | 400.00 | 486.25 | 338.71 |
| Downtown Portland | 10.00 - 12.00 | 450.00 | 567.00 | 378.89 |
| Downtown Portland | 13.00 - 15.00 | 513.75 | 732.50 | 415.62 |
| Downtown Portland | 16.00 - 20.00 | 550.00 | 682.50 | 444.85 |
| Downtown Portland | 21.00 - 30.00 | 530.00 | 697.00 | 447.04 |
| Downtown Portland | 31.00+ | 620.00 | 798.00 | 483.16 |