UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Oregon

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

U.S. District Court case number: 6:19-cv-00556

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 04/16/2019

Date of judgment or order you are appealing: 06/27/2024

Docket entry number of judgment or order you are appealing: 505, 506

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Wyatt B. & Noah F. by Michelle McAllister; Kylie R. & Alec R. by Kathleen Megill Strek; Unique L. by Annette Smith; Simon S.; Ruth T.; Bernard C.; Naomi B.; Norman N.

Is this a cross-appeal?   ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Thomas Wolfenson          **Date** Jul 26, 2024

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                      Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Wyatt B. & Noah F. by Michelle McAllister; Kylie R. & Alec R. by Kathleen Megill Strek; Unique L. by Annette Smith; Simon S.; Ruth T.; Bernard C.; Naomi B.; Norman N.

Name(s) of counsel (if any):

> Thomas Stenson; Emily Cooper; Marcia Lowry; Anastasia Benedetto; Andy McStay; Bill Miner; Mary Skjelset; Steve Rizzo

Address: 511 SW 10th Avenue, Suite 200, Portland, OR 97205

Telephone number(s): 503-243-2081

Email(s): tstenson@droregon.org; ecooper@droregon.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Tina Kotek; Oregon Department of Human Services; Fariborz Pakseresht; Aprille Flint-Gerner

Name(s) of counsel (if any):

> Laura Salerno Owens; Vivek Kothari; David Markowitz; Lauren Blaesing; Carla Scott

Address: 1455 SW Broadway, Suite 1900 Portland, OR 97201

Telephone number(s): (503) 295-3085

Email(s): laurenblaesing@markowitzherbold.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              1                         *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at <u>forms@ca9.uscourts.gov</u>*

**Form 6**                                        2                                        *New 12/01/2018*