**P. ANDREW McSTAY, JR.**, OSB 033997
andymcstay@dwt.com
**WILLIAM D. MINER**, OSB 043636
billminer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Telephone: (503) 241-2300

**MARCIA ROBINSON LOWRY** (*pro hac vice*)
mlowry@abetterchildhood.org
**ANASTASIA BENEDETTO** (*pro hac vice*)
abenedetto@abetterchildhood.org
**A BETTER CHILDHOOD**
355 Lexington Avenue, Floor 16
New York, NY 10017
Telephone: (646) 795-4456

**EMILY COOPER**, OSB 182254
ecooper@droregon.org
**THOMAS STENSON**, OSB 152894
tstenson@droregon.org
**DISABILITY RIGHTS OREGON**
511 SW 10th Avenue, Suite 200
Portland, OR 97205
Tel: (503) 243-2081

**STEVEN RIZZO**, OSB 840853
srizzo@rizzopc.com
**MARY D. SKJELSET**, OSB 075840
mskjelset@rizzopc.com
**RIZZO BOSWORTH ERAUT, PC**
1300 SW 6th Avenue, Suite 330
Portland, OR 97201
Tel: (503) 229-1819

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | | |
|---|---|---|
| WYATT B. *et al.*, | | Case No. 6:19-cv-00556-AA |
| | Plaintiffs, | |
| v. | | **SECOND DECLARATION OF JAMES T. MCDERMOTT IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |
| TINA KOTEK *et al.*, | | |
| | Defendants. | |

Page 1 – SECOND DECLARATION OF JAMES T. MCDERMOTT

I, James T. McDermott, declare as follows:

1.      I am a partner at McDermott Weaver Connelly Clifford LLP. I have been engaged as an expert witness by the attorneys representing Plaintiffs in this matter. I make this Second Declaration based on my personal knowledge in further support of Plaintiffs' Motion for Award of Attorneys' Fees and Costs.

2.      A declaration setting forth my credentials and expert opinions may be found at Dkt. 515, the entirety of which I incorporate by reference into this Second Declaration.

3.      I have reviewed Defendant's Objection papers to Plaintiff's fee petition. Defendant's objection papers do not change any of the opinions that I expressed in Dkt. 515.

4.      As I noted in Dkt. 515, paragraph 10, I reviewed the billing records provided to me by each of the four law firms involved in prosecuting this litigation. My review included evaluating these records for the reasonableness of the time spent and the activities performed. In my experience, the level of description contained in Plaintiffs' law firms' billing records is similar to bills submitted by—and paid by—commercial clients in Oregon. The four law firms' billing records were adequate to express my opinions contained in Dkt. 515.

5.      Defendants' objection papers state that Plaintiffs billed excessively for co-counsel conferences and related internal communications. This lawsuit lasted for five years. In complex litigation of this type, reasonable attorneys need to meet with colleagues to discuss strategies and to ensure that they are properly coordinating their efforts. Consequently, attorney and paralegal time is necessarily spent in meetings and communications to ensure a common strategy and to manage the division of labor. I do not find the time spent on internal meetings or emails unreasonable, considering the length and complexity of the case.

6.      Defendants' objection papers also state that some attorneys could not have worked 8 to 10 hours a day on this case. In my experience, attorneys in complex cases often work long days, with periods of particular intensity around certain events, such as preparing for trial or briefing major motions. It is common for commercial litigators to work exclusively or almost exclusively on a single case at times of such importance.

Page 2 – SECOND DECLARATION OF JAMES T. MCDERMOTT

4880-7868-5140v.1 0201450-000001

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

**I declare under penalty of perjury that the above statements are true to the best of my knowledge and belief.**

DATED:  July 31, 2024.

                                         s/ *James T. McDermott*
                                         James T. McDermott

Page 3 – SECOND DECLARATION OF JAMES T. MCDERMOTT

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

4880-7868-5140v.1 0201450-000001