## RE: Recipients of ODHS DRO/ODHS Outreach messages

Magnuson Lindsay <Lindsay.Magnuson@odhs.oregon.gov>
Tue 8/20/2024 11:01 AM

To:Lauren Blaesing <laurenblaesing@markowitzherbold.com>;Flint-Gerner Aprille <Aprille.Flint-Gerner@odhs.oregon.gov>;Lacey Andresen (she/her/hers) <LACEY.L.ANDRESEN@odhs.oregon.gov>;Morawski Lisa <Lisa.Morawski@odhs.oregon.gov>
Cc:Kelsie Crippen <kelsiecrippen@markowitzherbold.com>;Vivek Kothari <vivekkothari@markowitzherbold.com>;Melissa Roy-Hart <mroyhart@droregon.org>;Josi Kovacs <josephinekovacs@markowitzherbold.com>;Emily Cooper <ecooper@droregon.org>;Tom Stenson <tstenson@droregon.org>;Anastasia Benedetto <abenedetto@abetterchildhood.org>

Hi Lauren,

Here are the metrics from our emails via our GovD platform and the website. Because we linked to DRO's website, I recommend also including DRO page views.

As Lacey mentioned, we had additional exposure including presentation about the feedback process and listening sessions to the Tribal Directors Convening (7/2) Child Welfare Advisory (7/24), and Governor's Foster Care Advisory (7/15) Councils.

Let me know if you have additional questions.
Lindsay

- [Settlement press release](#) (ODHS news page): 63 views

- Emails sent via ODHS GovD platform, analytics below:

**July 23, 2024 email (Listening session invite, info about submitting feedback)**

| | |
|---:|---|
| 6,733 | Total Sent |
| 6,454 (96%) | Delivered |
| 0 (0%) | Pending |
| 279 (4%) | Bounced |
| 0 (0%) | Unsubscribed |

Analytics

| | |
|---:|---|
| 6,077 | Total Opens |
| 3,087 (48%) | Unique Opens |
| 1,334 | Total Clicks |
| 1,157 (18%) | Unique Clicks |
| 15 | # of Links |

**August 10, 2024 email (Reminder to submit feedback, link to Aug. 1 recording, DRO links)**

| | |
|---:|---|
| 6,737 | Total Sent |
| 6,462 (96%) | Delivered |
| 0 (0%) | Pending |
| 275 (4%) | Bounced |
| 0 (0%) | Unsubscribed |

Analytics

| | |
|---:|---|
| **4,637** | Total Opens |
| **2,833 (44%)** | Unique Opens |
| **785** | Total Clicks |
| **546 (8%)** | Unique Clicks |
| **19** | # of Links |

**August 14, 2024 email (Final reminder to submit feedback, link to Aug. 1 recording, DRO links, FAQ)**

| | |
|---:|---|
| **6,734** | Total Sent |
| **6,461 (96%)** | Delivered |
| **0 (0%)** | Pending |
| **273 (4%)** | Bounced |
| **0 (0%)** | Unsubscribed |

Analytics

| | |
|---:|---|
| **4,159** | Total Opens |
| **2,550 (39%)** | Unique Opens |
| **905** | Total Clicks |
| **574 (9%)** | Unique Clicks |
| **18** | # of Links |

---

**From:** Lauren Blaesing <laurenblaesing@markowitzherbold.com>
**Sent:** Monday, August 19, 2024 12:16 PM
**To:** Flint-Gerner Aprille <Aprille.Flint-Gerner@odhs.oregon.gov>; Magnuson Lindsay <Lindsay.Magnuson@odhs.oregon.gov>; Lacey Andresen (she/her/hers) <LACEY.L.ANDRESEN@odhs.oregon.gov>; Morawski Lisa <Lisa.Morawski@odhs.oregon.gov>
**Cc:** Kelsie Crippen <kelsiecrippen@markowitzherbold.com>; Vivek Kothari <vivekkothari@markowitzherbold.com>; Melissa Roy-Hart <mroyhart@droregon.org>; Josi Kovacs <josephinekovacs@markowitzherbold.com>; Emily Cooper <ecooper@droregon.org>; Stenson Tom <tstenson@droregon.org>; Anastasia Benedetto <abenedetto@abetterchildhood.org>
**Subject:** RE: Recipients of ODHS DRO/ODHS Outreach messages

> **Think twice** before clicking on links or opening attachments. This email came from outside our organization and might not be safe. If you are not expecting an attachment, contact the sender before opening it.

Aprille and Lindsay:

Thank you for sharing this info for the *Wyatt* motion for final approval of the settlement that we are jointly preparing with the plaintiffs.

I've added Tom Stenson from DRO and Anastasia Benedetto from ABC to this chain because they are working on the motion for final approval this week while Emily Cooper is out.

Another question for the motion is **whether you can gather any information about how many times the settlement agreement was viewed on the oregon.gov site**?  Similarly, if the settlement agreement, class