UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WYATT B. and NOAH F. by their next friend Michelle McAllister; KYLIE R. and ALEC R. by their next friend Kathleen Megill Strek; UNIQUE L. by her next friend Annette Smith; SIMON S.; RUTH T.; BERNARD C.; NAOMI B.; and NORMAN N., individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br>v.<br><br>TINA KOTEK, Governor of Oregon in her official capacity; FARIBORZ PAKSERESHT, Director, Oregon Department of Human Services in his official capacity; APRILLE FLINT-GERNER, Director, Child Welfare in her official capacity; and OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>                        Defendants. | Case No. 6:19-cv-00556-AA<br><br>**FINAL JUDGMENT** |

The Court, having determined that the proposed Settlement Agreement is fair, reasonable, and adequate to the class and subclasses and is the result of arm's length, good faith negotiations between the parties through experienced counsel, hereby enters a Final Judgment in this case:

    1.    Dismissing this action pursuant to Fed. R. Civ. P. 41(a)(2);

    2.    Entering the attached Settlement Agreement as an order of this Court;

    3.    Retaining ongoing jurisdiction over the settlement with the authority to enforce the Settlement Agreement, consistent with its express terms; and

4.  The Court shall rule on plaintiffs' motion seeking their reasonable fees and costs herein in an amount to be determined by the Court and entered in a Supplemental Judgment.

Entered this 12th day of September, 2024.

_____
ANN AIKEN
United States District Judge

2188365.2