**Exhibit 1**

|  | 2019 | | |
| --- | ---: | ---: | ---: |
| **Professional** | **Sum of Hours** | **Hourly Rate** | **Sum of Fees** |
| **Partners** | | | |
| Lauren F. Blaesing | 819.20 | $415.00 | $339,968.00 |
| David B. Markowitz | 666.50 | $495.00 | $329,917.50 |
| Anna M. Joyce | 658.00 | $495.00 | $325,710.00 |
| Laura Salerno Owens | 478.70 | $495.00 | $236,956.50 |
| Harry B. Wilson | 275.00 | $495.00 | $136,125.00 |
| Jeffrey M. Edelson | 109.30 | $495.00 | $54,103.50 |
| Paul S. Bierly | 4.20 | $495.00 | $2,079.00 |
| **Staff Attorneys / Of Counsel** | | | |
| Jacqueline S. Kamins | 706.50 | $450.00 | $317,925.00 |
| Chad A. Naso | 0.90 | $380.00 | $342.00 |
| **Associates** | | | |
| Nathan D. Burcham | 520.60 | $350.00 | $182,210.00 |
| Janna M. Giesbrecht-McKee | 113.10 | $350.00 | $39,585.00 |
| Anit K. Jindal | 273.50 | $350.00 | $95,725.00 |
| Vivek A. Kothari | 154.90 | $350.00 | $54,215.00 |
| **Paralegals** | | | |
| Sondra Nolan | 688.00 | $185.00 | $126,984.00 |
| Greg Scott | 552.50 | $185.00 | $102,194.00 |
| Sherry Korsmo | 542.40 | $185.00 | $100,344.00 |
| Kris Felix | 488.30 | $185.00 | $90,335.50 |
| David Beavers | 260.20 | $185.00 | $48,137.00 |
| Marta McEachern | 100.90 | $185.00 | $18,666.50 |
| Becca Dodd | 86.10 | $185.00 | $15,928.50 |
| Heather Laske | 30.10 | $185.00 | $5,568.50 |
| Carol McLemore | 2.30 | $185.00 | $425.50 |
| **Production Assistants** | | | |
| John Jaeger | 232.60 | $95.00 | $22,097.00 |
| Jeremy Zerkle | 153.10 | $95.00 | $14,544.50 |
| Jennifer Caruso | 50.80 | $95.00 | $4,826.00 |
| **2019 Total** | **7,967.70** | | **$2,664,912.50** |

Exhibit 1

| Professional | 2020 Sum of Hours | Hourly Rate | Sum of Fees |
|---|---:|---:|---:|
| **Partners** | | | |
| Anna M. Joyce | 1,213.00 | $495.00 | $600,435.00 |
| Lauren F. Blaesing | 1,393.00 | $415.00 | $578,095.00 |
| Harry B. Wilson | 634.50 | $495.00 | $314,077.50 |
| David B. Markowitz | 560.80 | $495.00 | $277,150.50 |
| Laura Salerno Owens | 468.70 | $495.00 | $232,006.50 |
| Jeffrey M. Edelson | 216.50 | $495.00 | $107,167.50 |
| Paul S. Bierly | 64.90 | $496.58[1] | $32,134.50 |
| Dallas S. DeLuca | 78.70 | $380.00 | $30,274.00 |
| **Staff Attorneys / Of Counsel** | | | |
| Bryana L. Blessinger | 224.00 | $380.00 | $85,120.00 |
| R. Kyle Busse | 648.40 | $400.00 | $259,120.00 |
| Chad A. Naso | 160.50 | $380.00 | $60,990.00 |
| Jacqueline S. Kamins | 133.10 | $450.00 | $59,895.00 |
| Kathryn P. Roberts | 6.30 | $380.00 | $2,394.00 |
| **Associates** | | | |
| Nathan D. Burcham | 1,386.40 | $350.00 | $484,820.00 |
| Janna M. Giesbrecht-McKee | 627.10 | $350.00 | $219,485.00 |
| Anit K. Jindal | 246.90 | $350.00 | $86,415.00 |
| Vivek A. Kothari | 1,388.00 | $350.00 | $485,800.00 |
| **Contract Attorneys** | | | |
| Christine Poklemba | 22.80 | $185.00 | $4,218.00 |
| Yonit Sharaby | 118.30 | $250.00 | $29,575.00 |
| Bryana L. Blessinger | 29.50 | $225.00 | $6,637.50 |
| **Law Clerk** | | | |
| Jocabeth Zarate | 55.80 | $165.00 | $9,207.00 |
| **Paralegals** | | | |
| Sondra Nolan | 1,658.20 | $185.00 | $306,767.00 |
| Sherry Korsmo | 1,309.00 | $185.00 | $242,165.00 |
| Kris Felix | 1,202.30 | $185.00 | $222,425.50 |
| Greg Scott | 901.70 | $185.00 | $166,814.50 |
| David Beavers | 814.40 | $185.00 | $150,368.00 |
| Becca Dodd | 435.70 | $185.00 | $80,142.00 |
| Marta McEachern | 125.10 | $185.00 | $23,143.50 |
| Heather Laske | 40.70 | $185.00 | $7,529.50 |
| **Production Assistants** | | | |
| John Jaeger | 441.00 | $95.00 | $41,895.00 |
| Jeremy Zerkle | 348.60 | $95.00 | $33,117.00 |
| Lonnie Bentil | 46.80 | $95.00 | $4,446.00 |
| Jennifer Caruso | 6.30 | $95.00 | $598.50 |
| **Contract Paralegal** | | | |
| Suraya Barbee | 575.60 | $190.00 | $109,242.00 |
| **2020 total** | **17,582.60** | | **$5,353,670.50** |

[1] In 2019, Paul Bierly typically billed at $495/hr. In one entry it appears he was billed at $525/hr for $157.50 of work. His rate is reflected as an average.

**Exhibit 1**

| Professional | 2021 Sum of Hours | Hourly Rate | Sum of Fees |
|---|---:|---:|---:|
| **Partners** | | | |
| Lauren F. Blaesing | 1,187.20 | $415.00 | $492,439.00 |
| Anna M. Joyce | 457.40 | $495.00 | $226,413.00 |
| David B. Markowitz | 431.60 | $495.00 | $213,642.00 |
| Harry B. Wilson | 235.70 | $495.00 | $116,671.50 |
| Laura Salerno Owens | 89.50 | $495.00 | $44,302.50 |
| Jeffrey M. Edelson | 60.60 | $495.00 | $29,997.00 |
| **Of Counsel** | | | |
| R. Kyle Busse | 84.30 | $400.00 | $33,720.00 |
| **Associates** | | | |
| Nathan D. Burcham | 529.20 | $350.00 | $185,115.00 |
| Kelsie G. Crippen | 201.30 | $350.00 | $70,455.00 |
| Anit K. Jindal | 0.80 | $350.00 | $280.00 |
| Vivek A. Kothari | 520.80 | $350.00 | $182,280.00 |
| **Paralegals** | | | |
| Sondra Nolan | 781.00 | $185.00 | $144,485.00 |
| Kris Felix | 389.50 | $185.00 | $72,057.50 |
| Sherry Korsmo | 312.10 | $185.00 | $57,738.50 |
| Greg Scott | 262.50 | $185.00 | $48,562.50 |
| Becca Dodd | 150.50 | $185.00 | $27,842.50 |
| David Beavers | 80.30 | $185.00 | $14,855.50 |
| **Production Assistants** | | | |
| Lonnie Bentil | 151.40 | $95.00 | $14,383.00 |
| John Jaeger | 81.00 | $95.00 | $7,695.00 |
| **2021 Total** | **6,006.70** | | **$1,982,934.50** |

**Exhibit 1**

| Professional | 2022 Sum of Hours | Hourly Rate | Sum of Fees |
|---|---:|---:|---:|
| **Partners** | | | |
| Lauren F. Blaesing | 1,128.10 | $540.00 | $609,120.00 |
| David B. Markowitz | 265.40 | $540.00 | $143,046.00 |
| Harry B. Wilson | 161.80 | $540.00 | $87,372.00 |
| Anna M. Joyce | 42.80 | $540.00 | $23,112.00 |
| Laura Salerno Owens | 27.00 | $540.00 | $14,580.00 |
| Anit K. Jindal | 14.40 | $540.00 | $7,560.00 |
| Jeffrey M. Edelson | 7.50 | $540.00 | $4,050.00 |
| R. Kyle Busse | 0.50 | $540.00 | $216.00 |
| **Associates** | | | |
| Kelsie G. Crippen | 603.80 | $350.00 | $211,225.00 |
| Nathan D. Burcham | 132.90 | $390.00 | $49,140.00 |
| Vivek A. Kothari | 324.10 | $450.00 | $145,485.00 |
| **Law Clerks** | | | |
| Allison Sandhu | 2.00 | $175.00 | $350.00 |
| **Paralegals** | | | |
| Sondra Nolan | 541.80 | $195.00 | $105,300.00 |
| Sherry Korsmo | 263.30 | $195.00 | $51,129.00 |
| Greg Scott | 262.90 | $195.00 | $50,563.50 |
| Becca Dodd | 101.00 | $195.00 | $19,695.00 |
| Kris Felix | 43.50 | $195.00 | $8,385.00 |
| David Beavers | 20.40 | $195.00 | $3,978.00 |
| **Production Assistants** | | | |
| Lonnie Bentil | 167.50 | $95.00 | $15,865.00 |
| Katelyn Desseau | 12.20 | $95.00 | $1,159.00 |
| John Jaeger | 1.80 | $95.00 | $171.00 |
| **2022 Total** | **4,124.70** | | **$1,551,501.50** |

**Exhibit 1**

| Professional | 2023 Sum of Hours | Hourly Rate | Sum of Fees |
|---|---:|---:|---:|
| **Partners** | | | |
| Lauren F. Blaesing | 660.40 | $540.00 | $356,238.00 |
| Vivek A. Kothari | 481.30 | $540.00 | $259,902.00 |
| Laura Salerno Owens | 274.90 | $540.00 | $148,446.00 |
| Harry B. Wilson | 185.70 | $540.00 | $100,278.00 |
| David B. Markowitz | 170.50 | $540.00 | $91,908.00 |
| R. Kyle Busse | 55.30 | $540.00 | $29,862.00 |
| Dallas S. DeLuca | 50.00 | $540.00 | $27,000.00 |
| Paul S. Bierly | 41.00 | $540.00 | $22,140.00 |
| Jeffrey M. Edelson | 12.70 | $540.00 | $6,858.00 |
| Anit K. Jindal | 3.90 | $540.00 | $2,106.00 |
| **Staff Attorneys/Of Counsel** | | | |
| Jermaine F. Brown | 39.90 | $425.00 | $16,957.50 |
| Stephen F. Deatherage | 37.50 | $425.00 | $15,937.50 |
| Chad A. Naso | 0.70 | $425.00 | $170.00 |
| Adele J. Ridenour | 282.50 | $425.00 | $120,062.50 |
| **Associates** | | | |
| Alexandra J. Rhee | 470.40 | $425.00 | $199,920.00 |
| David A. Fauria | 430.30 | $425.00 | $181,560.00 |
| Allison Rothgeb | 193.80 | $425.00 | $82,280.00 |
| Kelsie G. Crippen | 193.20 | $400.00 | $77,280.00 |
| Jordan E. Pahl | 120.00 | $400.00 | $48,000.00 |
| Nicholas R. Sanchez | 37.40 | $400.00 | $14,960.00 |
| Joseph M. Levy | 15.10 | $400.00 | $6,040.00 |
| Erin N. Dawson | 0.50 | $425.00 | $212.50 |
| **Contract Attorney** | | | |
| Christine Poklemba | 807.80 | $175.00 | $141,365.00 |
| **Law Clerk** | | | |
| Anna Hong | 2.80 | $250.00 | $700.00 |
| **Paralegals** | | | |
| Sondra Nolan | 1,112.70 | $195.00 | $216,840.00 |
| Sherry Korsmo | 413.60 | $195.00 | $80,593.50 |
| Greg Scott | 359.80 | $195.00 | $70,083.00 |
| Heather Laske | 204.50 | $195.00 | $39,877.50 |
| Becca Dodd | 150.60 | $195.00 | $29,308.50 |
| Charles Wickham | 132.30 | $195.00 | $25,798.50 |
| Kris Felix | 82.70 | $195.00 | $16,126.50 |
| Harry Nedley | 24.40 | $195.00 | $4,758.00 |
| **Production Assistants** | | | |
| Lonnie Bentil | 205.00 | $95.00 | $19,475.00 |
| Katelyn Desseau | 112.20 | $95.00 | $10,630.50 |
| John Jaeger | 6.90 | $95.00 | $655.50 |
| **2023 Total** | **7,372.30** | | **$2,464,329.50** |

| Professional | 2024 Sum of Hours | Hourly Rate | Sum of Fees |
|---|---:|---:|---:|
| **Partners** | | | |
| Vivek A. Kothari | 863.20 | $610.00 | $526,552.00 |
| Lauren F. Blaesing | 772.80 | $610.00 | $471,408.00 |
| Laura Salerno Owens | 442.00 | $610.00 | $269,620.00 |
| Harry B. Wilson | 415.20 | $610.00 | $253,272.00 |
| David B. Markowitz | 342.30 | $610.00 | $208,803.00 |
| Paul S. Bierly | 167.40 | $610.00 | $102,114.00 |
| Anit K. Jindal | 147.00 | $610.00 | $89,670.00 |
| Jeffrey M. Edelson | 133.70 | $610.00 | $81,557.00 |
| Jeffrey S. Lovinger | 130.00 | $610.00 | $79,300.00 |
| Dallas S. DeLuca | 29.60 | $610.00 | $18,056.00 |
| R. Kyle Busse | 4.50 | $610.00 | $2,745.00 |
| Adele J. Ridenour | 245.60 | $610.00 | $149,816.00 |
| **Staff Attorneys / Of Counsel** | | | |
| Jermaine F. Brown | 72.10 | $480.00 | $34,608.00 |
| Chad A. Naso | 43.30 | $480.00 | $20,784.00 |
| **Associates** | | | |
| Kelsie G. Crippen | 686.00 | $450.00 | $308,700.00 |
| David A. Fauria | 682.20 | $425.00 | $289,935.00 |
| Alexandra J. Rhee | 467.30 | $450.00 | $210,285.00 |
| Josephine C. Kovacs | 271.20 | $450.00 | $122,040.00 |
| Jordan E. Pahl | 233.70 | $425.00 | $99,322.50 |
| Hannah K. Hoffman | 167.00 | $450.00 | $75,150.00 |
| Joseph M. Levy | 94.00 | $425.00 | $39,950.00 |
| Allison Rothgeb | 3.80 | $450.00 | $1,710.00 |
| **Law Clerk** | | | |
| Gabriel C. Rivas | 5.00 | $265.00 | $1,325.00 |
| **Paralegals** | | | |
| Sondra Nolan | 886.50 | $220.00 | $195,030.00 |
| Becca Dodd | 651.90 | $220.00 | $143,330.00 |
| Charles Wickham | 258.70 | $220.00 | $56,914.00 |
| Greg Scott | 228.10 | $220.00 | $50,182.00 |
| Natasha Voloshina | 225.90 | $220.00 | $49,698.00 |
| Sherry Korsmo | 147.40 | $220.00 | $32,428.00 |
| Tracey Powers | 97.60 | $220.00 | $21,472.00 |
| Kris Felix | 76.10 | $220.00 | $16,742.00 |
| David Beavers | 48.90 | $220.00 | $10,758.00 |
| Heidi King | 33.20 | $220.00 | $7,304.00 |
| **Production Assistants** | | | |
| Lonnie Bentil | 204.90 | $95.00 | $19,465.50 |
| John Jaeger | 125.30 | $95.00 | $11,903.50 |
| Katelyn Desseau | 101.30 | $95.00 | $9,623.50 |
| **2024 Total** | **9,504.70** | | **$4,081,573.00** |
| **Grand Total** | **52,558.70** | | **$18,098,921.50** |