| Costs Paid by Markowitz Herbold, PC | |
|---|---|
| **Costs** | **Sum of Payment Amount** |
| Court Reporting (deposition transcripts, videographers, etc.) | $95,267.32 |
| Reimbursement of Plfs' class certification experts for deposition time | $7,837.50 |
| Express mail and courier services | $10,322.07 |
| Filing Fees | $2,712.50 |
| Forensic Data Collection | $3,912.85 |
| Misc. (conference room rentals, books, computer rentals) | $1,707.16 |
| PACER & Online Research | $23,826.44 |
| Postage | $16.10 |
| Printing | $9,360.25 |
| Process Servers | $811.71 |
| Record Fees | $10.79 |
| Scanning and Copying | $14,289.16 |
| Teleconferencing | $15,517.05 |
| Travel (Air) | $8,676.66 |
| Travel (Hotel and ground transportation) | $75,825.79 |
| Travel (Meals) | $922.87 |
| Westlaw Research | $193,317.27 |
| **Total** | **$464,333.49** |

| Other Costs Paid by Defendants | |
|---|---|
| **Costs** | **Sum of Payment Amount** |
| Consulting Experts' Fees | $225,050.00 |
| Court Reporting | $204.00 |
| Document Database Vendor | $1,169,148.83 |
| Document Review Services | $833,795.57 |
| Expert Fees | $2,081,081.06 |
| Mediator Fees | $11,783.75 |
| Scanning and Copying | $23,310.04 |
| Witness Legal Fees | $384,434.14 |
| Trial Support | $32,325.00 |
| **Total** | **$4,761,132.39** |