IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WYATT B. et al. | Civ. No. 6:19-cv-00556-AA |
|       Plaintiffs, | **ORDER** |
|   v. | |
| TINA KOTEK et al., | |
|       Defendants. | |

AIKEN, District Judge.

    This case comes before the Court on a request for an extension of the Neutral's Initial Review deadline. Under the Settlement Agreement, ECF No. 481, the Neutral's Initial Review "shall occur by April 30, 2025, which may be extended up to ninety (90) days at the request of the Neutral." Settlement Agreement § 3.3. The parties have notified the Court that the Neutral has requested a ninety-day extension and that none of the parties have objected to the request. The extension is, as noted,

authorized by the terms of the settlement agreement and the Court memorializes the Neutral's request for a ninety-day extension in this Order. Consistent with the Settlement Agreement, as extended, the Neutral's Initial Review shall occur by July 29, 2025.

It is so ORDERED and DATED this <u>  17th  </u> day of December 2024.

<u>/s/Ann Aiken                              </u>
ANN AIKEN
United States District Judge