UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WYATT B.; et al.,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>TINA KOTEK, Oregon Governor, Governor of Oregon in her official capacity; et al.,<br><br>   Defendants - Appellees. | No. 24-4689<br><br>D.C. No.<br>6:19-cv-00556-AA<br><br>District of Oregon, Eugene<br><br>MANDATE |
| WYATT B.; et al.,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>TINA KOTEK, Oregon Governor, Governor of Oregon in her official capacity; et al.,<br><br>   Defendants - Appellees. | No. 24-6384<br><br>D.C. No.<br>6:19-cv-00556-AA<br><br>District of Oregon, Eugene |

 The judgment of this Court, entered August 12, 2025, takes effect this date.

 This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

 Costs are taxed against the Appellee in the amount of $280.20.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT